**RECORD NO. 23-3126**
**[ORAL ARGUMENT HAS NOT BEEN SCHEDULED]**

*In The*

# United States Court Of Appeals
## For The D.C. Circuit

**UNITED STATES OF AMERICA,**

*Plaintiff-Appellee,*

**v.**

**GERARDO GONZALEZ VALENCIA,**

*Defendant-Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**PUBLIC APPENDIX**
**Volume III of VII**

_____

Devin Burstein
WARREN &
BURSTEIN
501 W. Broadway,
Ste. 240
San Diego, CA
92101
(619) 234-8467
db@wabulaw.com

*Counsel for
Appellant*

Chrisellen R. Kolb U.S.
ATTORNEY'S OFFICE
(USA) Appellate Division
Room 8104 555 4th Street,
NW Washington, DC 20530
(202) 252-6833
Chrisellen.R.Kolb@usdoj.gov

*Counsel for Appellee*

Kaitlin J. Sahni U.S.
DEPARTMENT OF
JUSTICE (DOJ)
Criminal Division 145
N Street, NE Second
Floor, East Wing
Washington, DC 20530
(202) 598-2493
kaitlin.sahni@usdoj.gov

*Counsel for Appellee*

# TABLE OF CONTENTS

**Volume I**

Indictment (April 19, 2016) [DE1] ........................................................ iv

Transcript of Motion Hearing (January 11, 2022) ................................. 5

Motion to Dismiss (April 28, 2022) (DE97)........................................... 26

Government's Opposition to Defendant's Motion to Dismiss (April 29, 2022) (DE99)................................................................................... 229

Defendant's Reply in Further Support of his Motion to Dismiss (May 12, 2022) (DE103)................................................................................ 258

**Volume II**

Exhibits in Support of Defendant's Reply in Further Support of his Motion to Dismiss (May 12, 2022) (DE103).......................................... 297

Memorandum and Order (July 5, 2022) (DE108)................................. 367

Memorandum Opinion and Order (September 1, 2022) (DE120) ........ 376

Plea Agreement (December 1, 2022) (DE134) ..................................... 389

Joint Statement of Stipulated Facts (December 1, 2022) (DE135)...... 398

Joint Submission Regarding Sentencing Guidelines (December 16, 2022) (DE138)................................................................................ 403

Defendant's Statement of Facts (December 16, 2022) (DE139).......... 409

Transcript of Plea Colloquy (December 22, 2022) .............................. 412

Government's Sentencing Memorandum (March 23, 2023) (DE153) .. 439

Defendant's Memorandum in Aid of Sentencing (April 6, 2023) (DE159). ........................................................................................... 480

ii

## Volume III

Continued Exhibits in Support of Defendant's Memorandum in Aid of Sentencing (April 6, 2023) (DE159) ....................................................593

Notice of Filing of Letter in Support (April 10, 2023) (DE160)............656

Stipulation (April 18, 2023) (DE161)....................................................672

Transcript of Hearing (May 2, 2023) ....................................................674

## Volume IV

Transcript of Hearing (May 3, 2023) ....................................................787

## Volume V

Transcript of Hearing (May 4, 2023) ....................................................978

Government's Supplemental Sentencing Memorandum (June 16, 2023) (DE170)...................................................................................................1179

Defendant's Post-Hearing Response Brief (July 7, 2023) (DE179)....1201

## Volume VI

Exhibits in Support of Defendant's Post-Hearing Response Brief (July 7, 2023) (DE179)......................................................................................1247

Government's Reply in Support of Supplemental Sentencing Memorandum (July 12, 2023) (DE180)................................................1443

Transcript of Sentencing Hearing (July 21, 2023) ............................1459

## Volume VII

Notice of Appeal (July 26, 2023) (DE186)..........................................1551

Amended Judgment (September 1, 2023) (DE188) ............................1552

Reason for Amendment (September 1, 2023) (DE189) ...................... 1560

Docket Report ....................................................................... 1561

iv

# **EXHIBIT 18**

[Note: document is printed on official paper with a repeating blue watermark text reading "JUDICIAL BRANCH"]

**National Migration Department**

Name and surnames:  **GERARDO GONZALEZ VALENCIA**

Document type:  **Passport**

Document no.:  ███████

Issuing country:  **MEXICO**

Date of birth:  ███████

Nationality:  **MEXICO**

[Handwritten] ☒
2560

[Circular stamp] URUGUAY

[Country silhouette and bird]
NATIONAL MIGRATION DEPARTMENT

**Migratory movements:**

| Type | Date and Time | Checkpoint | Travel number | Company | Cl. Mig. [unknown abbrev.] |
|---|---|---|---|---|---|
| Entry | 20/APR/2012 14:27 | Punta del Este | 118 | PLUNA S.A. | ATSV/STSV |
| Departure | 03/JUN/2012 9:41 | Punta del Este | 117 | PLUNA S.A. | ATSV/STSV |
| Departure | 26/JUN/2012 20:15 | Carrasco Intl Airport | PU632 | PLUNA S.A. | ATSV/STSV |
| Entry | 29/JUN/2012 19:30 | Carrasco Intl Airport | PU617 | PLUNA S.A. | ATSV/STSV |
| Departure | 09/JUL/2012 11:20 | Punta del Este | BQB012 | INDIVIDUAL | ATSV/STSV |
| Entry | 29/JUL/2012 12:00 | Carrasco Intl Airport | JJ 8046 | TAM Airlines | ATSV/STSV |
| Departure | 05/SEP/2012 1:30 | Carrasco Intl Airport | 284 | COPA AIRLINES | ATSV/STSV |
| Entry | 05/NOV/2012 15:00 | Carrasco Intl Airport | JJ8040 | TAM Airlines | ATSV/STSV |
| Departure | 09/DEC/2012 2:30 | Carrasco Intl Airport | Copa 284 | COPA AIRLINES | ATSV/STSV |
| Entry | 27/MAR/2013 11:05 | Carrasco Intl Airport | LA 900 | LAN CHILE | ATSV/STSV |
| Departure | 20/APR/2013 1:30 | Carrasco Intl Airport | CM284 | COPA AIRLINES | ATSV/STSV |
| Entry | 05/JUL/2013 0:24 | Carrasco Intl Airport | CM283 | COPA AIRLINES | ATSV/STSV |
| Departure | 08/JUL/2013 11:35 | Carrasco Intl Airport | JJ8031 | TAM Airlines | ATSV/STSV |
| Entry | 30/JUL/2013 17:30 | Carrasco Intl Airport | JJ8030 | TAM Airlines | ATSV/STSV |
| Departure | 30/AUG/2013 11:35 | Carrasco Intl Airport | JJ8031 | TAM MERCOSUR | ATSV/STSV |
| Entry | 06/SEP/2013 15:00 | Carrasco Intl Airport | JJ8040 | TAM Airlines | ATSV/STSV |
| Departure | 04/DEC/2013 18:00 | Carrasco Intl Airport | LAN 905 | LAN CHILE | ATSV/STSV |
| Entry | 03/JUN/2014 13:29 | Chuy | 111 | INDIVIDUAL | ATSV/STSV |
| Departure | 04/JUL/2014 6:47 | Chuy | 1 | INDIVIDUAL | ATSV/STSV |
| Entry | 12/JUL/2014 16:47 | Chuy | 1 | INDIVIDUAL | ATSV/STSV |
| Departure | 03/SEP/2014 17:25 | Carrasco Intl Airport | JJ8045 | TAM Airlines | ATSV/STSV |
| Entry | 06/SEP/2014 17:05 | Carrasco Intl Airport | JJ8040 | TAM Airlines | ATSV/STSV |
| Departure | 20/OCT/2014 18:40 | Carrasco Intl Airport | LA 905 | LAN CHILE | ATSV/STSV |



[Stamp] Agent (PA)
[Original signature]
Daiana SUAREZ

Date printed: 21/NOV/2018

Page Number:   1

[*Note: document is printed on official paper with a repeating blue watermark text reading "JUDICIAL BRANCH"*]

National Migration Department

Name and surnames:  **GERARDO GONZALEZ VALENCIA**

Document type:  **Passport**

Document no.:  ███████████

Issuing country:  **MEXICO**

Date of birth:  ███████████

Nationality:  **MEXICO**

> [*Handwritten*] ~~3~~
> 2561

> [*Circular stamp*] URUGUAY
>
> [*Country silhouette and bird*]
> NATIONAL MIGRATION DEPARTMENT

**Migratory movements:**

| Type | Date and Time | Checkpoint | Travel number | Company | Cl. Mig. [unknown abbrev.] |
|------|---------------|------------|---------------|---------|----------------------------|
| Entry | 08/DEC/2011  9:04 | Colonia | [blank] | LOS CIPRESES | ATSV/STSV |

> [*Stamp*] Agent (PA)
> [*Original signature*]
>
> Daiana SUAREZ

Date printed: 21/NOV/2018                                    Page Number:        1

[*Note: document is printed on official paper with a repeating blue watermark text reading "JUDICIAL BRANCH"*]

**National Migration Department**

Name and surnames:   **GERARDO GONZALEZ VALENCIA**

| | |
|---|---|
| [*Handwritten*] 4 |
| 2562 |

Document type:   **Passport**

Document no.:   ███████

Issuing country:   **MEXICO**

Date of birth:   ███████

Nationality:   **MEXICO**

[*Circular stamp*] URUGUAY

[*Country silhouette and bird*]
NATIONAL MIGRATION DEPARTMENT

**Migratory movements:**

| Type | Date and Time | Checkpoint | Travel number | Company | Cl. Mig. [unknown abbrev.] |
|---|---|---|---|---|---|
| Entry | 04/JUN/2011 14:38 | Punta del Este | PU118 | PLUNA S.A. | ATSV/STSV |
| Departure | 08/JUN/2011 10:45 | Colonia | ATLANTIC III | BELT S.A. | ATSV/STSV |
| Entry | 24/NOV/2011 21:35 | Punta del Este | 25 | BQB | ATSV/STSV |
| Departure | 04/DEC/2011 18:15 | Punta del Este | PU 261 | PLUNA S.A. | ATSV/STSV |
| Departure | 14/DEC/2011 19:15 | Punta del Este | 261 | PLUNA S.A. | ATSV/STSV |

[Stamp] Agent (PA)
[*Original signature*]

Daiana SUAREZ

Date printed: 21/NOV/2018

Page Number:      1

[*Note: document is printed on official paper with a repeating blue watermark text reading "JUDICIAL BRANCH"*]

National Migration Department

Name and surnames:   **GERARDO GONZALEZ VALENCIA**

| | |
|---|---|
| Document type: | **Passport** |

[*Handwritten*] ~~5~~
2563

Document no.:   ██████████

Issuing country:   **MEXICO**

Date of birth:   ██████████

Nationality:   **MEXICO**

[*Circular stamp*] URUGUAY

[*Country silhouette and bird*]
NATIONAL MIGRATION DEPARTMENT

**Migratory movements:**

| Type | Date and Time | Checkpoint | Travel number | Company | Cl. Mig. [unknown abbrev.] |
|---|---|---|---|---|---|
| Entry | 15/JUN/2012 19:00 | Colonia | FLECHAS BS AS | DISNASOL | ATSV/STSV |

[Stamp] Agent (PA)
[*Original signature*]

Daiana SUAREZ

Date printed: 21/NOV/2018

Page Number:      1

# **<u>EXHIBIT 19</u>**



JA599

GGV-000000053

# **EXHIBIT 20**

From:       Gego
Sent:       Thu 5/22/2014 11:22 PM (GMT-00:00)
To:         Wen
Cc:
Bcc:
Subject:    Fwd: WORLD CUP TICKET INFORMATION.

Beautiful Juanita,
The dates for the semi-final and final are coming up,
so you can look for a hotel and flights for those dates.
The semi-final is July 9.
We can fly on the 8th early or at midday.
The final is on July 13, so we can do Sao-Rio on the 12th.
The return home from there is the 15th.

I need you to look for flights and stays for those days. Also, look for somewhere you want to spend your
birthday so you can reserve it. I only have 4 premier tickets. I think it's worth it to go with the kids. So
you can take it into consideration for the reservations, etc. Or if you want we can bring███or███████to
take care of the kids for us while we go out. Or███████can introduce you to some relative there to take care
of them so we can go out to dinner someday. However you want. Kisses, Sent from my iPhone

Begin forwarded message:

> **From:** ███████████████████████████
> **Date:** May 21, 2014 2:12:47 p.m. GMT-5
> **To:** GEGO ███████████████████
> **Subject: Fwd: WORLD CUP TICKET INFORMATION.**

Sent from my iPhone

Begin forwarded message:

> **From:** ███████████████████████
> **Date:** May 20, 2014 10:01:23 p.m. GMT-5
> **To:** ███████████████████████████
> ████████████████████████
> **Subject: WORLD CUP TICKET INFORMATION.**

ATTENTION

████████████

JA601

GGV-000000045

I AM SENDING YOU THE ATTACHED FILE WITH THE PROVIDER'S SEAT DISTRIBUTION MAP.

UNFORTUNATELY, GIVEN SUCH SHORT ADVANCE NOTICE AND THE SCARCE AVAILABILITY OF SPACES, THE PROVIDERS' POLICIES AND CONDITIONS CHANGE QUICKLY. THEY'RE TELLING ME THAT POSSIBLY TOMORROW THEY'LL CONFIRM THE OTHER 2 REQUESTED TICKETS. FOR NOW, THE PROVIDER SAYS THEY HAVE 4 SPOTS FOR THE SEMI-FINAL IN SAO PAULO AND THE FINAL.

IF THEY GET THE TICKETS, I WAS INFORMED TODAY THAT FOR SECURITY REASONS THEY WILL BE DELIVERED ONCE THE FIRST ROUND OF THE WORLD CUP IS CONCLUDED, THAT IS, IN MID-JUNE. THEY WILL BEGIN TO SEND THEM AFTER JUNE 17.

FOR THIS THEY WILL NEED THE EXACT ADDRESS AND NAME OF THE PERSON RESPONSIBLE FOR RECEIVING THEM, IN ORDER TO DELIVER THEM BY HAND, BECAUSE THEY ARE PHYSICAL TICKETS. THE ADDRESS CAN BE IN MEXICO OR BRAZIL.

CATEGORY 1 IS IN THE MIDDLE, BUT IT CAN BE IN THE MIDDLE IN ANY AREA SPECIFIED IN BROWN ON THE MAP. THERE IS ANOTHER AREA, THE YELLOW VIP AREA, WHICH IS IN THE LOWER CENTRAL AREA.

I'M INCLUDING THIS AREA OPTION, WHICH THEY HAVEN'T OFFERED ME, IN CASE YOU WANT TO CONSIDER IT.

I'LL RECONFIRM THE COSTS FOR YOU:

**SEMIFINAL SAO PAULO JULY 9.**
CATEGORY 3 $3,926.00 USD SKY BLUE (BEHIND THE GOALS)
CATEGORY 2 $4,622.00 USD NAVY BLUE (CORNERS)
CATEGORY 1 $6,935.00 USD BROWN (LOWER, MIDDLE AND UPPER SIDELINES)

JA602

GGV-000000046

PREMIER MATCH $11,793.00 USD YELLOW (LOWER SIDELINES)

**FINAL RIO DE JANEIRO JULY 13.**
CATEGORY 3 $7,310.00 USD (BEHIND THE GOALS)
CATEGORY 2 $8,422.00 USD (CORNERS)
CATEGORY 1 $10,935.00 USD (LOWER, MIDDLE AND UPPER SIDELINES)
PREMIER MATCH $21,310.00 USD YELLOW (LOWER SIDELINES)
(PRICES IN UNITED STATES DOLLARS PER TICKET)

THE SEATS AND THEIR EXACT LOCATION ARE SUBJECT TO AVAILABILITY, AND I WILL DEFINITELY REPORT THEM TOMORROW WHEN I RECEIVE A RESPONSE FROM MY PROVIDER.

## BENEFITS INCLUDED IN THE PREMIER MATCH AREA

MATCH Premier 

MATCH Premier is a new product offering fans the opportunity to **secure their seat** at the 2014 FIFA World Cup Brazil™ with MATCH Hospitality. Enjoy **informal hospitality** with snacks and bar service, ideal for big groups, families and those who want to relish the excitement of the biggest sporting event in the world.
**MATCH Premier benefits:**

- Category 1 match tickets.
- Tented hospitality structure located within the stadium security perimeter area, with standing tables, Tv screens and a pub-style bar counter.
- Hospitality service with snacks and drinks before and after the match.
- Welcome area with multilingual hostesses.

GGV-000000047

# **EXHIBIT 21**

From:      Gego
Sent:      Thu 5/22/2014 11:22 PM (GMT-00:00)
To:        Wen
Cc:
Bcc:
Subject: **Fwd: INFORMACION BOLETOS MUNDIAL.**

Juanita hermosa
Aquí viene la fecha de la semi-final y final
Para q busques hotel y vuelos para esas fechas .
La semi final es el 9 de julio .
Podemos volar el día 8 temprano o medio día.
La final es el 13 de julio podemos ir sao-río el 12 .
El regreso por ahí del 15 a casa .

Necesito que busques vuelos y estadía esos días . Igual busca algún lugar donde quieras pasar tu
cumple para q reserves . Boletos tengo 4 nada más de premier . Creo q vale la pena vallamos con
los niños . Esto para q lo concideres en las reservas ect. O si quieres q llevemos a ████o ████████
para q nos cuiden nenes mientras nosotros salimos . O q █████ te presenté allá alguna pariente q
nos los cuide para poder salir algún día a cenar . Ahí como tu veas . Besos
Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** █████████████████████████████
> **Fecha:** 21 de mayo de 2014 14:12:47 GMT-5
> **Para:** GEGO████████████████
> **Asunto: Fwd: INFORMACION BOLETOS MUNDIAL.**


Enviado desde mi iPhone

Inicio del mensaje reenviado:

> **De:** ██████████████████████
> ████████████████
> **Fecha:** 20 de mayo de 2014 22:01:23 GMT-5
> **Para:** ██████████████████████████
> ████████████████████████████
> ████████████████████████
> **Asunto: INFORMACION BOLETOS MUNDIAL.**

ATENCION

████████████████

JA605

GGV-000000048

LE ENVIO EN EL ARCHIVO ADJUNTO EL MAPA DE LA
DISTRIBUCION DE ASINTOS DEL PROVEEDOR.

DESAFORTUNADAMENTE POR EL TIEMPO DE
ANTICIPACION TAN BREVE Y LA POCA DISPONIBILIDAD
DE ESPACIOS LAS POLITICAS Y CONDICIONES DE LOS
PROVEEDORES CAMBIAN RAPIDAMENTE, ME
COMENTAN QUE MAÑANA POSIBLEMENTE CONSIGAN
LOS OTROS 2 BOLETOS SOLICITADOS. DE MOMENTO EL
PROVEEDOR DICE TENER 4 LUGARES PARA LA
SEMIFINAL DE SAO PAULO Y LA FINAL.

EN CASO DE ADQUIRIR LOS BOLETOS ME INFORMARON
HOY QUE SE ENTREGARAN POR RAZONES DE
SEGURIDAD UNA VEZ CONCLUIDA LA PRIMERA RONDA
DEL MUNDIAL, ES DECIR A MEDIADOS DE JUNIO,
DESPUES DE 17 DE JUNIO SE EMPEZARAN A MANDAR.

PARA LO CUAL NECESITARIA DOMICILIO EXACTO Y
NOMBRE DE RESPONSABLE DE RECIBIRLOS PARA
ENTREGARLOS EN MANO DEBIDO A QUE SON BOLETOS
FISICOS, EL DOMICILIO PUEDE SER EN MEXICO O
BRASIL.

LAS CATEGORIAS 1 SON EN MEDIO, PERO PUEDEN SER
EN MEDIO EN CUALQUIER ZONA ESPECIFICADA EN
COLOR  CAFE EN EL MAPA.  HAY OTRA ZONA QUE ES LA
VIP AMARILLA, ESA SI ESTA EN LA ZONA CENTRAL
BAJA.

LE AGREGO ESTA OPCION DE AREA QUE NO ME HABIAN
OFRECIDO PARA SI GUSTA CONSIDERARLA.

LE RECONFIRMO LOS COSTOS:

**SEMIFINAL SAO PAULO 9 JULIO.**
CATEGORIA 3 $3,926.00 USD  COLOR AZUL CIELO (ATRAS
DE PORTERIAS)
CATEGORIA 2 $4,622.00 USD COLOR AZUL MARINO
(ESQUINAS)
CATEGORIA 1 $6,935.00 USD COLOR CAFE (COSTADOS
ABAJO,ENMEDIO Y ARRIBA)

JA606

GGV-000000049

MATCH PREMIER $11,793.00 USD COLOR
AMARILLO (COSTADOS ABAJO)

**FINAL RIO DE JANEIRO 13 JULIO.**
CATEGORIA 3 $7,310.00 USD (ATRAS DE PORTERIAS)
CATEGORIA 2 $8,422.00 USD (ESQUINAS)
CATEGORIA 1 $10,935.00 USD (COSTADOS
ABAJO,ENMEDIO Y ARRRIBA)
MATCH PREMIER $21,310.00 USD COLOR AMARILLO
(COSTADOS ABAJO)
 (PRECIOS EN DOLARES AMERICANOS POR CADA
BOLETO)

LOS ASIENTOS Y SU UBICACION EXACTA ESTAN
SUJETOS A DISPONIBILIDAD Y EL DIA DE MAÑANA SE
LOS INFORMARE CON SEGURIDAD AL RECIBIR
RESPUESTA DE MI PROVEEDOR.


## BENEFICIOS INCLUIDOS DE LA ZONA MATCH PREMIER

MATCH Premier

MATCH Premier is a new product offering fans the opportunity
to **secure their seat** at the 2014 FIFA World Cup Brazil™ with MATCH
Hospitality. Enjoy **informal hospitality** with snacks and bar service,
ideal for big groups, families and those who want to relish the
excitement of the biggest sporting event in the world.
**MATCH Premier benefits:**

- Category 1 match tickets.
- Tented hospitality structure located within the stadium security
  perimeter area, with standing tables, Tv screens and a pub-
  style bar counter.
- Hospitality service with snacks and drinks before and after the
  match.
- Welcome area with multilingual hostesses.



JA607

GGV-000000050

# **EXHIBIT 22**



# **EXHIBIT 23**

Republic of Botswana
# Activities Details



Report printed on **08 Jul 2022** at **10:51** by operator **PBCS\GMBEHA**

| Date | Time | Document / Type | Country | Transaction | Result | Gender | Vehicle | Point of Entry | Operator |
|---|---|---|---|---|---|---|---|---|---|
| 7/17/2013 | | | | | | | | | |
| | 16:22 | ████ | MEX | Backoffice event | | M | | MAUN AIRPORT | MONYAMANE,OMPHI |
| | 16:13 | ████ | MEX | Arrival event | ENTERED | M | V5-MJW | MAUN AIRPORT | MONYAMANE,OMPHI |
| 7/27/2013 | | | | | | | | | |
| | 13:48 | ████ | MEX | Departure event | DEPARTED | M | | MAUN AIRPORT | LESOGO,TAPOLOGO |
| | 14:19 | ████ | MEX | Backoffice event | | M | | MAUN AIRPORT | MOKURU,OLESEGO |

**Total transactions from 17 Jul 2013 to 27 Jul 2013 :**     **4**

Report end

JA611
0009561S

Case 1:16-cr-00065-BAH  Document 159-23  Filed 04/06/23  Page 2 of 2

# **EXHIBIT 24**

JA612

JA613
0009S609

| Name of the Importer | Exporter | SPECIMEN | Qty | Tag number | Permit number | Source | Purpose | origin | Destination | Security Stamp # | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | skull | | | BWLOXA130000594 | 4921 | W | H | BW | MEXICO | 1112833 | 2014 |
| GERARDO VALENCIA | Mochaba developments | ears | II | 2 | BWLOXA130000595 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000596 | | W | H | BW | MEXICO | | 2014 |
| | | feet | II | 2 | BWLOXA130000597 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000598 | | W | H | BW | MEXICO | | 2014 |
| | | Femur | II | 2 | BWLOXA130000599 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000600 | | W | H | BW | MEXICO | | 2014 |
| | | Belly skin | II | 1 | BWLOXA130000581 | | W | H | BW | MEXICO | | 2014 |
| GERARDO VALENCIA | mochaba developments | ears | II | 2 | BWLOXA130001895 | 5623 | W | H | BW | MEXICO | 1112834 | 2014 |
| | | | | | BWLOXA130001896 | | W | H | BW | MEXICO | | 2014 |
| | | feet | II | 4 | BWLOXA130001897 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130001898 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130001899 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130001900 | | W | H | BW | MEXICO | | 2014 |
| | | femur | II | 2 | BWLOXA130001981 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130001982 | | W | H | BW | MEXICO | | 2014 |

JA614

0009561O

Case 1:16-cr-00065-BAH   Document 159-24   Filed 04/06/23   Page 3 of 3

| Name of the Importer | Exporter | SPECIMEN | Qty | Tag number | Permit number | Source | Purpose | origin | Destination | Security Stamp # | YEAR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GERARDO VALENCIA | Mochaba development | tusks | II | 2 | BW445/2013 9.6 | 4930 | W | H | BW | MEXICO | 1112830 | 2014 |
| | | | | | BW446/2013 9.9 | | W | H | BW | MEXICO | | 2014 |
| | | skull | II | 1 | BWLOXA130000 582 | | W | H | BW | MEXICO | | 2014 |
| | | panel | II | 1 | BWLOXA130000 583 | | W | H | BW | MEXICO | | 2014 |
| | | ears | II | 2 | BWLOXA130000 584 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000 585 | | W | H | BW | MEXICO | | 2014 |
| GERARDO VALENCIA | Mochaba development | tusks | II | 2 | BW299/2010 20.5 | 5625 | W | H | BW | MEXICO | 1112837 | 2014 |
| | | | | | BW300/2010 24.9 | | W | H | BW | MEXICO | | 2014 |
| | | cape | II | 1 | BWLOXA100018 91 | | W | H | BW | MEXICO | | 2014 |
| | | panels | II | 3 | BWLOXA100018 92 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA100018 93 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA100018 94 | | W | H | BW | MEXICO | | 2014 |
| GERARDO VALENCIA | Mochaba developments | tusks | II | 2 | BW447/2013 19.3 | 4929 | W | H | BW | MEXICO | 1112832 | 2014 |
| | | | | | BW448/2013 22.0 | | W | H | BW | MEXICO | | 2014 |
| | | Panels | | | BWLOXA130000 591 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000 592 | | W | H | BW | MEXICO | | 2014 |
| | | | | | BWLOXA130000 593 | | W | H | BW | MEXICO | | 2014 |

# **EXHIBIT 25**

# Botswana Hunting Guide

Use the guide below to help you plan your hunting trip to Botswana.

| |
|---|
| **Hunting in Botswana** |
| **Preparation for your Trip** |
| **Travel** |
| **Preparation of Trophies** |
| **Tipping** |
| **Health Issues** |
| **Terms and Conditions** |

## Hunting in Botswana

### General Information

Botswana, situated in Southern Africa, is topographically flat and consists mainly of the Kalahari Desert in which the world's largest inland delta, the Okavango Delta, sinks. It is one of the least densely populated countries in the world leading to its flourishing natural wildlife. In addition to the delta and Kalahari desert, there are grasslands where other plains game such as blue wildebeest and impala are found. Northern Botswana has one of the few remaining large populations of the endangered African wild dog while the Chobe district has the world's largest concentration of elephants. Due to the increased human-wildlife conflict the ban on elephant hunting has been lifted during 2019.

### Firearms and Ammunition

You may import a total of three (3) firearms into Botswana: two (2) rifles and one (1) shotgun; or two (2) shotguns and one (1) rifle. Rifles must be of different calibres. A maximum of 100 rounds of ammunition per firearm. Ammunition must be the same calibre(s) as the firearms you are importing. Semi-automatic, automatic and military-style firearms, and handguns are prohibited.

Should a hunter wish not to bring his/her own firearm on the safari, there are camp rifles and ammunition available for their use at an additional cost.

### Permits and Licences

Each hunter requires a hunting licence. No trophy may be shot without a valid license. Licenses are issued in accordance with available quota in the specific hunting area and it is important to clarify which species of animals are required. Additional CITES and/or TOPS permits are required for certain species such as elephant, leopard etc. We obtain this on our client's behalf.

3/23/23, 11:20 AM                    Botswana Hunting Guide | Chapungu-Kambako Safaris

Case 1:16-cr-00065-BAH    Document 159-25    Filed 04/06/23    Page 3 of 3
USCA Case #23-3126      Document #2057130      Filed: 05/30/2024      Page 29 of 198

# **EXHIBIT 26**

USCA Case #23-3126      Document #2057130      Filed: 05/30/2024      Page 3 of 198



# BOTSWANA

### Dense Wildlife Population

## HUNTING IN BOTSWANA

From the dry Kalahari dunes, to flowing rivers of the Okavango delta. Botswana is a low population country with a dense wildlife population. A southern African country bordering South Africa to the south, Zimbabwe to the east, Namibia to the west and the might Zambezi/ Chobe Zambia rivers to the North. The Okavango Delta was originally inaccessible until hunters ventured into these wild areas and created access into what is known today as one of the premier photographic areas in Africa. Our hunting concession is one of the few hunting concessions left in these Northern parts of Botswana where we mostly hunt Elephant, Buffalo, Leopard and various plains game.



"If I have ever seen magic, it has been in Africa" – John Hemmingway

JA620

# SEVEN PANS

Our concession lies in the North Central part of Botswana, just east of the Okavango D[...] NG41 and belongs to the Mababe community who live in this area. Seven Pans is a joint v[...] Safaris and the Mababe Zokotsama Community whereby both parties benefit from the su[...] wildlife. A joint venture like this ensures equal benefit as well as contributing to the protectio[...]

Our mission at Johan Calitz Safaris is to always think of the future of the animals and the people we work with. We have therefore dedicated certain areas of the concession to photographic safaris which creates diversity in our offering as well as creating more employment for people in the community. We have a close relationship with the Mababe community and strive to create a long lasting relationship that ensures improved livelihoods and conservation of the wildlife.



JA621

Sustainable hunting with the Mababe Community

## JOVEREGA CAMP - MABABE CONCES.



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-01.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-02.jpg)

JA623



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/camp-03.jpg)

Our East African style camp is located in the heart of the concession and comprises of all the basic luxuries you would expect in a premium hunting camp. The camp is tented and all tents are en suite with a shower, flushing toilet and hot water. Our MES area is open plan with a bar, dining room and a fire pit where you will enjoy a cocktail for sundowners. You will be served with a three course meal every evening which is made by our experienced team in the kitchen. During the day you will either eat lunch while out on a drive or return to camp for a delicious meal.

JA624



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/botswana-controlled-hunting-areas-03.jpeg)

JA625



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-01.jpg)

JA626



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-02.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-03.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-04.jpg)



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-05.jpg)

JA628



(https://johancalitzsafaris.com/wp-content/uploads/2021/12/bots-06.jpg)

# TRAVEL

Best travel plans would be too fly into Johannesburg (we can organise hunter friendly accommodation close the the airport they will help you with rifle paperwork,) From Johannesburg OR Tambo, you'll catch a two hour flight into Maun, Botswana. We will be waiting for you!

Private charters from Johannesburg to Maun are also available, at request. Also from other African countries if needed we are able to customise all your travel requirement in once in Africa.



There is no trip to big or small. May it be the chase for the tiny ten or the big five. Contact us now to start planning!

# GEAR

> 1 Pair of good walking boots (Always worn-in)

> 1 Pair of comfortable camp shoes

> 4 Pairs of good socks

> 4 Sets of underwear

> 3 Pairs of long hunting pants (Dark Khaki or Olive Green)

> 2 Pairs of short hunting pants (Early hunts –Mar – Apr, Sept - Oct)

> 4 Hunting shirts (Dark Khaki or Olive Green)

> 1 Hunting Jacket - (Dark Khaki or Olive Green)



> 1 Warm sweater or jumper

> Casual wear for the evenings

> 1 Pair of gloves

> Laundry is done ever day in camp

> Good quality binoculars and camera

## GUNS

375 minimum calibre for dangerous game. Often asked which is the best calibre for dangerous game, the best answer is the rifle that you shoot the best. As long as it's 375 and bigger.

## PASSPORTS

Passports are required for travel to Africa. Please note that for the most part no Visas are required. American and European Union passports are sufficient for entries into South Africa. Other African countries might require visas either on arrival or applied through embassies

## CLIMATE

Botswana is generally warm to hot in April and May (peaking at 80°F). The days tend to be warm and the nights cold during June, July and August (freezing temperatures overnight are possible). The weather warms up again in September.

## MALARIA

Botswana areas are Malaria areas. Please consult your Doctor in good time for Malaria prophylaxis. Your Professional Hunter carries a first aid kit, and sophisticated medical services are available in nearby towns and cities.

# PRE-HUNT INFORMATION
## JA631

The onus rests on the booking agent/client to make sure that he/she is in
necessary visas, valid travel documents, and insurance and health certificat
by transit countries. EU, Common Wealth and American citizens do not need
please ensure that you comply with all the transit countries requirements as
have at least 3 hours between arrival and departure times for flight connecti
rifles. Flights are often late or delayed and it may be wise to stay over in Johannes          than
going through the stress of missing flights and not being prepared for it. A direct flight to
Johannesburg to Maun with SA Airlink is recommended as Air Botswana does not allow firearms.
The hunting party can transfer the same afternoon after arriving in Maun to camp and leave camp
the day of departure to be in time to catch the afternoon flight back to Johannesburg.

## GROUND TRANSPORT

Ground transport from Maun to the hunting area and back are included in package prices,
alternatively specified separately. You will be met at the airport by a staff member, assisted through
customs and transferred to camp. The drive by road is about 2.5 hours. Single or double cab hunting
vehicles are used. If the group exceeds 2-3 people or require side excursions/game drives/add on
safaris etc., additional vehicles/drivers can be hired upon request, at an additional charge. This
should be booked in advance.

## ADD-ON PLAINSGAME

Any add-on plains-game safari at a basic daily rate and trophy fee charge can be arranged in the
Kalahari or in the Tuli block on large fenced-in ranches, should you be interested. This can be
arranged at short notice, even during your safari.

## INFORMATION SHEETS

In order to provide you and your meet and greet agent (to be nominated by yourself in writing) with
an invitation letter to obtain firearm transit permits through SA and to enable us to prepare the
necessary documents for your safari, we require that documentation is duly completed in in black
ink and returned to us 60 days prior to arrival in Botswana. All the necessary sheets and documents
needed will be email to you beforehand. NB: If a booking agent or other industry person
accompanies the hunting party and brings rifles, he/she must also complete the necessary
rifle/travel documents.

JA632

Bank account details appear on the bottom left corner of the invoice. Please
the amount and date of payment and favor us with proof of payment. A 50%
a safaris is booked. Tips/gratuities are payable in cash in camp the night bef
Botswana otherwise please arrange with us. Staff, who walked the extra mil
memorable experience, may be rewarded at your discretio

## MEET-AND-GREET/TRANSIT ASSISTANCE

We recommend that clients make use of an agent in Johannesburg to assist with temporary firearm transit permits through O.R. Tambo airport. If you do not have a preferred agent assisting you, we recommend AfricaSky Guest House. They charge a nominal fee, depending on the extend of client requirements and also offers add-on services such as airport transfers, meet & greet and shuttle services to the Guest House and back. We also recommend them for accommodation as they are a hunter friendly Guest House and about 15 minutes from OR Tambo. See contact details below.

NB: Note that notarized copies of client's passport (recommended: valid for at least 6 months with at least 6 clean pages in it to avoid bureaucratic problems), notarized copies of proof of ownership of the firearms that is to be imported and a copy of the flight itinerary will be required by the meet-and-greet agent. Kindly let us know which agent you choose as we have to provide them with your invitation letter.

## FIREARMS

Three (3) firearms per hunter are allowed into Botswana. No small or military calibers (i.e. .22, .303, etc), nor hand guns, muzzle loaders or automatic firearms are allowed. Hunters travelling with rifles in their own name through South Africa must be 21 years of age. No hand guns, semi-automatics or automatics are allowed into/through South Africa, unless special permission has been obtained well in advance from the South African authorities. This however will not allow the import thereof into Botswana. Please check with us or with your clearing agent if you have any doubt. It is strongly advised that you check the legal requirements of the airline/s and countries you/your client may travel through regarding firearm regulations. Renting of firearms can/is possible if your prefer not to travel with rifles. Please contact us in this regard as we have a limited choice of firearms available.

A maximum of a 100 rounds of ammunition can be imported per firearm and must be specified as such on the rifle application forms. It is highly unlikely that anything close to this number will be used. Import tax on ammo is payable at the port of entry. Ammo must be in a special box and packed separately from rifle/s in the check-in luggage. We recommend to obtain an invoice stating the value of ammo/reloads in order to simplify the process at Maun Airport.

JA633

We will assist you with obtaining your permits for Botswana. Please refer to [obscured] information and documents are needed to be send to us ti[obscured]

## TROPHY SHIPMENT

Please ensure that you bring sufficient trophy tags of your preferred Shipping Ag[obscured] [obscured]ny agent with you. CITES export permits (where applicable), will be issued by our Maun shipping agent, Mochaba Developments. The professional hunter can, upon request, arrange a meeting with Mochaba in order to discuss trophy shipment requirements, prior to departure from Maun.

Packing, dipping and shipping charges are not included in JOHAN CALITZ SAFARIS' account.

NB: In case of an elephant safari: PLEASE ensure that the elephant tail is either specified on the trophy list as to be exported with the rest of the shipment. Clients are urged to take a minute to go over the trophy list with the Professional Hunter prior to leaving Maun to make sure that all trophy shipment/handling instructions are correct.

## CAPTURING THE SAFARI ON FILM

We welcome videographers but please note charges as per our pricelist. Please note that we reserve the right to sanction, use, refuse or prohibit any photo or video footage for future publications and promo material. No footage may be used for commercial purposes without our written permission and without obtaining the prescribed filming permit from the relevant government department. Protection of Identity: Clients who wish their identity to be protected must please inform us via email.

## INOCULATIONS, PREVENTATIVE MEDICATION, INSURANCE, MEDICAL RESCUE

Botswana has little health risks but malaria prophylaxis is strongly advised. Irrespective of the destination, it is always highly recommended to obtain the following insurance cover :

– Short term insurance for personal assets and effect against damage and theft

– Medical evacuation insurance

– Trip cancellation and travel insurance

– Trophy insurance

Consult your insurance broker, travel agent and trophy shipping agent today if you are not duly covered.

JA634

We suggest GLOBAL RESCUE services, the premier provider of medical, sec
consultation services. They commit to their members from the point of inju
them back to their home country hospital of choice. We strongly recomme
membership with them before your hunt. Please contact them at www.
(https://www.globalrescue.com/) or telephonically at +1-617-459-4200 or toll f
381-9754 to sign up for membership.

## PACKING LIST

Accommodation is provided in luxury en-suite tented accommodation with bed linen, towels, basic
toiletries and hot/cold water basin, shower and a flush toilet. Solar powered lights are provided. In
the dining and lounge areas there are power points for charging cameras and other electronic
devises. Remember Botswana is on 220v so a converter is necessary if your home country's power
supply differs. A daily laundry service is provided so clients can pack light. Natural fiber, neutral
colored clothing, two sets of walking/hunting shoes, a weather resistant jacket and warm sweater
should suffice. Remember a bore snake, ammo belt, binoculars, satellite phone (if client wish to
remain in touch with office or home), camera, hat, sunglasses, sunscreen, personal toiletries and
prescription drugs and medication.

## EMERGENCY

In case of an emergency, your relatives/office can get hold of writer hereof at the numbers and
email address as set out below.

## GENERAL

Safaris are conducted as far as possible on fair chase and ethical hunting principals in large and
unfenced wilderness areas. No guarantees can be made as to a client's chances for success or
trophy size. We hope that our track record speaks for itself and that your experienced professional
hunter, who knows the area well, will do everything in his power to give you the best possible
opportunity to harvest good representative trophies. Licenses are paid for in advance and are non-
refundable. Please refer to our terms and conditions attached hereto with regards to changing your
wish list or declining to harvest booked trophies prior to or during your safari.

If you have any questions or seek assistance in any regard, please do not hesitate to ask. We will
gladly assist and make sure you are comfortable with the arrangements. From our side we will
endeavor to make your safari a trouble free and memorable one!

JA635

**SOUTH AFRICA:** JOHAN +27 82 5747267 / COBIE +27 82 338
**BOTSWANA:** JOHAN +267 7155 9753 / COBIE +267 7130
**BOTSWANA OFFICE:** +267 686 1574

## AFRICASKY GUEST HOUSE CONTACT DETA

**Contact Person:** Leoni Rossouw
**Contact Number:** +27 82 7490674 (South Africa)
**Email:** africasky@mweb.co.za (mailto:africasky@mweb.co.za)
**Website Address:** www.africasky.co.za (https://www.africasky.co.za/)



(https://johancalitzsafaris.com/wp-content/uploads/2021/11/45C519B8-E750-473B-9220-C110F905563F.jpg)

(https://johancalitzsafaris.com/wp-content/uploads/2021/11/IMG_1585.jpg)

(https://johancalitzsafaris.com/wp-content/uploads/2021/11/IMG_1618.jpg)

JA636

## Are you ready to start planning your hunt with us?

Please do contact us. We would love to help you plan your dream hunt and bag the trophy's that you are missing!

CONTACT US

# KEEP IN TOUCH

**Subscribe**

email address

SUBSCRIBE

made with  mailchimp

(http://eepurl.com/hPRUMD)

USCA Case #23-3126      Document #2057130      Filed: 05/30/2024      Page 50 of 198



## OTHER PAGES

Home(/)

About Us(/about/)

Bespoke Safaris(https://johancalitzsafaris.com/bespoke-safaris/)

Contact Us(/contact-us/)

Terms and Conditions(/terms-and-conditions/)

JA638

## COUNTRIES



Botswana(/botswana/)

Mozambique(/mozambique/)

Namibia(/namibia/)

South Africa(/south-africa/)

Tanzania(/tanzania/)

## AFFILIATIONS









f ⓘ

(https://www.facebook.com/... instagram.com/...johnxsafaris_/)

With over 30 years of experience we promise to provide our clients with quality, first-class safaris.

Copyright © 2021-2022. All rights reserved.

Website by Digital Cartel (https://digitalcartel.co.za/)

# **EXHIBIT 27**

# **<u>EXHIBIT 28</u>**

JA642



# EXHIBIT 29

Guadalajara, Jalisco, 03/08/23

to whom this may concern,

I have known Gerardo Gonzalez Valencia as a good parent and husband
for several years, I was troubled and surprised to see the legal situation
he his currently facing. It is for this reason I am happy to
write my support regarding this matter.

It is my sincere hope the court takes my letter into consideration.
Despite the current situation, I still believe Gerardo is an honorable
person and a key person to succesfully support the healthy growth
in my sister's family.

Sincerely,

Hector Alonso Amaral Arevalo

# **EXHIBIT 30A**

[handwriting is in italics]

*Guadalajara, Jalisco, March 9, 2023*

*To Whom It May Concern.*

*By means of this letter, I make it known to you that I have known Mr. Gerardo Gonzalez Valencia for 20 years. During that period of time, I can only mention good things.*

*As a father, husband, and member of this family, he has always acted as a respectful, responsible, affectionate, and dedicated person.*

*I understand that nations and states have to safeguard their citizens, and in the case of Gerardo, whether or not he has violated any kind of law in those states, I think that the time he has spent deprived of his freedom is sufficient.*

*I am a witness, day after day, of the affects that the unfortunate incidents taking place in Montevideo, Uruguay have had on my nieces and nephews and my sister. The subsequent court proceedings, expenses, and mental and moral consequences of those incidents have been too much of a punishment for all of them.*

*Hoping that the judicial process he is in reaches its conclusion, so that you allow him to be reunited with his family and begin to make up for and recover from all of the collateral damage that my nieces and nephews and my sister have suffered and, if such is the case, what was suffered by society.*

JA647



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Jorge Amaral Arevalo**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

Dan McCourt

Sworn to before me this
March 23, 2023

Signature, Notary Public



Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

(Page 60 of Total)
JA648

# **EXHIBIT 30B**

USCA Case #23-3126      Document #2057130          Filed: 05/30/2024      Page 62 of 198

Guadalajara, Jalisco.   9 de Marzo  2023

A quien corresponda:

Por este medio hago  de su conocimiento que conozco al
Sr. Gerardo  Gonzalez Valencia, desde hace  20 años, durante
este periodo de tiempo, solo  puedo  mencionar buenas cosas.

Como padre, esposo, y miembro de esta familia, siempre
se comporto  como una persona respetuosa, responsable,
cariñosa  y entregada.

Entiendo que las naciones estado tienen que salvaguardar
a sus  connacionales y en caso de  Gerardo, haya o no haya,
Infrigido alguna ley  en dichos estados, creo que el periodo
que lleva  privado  de su libertad, es suficiente.

Soy  testigo dia con dia, de las afectaciones que tienen
mis  sobrinos y mi hermana de los sucesos tan lamentables
ocurridos en  Montevideo, Uruguay. las subsecuentes consecuencias
tanto de los  procesos judiciales, economicas, mentales y morales
de dichos hechos, han  sido demasiado castigo para todos ellos.

Esperando que el proceso judicial en el cual se encuentra,
llegue a un fin. para que le permitan reunirse con su familia
y empezar a resarcir y recuperar todo el daño colateral
que han tenido mis hermosos sobrinos y hermana; y si
en su caso fuera ante la sociedad.



Entendiendo que esta carta se puede ver imparcial
por tratarse de mi cuñado, esposo de mi hermana y
padre de mis hermosos sobrinos, creo que la distincion
del bien y el Mal, es una linea de sentido comun inde-
pendientemente de la relacion.

Jorge Alberto Amaral Arevalo

JA651

| | |
|---|---|
| **From:** | Martha Arevalo ██████████ |
| **Sent:** | Thursday, March 23, 2023 11:56 a.m. |
| **To:** | Lietz, Tiffany B. |
| **Subject:** | Letter for the HONORABLE JUDGE of Gerardo González Valencia |

> **CAUTION:** **External E-mail. Use caution accessing links or attachments.**

Dear Judge,

Please accept my warmest greetings. My name is Martha Arévalo, I am the sixth of a family of seven daughters, and I exercise my profession as Architect. I am a great aunt to the children of GERARDO GONZÁLEZ VALENCIA, and aunt to his wife.

 I thank you in advance for your attention to this letter. It is the sincerest and most important letter I have ever had to write in my life, for what it means to his children, to his wife, and even to all of us as family.

I met GERARDO GONZÁLEZ VALENCIA 22 years ago. He has always treated me kindly and respectfully. He is a gentleman, an excellent father, well-read, balanced in making decisions in the face of adversity, recognized among family and friends as a good man, while firm and faultless in the education and upbringing of his children. He is not the most demonstrative of people in the world, but he has always been there for his family at the most important of times. He is a human being distinguished for being hard-working and tenacious. He could get back up a thousand times from a failure without complaining. I have witnessed him overcome every adversity.

Your honor, I know that GERARDO GONZÁLEZ VALENCIA will be on trial before a court of law that you gracefully represent, and I am certain that our beloved GERARDO will act with full awareness, learning and dignity, at least on the outside; only God and he himself will know how he feels internally. I know that this journey will make him a better person, because that's how it has always been during his life, doing good deeds and correcting any mistakes he has made.

Your honor, I respectfully ask that you afford him the opportunity to return home to his family promptly, and that God enlightens all parties involved in this proceeding for a fair outcome. I also pray to God and to life itself so that all of us who value GERARDO GONZÁLEZ VALENCIA, may be given a new opportunity.

MANY THANKS!!

Martha Arevalo


--



City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Martha Arevalo**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
March 31, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

# **EXHIBIT 31B**

| | |
|---|---|
| **From:** | Martha Arevalo ███████████████ |
| **Sent:** | Thursday, March 23, 2023 11:56 AM |
| **To:** | Lietz, Tiffany B. |
| **Subject:** | Carta para RESPETABLE JUEZA de Gerardo Gonzáles Valencia |

**CAUTION:** External E-mail. Use caution accessing links or attachments.

---

Respetable Jueza,

Reciba un cordial saludo por este medio, mi nombre es Martha Arévalo, soy la sexta de una familia de 7 hijas, desempeño mi profesión como Arquitecta, tía abuela de los hijos de GERARDO GONZÁLEZ VALENCIA, y tía de su esposa.

Agradezco de antemano su atención a esta misiva, la más sincera e importante que he hecho en mi vida, por lo que significa para sus hijos, para su esposa, incluso para todas nosotras como familia.

Conocí a GERARDO GONZALEZ VALENCIA hace 22 años, el trato siempre ha sido cordial y respetuoso, es un hombre cabal, excelente padre, le gusta la lectura, equilibrado en sus tomas de decisiones cuando atraviesa vicisitudes, reconocido entre familiares y amigos como un buen hombre, duro e intachable en la educación de sus hijos. No es la persona más demostrativa del mundo, pero siempre ha estado presente en los momentos más importantes de la familia, un ser humano que se distingue por ser muy trabajador y tesonero, después de un fracaso podría volverse a levantar mil veces sin quejarse, he visto cómo ha superado cada adversidad.

Estimada Jueza, se que GERARDO GONZALEZ VALENCIA será evaluado por la la justicia que usted dignamente representa y estoy segura que nuestro querido GERARDO tomará con plena conciencia, aprendizaje y dignidad, por lo menos por fuera así será, solo el mismo y Dios sabrán su sentir por dentro. Se que esta travesía ayudará a mejorar mucho su vida, porque así ha sido siempre en su andar por la vida, sembrando buenas acciones y corrigiendo aquellas en las que se ha equivocado.

Su señoría, me atrevo a pedirle respetuosamente le brinde la oportunidad de regresar a tiempo con su familia y que Dios ilumine a todas las partes que intervienen en este proceso para un justo resultado, así mismo rogando a Dios y a la Vida nos brinda una nueva oportunidad a todos los que apreciamos a GERARDO GONZALEZ VALENCIA.


MIL GRACIAS!!
Martha Arevalo


--

1
JA655

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**GERARDO GONZALEZ-VALENCIA,**<br><br>Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

**NOTICE OF FILING LETTER IN SUPPORT OF**
**GERARDO GONZALEZ-VALENCIA FOR SENTENCING**

In anticipation of sentencing, we hereby file the following letter and certified

translation in support of GERARDO GONZALEZ-VALENCIA:

| NAME | RELATIONSHIP |
|---|---|
| BIBIANA HUBER | FRIEND |

Dated: April 10, 2023

Respectfully submitted,

*/s/ Stephen A. Best*

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
Telephone:  (202) 536-1700

1

JA656

sbest@brownrudnick.com

and

The L●S LAW FIRM
Lilly Ann Sanchez (admitted pro hac vice)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with

the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system.

All participants registered through the Court's electronic filing system will be served by the

CM/ECF system as required to be served by Federal Rule of Criminal Procedure 49(a)(3)(A).


Date: April 10, 2023


*/s/ Stephen A. Best*

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005

*Counsel for Defendant Gerardo Gonzalez-Valencia*

3

JA658

**From:** Bibiana Huber ████████████████
**Date:** March 24, 2023 at 6:02:42 PM EDT
**To:** Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: CARTA A GERARDO**



Honorable Juez Beryl,

Me presento, soy Bibiana Huber, diseñadora Mexicana, CEO y Directora Creativa de un prestigiado estudio de arquitectura y diseño en Mexico.

Colaboré con Gerardo, diseñando y creando juntos uno de los mejores hoteles de México, un espacio mágico en una de las costas más espectaculares. Un hotel a luz de vela, ecológico, sustentable y operado por la calidez Mexicana.

Durante esos años de trabajo y colaboración, mi experiencia con Gerardo y Wendy su esposa fue muy trascendental en mi vida, los recuerdo y aprecio con mucho cariño. Gerardo es un ser lleno de luz y energía, su risa contagiaba a cualquiera a su alrededor.

Gerardo es un empresario responsable, un visionario, una persona que empuja por crear espacios de trabajo para todos, un hombre que confía e impulsa el talento joven, a las comunidades más necesitadas, a los artesanos, a la comunidad de pescadores, generando equipos de trabajo y sinergias por un bien común.

Recuerdo que era muy querido por todo el pueblo, se sentaba a comer con las familias y los trabajadores del Hotel, ayudaba a todos los que lo

rodeaban, tenía la gran habilidad de conectar con el trabajador más humilde y con el empresario más exitoso.

Un hombre muy familiar, dedicado a su trabajo, su esposa, sus hijos, sus amigos. Un hombre que impulsó México, un soñador con gran sensibilidad.

No tengo más que buenos recuerdos de trabajar con el, con su gran sonrisa y trato amable a cada uno de los proveedores y colaboradores que estuvimos a su lado en algún proyecto.

Aprendí mucho de él, siempre priorizaba dar trabajo a la mano de obra Mexicana, al pueblo, dio grandes oportunidades a las comunidades etnicas.

Desconozco las acusaciones en su contra, lo que me consta es mi experiencia con el, nunca lo vi lastimando ó haciendo daño, sino todo lo contrario, lo vi tratar con cariño y respeto a todos. Espero mi experiencia lo ayude a tomar una decisión más informada sobre el destino de la vida de Gerardo y la de su familia.

Gracias por su tiempo y atención.
--



Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco

**From:**  Bibiana Huber 
**Date:**   March 24, 2023 at 6:02:42 p.m. EDT
**To:**     Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: LETTER FOR GERARDO**

------------------------------------------------------------------------

Dear Judge Beryl,

My name is Bibiana Huber, I am a Mexican designer, CEO and Creative Director of a prestigious architectural and design firm in Mexico.

I worked alongside Gerardo, both of us designing and creating one of the best hotels in Mexico. It was a magical location on one of the most spectacular coasts. A candlelight, environmentally friendly, sustainable hotel operating under the warmth of Mexico.

During those years of work and collaboration, my experience with Gerardo and Wendy, his wife, was extremely transcendental in my life. I remember and cherish them with great fondness. Gerardo is someone who is full of light and energy; his laughter was contagious for anyone around him.

Gerardo is a responsible businessman, a visionary, and someone who strives to create work spaces for everybody. He is a man who has faith in and encourages young talent, the most deprived communities, artisanal workers and the fishing community, generating work and synergy for a common good.

I remember that he was much loved by the whole town. He would sit and eat with the families and employees of the Hotel, helping everybody who surrounded him.

He had this wonderful ability to connect with either the humblest of workers or the most successful of businessmen.

He was such a family man, dedicated to his work, his wife, his children, and his friends. He was a man who pushed Mexico forward; a dreamer with great sensitivity.

I have nothing other than good memories of working with him, with his big smile and kind treatment towards each and every supplier and employee who worked alongside him on any given project.

I learned a lot from him, and he would always prioritize providing work to Mexican manpower, to the people, and providing great opportunities to ethnic communities.

I am unaware of the accusations against him and can only affirm my experience with him. I never saw him cause harm or hurt anybody; on the contrary, he was kind and respectful towards everybody. I hope my experience aids you in making a more informed decision as regards the fate of Gerardo and that of his family.

Many thanks for your time and attention.
--

Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Bibiana Huber**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.

_____
Dan McCourt

Sworn to before me this
March 31, 2023

_____
Signature, Notary Public



_____
Stamp, Notary Public

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA**

**v.**

**GERARDO GONZALEZ-VALENCIA,**

Defendant.

**CRIMINAL NO. 16-CR-065 (BAH)**

**NOTICE OF FILING LETTER IN SUPPORT OF**
**GERARDO GONZALEZ-VALENCIA FOR SENTENCING**

In anticipation of sentencing, we hereby file the following letter and certified

translation in support of GERARDO GONZALEZ-VALENCIA:

| NAME | RELATIONSHIP |
|------|--------------|
| BIBIANA HUBER | FRIEND |

Dated: April 10, 2023

Respectfully submitted,

_/s/ Stephen A. Best_

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005
Telephone:  (202) 536-1700

1

sbest@brownrudnick.com

and

The L●S LAW FIRM
Lilly Ann Sanchez (admitted pro hac vice)
Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, Florida 33131
Telephone: (305) 503-5503
lsanchez@thelsfirm.com

*Counsel for Defendant Gerardo Gonzalez-Valencia*

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 10, 2023, I electronically filed the foregoing document with

the Clerk of the U.S. District Court for the District of Columbia by using the CM/ECF system.

All participants registered through the Court's electronic filing system will be served by the

CM/ECF system as required to be served by Federal Rule of Criminal Procedure 49(a)(3)(A).


Date: April 10, 2023


*/s/ Stephen A. Best*

BROWN RUDNICK LLP
Stephen A. Best (DC Bar No. 428447)
Rachel O. Wolkinson (DC Bar No. 975548)
Tiffany B. Lietz (admitted pro hac vice)
601 Thirteenth Street, NW, Suite 600
Washington, DC 20005

*Counsel for Defendant Gerardo Gonzalez-Valencia*

JA666

**From:** Bibiana Huber 
**Date:** March 24, 2023 at 6:02:42 PM EDT
**To:** Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: CARTA A GERARDO**

Honorable Juez Beryl,

Me presento, soy Bibiana Huber, diseñadora Mexicana, CEO y Directora
Creativa de un prestigiado estudio de arquitectura y diseño en Mexico.

Colaboré con Gerardo, diseñando y creando juntos uno de los mejores
hoteles de México, un espacio mágico en una de las costas más
espectaculares. Un hotel a luz de vela, ecológico, sustentable y operado por
la calidez Mexicana.

Durante esos años de trabajo y colaboración, mi experiencia con Gerardo y
Wendy su esposa fue muy trascendental en mi vida, los recuerdo y aprecio
con mucho cariño. Gerardo es un ser lleno de luz y energía, su risa
contagiaba a cualquiera a su alrededor.

Gerardo es un empresario responsable, un visionario, una persona que
empuja por crear espacios de trabajo para todos, un hombre que confía e
impulsa el talento joven, a las comunidades más necesitadas, a los
artesanos, a la comunidad de pescadores, generando equipos de trabajo y
sinergias por un bien común.

Recuerdo que era muy querido por todo el pueblo, se sentaba a comer con
las familias y los trabajadores del Hotel, ayudaba a todos los que lo

rodeaban, tenía la gran habilidad de conectar con el trabajador más humilde y con el empresario más exitoso.

Un hombre muy familiar, dedicado a su trabajo, su esposa, sus hijos, sus amigos. Un hombre que impulsó México, un soñador con gran sensibilidad.

No tengo más que buenos recuerdos de trabajar con el, con su gran sonrisa y trato amable a cada uno de los proveedores y colaboradores que estuvimos a su lado en algún proyecto.

Aprendí mucho de él, siempre priorizaba dar trabajo a la mano de obra Mexicana, al pueblo, dio grandes oportunidades a las comunidades etnicas.

Desconozco las acusaciones en su contra, lo que me consta es mi experiencia con el, nunca lo vi lastimando ó haciendo daño, sino todo lo contrario, lo vi tratar con cariño y respeto a todos. Espero mi experiencia lo ayude a tomar una decisión más informada sobre el destino de la vida de Gerardo y la de su familia.

Gracias por su tiempo y atención.
--



Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco

**From:** Bibiana Huber 
**Date:** March 24, 2023 at 6:02:42 p.m. EDT
**To:** Lilly Sanchez <lsanchez@thelsfirm.com>
**Subject: LETTER FOR GERARDO**

--------------------------------------------------------------------------

Dear Judge Beryl,

My name is Bibiana Huber, I am a Mexican designer, CEO and Creative Director of a prestigious architectural and design firm in Mexico.

I worked alongside Gerardo, both of us designing and creating one of the best hotels in Mexico. It was a magical location on one of the most spectacular coasts. A candlelight, environmentally friendly, sustainable hotel operating under the warmth of Mexico.

During those years of work and collaboration, my experience with Gerardo and Wendy, his wife, was extremely transcendental in my life. I remember and cherish them with great fondness. Gerardo is someone who is full of light and energy; his laughter was contagious for anyone around him.

Gerardo is a responsible businessman, a visionary, and someone who strives to create work spaces for everybody. He is a man who has faith in and encourages young talent, the most deprived communities, artisanal workers and the fishing community, generating work and synergy for a common good.

I remember that he was much loved by the whole town. He would sit and eat with the families and employees of the Hotel, helping everybody who surrounded him.

He had this wonderful ability to connect with either the humblest of workers or the most successful of businessmen.

He was such a family man, dedicated to his work, his wife, his children, and his friends. He was a man who pushed Mexico forward; a dreamer with great sensitivity.

I have nothing other than good memories of working with him, with his big smile and kind treatment towards each and every supplier and employee who worked alongside him on any given project.

I learned a lot from him, and he would always prioritize providing work to Mexican manpower, to the people, and providing great opportunities to ethnic communities.

I am unaware of the accusations against him and can only affirm my experience with him. I never saw him cause harm or hurt anybody; on the contrary, he was kind and respectful towards everybody. I hope my experience aids you in making a more informed decision as regards the fate of Gerardo and that of his family.

Many thanks for your time and attention.
--


Bibiana Huber
CEO & Creative Director
Guadalajara, Jalisco

2
JA670



**TRANSPERFECT**

City of New York, State of New York, County of New York

I, Dan McCourt, hereby certify that the document "**Letter from Bibiana Huber**" is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English.



Dan McCourt

Sworn to before me this
March 31, 2023

Signature, Notary Public

Stamp, Notary Public

**LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS**
1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001  |  T 212.400.8840  |  F 212.689.1059  |  WWW.TRANSPERFECT.COM
OFFICES IN 90 CITIES WORLDWIDE

(Page 83 of Total)                                                    JA671

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**GERARDO GONZALEZ-VALENCIA,**<br><br>Defendant. | **CRIMINAL NO. 16-CR-065 (BAH)** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between Gerardo Gonzalez-Valencia, the defendant, by and through the consent of his attorneys, Stephen A. Best and Lilly Ann Sanchez, and the United States of America, by Kaitlin Julia Sahni, Kate M. Naseef, and Kirk Kenneth Handrich, Trial Attorneys, that:

1.     In 2009, Gerardo Gonzalez-Valencia relocated his primary residence from Guadalajara, Mexico to Argentina.

2.     In or around early 2012, Mr. Gonzalez-Valencia and his family moved to Punta Del Este, Uruguay, where they lived until his arrest.

3.     Between 2009 and April 22, 2016, the day of his arrest, Mr. Gonzalez-Valencia's primary residence was outside of Mexico.

4.     IT IS FURTHER STIPULATED AND AGREED that this Stipulation is admissible in evidence as a Defendant Exhibit at sentencing.

Dated: April 18, 2023

Respectfully submitted,


\_\_\_\_\_/s/_____           ARTHUR G. WYATT, Chief
Brown Rudnick LLP                             Narcotic and Dangerous Drug Section
Stephen Best                                  Criminal Division
601 Thirteenth Street, NW                     United States Department of Justice
Suite 600
Washington, DC 20005                          \_\_\_\_\_/s/_____
202-536-1732                                  Kaitlin Sahni
sbest@brownrudnick.com                        Kate Naseef
                                              Kirk Handrich
The LS Law Firm                               Trial Attorneys
Lilly Ann Sanchez (admitted *pro hac vice*)   Narcotic and Dangerous Drug Section
Four Seasons Tower, Suite 1200                Criminal Division
1441 Brickell Avenue                          United States Department of Justice
Miami, FL 33131                               Washington, D.C. 20530
305-503-5503                                  202-514-0917
lsanchez@thelsfirm.com                        Kaitlin.Sahni@usdoj.gov


Counsel for the Defendant                     Counsel for the Government

2

JA673

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
* * * * * * * * * * * * * * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Action |
| | ) | No. 16-65-1 |
| vs. | ) | |
| | ) | May 2, 2023 |
| GERARDO GONZALEZ VALENCIA, | ) | 1:06 p.m. |
| Defendant. | ) | Washington, D.C. |

* * * * * * * * * * * * * * *

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE BERYL A. HOWELL,
UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES**:

FOR THE GOVERNMENT:
KATE NASEEF
KAITLIN SAHNI
KIRK HANDRICH
U.S. Department of Justice
145 N Street NE
Two Constitution Square
Washington, DC 20530
(202) 598-2950
Email: kaitlin.sahni@usdoj.gov
Email: kate.naseef@usdoj.gov

FOR THE DEFENDANT:
STEPHEN A. BEST
GEOFFREY COLL
LILLY SANCHEZ
NATASHA ERTZBISCHOFF
Brown Rudnick
601 13th Street, NW, Suite 600
Washington, DC 20005
(202) 536-1737
Email: sbest@brownrudnick.com

ALSO PRESENT:  KYLE MORI, Special Agent
ANGELA ANCALLE-JIMENEZ, AUSA, Paralegal
KATHERINE RAFTOPOULOS,
VICTORIA DOPAZO,
Spanish Language Interpreters

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

2

1                    **P R O C E E D I N G S**

2            THE COURTROOM DEPUTY:  Matter before the Court,

3    Criminal Case No. 16-65, United States of America versus

4    Gerardo Gonzalez Valencia.

5            Counsel, please come forward and state your names

6    for the record, starting with the government.

7            MS. SAHNI:  Good afternoon.

8    Kaitlin Sahni.  I am joined by my co-counsel, Kate Naseef

9    and Kirk Handrich, for the United States.  Also at --

10           THE COURT:  And which one is Kirk Handrich?  Okay.

11           And who is everybody else there?

12           MS. SAHNI:  Special Agent Kyle Mori, and paralegal

13   Angela Ancalle-Jimenez.

14           THE COURT:  Okay.  Good afternoon.

15           And for the defense side.  Even more people.

16           MR. BEST:  Good afternoon, Your Honor.

17   Stephen Best on behalf of Mr. Gonzalez Valencia.  With me is

18   Lilly Sanchez, Geoff Coll, Natasha Ertzbischoff, and Vanessa

19   Toro from our law firm, all for the defendant.

20           THE COURT:  Okay.  Welcome, everybody.

21           And the interpreters have been sworn?

22           THE COURTROOM DEPUTY:  Yes, Your Honor.

23           THE COURT:  Okay.  So let me just share with

24   you-all how I'm viewing this hearing.  I saw the proposed

25   witness list from the government and the proposed witness

1    list from the defendants and, in some ways, this is just a

2    dispute about which of the SOCs, or specific offense

3    characteristics, under the guidelines apply.

4          Let's just lay this out here.

5          Starting with the criminal history, the government

6    thinks the criminal history category should be III?

7          Is that right, Ms. Sahni?

8          MS. SAHNI:  Yes, Your Honor.

9          THE COURT:  And I don't know how you would get to

10   "3" when he's got one prior conviction that's 3 points.

11   He's basically -- and I will confer with Mr. Best -- he

12   confirms -- he admits that he did the escape but he hasn't

13   been convicted of escape.  And since he was extradited and

14   it wasn't part of the extradition package, he can't be

15   convicted of the escape.  Right?

16          MS. SAHNI:  Yes, Your Honor, but --

17          THE COURT:  So how do you get to 3?

18          MS. SAHNI:  Because he was on escape status when

19   he committed the instant offense.

20          THE COURT:  I see.  So you -- you think it's the 3

21   points for that, plus the 2 points for committing the

22   current offense while on -- an additional 2 points because

23   he was essentially on supervision or escape status?

24          MS. SAHNI:  Yes.

25          THE COURT:  I see.  Okay.  I understand.

```
 1          Well, in addition to that, I mean, the guidelines
 2     allow for upward departures if the -- if the criminal
 3     history category is also undercounted.  But you haven't
 4     asked for -- for any kind of or noticed, in any way, an
 5     upward departure for criminal history under the guideline at
 6     4A1.3(a).
 7          MS. SAHNI:  That is correct, Your Honor.  We have
 8     not asked for an upward departure.
 9          THE COURT:  So -- okay.  So with the 2 additional
10     points for committing the current offense while on
11     supervision -- I think it's usually on supervision; I have
12     to check the guideline on that, whether it also applies if
13     you are on escape status.  But I guess that would bring him
14     to Criminal History Category III.  But even if it didn't get
15     there that way, you could ask for an upward departure for
16     clear understatement of the criminal history which the
17     guidelines recognize.  So either way.  But you haven't done
18     that.
19          Mr. Best, why isn't the 2 points for committing
20     the current -- the instant offense while either on
21     supervision for a prior offense -- because he was given a
22     supervised release term -- or for being on escape status,
23     why wouldn't the 2 extra points that's normally applied --
24     why wasn't that applied?
25          MR. BEST:  I think Ms. Sanchez is going to take
```

5

```
 1    this argument.

 2              THE COURT:  Oh, Ms. Sanchez.  Come on up.

 3              MS. SANCHEZ:  Thank you.

 4              THE COURT:  And if you have been vaccinated and

 5    you're feeling okay today, you are welcome to take your mask

 6    off.  But if you are feeling the least bit sick, for the

 7    health of everybody else, please keep your mask on.

 8              MS. SANCHEZ:  Double vaccinated and boosted, and

 9    feeling great.

10              THE COURT:  Okay.  Feeling great, I love to hear

11    that.

12              MS. SANCHEZ:  Yeah.  Your Honor, we conceded, as

13    did the probation office in this -- in this case, actually,

14    the probation office agreed with us that it should be a

15    Criminal History Category II.

16              THE COURT:  I know that.

17              MS. SANCHEZ:  And so -- and we believe that the

18    Criminal History Category II accounts for both the prior and

19    the escape.  And putting it over to a Criminal History

20    Category III actually overemphasizes what the criminal

21    history is in this case, because of the fact that under the

22    Rule of Specialty and the fact that we tried to plead guilty

23    to the escape, as the Court knows, and we tried to Rule 20

24    it over -- because of the fact that the government did not

25    ask for the extradition, we're -- we could not take care of
```

6

```
1     that.
2              And at a minimum, I believe that -- that if it was
3     not requested and he couldn't be extradited for it, then it
4     is not appropriate to then take it into consideration in
5     calculating the criminal history.  Because --
6              THE COURT:  Well, the rule of specialty -- rule of
7     specialty says that you can't -- you know, if you have
8     extradited somebody to stand trial on certain charges, you
9     can't charge that person, convict that person, and sentence
10    that person for additional charges.  But that has nothing to
11    do, I don't think, with how our guidelines and criminal
12    history is calculated.
13             And 4A1.1(d) says, pretty clearly, add 2 points if
14    the defendant committed the instant offense while under any
15    criminal justice sentence, including probation, supervised
16    release, imprisonment, work release, or escape status.  And
17    that's what the government is relying on for an additional 2
18    points.
19             MS. SANCHEZ:  Right.
20             THE COURT:  It seems pretty clear to me.  I don't
21    know what probation was thinking of by not giving those
22    additional 2 points since he clearly walked away from a --
23    he says he walked away from a halfway house.  He was
24    supposed to be on work release, and he walked away and
25    didn't --
```

JA679

```
 1              MS. SANCHEZ:  I believe -- I would need to go back
 2     to look at the probation report, and we can pull it very
 3     quickly.  But I think the probation officer -- I think there
 4     might have been a question as to the age of the original
 5     conviction, which was very old.
 6              And so I think that what he did was he only
 7     counted the points for committing it on the escape but not
 8     the actual underlying --
 9              THE COURT:  Is somebody from probation who
10     prepared the PSR -- are they on the line somehow?
11              THE COURTROOM DEPUTY:  No.  I can call, Your
12     Honor.
13              THE COURT:  Okay.  Well, that's a question.
14              I don't know whether they just missed it or what.
15     But it doesn't matter, under 4A1.1(b), how much longer
16     before it occurred because he was still on escape status.
17     That's the problem when you escape; you are on escape status
18     until you're caught and it's resolved.
19              MS. SANCHEZ:  No, no.  100 percent the escape
20     status.  But I think the underlying crime was longer than --
21     you know, was longer than the period of time for it counting
22     for the 3 points.  I think that's what happened.  That's why
23     I say that --
24              THE COURT:  Okay.  Has the government addressed
25     that --
```

8

```
1         MS. SANCHEZ:  -- I think --

2         THE COURT:  I'm sorry, just a second.

3         -- for the period of time?

4         And you are the ones who raised the objection to

5   it, so you probably have had a deeper conversation with the

6   probation office about what their reasoning was.

7         MS. SAHNI:  We did, Your Honor.

8         And in the final PSR, probation did address the

9   2 points for it being an older conviction.  But the

10  status -- I'm sorry, the sentencing guidelines say any

11  prior --

12        THE COURT:  Which paragraph are you talking about?

13  What page of the PSR?

14        MS. SAHNI:  Oh.  I am looking at the government's

15  sentencing memo, on page 8.

16        THE COURT:  Well, I'm looking at the PSR.

17        MS. SAHNI:  Court's indulgence.

18        THE COURT:  Actually, I'm not seeing on the

19  objections filed to the PSR, any comment or addressing in

20  the PSR of the criminal history.

21        Did you raise the criminal history category

22  objection to the probation office?

23        MS. SAHNI:  We did raise the objection as to the

24  instant offense being committed within 15 years of the prior

25  conviction.  We did not raise that the defendant was on
```

JA681

1    escape status during the instant offense; however, we did

2    raise that in our sentencing memo.

3         THE COURT:  So probation really hasn't had an

4    opportunity to address that.

5         Anyway, I am just going to be honest with you.  I

6    am leaning towards thinking one way or another his criminal

7    history category is understated here since he was on escape

8    status.  So, you know, just so you know -- and I don't think

9    any of the witnesses are addressing criminal history

10   category; but I am obliged to figure that out correctly.  So

11   I think he -- either getting to Criminal History

12   Category III because, under 4A1.1(d), he was on escape

13   status; he gets 2 extra points, so he's up to criminal

14   history score 5, which puts him in Criminal History

15   Category III.  I am not sure why probation didn't find that.

16   That's number one.

17        But, number two, if there is -- and I haven't

18   looked at the details of Chapter Four of the guidelines on

19   criminal history, whether there's -- you know, you can be a

20   fugitive only up to a certain number of years for it to

21   count.  I can't imagine the Sentencing Commission would do

22   that and encourage people being fugitives.  That would not

23   make much sense based on how I know how the Sentencing

24   Commission operates.

25        But if there is some weird clause in the

1    guidelines that probation believes puts a cap on how much

2    fugitive status is counted in computing the criminal history

3    score and category, there is a clear upward departure.  So I

4    am providing notice, formally, right now, that, if the

5    escape status doesn't count under 4A1.1(d), it will

6    certainly be considered by me in determining the

7    appropriateness of an upward departure under 4A1.3(a).

8              Okay.  So criminal history.  Let's move on.

9              Both the defendant and the probation office, as

10    set out in the PSR, agree that on the base offense level --

11    based on 280 kilograms of cocaine that the defendant

12    admitted to in the statement of facts, they also believe

13    that there should be a 2 offense level addition for use of a

14    semisubmersible vessel for importation of drugs under the

15    specific offense characteristic at 3D1.1(b)(3)(B) for an

16    adjusted offense level of 38, with a 3-level reduction for

17    acceptance, providing a total offense level of 35, which

18    they say in Criminal History Category III gives him 188 to

19    335-month range.  And, of course, if its Criminal History

20    Category III and a Level 35, he is at 210 to 262 months.

21              But putting that aside for right now, the

22    government -- you have a consent to a 2 offense level -- an

23    agreement on a 2-offense-level enhancement for use of a

24    semisubmersible, and the government doesn't include that in

25    its guideline calculation?  Why is that?

1    You don't think you should be -- you should get a

2    2-offense-level increase for use of a semisubmersible?

3          MS. SAHNI:  Your Honor, we do include that.  I

4    think that is just an enhancement that was not disputed.

5          THE COURT:  Okay.  So you -- so what the

6    government believes is a base offense level of 38 for 450

7    kilos, plus 2 for use of a firearm -- brings you to 40;

8    another 2 for threat or directed use of violence under

9    2D1.1(b)(2), which brings you to 42; another 4 for being an

10   organizer or a leader, which brings you to 46.

11         Oh.  So to get to an adjusted offense level of 48

12   you were including the semisubmersible already.

13         MS. SAHNI:  Yes, Your Honor.

14         THE COURT:  I see.  All right.

15         Okay.  And the government believes that a term of

16   life imprisonment is important here.  So once you start

17   debating, you're -- let me put it to you this way:  You're

18   way over at 48.  Once you get to 43, 45 -- it's capped at

19   43.  So there are 2 offense levels extra that you are

20   debating -- and I am having a day and a half of hearings

21   on -- when it makes no difference to get to what the

22   government's recommended sentence is of 45 -- or, you know,

23   of life.

24         So do we really have to debate organizer or

25   leader, you know, at 4 or 5, as opposed to, you know, a

1   manager at this level?

2          Do I have to hear evidence on every single

3   disputed thing here of firearms, the threat, directed use of

4   violence, organizer or leader, since we're already over the

5   cap?

6          MS. SAHNI:  Your Honor, I think many of these

7   enhancements are interrelated as to how the witnesses will

8   be presenting their testimony.  So I think it's difficult to

9   extract or limit the testimony to only certain enhancements

10  versus others, as well as, you know, the Court may not find

11  sufficient evidence to support one enhancement or another.

12  We believe that there is sufficient evidence for all of the

13  enhancements and, therefore, would like to present on all of

14  them.

15          THE COURT:  Okay.  So starting with the base

16  offense level and the quantity of cocaine, both the PSR and

17  the defendant say it's 280 kilograms of cocaine; that's what

18  he will admit to.  That's a base offense level of 36.

19          The government's position is, no, it wasn't 280

20  kilos --  shocking amounts of cocaine, even at 280 kilos --

21  it wasn't 280, it was over 450.  And you have provided in

22  your outline -- I mean, let's see -- 11, by my count --

23  parsing it out -- 11 different items of transactions that

24  would -- just by looking at them, frankly, any one of which

25  would put this defendant over 450.

13

1          Do I have to spend a day and a half of hearing

2      testimony to hear about all 11?

3          The interdicted semi- -- well, not really -- well,

4      it's interdicted semisubmersible, but I think they sank it

5      themselves, the crew members;

6          Another shipment of 4,000 to 5,000 kilograms in

7      another semisubmersible;

8          750 kilograms from frozen shark carcasses;

9          The multiple shipments every three months for two

10     years from Oscar Nava Valencia;

11         15,000 kilograms from 2003 to 2009, also from

12     Oscar Nava Valencia;

13         30,000 kilograms to defendant and his brothers,

14     also from Oscar Nava Valencia -- I don't know how much those

15     all cross over;

16         Three almost 2,000 kilogram shipments of cocaine,

17     from Colombia to Chiapas, from Mr. Valencia;

18         Three 1,000 to 2,000 kilogram truck shipments from

19     Panama or Costa Rica to Mexico, also from -- from

20     Mr. Valencia, as well as Mr. Ramirez;

21         Eight to ten 200-kilogram shipments each by

22     commercial airplane, with testimony from two witnesses;

23         5,000 kilograms transported to Los Angeles by

24     Mr. Valencia, on behalf of this defendant and his crew;

25         And then monthly shipments of 700 to 900 kilograms

1    ordered by Las Cuinis, testified to by, again -- oh, another

2    Mr. Valencia, Jose Maria Guizar Valencia.

3             I mean, do I have to hear about all of those

4    things?  Because any one of them, almost, could put you at

5    the 450 kilograms.

6             Why do I have to hear about more?

7             MS. SAHNI:  Your Honor, not only does it go to the

8    extent of the conspiracy, but it's also relevant for the

9    money judgment that the government is seeking that is based

10   on the quantity of cocaine that the defendant was

11   distributing.

12            THE COURT:  Okay.  That's what I was afraid you

13   were going to say.  So I have to hear about the full amount

14   of the cocaine and the amounts over different periods of

15   time for you to support your money judgment.

16            MS. SAHNI:  Yes, I believe so, Your Honor.

17            THE COURT:  Which is $250 million?  Is that -- did

18   I understand that correctly?

19            MS. SAHNI:  Yes, Your Honor.

20            THE COURT:  Okay.  Got it.  Okay.

21            I'm just trying to figure out a way that this is

22   not wasting anybody's time.

23            Mr. Best, before we call the first witness.

24            MR. BEST:  Yes.  Thank you.

25            If you give us a few minutes, we may be able to

1    concede the money judgment aspect of this.  So you --

2              THE COURT:  I will give you a few minutes.

3              MR. BEST:  I understand.  I thought so.

4              THE COURT:  Okay.  Yes.

5              MR. BEST:  And then, the second part --

6              THE COURT:  How much time do you need?  Five?

7              MR. BEST:  Five -- five minutes.

8              THE COURT:  Five minutes.

9              MR. BEST:  And then, past that, just so you know,

10   we did plead straight up because nothing was offered to us.

11   And so, yes, I would be happy --

12             THE COURT:  I know the government is anxious to

13   put on all of the witnesses.

14             MR. BEST:  I'd be happy to have another

15   five-minute conversation after that as to if they're willing

16   to -- if we're able to come up with something because, you

17   are right, none of this matters when we're at a certain

18   threshold.  I am happy to have that discussion with them as

19   well.

20             THE COURT:  You get ten minutes.  Let's see what

21   we can do here.

22             MR. BEST:  Thank you.

23             THE COURT:  And if you need a copy of the

24   guidelines manual, I can supply that.

25             MR. BEST:  Thank you.

JA688

```
 1                (Whereupon, a recess was taken.)

 2                THE COURT:  Mr. Best.

 3                MR. BEST:  I spoke to my client, and I had good

 4    news to report outside.  We were willing to concede the

 5    enhancement for the weight.  The problem broke down -- the

 6    government is not willing to come off their desire to enlist

 7    the testimony of all of the witnesses so that Your Honor can

 8    hear the entire picture of the case.  And so I -- we had the

 9    discussion.  It doesn't matter -- I thought the takeaway

10    was:  There's 5 points to deal with, it still accomplishes

11    everyone's goals here.  What can we do?  And there was no

12    budging.  But I will let them speak for themselves.

13                THE COURT:  So what the government -- so that

14    would put us at a base offense level of 38, with this

15    concession, plus the 2 for the semisubmersible, which would

16    bring us to 40.

17                So, Mr. Best, that would -- minus 3, that would

18    put you at 37, a total offense level of 37.

19                MR. BEST:  The conversation was -- I believe the

20    government is at 48 with their ask.  And your message to us

21    was 43 --

22                THE COURT:  Is the cap.

23                MR. BEST:  -- accomplishes the same goal as 48 in

24    many ways under the guidelines.

25                And the government is not willing to have a
```

1     discussion of coming down from 48 to 43 in any way, shape,

2     or form -- they're not willing to come off anything to

3     get -- to get to that.  So -- but I don't want to speak for

4     them.  That was the --

5             THE COURT:  Ms. Sahni, please explain your

6     reasoning.  And part of the reason I started with the

7     criminal history category here is because, if you look at

8     the guidelines at a Criminal History Category III, you

9     basically get to 360 to life at a total offense level of 40.

10     So, really, you are not even talking about the cap of 43

11     but, at a Criminal History Category III, you are talking

12     about a 40.

13             But I want to hear from you.

14             MS. SAHNI:  Yes, Your Honor.

15             I don't think the issue is really whether it's 43

16     or 45, but we do believe that a guideline sentence of life

17     in this case is appropriate given these enhancements.  We

18     discussed with defense counsel, you know, if the defendant

19     would be willing to stipulate to facts to support the

20     firearm, violence, or leader enhancements to get us to a

21     43 -- we could not come to an agreement about that.

22             THE COURT:  They would concede the 450 kilograms

23     or more to get from the PSR base offense level of 36 to the

24     base offense level of 38.

25             MS. SAHNI:  That is my understanding --

1      THE COURT:  Plus the semisubmersible to 40.  Okay.

2      MS. SAHNI:  And, Your Honor, if defense counsel is

3  stipulating to the weight that is in the proposed forfeiture

4  motion, then I think we could significantly reduce the

5  amount of time that the witnesses are testifying.

6      Unfortunately, I don't think we were able to reach

7  that agreement either, but it is something that we

8  discussed.

9      THE COURT:  Well, for the money judgment of

10  $250 million, I thought that was what Mr. Best was going to

11  talk to you about that, conceding that.

12      And, Mr. Best, I don't think you expressly

13  addressed that.

14      MR. BEST:  There was a discussion about, we don't

15  care what the dollar value of the forfeiture is, but we

16  simply -- knowing what the government's own evidence is --

17  don't concede -- my read of their own evidence doesn't get

18  us anywhere close to the numbers that they were quoting

19  outside of 40,000 kilos.

20      But I -- they want it all, and there was no

21  discussion or budging on anything.  And so I don't even know

22  where to even begin, but that was not going to happen in ten

23  minutes.  If ever.

24      THE COURT:  All right.  Let's talk about the money

25  judgment a second.

1          So how do you get to the 250 million?

2          MS. SAHNI:  Yes, Your Honor.

3          On page 8 of the government's motion for entry of

4     order of forfeiture, there is a chart that lays out the

5     minimum weights -- like a conservative estimate of the

6     weights of shipments that the defendant was involved in,

7     based on the anticipated testimony of the witnesses, as well

8     as the price per kilogram -- again, a conservative estimate

9     based on --

10          THE COURT:  And this is the wholesale price, not

11     the street price here in the United States during that

12     period?

13          MS. SAHNI:  Correct.  It is the price in Mexico at

14     that time, at the low end of the range that the Drug

15     Enforcement Administration witness will testify to.

16          THE COURT:  But a money judgment doesn't have to

17     be based on the wholesale price at the place of export.

18          A money judgment can be based on the anticipated

19     retail price in the country to which the drugs are being

20     sent; isn't that right?

21          MS. SAHNI:  Yes.  We have tried to take the most

22     conservative approach both in the weights and the prices for

23     this estimate to be as reasonable as possible.

24          THE COURT:  And so how do you -- how much cocaine,

25     street-level price range, would you have to get to to get to

1    $250 million?  Would you need more than 280 kilograms, or

2    no?

3              MS. SAHNI:  Your Honor, I would have to consult

4    with the Drug Enforcement Administration.

5              THE COURT:  Do that, please.

6              Remember, you are asking me to spend a day and a

7    half listening to testimony from multiple people about 11

8    different shipments, all to get to a wholesale -- your most

9    conservative value -- to get to $250 million, when I don't

10   understand why what he's admitted to, at 280 kilos being

11   shipped to United States in 2007 through whenever, doesn't

12   get me there already.  Figure it out.

13             (Whereupon, government counsel confer.)

14             THE COURT:  Yes.  Usually money judgments are the

15   tail on the dog.  Here it's, like, what are we spending a

16   day and a half of hearings on for a money judgment?

17             MS. SAHNI:  Your Honor, the street price in the

18   Los Angeles area -- just to pin it to some number -- at the

19   time was approximately --

20             THE COURT:  And "at the time," meaning in about

21   2007?

22             MS. SAHNI:  2013.

23             THE COURT:  All right.

24             MS. SAHNI:  Was approximately $26,000 per kilogram

25   of cocaine.  So that would require us to establish 12,500

21

1    kilograms to reach the $250 million --

2              MR. BEST:  Their own evidence -- their own

3    evidence says the New York street price was $40,000, right?

4              MR. HANDRICH:  Yeah.  I mean, I have got a special

5    agent --

6              THE COURT:  So there really is --

7              Excuse me just a second.

8              So there is a difference in price between 26K in

9    L.A. and 40K in New York City?

10             MR. BEST:  Yes, Your Honor.

11             THE COURT:  So why are we going with the L.A.

12   price as opposed to the New York price, because you guys

13   want to take the most conservative retail price in the

14   entire United States?

15             MS. SAHNI:  No, Your Honor.  The witnesses, I

16   believe, will testify that, in many instances, the drugs

17   were going to either California or Texas.  We don't have

18   anticipated testimony that all of the drugs or, I would say,

19   even 12,500 kilograms of the drugs were going to New York.

20   So I believe that the L.A. price is most true to what the

21   witnesses will testify about.

22             THE COURT:  Okay.  And --

23             MS. SAHNI:  But, Your Honor, I believe we can

24   tailor the testimony to get closer to that 12,500 number, in

25   terms of kilograms of cocaine; I think that will help

JA694

 1    shorten the testimony.

 2                MR. BEST:  In the 3500 evidence that I have

 3    received, their own witnesses say -- are purportedly going

 4    to say that the drugs were destined for L.A. and New York.

 5    I've read that; you've read it.

 6                THE COURT:  I haven't read 3500 material.

 7                MR. BEST:  I'm sorry.  I certainly have read it.

 8                THE COURT:  That's your job.

 9                MR. BEST:  Yes.  Special Agent Mori agrees.  I

10    mean, it's in their evidence.  I don't know why we're even

11    having this thing.

12                THE COURT:  Okay.  Well, the government really

13    wants to present their witnesses.

14                MR. BEST:  It sure seems that way.

15                THE COURT:  Call your first witness, please.

16                MS. NASEEF:  Your Honor, the government calls

17    Oscar Nava Valencia.

18                Your Honor, we would ask that, for the ID

19    procedures, everyone in the courtroom be asked to take their

20    masks off so that there is no suggestiveness about who the

21    witness is identifying as the defendant -- just for the ID

22    procedures, not for the whole length of the testimony.

23                THE COURT:  Mr. Best, do you have a view on this?

24                MR. BEST:  I have nothing to add.  I will do

25    whatever the Court wants.

 1          You know what?  I will do you even better.  I'll
 2   stipulate to the identity of the witness for the purposes of
 3   any identification.  I don't know if we will --
 4          THE COURT:  This is Oscar Nava Valencia?
 5          MS. NASEEF:  Yes, Your Honor.
 6          THE COURT:  All right.
 7          MR. BEST:  I have no objection.
 8          THE COURT:  All right.
 9          (OSCAR NAVA VALENCIA, Government's witness, sworn.)
10          THE WITNESS:  Yes, I swear.
11          THE COURT:  You may be seated.
12          Mr. Valencia, are you fully vaccinated?
13          THE WITNESS:  Yes.
14          I am not hearing very well.
15          THE COURT:  All right.
16          Mr. Valencia, you can move this microphone.  It
17   moves, so you can pull it closer to you.
18          THE WITNESS:  Yes.  Okay.
19          THE COURT:  All right.
20          Proceed, please.
21                      DIRECT EXAMINATION
22   BY MS. NASEEF:
23   Q.  Could you please state your name for the record.
24   A.  Yes.  My name is Oscar Nava Valencia.
25   Q.  Do you go by any nicknames?

24

1    A.   Yes.  Lobo or Lobo Valencia.

2    Q.   Where are you from?

3    A.   I am from Aguililla, Michoacán, Mexico.

4    Q.   Are you currently incarcerated?

5    A.   Yes.

6    Q.   When were you arrested?

7    A.   I was arrested October 28, 2009.

8    Q.   Have you been convicted of conspiracy to distribute

9    cocaine for importation into the United States?

10   A.   Yes.

11   Q.   Did you plead guilty?

12   A.   Yes, I pleaded guilty.

13   Q.   As part of that guilty plea, did you agree to cooperate

14   with the government?

15   A.   Yes.

16   Q.   Have you been sentenced yet?

17   A.   Yes.  I was sentenced, yes.

18   Q.   And how much time were you sentenced to?

19   A.   25 years.

20   Q.   Have you already received a reduction in sentence for

21   your cooperation with the government in other cases?

22   A.   Yes.

23   Q.   What was your sentence reduced to?

24   A.   To 16 years.

25   Q.   And after your sentence was reduced, did you testify in

JA697

1    another trial in New York?

2    A.  Yes.

3    Q.  Do you know how much time you have left to serve on your

4    sentence?

5    A.  Less than two years.

6    Q.  Does your cooperation with the government include

7    speaking with agents and prosecutors?

8    A.  Yes.

9    Q.  Are you hoping to receive a further reduction in

10   sentence for your testimony in this case and the case in

11   New York?

12   A.  Yes.  I am hopeful of that.

13   Q.  Who ultimately decides what sentence you will receive?

14   A.  The judge.

15   Q.  Before you were arrested, were you part of a drug

16   trafficking organization in Mexico?

17   A.  Yes.

18   Q.  Which one?

19   A.  The Milenio cartel.

20   Q.  And what was your role?

21   A.  I was leader of Milenio cartel.

22   Q.  When did you become the leader?

23   A.  After the arrest of Armando Valencia in 2004.

24   Q.  And were you still the leader when you were arrested in

25   2009?

```
 1    A.  Yes.
 2    Q.  When you were the leader of the Milenio cartel, was the
 3    cartel involved in violent conflicts with other drug
 4    trafficking organizations?
 5    A.  Yes.
 6    Q.  And were people kidnapped and killed by gunmen working
 7    for you during those years?
 8    A.  Yes.  Yes.
 9              MS. NASEEF:  Your Honor, can everyone in the
10    courtroom remove their mask, or at least above the bar
11    remove their masks?
12              THE COURT:  Those people in front of the bar --
13    people sitting in the gallery, keep your masks on.  People
14    in front of the bar, you can remove your masks.
15    BY MS. NASEEF:
16    Q.  Do you recognize anyone in this courtroom that you
17    worked with when you were part of the Milenio cartel?
18    A.  Yes.  I recognize Gerardo Gonzalez Valencia.
19    Q.  Could you please identify him by an article of clothing?
20    A.  Yes.  He is wearing a beige-colored jumpsuit.
21              MS. NASEEF:  Let the record reflect the witness
22    identified the defendant.
23              THE COURT:  Let the record so reflect.
24              Everybody can put their masks back on.
25    BY MS. NASEEF:
```

1  Q.  Do you know any nicknames that Gerardo Gonzalez Valencia

2  used?

3  A.  Lalo or Flaco.

4  Q.  So if you refer to someone as "Lalo" or "Flaco" today

5  during your testimony, are you talking about Gerardo

6  Gonzalez Valencia?

7  A.  Yes, that's right.

8  Q.  When did you first meet Gerardo?

9  A.  In 2000.

10  Q.  And who introduced you to Gerardo?

11  A.  Armando Valencia and Lalo Valencia introduced him.

12  Q.  Was Gerardo involved in drug trafficking when you met

13  him?

14  A.  Yes.  He was already working for them, for the Milenio

15  cartel.

16  Q.  And what did being a member of the Milenio cartel

17  involve?

18  A.  Yes.  It had to do with trafficking in cocaine,

19  marijuana, and the other problems, the other -- the other,

20  you know, the wars that we had with other criminals.

21  Q.  And did you meet with Gerardo in person on a regular

22  basis at any point?

23  A.  Yes.  I met with him and his brother frequently.

24  Q.  And how frequently did you meet with them?

25  A.  After 2004 we met quite frequently, once a month, every

1   15 days, depending on the situation.

2   Q.  And did you continue to meet with him every month or

3   every 15 days until your arrest in 2009?

4   A.  Yes.

5   Q.  Did you ever speak to Gerardo on the telephone?

6   A.  Yes, also.

7   Q.  And how often was that?

8   A.  Yes.  We had phone calls frequently, every month, every

9   three months.  It depended.

10  Q.  And what were those meetings and calls about generally?

11  A.  Well, in general, they were about business and/or

12  problems that we had with other groups or situations that we

13  had with our own people.

14  Q.  And when you say "business," what do you mean?

15  A.  Drug trafficking business.

16  Q.  Did Gerardo have brothers that also worked with you in

17  the Milenio cartel?

18  A.  Yes.

19  Q.  What were their names?

20  A.  Abigael, the other one Jose, and Jose Maria.

21  Q.  And do you know what nicknames they chose?

22  A.  Yes.  We called Abigael, el Cuini; Jose, Chepa; and Jose

23  Maria, Chema.

24  Q.  Did you ever meet with Abigael, Jose, and Jose Maria in

25  person?

1    A.  Yes.

2    Q.  And how frequently was that?  Was that about as

3    frequently as you met with the defendant?

4    A.  No, no.  Most frequently it was with him, with the

5    defendant, Lalo, and Abigael.  That was who we met with

6    most.

7    Q.  And do you know how many siblings Gerardo had in total?

8    A.  And brothers and sisters, it was more than ten in total.

9    Q.  Did any of his other siblings go by the nickname Lalo?

10   A.  No.

11          MS. NASEEF:  Your Honor, permission to publish

12   Government's Exhibit 28.

13          MR. BEST:  No objection.

14          THE COURT:  You may publish.

15          (Whereupon, Government's 28 was published.)

16   BY MS. NASEEF:

17   Q.  Do you recognize the person in this photograph?

18   A.  Yes, it's Abigael.

19          MS. NASEEF:  Your Honor, the government moves to

20   admit Government Exhibit 28 into evidence.

21          MR. BEST:  No objection.

22          THE COURT:  Have you all conferred about -- with

23   each other about which -- any exhibits that may be

24   introduced with or without objection?

25          This is not a trial, so that kind of conferral

1    just makes it move along.

2         MR. BEST:  I will just say right now I am not

3    going to object to anything they want to admit and will be

4    able to cross-examine.

5         THE COURT:  I am looking forward to that.

6         MR. BEST:  All right.  We're sitting here at the

7    beginning of a sentencing looking at a picture of a couple,

8    so...  Fascinating to hear the relevance.

9         THE COURT:  Okay.  Me, too.  I think we now see

10   what Abigael looks like.

11        (Whereupon, Government's 28 admitted.)

12   BY MS. NASEEF:

13   Q.  When you were talking about the brothers as a group, how

14   did you commonly refer to them?

15   A.  As the Cuinis.

16   Q.  You mentioned you were the leader of the Milenio cartel.

17   Did any other members of the Milenio cartel have people who

18   reported directly to them?

19   A.  Cuinis.  To my brother or my compadre, Pilo.

20   Q.  Let me ask the question again.

21        Did any of the other members of the Milenio cartel

22   have other people who worked for them?

23   A.  If they had another member who worked directly for them?

24   Yes, like their in-laws, Mencho.

25   Q.  Did the Cuinis have other people who worked for them?

1    A.  Yes, their in-laws, brothers-in-law, like Mencho,

2    Nemecio Oceguera, and Mingo Mendoza.

3    Q.  How many people, approximately, worked for the Cuinis

4    that you knew of?

5    A.  Well, between family members, acquaintances, and other

6    people, more than 200 people.

7    Q.  And, just generally, what did those people do?

8    A.  Well, they were in charge of receiving, distributing.

9    And others -- the other one who had the armed side of it was

10   Mencho.

11   Q.  And who was the leader of the Cuinis?

12   A.  Lalo and Abigael were leaders.

13   Q.  How did you know that?

14   A.  Because we addressed them directly and then they, in

15   turn, would directly deal with the people we managed.

16   Q.  And did you ever see Gerardo give orders to anyone else

17   that worked for him?

18   A.  Yes.

19   Q.  Does the Milenio cartel still exist?

20   A.  No, not anymore.

21   Q.  When did it cease to exist?

22   A.  After my arrest it stopped existing, it dissolved.

23   Q.  And after the Milenio cartel broke up, who did Los

24   Cuinis align themselves with?

25   A.  Well, the Cuinis aligned themselves with their

1    brother-in-law Nemecio [sic], and with the New Generation

2    Jalisco Cartel.

3    Q.  Did you ever sell cocaine to Gerardo Gonzalez Valencia?

4    A.  Yes.

5    Q.  And when did you start selling cocaine to Gerardo?

6    A.  In 2004 we started doing business, and I started selling

7    cocaine to Gerardo.

8    Q.  When did you stop selling cocaine to him?

9    A.  Up until my arrest.

10   Q.  Where were you getting the cocaine you were selling to

11   Gerardo?

12   A.  Mainly from Colombia, Ecuador, and Venezuela.

13   Q.  And where did Gerardo take possession of the cocaine

14   that you sold to him?

15   A.  From Guadalajara, and sometimes from Colombia.

16   Q.  He took possession in Colombia?

17   A.  Yes.  We had business with him and then, afterwards, we

18   started -- we started to do business with his brother in

19   Colombia.

20   Q.  Were you ever present when the cocaine was delivered to

21   Gerardo in Guadalajara?

22   A.  Yes.

23   Q.  And was Gerardo ever present when the cocaine was

24   delivered?

25   A.  Yes.  He was present.

1    Q.  And when the two of you were not personally there, who

2    handled the transaction for you both?

3    A.  Well, when I wasn't there, it was my brother, Pilo, or

4    one of his brothers, or a nephew.

5    Q.  How did Gerardo pay you for the cocaine that he bought

6    from you?

7    A.  He paid me in dollars and, ultimately, in euros.

8    Q.  And where did he give you that money?

9    A.  He would give it to me in Guadalajara or give it to me

10   in Mexico City.

11   Q.  And did Gerardo ever give you the cash personally?

12   A.  Yes.

13   Q.  Do you remember how much you were charging Gerardo for a

14   kilogram of cocaine between 2004 and 2009?

15   A.  Yes.  Between $14,000 in Mexico to $17,000 when we

16   started selling.

17   Q.  Did you ever sell cocaine to any of the other members of

18   Los Cuinis?

19   A.  Yes.

20   Q.  How much cocaine did you sell to Los Cuinis between 2004

21   and 2009?

22   A.  We negotiated for more than 30,000 kilos.

23   Q.  And of that 30,000 kilograms, how much cocaine did you

24   sell to Lalo personally?

25   A.  More than 15,000.

1    Q.  What was Gerardo doing with the cocaine that you sold to

2    him?

3    A.  He mainly sent it here to the U.S., and to Europe.

4    Q.  And how did you know that?

5    A.  Because sometimes we had to send shipments with him as

6    well, and we talked about the businesses in the U.S. and in

7    Europe.

8    Q.  What did Gerardo tell you about how he transported the

9    cocaine to the United States?

10   A.  Yes.  That he would send it by air and by land, from

11   Tijuana to the border, to California, and, from California,

12   distributed it to the United States.

13   Q.  And how much of the cocaine that you sold to Los Cuinis

14   got sent to the United States?

15   A.  I believe it was about 70 percent of what we gave them,

16   and then the rest went to Europe.

17   Q.  Do you know where in Europe Gerardo was sending the

18   cocaine?

19   A.  Mainly to Spain and Holland.

20   Q.  And did Gerardo have anyone working for him in Europe?

21   A.  Yes.  He had his brother-in-law Mingo.

22   Q.  Do you know Mingo's full name?

23   A.  Yes.  Domingo Mendoza Sandoval.

24   Q.  Do you know if Domingo Mendoza Sandoval is still alive?

25   A.  No.  He's dead.

35

1   Q.  And all of this cocaine that we talked about so far,

2   that was all cocaine that you got from a source of supply in

3   South America, right?

4   A.  Yes.  Correct.

5   Q.  Were you ever involved in any other cocaine shipments

6   where the Cuinis were the ones responsible for negotiating

7   with the source of supply in Colombia or elsewhere?

8   A.  Yes.

9   Q.  Who was the Cuinis' source of supply in Colombia?

10  A.  Well, he had Pancho Cifuentes, Rastrojo, and Loco

11  Barrera.

12  Q.  And did you ever invest in a cocaine shipment with the

13  Cuinis and Rastrojo?

14  A.  Yes.

15  Q.  And when was that?

16  A.  It was in 2006 that we started investing with them in

17  boats.

18  Q.  And how much cocaine was in that first shipment?

19  A.  1,500 kilos.

20  Q.  And how was that 1500 kilograms divided between the

21  investors?

22  A.  Into three parts.  It was 500 kilos for the office in

23  Colombia that was led by Rastrojo, and 500 for the Cuinis,

24  and 500 for us.

25  Q.  When you say "the Cuinis," who specifically are you

JA708

36

1    referring to with the shipment?

2    A.  Lalo and Abigael.

3    Q.  How did you know that Gerardo was an investor in the

4    shipment?

5    A.  Because we negotiated with them, and they were the ones

6    responsible for sending the kilos from Colombia.

7    Q.  Who did you pay for your portion of the cocaine in the

8    shipment?

9    A.  Directly to them, and they were responsible for handling

10   the money and the negotiation in Colombia.

11   Q.  When you say "them," are you referring to the Cuinis?

12   A.  Yes.  I am referring to the Cuinis, principally Lalo and

13   Abigael.

14   Q.  How was that 1500-kilogram shipment of cocaine

15   transported?

16   A.  It would leave the shores of Colombia and come to the

17   shores of our country, Mexico.

18   Q.  Did you and the Cuinis invest in any other shipments

19   with Rastrojo that used speed boats to move cocaine from

20   Colombia to Chiapas?

21   A.  Yes.

22   Q.  How many?

23   A.  That same time, we sent two more shipments apart from

24   those.

25   Q.  And how much cocaine was in each of those two additional

JA709

```
 1    shipments?

 2    A.  Also 1500 kilos, sometimes a little bit more, 1700 or

 3    1800.

 4    Q.  And was the cocaine divided the same way as the first

 5    shipment, in thirds?

 6    A.  Yes.  We did it in three equal parts.

 7    Q.  As far as you know, was any of the cocaine from those

 8    three shipments ever seized?

 9    A.  Yes.  After those shipments by boat, we did one in

10    submarine.

11    Q.  Were any of the shipments by boat ever seized?

12    A.  No, they were not seized.

13          THE COURT:  Just so I am clear, you did three

14    shipments by boat in 2006?  Do I have that right?

15          THE WITNESS:  Yes, that's correct.

16          THE COURT:  And you called it a "boat"; the

17    prosecutor called it a fast boat.  Was it the same boat used

18    for each of those shipments?

19          THE WITNESS:  No.  They were different boats.

20          THE COURT:  Were they the same type of boat used?

21          THE WITNESS:  Yes, it was the same type.

22          THE COURT:  And was it a go-fast, speed boat type

23    of boat used for each of those three shipments?

24          THE WITNESS:  Yes.  They were different vessels

25    because, once we get to the shores of Mexico, in Chiapas, we
```

JA710

38

1    would sink them and then build other ones to do another run.

2              THE COURT:  Oh.  You just sank the boats after the

3    shipment arrived in Mexico?

4              THE WITNESS:  Yes.  That's correct.

5              THE COURT:  Why did you do that?

6              THE WITNESS:  Because the engines were not going

7    to work to be able to use them again, so we got new engines

8    and new equipment.  And people sent them back by plane, back

9    to Colombia, so they would come back in another vessel.

10             THE COURT:  All right.

11   BY MS. NASEEF:

12   Q.  Did you ever use semisubmersibles to transport cocaine?

13   A.  Yes.

14   Q.  Can you explain what a semisubmersible is?

15   A.  Yes.  It's a special vessel that they build in Colombia,

16   and it goes a little bit under the water.

17   Q.  And why does it go a little bit under the water?

18   A.  So it is not seen and, also, it can go a little slower

19   so as not to leave a trace.

20   Q.  And were semisubmersibles a common method for

21   transporting cocaine from Colombia to Mexico?

22   A.  Yes.  They started to be used at that time.

23   Q.  And approximately how much cocaine would you typically

24   put in a semisubmersible?

25   A.  A minimum of 3,000 kilos to 7,000 kilos that you could

```
1    transport in a semisubmersible.
2    Q.  You said a minimum of 3,000.  Why wouldn't you transport
3    less than 3,000 kilograms in a semisubmersible?
4    A.  Because of the expenses and the time it takes to build a
5    submarine.  And also that it takes more time, more days, for
6    the submarine to go from the shores of Colombia to the
7    shores of Mexico.
8    Q.  And you said the cost of building the submarine.  How
9    many times could you use a semisubmersible to transport
10   cocaine?
11   A.  Also, only one time.
12   Q.  Did you ever invest in a shipment of cocaine with
13   Gerardo that used a semisubmersible for transport?
14   A.  Yes.
15   Q.  And when was that?
16   A.  In 2007.
17   Q.  Who were the investors in that load?
18   A.  It was us, the Cuinis, that was Lalo and Abigael, Chepa
19   as well, and the office of Colombia that was led by
20   Rastrojo.
21   Q.  And how much cocaine was in that shipment?
22   A.  Around 5,000 kilos.
23   Q.  And how was the cocaine divided among the investors?
24   A.  The same way, in three parts.  That was the business.
25   Q.  And what was the planned route for that semisubmersible?
```

1    A.  Also leaving from the shores of Colombia and arriving to

2    the shores of Chiapas, Mexico.  And we would go and receive

3    them.

4    Q.  And when you said it would arrive on the shores of

5    Chiapas in Mexico, would the semisubmersible come onto the

6    shore in Mexico?

7    A.  They would arrive at the shores to a point -- at a

8    certain point, then we would sink the vessel and get out the

9    equipment, the merchandise and the pilots.  And they would

10   do the same way as we did with the boats.

11   Q.  And did you discuss all of these logistics in person

12   with the other investors before the shipment?

13   A.  Yes.  Yes.  We would agree on everything, what was going

14   to be transported, and the costs and all that.

15   Q.  Was Gerardo present during those discussions?

16   A.  Yes.  He was present, along with his brother.

17   Q.  Did the shipment ever arrive in Mexico?

18   A.  No.  That shipment we were not able to receive it at the

19   shores of Mexico because it was interdicted.

20   Q.  Do you know what the crew did when the semisubmersible

21   was interdicted?

22   A.  What they did?

23   Q.  Do you know what the crew of the semisubmersible did

24   when the semisubmersible was detected?

25   A.  Yes.  They wanted to sink the submersible.

41

1    Q.  Do you know what country interdicted that shipment.

2    A.  Yes.  It was the Marine of the U.S. that intercepted it

3    in international waters across from Guatemala.

4    Q.  And how did you find out about that seizure?

5    A.  Because we were waiting for it to get dark.  We were

6    going to receive the shipment on the shores of Mexico.  We

7    were going to receive it but, then, when we realized about

8    it -- it had already been intercepted.  And, also, because

9    it was published in the news.

10   Q.  What happened to the crew of the semisubmersible when it

11   was seized?

12   A.  They were brought here to the United States, to

13   California.  I believe it was San Diego.

14   Q.  And do you remember the nationality of the crew members?

15   A.  Yes.  We put a captain to come with a crew of

16   Colombians, and were Colombians.

17   Q.  Now, when you said you "put a captain," what was the

18   nationality of that captain?

19   A.  He was Mexican.

20   Q.  And why would you do that?

21   A.  Because that person was the one that had the coordinates

22   and, also, so that all of the other captains that were going

23   to go in the vessels would feel sure.

24          THE COURT:  Excuse me.  Among the investors, was

25   there one of the investors with the main responsibility to

JA714

1    hire the captain and the crew of the semisubmersible?

2              THE WITNESS:  Well, the Colombians were in charge

3    of putting the captains.  And, also, us here -- we were in

4    charge of receiving, and also hiring the captains.

5              THE COURT:  So did you hire the captain?

6              THE WITNESS:  Yes.  The Mexican that was the

7    captain there was part of our team.

8              THE COURT:  Did you know that person and hire that

9    person?

10             THE WITNESS:  No.  I didn't know him, but we had

11   people that were in charge of sending the captains and of

12   receiving the shipments there in Chiapas.

13   BY MS. NASEEF:

14   Q.  As the leader of the Milenio cartel, did you know every

15   individual who worked for the Milenio cartel at every level?

16   A.  Yes.

17   Q.  After the load was seized, did you speak with the other

18   investors about what happened?

19   A.  Yes.

20   Q.  And was that discussion in person?

21   A.  Yes.  It was in person.

22   Q.  And who was at the meeting?

23   A.  It was Lalo, Abigael.  And they were talking also with

24   the people down there in Colombia because we were all going

25   to lose in equal parts.

```
 1              MS. NASEEF:  Your Honor, can I have one moment to
 2    discuss something?
 3              THE COURT:  Yes.
 4              MS. NASEEF:  I'm trying to reduce the number of
 5    questions on this topic.
 6    BY MS. NASEEF:
 7    Q.  Did you ever transport cocaine in shark carcasses?
 8    A.  Yes.
 9    Q.  And when, approximately, were you using that method of
10    transportation?
11    A.  We also started using those in 2007.
12    Q.  And where were you receiving the shark carcasses with
13    the cocaine?
14    A.  We received them there in Porto Progreso, Yucatán,
15    Mexico.
16    Q.  What did you do with the cocaine once it got to Porto
17    Progreso?
18    A.  From there, it was transported by land to the city of
19    Guadalajara, and either we sold it there or we distributed
20    or we sent it farther north.
21    Q.  And who transported it to Guadalajara?
22    A.  Yucatán to Guadalajara, my brother Pilo was in charge of
23    transporting the goods.
24    Q.  Just two clarifications.  Is Porto Progreso in Yucatán?
25    A.  Yes, correct.  It's in Yucatán.
```

1  Q.  Are you saying your compadre Pedro, or your compadre

2  Pilo?

3  A.  Yes, my compadre Pilo.  Agustin Reyes.

4  Q.  How much cocaine was in each shipment of shark

5  carcasses?

6  A.  From 500 to over 700 kilos.

7  Q.  And how often were those shipments occurring?

8  A.  Every two months or month and a half.

9  Q.  For how many years did that go on?

10  A.  Well, we used that type of transportation for about five

11  times.

12  Q.  And did Gerardo invest in those shipments of cocaine in

13  the shark carcasses?

14  A.  Yes.  He also invested there.

15  Q.  And what was his share?

16  A.  Well, with that, they had half the investment, and we

17  had the other half.

18  Q.  You said "they had half" of the investment, are you

19  referring to the Cuinis?

20  A.  Yes, the Cuinis.  I am referring to them.

21  Q.  Did you ever discuss these shipments with Gerardo in

22  person or over the phone?

23  A.  Yes.  We got to talk in person.

24  Q.  Were any of these shipments ever seized?

25  A.  Yes.

1    Q.  And where was that shipment seized?

2            THE WITNESS:  There is a little sound in the

3    earphones.  Maybe it's the battery.  There is a beep

4    sometimes.

5            (Technical difficulties addressed.)

6            THE WITNESS:  The question, please?

7    BY MS. NASEEF:

8    Q.  Where was that shipment of cocaine seized?

9    A.  It was seized in Porto Progreso in Yucatan.

10   Q.  Are you familiar with the drug trafficking route that

11   use Televisa television trucks to transport cocaine?

12   A.  Yes.

13           THE COURT:  Can we go back to the shark carcasses?

14           So you said the method of shipping cocaine using

15   shark carcasses was used about five times.  And there was --

16   out of those five times there was only one seizure of the

17   shark carcasses with cocaine?

18           THE WITNESS:  Yes.  The last time the shipment was

19   seized, and then we stop using that route.

20           THE COURT:  Okay.  Thank you.

21           Okay.  Back to your TV trucks.

22   BY MS. NASEEF:

23   Q.  Are you familiar with the drug trafficking route that

24   used Televisa television trucks?

25   A.  Yes.

1    Q.  And who told you about that route?

2    A.  My compadre Pilo.

3    Q.  And did you ever use that route to transport cocaine?

4    A.  Yes.  We used that from Panama to Guadalajara.

5            THE COURT:  And when you say the words "Televisa

6    trucks," what -- is that a special kind of truck?  Is that a

7    brand name?  What does that mean, Televisa?

8            THE WITNESS:  Yes.  It was a TV company that were

9    reporters that, when they got down from the truck, they

10   downloaded equipment with satellites, and they were going to

11   Panama.

12           THE COURT:  So when you say "Televisa trucks," you

13   simply mean trucks that appeared to be used by television

14   reporters?

15           THE WITNESS:  They were TV reporters, yes.

16   BY MS. NASEEF:

17   Q.  Is "Televisa" a Mexican news station?

18   A.  Yes.  It's a well-known company in Mexico, in the city

19   of Mexico.

20   Q.  And were you using their real trucks or were you making

21   your trucks look like their trucks?

22   A.  It was real trucks.  They were working, carrying out

23   interviews.  And so when they got on the truck, then we were

24   in charge of loading the truck.

25           THE COURT:  So the reporters were aware that there

47

```
 1    was cocaine being loaded on the trucks they were also using
 2    for their job of reporting?
 3              THE WITNESS:  I suppose they did.  Not all of
 4    them, but some of them knew what was being done because it
 5    was a team.
 6              THE COURT:  Were the reporters paid to allow the
 7    cocaine to be put on the trucks?
 8              THE WITNESS:  I am not able to tell you how much
 9    they were being paid or who knew about it.  We had an
10    agreement with the principal guy that drove and sent them
11    over there.  He was the one in charge of the logistics.
12    BY MS. NASEEF:
13    Q.  Do you remember who that was that was in charge of the
14    logistics?
15    A.  Well, there was a person in Guadalajara that we called
16    Bigotes and he, in turn, would deal directly with people in
17    Mexico from Televisa.
18    Q.  Do you remember Bigotes' real name?
19    A.  No, I don't remember.
20    Q.  Did the Cuinis ever invest in any of the shipments on
21    the Televisa trucks?
22    A.  Yes.  They invested with us also in that transportation.
23    Q.  And how many times did they use that transportation?
24    A.  About three times.
25    Q.  And how much cocaine was in each shipment?
```

JA720

1    A.  Up to 2000 kilos.

2    Q.  And when did those shipments occur, approximately?

3    A.  That was also 2007, 2008, until the time I was arrested

4    working with the company.

5    Q.  Did the Milenio cartel ever use commercial airplanes to

6    transport cocaine?

7    A.  Yes.

8    Q.  And where did the airplanes leave from?

9    A.  From Guadalajara and Mexico city.

10   Q.  Where did they take the cocaine?

11              INTERPRETER:  Interpreter requests repetition.

12              THE WITNESS:  From Tijuana to the border with

13   California and, also, over here to Chicago.

14   BY MS. NASEEF:

15   Q.  And starting with Chicago, how often did the planes go

16   to Chicago with cocaine?

17   A.  About every month or month and a half, depending.

18   Q.  And how many years did you use the flights to transport

19   cocaine to Chicago?

20   A.  About two years.

21   Q.  And when was that, approximately?

22   A.  It was also around 2006, 2007 that we used that route.

23   Q.  Did Gerardo ever use those flights to transport cocaine

24   to Chicago?

25   A.  Yes.

49

1    Q.  How many times?

2    A.  About ten times.

3    Q.  And how much cocaine did he transport each time?

4    A.  We could send 200 kilos to Chicago.

5                MR. BEST:  I'm sorry, Your Honor.  Is that 200?

6                THE COURT:  200 kilos per time, about ten times.

7    BY MS. NASEEF:

8    Q.  You mentioned planes to Tijuana as well.  How often did

9    the planes take cocaine to Tijuana?

10   A.  We could send up to 500 kilos weekly to Tijuana.

11   Q.  Did Gerardo also use the flights to Tijuana to transport

12   cocaine?

13   A.  Yes.  That's the one the Cuinis used to transport to Los

14   Angeles.

15   Q.  And do you know approximately how much cocaine Gerardo

16   transported on those flights to Tijuana?

17   A.  More than 10,000 kilos.

18   Q.  Was that over a number of years?

19   A.  Yes.  From 2004 until I was arrested, that was the route

20   that they used.

21   Q.  How many years were you trafficking drugs in Mexico

22   before you were arrested?

23   A.  About 20 years.

24   Q.  And during that time, did you ever invest in real estate

25   or legitimate companies?

JA722

```
 1    A.  Yes.
 2    Q.  And how did you get the money that you used to buy that
 3    real estate and those companies?
 4    A.  Through drug trafficking, trafficking cocaine and
 5    marijuana.
 6    Q.  And was that a common practice for drug traffickers?
 7    A.  Yes.
 8    Q.  Why?
 9    A.  Because that was the environment in which we operated,
10    and that was the business that we had at the time.
11    Q.  And how did you use your legitimate businesses?
12    A.  Well, we tried to set up businesses also to launder the
13    money from the benefits of the investments that we got.
14    Q.  Did Gerardo own any legitimate companies when you were
15    trafficking drugs with him?
16    A.  Yes.  He started acquiring businesses.
17    Q.  Do you remember the names of any of those companies?
18    A.  No.  I don't remember right now.  But from 2004 they
19    started investing money in different businesses -- in
20    construction, hotels, discotheques, real estate, things like
21    that.  They started doing real well.
22    Q.  Okay.  And did Gerardo ever talk to you about using
23    those legitimate businesses to launder drug money?
24    A.  Yes.
25    Q.  When you were drug trafficking, did you make more money
```

51

```
1    from the drugs or from your legitimate businesses?

2    A.  The drugs, yes.

3    Q.  Do you know who Antonio Guizar Valencia was?

4    A.  Yes.

5    Q.  Who was he?

6    A.  He was also a partner with the Cuinis and compadre to

7    Chepa.

8    Q.  And did he have any siblings?

9    A.  Yes.

10   Q.  Do you know his siblings?

11   A.  Yes.  I met Carlos Guizar Valencia.

12   Q.  And did Carlos go by any nicknames?

13   A.  Yes.  Lately he was known as "Z43" when he joined the

14   Zetas.

15   Q.  What happened to Antonio Guizar Valencia?

16   A.  I don't know.  Then, they had rivalries with Antonio

17   Guizar Valencia; it ended up badly.  They joined the Zetas.

18   And so they were transporting cocaine, the Cuinis were, and

19   Guizar Valencia intercepted that shipment from the Cuinis,

20   and took it.

21   Q.  And what happened after Antonio Guizar took that

22   shipment of cocaine from the Cuinis?

23   A.  Well, they got upset, and they started forming a group

24   to send against Antonio Guizar Valencia because of what he

25   had done to them.
```

JA724

52

1    Q.  And how did you know about this?

2    A.  Because they asked me for help, and I gave them some

3    help.  And, also, my compadre was with their group and,

4    also, his brother-in-law Mingo Mendoza.

5    Q.  And you said you "gave them some help."  What did you

6    provide them with?

7    A.  Yes.  I sent a compadre of mine, one of my compadres, to

8    help with the group that was going to Tabasco.  They were

9    going to look for Antonio Guizar Valencia to make him pay up

10   for what he had done.

11   Q.  And did that group find Antonio Guizar in Tabasco?

12   A.  Yes.  They found him in Tabasco in a little ranch near

13   Huimanguillo, Tabasco.  They found him there, together --

14   with other six persons, and they executed them right there.

15   Q.  And when the Cuinis asked for your help finding Antonio

16   Guizar, who specifically was there asking for your help?

17   A.  Lalo and Abigael.

18   Q.  And do you know who paid the gunmen who carried out that

19   execution?

20   A.  They paid the group that carried that out, and they also

21   provided them with the gear and the vehicles necessary.

22   Q.  And who is "they"?

23   A.  Los Cuinis, Abigael and Lalo.

24   Q.  Was there ever any retaliation for the murder of Antonio

25   Guizar?

JA725

53

1    A.  Yes.  After what had happened with Antonio, the brothers

2    took vengeance against the Cuinis.

3    Q.  And how did they take vengeance?

4    A.  Well, they got a group of hit men together to go find

5    Lalo and the Cuinis.  And they were at a palenque playing

6    gallos, and that's when they did it.

7    Q.  Can you explain what a "palenque" is?

8    A.  A palenque is where they organize cockfights and do

9    betting on it.

10   Q.  And what happened at the palenque that day?

11   A.  Well, the people arrived, who Carlos Guizar had sent.

12   And they showed up there and took out all of the people who

13   were there at the betting boxes with grenades -- with

14   grenades, yes.  Yes, with grenade bombs.

15   Q.  And were you present when this happened?

16   A.  No.  But we found out what had happened because we had

17   people of ours who were there.  And so people started

18   talking about what had happened; people got injured, people

19   had to go to the hospital.

20   Q.  And was Gerardo present at the rooster fight that day?

21   A.  Yes.  Gerardo was there, and he even ran out running and

22   left the vehicle that he had taken there.

23   Q.  Did Gerardo change anything about how he did business

24   after the incident with the grenade at the rooster fight?

25   A.  Yes.  He started caring more about security and hiring

JA726

54

```
 1   more people.
 2   Q.  And did he carry any weapons?
 3   A.  Yes.
 4   Q.  What did he typically carry?
 5   A.  A 38 super and a 9mm he usually had.
 6   Q.  And the security that he hired, were those individuals
 7   armed?
 8   A.  Yes, they were armed.
 9              THE COURT:  And when did the use of the grenades
10   at a rooster fighting event occur?  When did that happen?
11   What year?
12              THE WITNESS:  Yes.  That was in, like, 2007 as
13   well.  Yes, 2007.
14   BY MS. NASEEF:
15   Q.  Was Gerardo armed with the guns, and did he have armed
16   security with him, when you met with him to discuss drug
17   trafficking?
18   A.  Yes.  He arrived with armed guards who looked after him,
19   and he also showed up with his brother-in-law Mencho.
20   Q.  Do you know who Chispa is?
21   A.  Yes.
22   Q.  Do you know him by any other nicknames?
23   A.  Yes.  Zeta 14.
24   Q.  And do you know his real name?
25   A.  Yes.  I believe his name is Efrain.
```

JA727

1    Q.  Is he still alive?

2    A.  No, no.  He is dead.

3    Q.  Can you explain how he died?

4    A.  Yes.  The Cuinis had sent people to find Carlos Guizar.

5    They had sent people to find Z14, and they went to the horse

6    races.

7    Q.  And why were they trying to find Carlos Guizar and Z14?

8    A.  Because of what had happened with the grenades, that

9    there was, you know, war and conflict going on between them.

10   Q.  Please continue with what happened.

11   A.  Well, they went to find them at the races because they

12   were all going to be there together.  And so they sent

13   people there to the horse races in Veracruz, Mexico.  And

14   that's when they told el Indio and the Barbi that they had

15   found the Zetas and that they were going to be there at the

16   horse races.

17   Q.  And are el Indio and the Barbi other drug traffickers

18   that worked with you at that time?

19   A.  Yes.  They were other drug traffickers, but they mainly

20   worked for Arturo Beltran.

21   Q.  Okay.  So the Cuinis told el Indio and la Barbi what?

22   A.  Yes.  That the main people of the Zetas were going to be

23   there, and that they had sent a group to try to assassinate

24   them.

25   Q.  Who sent a group to try to assassinate them?

1   A.  Yes.  The group was sent by the Cuinis.  They had told

2   el Indio and the Barbi that they already had the group there

3   in Veracruz.

4   Q.  And what happened?

5   A.  Well, they got there with Lalo and Abigael and la Barbi

6   and el Indio -- they were there in Mexico City -- and they

7   were waiting on that day that the horse race was going to

8   happen.  They were all there together, and they started

9   talking to Arturo, telling him, so he would be informed of

10   what was happening.

11          And with the people who were there, there was a

12   Colombian that had been sent.  He was sent from the

13   Colombian office.  And when the Colombian got there, he saw

14   everybody together, and he saw that he wasn't going to be

15   able to get out, that it wasn't going to be easy to get out

16   of that attempt.

17   Q.  When you say "the Colombian got there," where did the

18   Colombian arrive at?

19   A.  The Colombian arrived, and he was part of the group that

20   the Cuinis had sent.

21   Q.  And what did the Colombian do once he arrived at -- what

22   happened when the Colombian arrived?

23   A.  Well, when he got there, the Colombian -- and he saw

24   that he wasn't going to be able to get out of that

25   situation, he told Lalo and Abigael that he wasn't going to

 1   be able to get out.  So that they were -- they were going to

 2   get him.  And they talked to his family, and he wasn't going

 3   to be able to make it back.

 4           THE COURT:  Were you there for this?  Did you see

 5   this meeting?

 6           THE WITNESS:  No.  I was in Guadalajara.

 7           Afterwards, el Indio and the Barbi, they had met

 8   with me and talked to me.  And we had talked about

 9   everything that had happened, and everyone was surprised.

10   BY MS. NASEEF:

11   Q.  And who killed Chispa?

12   A.  The Colombian killed him on orders of Lalo and Abigael.

13   Q.  What happened to the Colombian after he killed Chispa?

14   A.  Well, the other people that were there, they killed the

15   Colombian; they executed him.  And the others -- the other

16   group that was backing up the Colombian, they took out their

17   guns, and they took off running.

18   Q.  And you mentioned that el Indio and la Barbi told you

19   about this.  Did anyone else tell you about the orders to

20   murder la Chispa?

21   A.  Yes.  Indirectly, Lalo and Abigael told me.

22   Q.  And when was that, that they told you?

23   A.  After what had happened, the assassination, and what

24   they had done, and --

25           THE INTERPRETER:  The interpreter would request a

```
 1        repetition of the witness's answer.

 2                   THE COURT:  Can you repeat your answer?

 3                   THE WITNESS:  Yes.  It seems like the battery

 4        keeps running out.

 5                   Yes, that's better now.

 6        BY MS. NASEEF:

 7        Q.  Can you please repeat your last answer for the

 8        translator?

 9        A.  Yes.  They went to meet with el Indio and the Barbi to

10        ask them for their support for the $2 million that they were

11        charging for that round.

12        Q.  Mr. Nava Valencia, can you please use names instead of

13        saying "they" when we continue these questions?

14        A.  Yes, yes.  Pardon.

15        Q.  Who asked for el Indio and la Barbi's support?

16        A.  Lalo and Abigael asked for support from el Indio and la

17        Barbi.

18        Q.  You mentioned $2 million.  What was the $2 million for?

19        A.  It was to pay the Colombian the $2 million, and for the

20        other people who were going to do the job.

21        Q.  After Z14 was killed, were there rumors that someone

22        else was responsible for his death?

23                   MR. BEST:  I apologize.  Can we take a break at

24        any point of convenience?

25                   THE COURT:  Yes.  I was just going to ask the
```

JA731

```
 1    prosecutor -- how much longer do you have on direct?

 2              MS. NASEEF:  Ten minutes.

 3              THE COURT:  Would you like to take a break now?

 4              MR. BEST:  Yes, please.

 5              THE COURT:  Okay.  We'll take a five-minute break,

 6    and then go straight from direct to cross.

 7              (Whereupon, a recess was taken.)

 8              THE COURT:  Okay.  Ms. Naseef, please continue.

 9    BY MS. NASEEF:

10    Q.  Did you ever get weapons from Gerardo Gonzalez Valencia?

11              THE COURT:  Let's see if he can hear.

12              Can you hear?

13              THE WITNESS:  Yes.  I'm just trying to lower this

14    a little bit.

15    BY MS. NASEEF:

16    Q.  Did you ever get weapons from Gerardo Gonzalez Valencia?

17    A.  Yes.

18    Q.  What types of weapons?

19    A.  Cómo [sic]?

20    Q.  What types of weapons?

21    A.  They were rifles, AK-47s, and AR-15s.

22    Q.  When was this, that you got these weapons?

23    A.  It was in 2008 with Lalo.  He got us these weapons.  And

24    we went over to his apartment, and we got this big cache of

25    weapons, 150 -- more like 200 rifles.
```

JA732

1    Q.  And did Gerardo charge you for these rifles?

2    A.  No.  No, he didn't charge me.  He provided them to our

3    team.  He provided us the gear.

4    Q.  And why did he provide you the gear?

5    A.  Because we were fighting against the Zetas and the

6    Michoacán family.

7    Q.  And did there ever a time when you tried to negotiate a

8    truce with the Zetas and the familia [sic] -- Michoacán

9    family?

10   A.  Yes.

11   Q.  And were you able to successfully negotiate a truce with

12   both groups?

13   A.  Yes.  We were able to negotiate.

14   Q.  Were there any murders after the truce was reached?

15   A.  Yes.  After making peace -- after the truce, between all

16   of us, there were people who didn't fulfill that.

17   Q.  And who was murdered after the truce?

18   A.  After Lalo had been responsible -- there was a murder of

19   a family who was traveling from -- from their own ranch,

20   from -- from their own town.

21   Q.  And who ordered the murder of that family?

22   A.  It was Lalo.  Directly Lalo.

23   Q.  How did you find out about that murder of the family?

24   A.  Because it was the very members of the familia

25   Michoacána -- Chio, Chuey, Kike [sic] -- that started

1    talking to us about what the Cuinis had done.

2    Q.  And did you ever talk to Gerardo directly about this

3    accusation that he had killed this family?

4    A.  Yes.  We met at a property of mine -- he, Abigael,

5    Mencho -- to see if we could stop this problem that we were

6    having.

7    Q.  And what did Gerardo say about the murder of the family?

8    A.  Well, that he had been drinking.  And he was talking to

9    the guys, and it kind of just happened without really

10    thinking that much about the consequences.

11             MS. NASEEF:  Nothing further, Your Honor.

12             THE COURT:  When you say it was a family who was

13    killed, how many family members?

14             THE WITNESS:  It was a married couple and their

15    children.

16             THE COURT:  And how old were the children?

17             THE WITNESS:  I don't know exactly how old they

18    were but they were children, younger than 15.

19             THE COURT:  All right.  Mr. Best.

20             MR. BEST:  Thank you, Your Honor.

21                       CROSS-EXAMINATION

22    BY MR. BEST:

23    Q.  Good afternoon.  If I say anything that you don't

24    understand, please ask me to repeat it; and I will try to

25    either go slower or clarify my question.  Okay?

1    A.  Okay.

2    Q.  When you pled guilty to conspiracy to distribute

3    cocaine -- in cocaine and the substantive charge, you pled

4    guilty without getting a cooperation reduction at that time

5    from the Court, correct?

6    A.  When I pleaded guilty, yes.

7    Q.  And when you pled guilty, the Court didn't give you any

8    credit for any cooperation at that time, correct?

9    A.  Yes, that's true.

10   Q.  And you pled guilty to distributing thousands of kilos

11   of cocaine, correct?

12   A.  Yes.  That's correct.

13   Q.  And you pled guilty to being the leader -- boss of the

14   Milenio cartel, so you had an enhancement for being a

15   leader -- the leader of the cartel, correct?

16   A.  Yes.  That's correct.

17   Q.  And you have admitted that you have ordered or directed

18   the murders of over 100 people, correct?

19   A.  Yes.  That's correct.

20   Q.  And the Court knew that at the time it sentenced you,

21   correct?

22   A.  Yes.

23   Q.  And you tortured people as well, correct?

24   A.  Well, I don't know.  In what way?

25   Q.  Well, you hurt people before you killed them, correct?

1  A.  Well, me directly, no.

2  Q.  No, but you ordered it and directed it, correct?

3  A.  On some occasions I had to make some decisions, yes.

4  Q.  And those decisions you made, you didn't have to torture

5  anyone.  Let's be clear.  Correct?

6  A.  Yes.  There were some occasions in which it was

7  necessary to do certain things.

8  Q.  You did not have to torture another individual, correct?

9  You chose to.

10  A.  I don't understand.

11  Q.  Okay.  Whether you believed you had to or not, you did

12  torture a number of individuals, correct?  You ordered the

13  torturing of a number of individuals, correct?

14  A.  Yes.  On some occasions I did order that.  I had to make

15  that decision.

16  Q.  And the Court knew that information at the time it

17  sentenced you as well, correct?

18  A.  Yes, I would imagine so.

19  Q.  And knowing all of that information, the Court sentenced

20  you to 25 years in prison, correct?

21  A.  Yes.  That was the punishment I was given, 25 years.

22  Q.  And then you agreed to begin cooperating with the

23  government and help them with other cases, correct?

24  A.  Yes.  That's correct.

25  Q.  Okay.  And you engaged in debriefings with Special Agent

1    Mori, who is here in the courtroom, correct?

2    A.  Yes.  That's correct, since before I was sentenced.

3    Q.  In fact, you talked to him -- you've known Special Agent

4    Mori and talked to Special Agent Mori and other individuals

5    with law enforcement since your arrest in 2009, correct?

6    A.  With several, yes.

7    Q.  But, importantly, you did not get any credit for

8    cooperation at the time you were sentenced, correct?

9    A.  Well, correct.

10   Q.  And when you talked to Special Agent Mori and other law

11   enforcement, they took notes, did they not?

12          And they made reports --

13   A.  Yes.

14          MR. BEST:  I'm sorry.  I apologize.

15   BY MR. BEST:

16   Q.  And they made reports of what you told them, correct?

17   A.  Yes.  Correct.

18          THE COURT:  I am going to interrupt you for just

19   one second.

20          At the time of your sentencing, did the judge who

21   was sentencing you know that you were going to be

22   cooperating and had started your cooperation?  If you know.

23          THE WITNESS:  Yes, he or she knew.

24          THE COURT:  That was discussed at the time of your

25   sentencing?

JA737

65

```
 1              THE WITNESS:  Yes.  But the judge did not want to
 2    continue postponing the sentencing.  He wanted to give me
 3    the sentence right away.
 4              THE COURT:  Please continued, Mr. Best.
 5    BY MR. BEST:
 6    Q.  And, indeed, for Her Honor's benefit, the judge knew you
 7    had begun discussing matters with Special Agent Mori and
 8    others, but the government wasn't willing to give you any
 9    credit for cooperation at that time, correct?
10    A.  Yes.  Correct.
11    Q.  And so when you were sentenced, effectively, the Court
12    said:  If you cooperate and prove yourself valuable enough
13    to the government, the government can come back to the Court
14    and tell me, and we can address it then.
15    A.  Yes.
16              MR. BEST:  Does that --
17              THE COURT:  Yes.  I wanted to make sure I had the
18    whole story here, Mr. Best.
19              MR. BEST:  Yes.  I totally understand.
20              THE COURT:  Yes.
21              MR. BEST:  Hopefully, we can get to the full story
22    of everything here.
23    BY MR. BEST:
24    Q.  As part of your cooperation with the government, you
25    were required to be truthful in anything you told them,
```

JA738

1    correct?

2    A.  Yes.  Correct.

3    Q.  But you lied to Special Agent Mori and others just in

4    December of 2022, last year, correct?

5    A.  No.  I don't know what you are talking about, about

6    lying.  What situation are you referring to?

7    Q.  Okay.  Well, how is your memory?

8    A.  Well --

9    Q.  Do you remember changing your story about how many times

10   you met a Mr. Garcia Luna in person in December of 2022,

11   right before the eve of your testimony against Mr. Garcia

12   Luna?

13   A.  That was not a lie.  Simply that I was afraid of

14   appearing, just like I am afraid of appearing here in front

15   of the Court.  I have fear.

16   Q.  Okay.  You told the agents that you wanted to alter your

17   previous statements regarding personally meeting Garcia Luna

18   and the number of times you met him in person.  Yes or no?

19   A.  Because I was afraid.  I was afraid for my family, for

20   the situation, and I also thought that I was exposing myself

21   too much.

22   Q.  Okay.  I appreciate that you were afraid.

23          You changed your story to the agents just last

24   December right before you testified, correct?  Yes or no?

25   A.  It's not that I changed it.  I said how I felt and what

```
 1    I felt at that moment.

 2    Q.  And that you wanted to alter --

 3              MR. BEST:  Can you put up 3500 -- Government's

 4    3500-ONV-51.

 5    BY MR. BEST:

 6    Q.  Do you see the document that's before you, sir?

 7    A.  Yes.  I see it.

 8    Q.  All right.  For the purpose -- for your benefit, since

 9    it's in English, can I have the interpreter read you this

10    document in Spanish?  Okay?

11              THE INTERPRETER:  The interpreter would request

12    two minutes to read the document if interpreter is requested

13    to sight interpret this on the record.

14              MR. BEST:  I'm sorry.  I --

15              (Simultaneous speaking.)

16              THE INTERPRETER:  Interpreter is requesting Your

17    Honor permission to take two minutes to read the document

18    before sight interpreting it on the record.  I have not seen

19    it before.

20              THE COURT:  Yes, absolutely.

21              I'm sorry.  I was reading it myself.

22              MR. BEST:  What is your preference?  Should I read

23    a sentence and have her interpret it?

24              THE COURT:  No.  Just let her read it first.

25              THE INTERPRETER:  Thank you.
```

```
 1              MR. BEST:  Okay.

 2              THE INTERPRETER:  Okay.  Interpreter is ready to

 3     sight interpret the document.

 4              THE COURT:  Are you asking --

 5              Excuse me for just one second.

 6              Are you asking for the entire document to be read

 7     in Spanish or just -- or just the second paragraph?

 8              MR. BEST:  Just the second paragraph.

 9              INTERPRETER:  Okay.  The interpreter will

10     interpret the second paragraph.

11              MR. BEST:  The first substantive paragraph

12     starting with "Upon" --

13              THE COURT:  She's doing this.

14              MR. BEST:  I'm sorry.

15              THE COURT:  And for purposes of the record, I just

16     want to confirm that the interpreter read in Spanish the

17     second paragraph of the document 3500-ONV-51, starting with:

18     "Upon starting the proffer," and ending with the word

19     "Alvarado."

20              Is that correct?

21              INTERPRETER:  That's correct.

22              MR. BEST:  Thank you, Your Honor.

23     BY MR. BEST:

24     Q.  All right.  Is it true that on December 14th, 2022, you

25     indicated to various federal prosecutors and special agents
```

JA741

1    that you wanted to alter your previous statements regarding

2    personally meeting Garcia Luna?

3    A.  Yes.  I want to repeat once again, Counsel, that I was

4    afraid.  I did not want to appear.  I did not want to expose

5    my life and the life of my family, just like I am doing now.

6    Q.  Okay.  But you knew you had an obligation with the

7    government and with Special Agent Mori, who you had known

8    for many years, that you had a commitment to tell the truth?

9    A.  Yes.  I knew I had that commitment, and that's why I had

10   to make a decision.

11   Q.  And you broke that commitment to tell the truth, yes or

12   no?

13   A.  No.

14   Q.  So you didn't lie back in December of 2022 to the

15   agents?

16   A.  It's whatever way you want to see it, Mr. Attorney.

17   Q.  All right.  Let me change -- maybe the term "lie" is

18   offensive to you.  Let me change the words.  Okay?

19          When you told the special agent and the Assistant

20   U.S. Attorneys in the meeting in December 2022 that you

21   didn't meet Garcia Luna, that was not true?

22   A.  That I met with him?  It was true I met with him.

23   Q.  Yes.  But when you -- you told them that you had not met

24   with him.  You told the government that you had not met with

25   Garcia Luna.

1    A.  What I was going to do, I was trying to avoid having to

2    come to court, but I had a commitment; the same as the

3    commitment I have today.

4    Q.  Right.  You didn't tell the truth to the agents in that

5    proffer session, correct?

6    A.  Yes.  I told them the truth about how I felt.  I told

7    them the truth.

8    Q.  Okay.  Did you correct any of your statements that you

9    made that day?

10   A.  After what I said, we did not touch on that subject

11   again.

12        MR. BEST:  Okay.  Can you turn to Government's

13   Exhibit 3500-ONV-52.

14   Q.  Do you see the next exhibit before you, sir?

15   A.  Yes.

16   Q.  All right.  I want to focus your attention on the bottom

17   paragraph of this statement -- of this, excuse me, proffer

18   notes.

19        Do you see that, the bottom paragraph?

20   A.  Yes.

21   Q.  Okay.  And do you understand that these proffer notes

22   were written up about a conversation that you had with

23   Special Agent Mori who is sitting at the table, correct?

24   A.  Yes.  Correct.

25   Q.  I want you to -- I am going to focus your attention on

1      the bottom paragraph.

2              Do you see where it says, "CW expressed a

3      willingness to correct some statements he made earlier in

4      the day in front of the trial team"?

5              Do you see that?

6      A.  Yes.  I see it.

7      Q.  You are "CW," correct?

8      A.  Yes.

9      Q.  You expressed a willingness to correct some statements

10     you made earlier in the day in front of the trial team,

11     correct?

12     A.  But what correction are you talking about?

13     Q.  You wanted to change -- let's go to the next sentence.

14     Do you see where it says, "He changed some of his statements

15     earlier in the morning."

16              Do you see that?

17     A.  Yes.

18     Q.  What were the statements that you changed?

19     A.  To have expressed myself.  I don't know if it refers to

20     my feelings, to how I felt.

21     Q.  Okay.  Do you see --

22              MR. BEST:  Can we go back to the first exhibit or

23     shall I just move on at this point?

24              That's all right.  I will go back to the first

25     exhibit.

```
 1    BY MR. BEST:
 2    Q.  Do you see the first exhibit, 3500-ONV-51 -- from the
 3    government's exhibit?
 4    A.  Yes.
 5    Q.  Do you see that the proffer note written by a federal
 6    agent or -- probably a federal agent -- if not an Assistant
 7    U.S. Attorney, start by saying you indicated you wanted to
 8    alter your previous statements regarding personally meeting
 9    Garcia Luna and the number of times you met him in person?
10    A.  Yes.
11    Q.  You had told the government in previous meetings that
12    you had met Garcia Luna a number of times, correct?
13    A.  Yes.  The times I told you, all those times.
14    Q.  And on December 14th, 2022, you then changed your story
15    and told the government you never met Garcia Luna, correct?
16    Yes or no?
17    A.  I don't know in what sense.  What I was trying to do was
18    trying to avoid coming to court.  It was a way of expressing
19    myself.
20    Q.  And when you expressed yourself this way you wanted to
21    avoid court, correct?
22    A.  Yes.  I wanted to avoid court.
23    Q.  And you thought that you could avoid court by telling
24    Special Agent Mori and the prosecutors that you had never
25    met Garcia Luna?
```

```
1    A.  I thought it was one way to avoid it.

2    Q.  And so you told the special agents and the prosecutors

3    you never met Garcia Luna, correct?

4    A.  I was thinking about the way I felt.

5    Q.  And you told them you never met Garcia Luna, yes or no?

6    A.  But I had met him.  That was the situation I had to face

7    going to court.

8    Q.  It's difficult for you to admit when you lie, isn't it?

9    A.  Of course I can accept when I lie or when there is a

10   mistake, I know how to accept it.

11   Q.  Do you accept you made a mistake and lied on

12   December 14, 2022, when you met with Special Agent Mori and

13   the prosecutors right on the eve of your testimony?

14   A.  I accept I made a mistake.  I do accept that.

15            MR. BEST:  Okay.  Thank you, Your Honor.

16   BY MR. BEST:

17   Q.  Let me speak about the various events that you described

18   earlier under direct examination.

19            Let's turn to the fast-boat shipments.  We'll call

20   it "the fast-boat shipment."  Okay?

21            As I understand, you testified that there were

22   three fast-boat shipments around 2006 or 2007, correct?

23   A.  Yes.  Correct.

24   Q.  And you testified that each of these fast-boat shipments

25   had about 1500 kilos of cocaine?
```

```
1    A.  Yes.

2    Q.  Now, who organized the securing of the cocaine in

3    Colombia?

4    A.  Lalo directly, and Abigael.

5    Q.  All right.  And who organized the fast boats?

6    A.  People at the office, the other side, the Colombians

7    arranged that.

8              MR. BEST:  Okay.

9              Can I have you pull up 3500-ONV-30?

10             I'm sorry, ONV-25.  3500-ONV-25.

11   BY MR. BEST:

12   Q.  Do you remember the first time you spoke to the

13   government about the fast boats -- strike this.

14             MS. NASEEF:  Your Honor, can we ask that this not

15   be projected to the entire courtroom?

16             THE COURT:  Yes.  And I don't think the witness

17   needs to see this either.

18             MR. BEST:  I'm sorry.  Not yet.

19   BY MR. BEST:

20   Q.  Do you remember talking to Special Agent Mori, Special

21   Agent Adrian Rosales [sic] and Special Agent L-E-D-U-C,

22   Leduc, on January 24, 2014?

23   A.  Yes.  We had several meetings, yes.

24   Q.  And this meeting took place in a private attorney-client

25   conference room, and your attorney was present, correct?
```

1          THE COURT:  And this was in 2014?

2          MR. BEST:  Yes, ma'am.  January, 24, 2014.

3          THE WITNESS:  Yes.

4     BY MR. BEST:

5     Q.  And this was in Federal Detention Center in Houston?

6     A.  Yes.  I was still there.

7     Q.  Okay.  And you talked about the fast-boat shipment at

8     that time, correct?  Do you remember talking about that?

9     A.  Yes.  We started talking about those points.

10    Q.  Okay.  And when you talked about those points, you

11    didn't ever mention Gerardo Gonzalez Valencia as being

12    involved in that fast-boat shipment, correct?

13    A.  There were topics we started to discuss, and they

14    started developing on the march.

15    Q.  Well, let me -- and, again, when you talked in 2014, the

16    agent -- one -- at least one agent took notes, correct?

17    A.  Yes.  Correct.

18    Q.  And you were telling the truth then, correct?

19    A.  Yes.  Correct.

20    Q.  Because you wanted to get a cooperation agreement,

21    correct?

22    A.  Yes.  Correct.

23    Q.  Do you remember stating, quote:  In 2006 or '7, you and

24    Abigael Gonzalez Valencia did three loads together, all 1500

25    kilos?  Is that accurate?

76

```
1    A.  Yes.

2    Q.  Okay.  And then the proffer notes say you also said the

3    loads went from Colombia to Chiapas -- O-A-X-C-A [sic] --

4              THE INTERPRETER:  Oaxaca.

5    BY MR. BEST:

6    Q.  -- Oaxaca via speed boat, correct?  That's accurate?

7    A.  Yes.  Yes.  That's where we received the shipment, in

8    Canadá, Chiapas.

9    Q.  And then you said you and Abigael arranged to invest in

10   the load together with 500 kilos to Abigael and 500 kilos to

11   you, and 500 kilos to, quote, "other various investors,"

12   correct?

13   A.  Well, it's been a long time.  I'm trying to remember.

14   Yes.  Um-hum.

15   Q.  Is it fair to say your memory in 2014 about these

16   incidents is better than it is today?

17   A.  What do you mean?  I don't understand.

18   Q.  You remember things that occurred more recently than you

19   do 15, 20 years later, correct?

20   A.  Yes, yes.  To remember things from a long time ago, yes,

21   it's difficult.

22   Q.  All right.  2014 was much -- while it was still six,

23   seven, eight years after the incident, it's a lot less time

24   than in 2023, correct?

25   A.  Yes.  Yes, correct.
```

JA749

1    Q.  And then you continued with the story that Abigael was

2    in charge of securing the cocaine in Colombia and arranged

3    for all transport, and completely facilitated the load in

4    Colombia; is that correct?

5    A.  Well, yes.  He was in charge at that time in Colombia.

6    That's right.

7    Q.  Okay.  You didn't say Gerardo played any role in the

8    transaction in 2014?

9    A.  Well, at that time we were just starting.  There were

10   many more things to talk about and to clarify.

11   Q.  So you admit that you didn't talk about Gerardo Gonzalez

12   Valencia when describing this shipment -- these three

13   shipments on fast boats in 2006 or '7, correct?

14   A.  Yes.  I talked about him, referring to the Cuinis, the

15   organization, all of them.  And Lalo was included among

16   them.

17   Q.  I am looking at the document, sir.  You didn't use the

18   term "Los Cuinis" once in the proffer notes.  Did the agent

19   that -- did Special Agent Mori get it wrong?

20   A.  Los Cuinis, I always referred to them --

21   Q.  His notes, sir --

22   A.  I don't know if there were notes before or later, but I

23   always referred to them as the Cuinis.  Perhaps we didn't

24   talk about that in that meeting, but we did talk about them.

25   There were many more meetings.

1    Q.  Do you know the notes about the fast boat incident taken

2    by Special Agent Mori or one of his colleagues only talks

3    about your statements about Abigael Gonzalez Valencia and

4    you and doesn't mention Los Cuinis once?

5    A.  That note specifically, I don't remember.  I don't know.

6    But there were more notes and more meetings when we did talk

7    about them, and you can see and confirm that.

8            MR. BEST:  Okay.  For the purposes of this, I

9    submit this document to Your Honor for -- I don't want it

10   published, but I will offer it in.

11           THE COURT:  All right.  Do you have an extra copy

12   of it?  Because I have, of course, not seen the 3500

13   material.

14           But for the record, so the record is clear, I will

15   ask Ms. Sahni.  Is Mr. Best's representation that, in this

16   interview that occurred on January 24, 2014, this witness,

17   while talking about the fast boats, did not use or refer to

18   Los Cuinis, nor did he refer to Gerardo?

19           Use the microphone, please, Ms. Sahni.

20           MS. NASEEF:  Your Honor, just to clarify, we are

21   talking about 3500-ONV-30?

22           THE COURT:  25.

23           MR. BEST:  I'm sorry, 30.  It is 30.

24           THE COURT:  Oh.  I thought -- you originally said

25   30, and then you moved and changed it to 25.  So which were

1    you talking about?

2            MR. BEST:  It was just the opposite.  I started

3    with 25, and then moved to 30.

4            THE COURT:  So what you have been talking about,

5    in terms of an interview session on January 24, 2014, is

6    3500-ONV-30?

7            MR. BEST:  Yes.

8            THE COURT:  All right.

9            MR. BEST:  May I approach?

10           MS. NASEEF:  Your Honor, on page 1, paragraph 2,

11   line 3, is the first mention of Los Cuinis.  I don't know

12   where the other mentions in this document it may be; it's

13   five pages long.

14           On page 2, paragraph 4, the last paragraph, the

15   defendant is mentioned, later identified as Lalo -- Flaco,

16   later identified as Lalo.

17           On page 4, paragraph 5, "CW recognizes No. 28,

18   Eduardo Gonzalez Valencia, a/k/a Lalo," and then goes on to

19   discuss what he knows about Lalo.

20           MR. BEST:  I can only -- I can only attack the

21   vomit of deceit that's been coming out of this --

22           THE COURT:  Please, Mr. Best.

23           MR. BEST:  -- individual's mouth one at a time.

24   And so I -- whatever -- whatever the government is speaking

25   to as regards these three shipments, the term "Los Cuinis"

```
1    was never used.  It was Abigael and, most importantly,

2    Gerardo Gonzalez Valencia which he is tagging for

3    everything, is not mentioned here.

4              And there are about four more proffers I am going

5    to go through with the same results just for this shipment.

6              THE COURT:  All right.  Well, now I will have the

7    full document so I can read it in context.

8              MR. BEST:  Okay.

9              3500-ONV-44.  Don't put it up.

10   BY MR. BEST:

11   Q.  Do you remember, sir --

12             THE COURT:  Which document are you referring to

13   now?

14             MR. BEST:  I'm sorry, 3500-ONV-44.

15   BY MR. BEST:

16   Q.  Do you remember meeting, sir, on or around December 3rd,

17   2021, in North Carolina, at your detention center in North

18   Carolina, Butner Medium II, with Special Agent Novick; Trial

19   Attorney Kate Naseef; and your defense attorney and an

20   interpreter?

21   A.  I'm sorry.  What date was that?

22   Q.  December 3, 2021.

23             THE WITNESS:  I can't hear.  These are failing

24   quite a lot.

25             MS. NASEEF:  Your Honor, can we request that
```

81

```
 1    Mr. Best not refer to where the witnesses are housed on

 2    cross-examination?

 3              THE COURT:  Yes.  Why don't we just stick to the

 4    exhibit numbers.

 5              MR. BEST:  Sure.

 6              THE COURT:  But I know you have to refresh his

 7    recollection.

 8              MR. BEST:  I do.  I have to --

 9              THE COURT:  So your reply is -- so we'll do the

10    best we can.

11              MR. BEST:  Yes, Your Honor.

12    BY MR. BEST:

13    Q.  Can you hear?

14    A.  Yes.

15    Q.  Do you remember meeting with Department of Justice Trial

16    Attorney Kate Naseef, your defense attorney, and Special

17    Agent Kevin Novick, and an interpreter and others, in North

18    Carolina, December 3, 2021?

19    A.  In December, yes.  I think so, yes.

20    Q.  Okay.  And you met with them pursuant to your

21    cooperation agreement?

22    A.  Yes.

23    Q.  And you were under an obligation to tell the government

24    the truth at that time?

25    A.  Yes.
```

1    Q.  Do you remember telling -- do you remember Trial

2    Attorney Naseef asking you about the three loads that were

3    taken from Colombia to Chiapas at that meeting?

4    A.  I don't remember exactly in that meeting, but if it's

5    there, then, yes, we talked about that.

6    Q.  And do you have any belief that the notes that were

7    taken of that meeting weren't accurate in any way, shape, or

8    form?

9    A.  Can you repeat that, please?

10    Q.  Do you have any reason to believe the notes that were

11    taken of that meeting with you were not accurate?

12    A.  If the notes were incorrect?

13    Q.  Do you have any reason to believe that the notes were

14    not correct?

15    A.  No, I don't have any reason.

16    Q.  All right.  Do you remember telling Trial Attorney

17    Naseef that, for each load, 500 kilos belonged to Abigael,

18    500 kilos belonged to you, and 500 kilograms belonged to the

19    Colombians?

20    A.  Yes.  That's what I had just said, to the Cuinis, to me,

21    and to the Colombians.

22    Q.  Okay.  Is the term "Cuinis" was not used in the notes

23    that I am looking at.  The term that was used was Abigael,

24    himself -- meaning you -- and Colombians.

25    A.  Well, our business transactions, we pretty much always

1    did them with him and his brothers.

2    Q.  Okay.  You didn't say his brothers.

3           In your -- in your meeting with Kate Naseef, you

4    didn't say anybody else participated but Abigael, you, and

5    Colombians?

6    A.  Well, sometimes I said Abigael because he was the one

7    who was in charge of the Colombians; but the ones who were

8    in charge over here were me and Lalo in Mexico.

9    Q.  Did you say "Lalo" in this meeting?

10   A.  I don't remember because we had several meetings.  But I

11   don't know if it was in that meeting; but, if not in that

12   one, it was in other meetings because we had several.

13   Q.  Okay.  Do you have any reason to doubt the notes that I

14   am reading to you where it doesn't mention Gerardo, Lalo, or

15   any name other than Abigael, you, and Colombians?

16   A.   No, I don't have any reason to doubt that.  But what I

17   am saying is that maybe in other meetings, you know, it was

18   mentioned, and maybe in this one it wasn't said that way.

19          MR. BEST:  I am offering 3500-ONV-44 into evidence

20   to Your Honor to the point I just made, which you will find

21   on page 2, second paragraph, of the document.

22          THE COURT:  All right.  Well, ONV-30 and ONV-44

23   have both been admitted into evidence so I can read this in

24   context.

25          MR. BEST:  Yes.

84

```
1            THE COURT:  Just so the government knows, I don't
2   plan to read all of the 3500 material in this case.  You
3   will do an analysis for me if you are going to be insisting
4   on proving up every single load here, every single SOC, to
5   get to your 50 points, even though this is capped at 43
6   under the table, and a Criminal History Category III, 40
7   [sic].
8            You-all will do the analysis of every single 3500
9   document that's been produced to provide all of the context
10   here.
11            Please proceed, Mr. Best.
12            MR. BEST:  Thank you, Your Honor.
13            (Government's 3500-ONV-30 and ONV-44 admitted.)
14   BY MR. BEST:
15   Q.  Do you remember meeting with the Trial Attorney Kate
16   Naseef, Trial Attorney Kaitlin Sawhill [sic], a number of
17   DEA special agents from L.A. on March 22nd, 2023, just a
18   couple weeks ago?
19   A.  Yes.
20   Q.  You met in anticipation of your testimony here, correct?
21   A.  Yes.
22   Q.  And, again, you're working under a cooperation agreement
23   where you are obligated to tell the truth, right?
24   A.  Yes.  That's correct.
25   Q.  And they were preparing you for your testimony before
```

JA757

```
 1   Her Honor, correct?

 2   A.  Yes.  We were going over everything that we have talked

 3   about.

 4   Q.  Okay.  And notes were taken again at that meeting,

 5   correct?

 6   A.  Yes.  Yes.  Notes were taken in all of the meetings.

 7   Q.  Okay.  And Ms. Naseef stated to you the following,

 8   quote -- that you previously said there were three shipments

 9   of 1500 kilograms to start, and that 500 in each went to

10   Abigael Valencia -- Abigael Gonzalez Valencia, Rastrojo, and

11   to Los Cuinis?

12   A.  Yes.  We also talked about Lalo.

13   Q.  I'm going to get to that in a second, sir.

14             But in your -- in your statement to DOJ Attorney

15   Naseef, you didn't take any credit or responsibility for any

16   of the loads in your comments just two weeks before -- well,

17   it's now been, what, five weeks.  Five weeks ago.  You

18   didn't accept any responsibility that you got any loads,

19   right?

20   A.  What do you mean?  I am not understanding.

21             That I had not received any shipments?

22   Q.  Correct.

23   A.  Well, from the speed boats, yes, we did receive those.

24   Q.  The notes --

25             THE COURT:  For the record, what are you
```

```
 1    reading -- what are you looking at?

 2              MR. BEST:  I am looking at --

 3              THE COURT:  ONV what?

 4              MR. BEST:  -- a set of proffer notes from

 5    March 22nd, 2023, that --

 6              THE COURT:  But what is the exhibit number,

 7    3500-ONV -- what?

 8              MR. BEST:  I'm sorry.  3500-ONV-62.

 9              May I offer it up, Your Honor?

10              THE COURT:  Yes.

11              MR. BEST:  Thank you.

12              THE COURT:  It will be admitted.

13              (Government's 3500-ONV-62 admitted.)

14    BY MR. BEST:

15    Q.  Let me read into the record what these notes say, and --

16    and tell me if I am missing something.

17              "Trial Attorney Naseef stated to Valencia that he

18    previously said there were three shipments of 1500 kilograms

19    to start, and that --

20              THE COURT:  I think it said 15,000.

21              MR. BEST:  Correct.

22              And so I called the government yesterday, and that

23    was a mistake in their own notes.

24              So can we get that concession?

25              MS. NASEEF:  Yes, Your Honor.  It's a typo.
```

1        MR. BEST:  So, yes, thank you for pointing that

2    out.

3    BY MR. BEST:

4    Q.  "And that there were three shipments of 1500 kilograms

5    to start, and that 500 in each went to him, Valencia" -- I'm

6    sorry, Valencia is you -- I apologize -- "Rastrojo, and to

7    Los Cuinis."

8        Do you remember saying that?

9    A.  Yes.

10   Q.  You never said to Trial Attorney Naseef that Gerardo

11   Gonzalez Valencia, by name, was involved in that shipment;

12   you just used the term "Los Cuinis," correct?

13   A.  Yes.  Many times I referred to them as the Cuinis, but

14   sometimes I specifically say Lalo or Abigael.

15   Q.  Okay.  In this proffer you didn't use Lalo's name,

16   correct -- regarding these shipments by fast boat?

17   A.  Yes.  But it's understood, when I say "Cuinis," I am

18   referring to them, specifically to Lalo and Abigael.

19   Q.  I have brought up three proffer sessions that you gave

20   to the government about the fast-boat shipment, and not one

21   time did you mention Gerardo Gonzalez Valencia's name as

22   being involved in the fast-boat shipments, correct?

23   A.  Well, I have had so many meetings and, in every one of

24   them, I have said the truth about who was involved and to

25   what degree.

88

1    Q.  And at no time did you mention Gerardo Gonzalez

2    Valencia's name in any of those prior meetings as regards to

3    being involved in the fast-boat shipment?

4    A.  Maybe at one time I forgot to say that but, when I

5    mention the Cuinis, that's who I mean.  I include him in

6    that.

7    Q.  Okay.  The record will speak for itself.

8         Whether Gerardo Gonzalez Valencia was involved or

9    not, he had no role in the managing, supervising, control

10   over this fast-boat shipment, correct?

11   A.  Yes.  He was informed about all of it.

12   Q.  Okay.  He was an investor?

13   A.  I'm sorry?

14   Q.  Strike that.

15         Whether or not you now are saying Gerardo Gonzalez

16   Valencia was involved in the fast-boat shipments, he

17   certainly did not organize the shipments, correct?

18   A.  No.  He did organize them together with his brothers,

19   yes.

20   Q.  Did you ever tell the government that in the three or

21   four previous times you met with them about this incident?

22         THE COURT:  Which incident are you talking about?

23         MR. BEST:  Excuse me.  The fast-boat shipments,

24   the three -- thank you for the clarification.

25   BY MR. BEST:

JA761

1   Q.  The three shipments by fast boat in 2006 or '7, did you

2   ever tell the government at any time that Gerardo Gonzalez

3   Valencia was involved in the organization of the shipments?

4   A.  Yes, yes.  And always when referring to the Cuinis I'm

5   referring to Lalo and Abigael.

6   Q.  Did you tell the government that?

7   A.  Yes.  The prosecutors and the government knew that the

8   Cuinis were involved in those shipments, Lalo and his

9   siblings.

10  Q.  I am going to move on now to the submarine incident.

11  Okay?

12          The submarine incident, you understand

13  Mr. Gonzalez Valencia has pled guilty to that and has

14  accepted responsibility for his role in that incident,

15  correct, in 2007?

16  A.  I don't understand to what degree he has accepted

17  accountability.  I am not sure.

18  Q.  Okay.  Who arranged -- let me strike that.

19          What was your role in the submarine incident?

20  Were you an investor?

21  A.  Yes, I was an investor.

22  Q.  Okay.  And what was your responsibility?  You were

23  responsible for taking the product off of the submarine

24  through fast boats when it got to Mexico?

25  A.  Yes.  I had the responsibility of taking the product off

90

1    the submarines once it was on the Mexican shores, and then

2    taking the product to Guadalajara.

3    Q.  And the submarine originated in Colombia, correct?

4    A.  Yes.  That's correct.

5    Q.  And Abigael was in charge of organizing the submarine in

6    Colombia, correct?

7    A.  Yes.  Correct.  With the office there, yes.

8    Q.  All right.  And there were other investors in the

9    submarine incident other than you, correct?

10    A.  Yes.  It was us, the Cuinis, and the Colombian office.

11    Q.  And you don't -- you know that Gerardo Gonzalez Valencia

12    invested in this shipment, correct?

13    A.  Yes, of course.

14    Q.  But he didn't play any role in the offload; that was

15    your responsibility, right?

16    A.  Yes.  The receiving was one person's responsibility.

17    Each one of us had our own obligation.

18    Q.  Okay.  And Gerardo's obligation was -- he was the

19    biggest investor in this transaction, correct?

20    A.  Yes.  He was the investor and he was in charge of

21    distributing the merchandise.

22    Q.  When you say "distributing" it, if it ever got to

23    Mexico, correct?

24    A.  Yes.  He was going to be in charge of sending it to

25    Europe and to the United States.

JA763

1    Q.  Okay.  Let's talk about Europe for a second.

2    A.  All right.

3    Q.  You invested with Gerardo Gonzalez Valencia in a lot of

4    shipments to Europe, correct?

5    A.  Yes.  And the ones that I had an opportunity to send

6    with him, yes.

7    Q.  What is -- describe for Her Honor how to invest in a

8    transaction.  How do you decide to invest in a -- in a drug

9    trafficking transaction to Europe?

10   A.  Yes.  For example, many times we sell the merchandise in

11   Mexico, and then there is a chance to send some of it off to

12   other places.  And so we take that chance and then sell it

13   and keep the money.

14   Q.  And you've told the government on a number of occasions

15   that a very large majority of the cocaine that you

16   trafficked with Gerardo Gonzalez Valencia went to Europe?

17   A.  Yes.  Correct.  We sold it and we took it, yes.

18   Q.  Okay.  And so you also said it was a much more

19   profitable route than to the United States?

20   A.  Yes, that's true.  A better price.

21   Q.  Okay.  And this all took place between 2005 and 2009; is

22   that correct?

23   A.  Yes.  Until I was arrested.

24   Q.  Okay.  And you have told the government that Gerardo

25   Gonzalez Valencia preferred shipping drugs to Europe?

1    A.  Yes, because it was going better for him.

2    Q.  And so when you say "it was going better for him," it

3    was also going better for you, too, right?

4    A.  Yes.

5    Q.  And the price was much better in Europe than it was in

6    America, right?

7    A.  Yes.

8    Q.  $40,000 a kilo in Europe, wholesale price, around 2007,

9    right?

10   A.  Yes.  That seems about right, yes.

11   Q.  Where it was only 17- or 20,000 -- how much was it in

12   the U.S. at this time?

13   A.  It depended, from 20 to 25.  It depended where you sold

14   it.

15   Q.  But Europe was almost double the price of U.S.?

16   A.  Yes.  That's correct.

17   Q.  And another reason why you liked the Europe route and,

18   presumably, Gerardo Gonzalez Valencia liked the Europe route

19   was because you never lost a shipment that was sent to

20   Europe, right?

21   A.  Yes.  Everything was arriving well.

22   Q.  And, in fact, you told the government that it was going

23   so well you stopped shipments to the U.S. and focused just

24   on investing with Gerardo Gonzalez Valencia on the Europe

25   trafficking, right?

93

1    A.  Yes, to Europe.  But everything was being sent to the

2    U.S.  The route was not stopped.

3              MR. BEST:  Okay.  Indulgence, Your Honor.

4              THE COURT:  Were you involved in picking the

5    methods of shipment to Europe?

6              THE WITNESS:  Well, yes.  I was a partner, and I

7    did know what methods were used.  I did know.

8    BY MR. BEST:

9    Q.  And what methods were used for the shipments to Europe?

10   A.  It was via containers, business to business.

11   Q.  Okay.  And do you remember telling -- I'm sorry, I am

12   now focusing on Government's Exhibit 3500-ONV-44, back to

13   the December 3rd, 2021, proffer with the Department of

14   Justice Attorney Kate Naseef and Special Agent Kevin Novick,

15   who is going to be testifying tomorrow -- that, quote, you

16   and Gerardo -- and the pronoun "they" was used, but it's

17   describing you and Gerardo -- were more successful with the

18   route to Europe.  So Nava Valencia -- you -- stopped with

19   the U.S. -- United States route?

20             Do you remember telling the government that?

21   A.  No, I don't remember.  But the route to the

22   United States continued being worked.  It was less quantity,

23   but faster.

24   Q.  Okay.  Do you have any reason to doubt the accuracy of

25   the notes that were taken on December 3rd, 2021, where it

94

```
1    says that you were so successful with the route to Europe
2    that you stopped with the United States route?
3    A.  Well, the route to Europe was a preferred one.  We like
4    it, but the route to the United States continued to be used.
5    The organization, the Cuinis and the Milenios, were in
6    charge of that route to the United States, and the workers
7    continued sending merchandise to the United States.
8    Q.  Okay.  So what route to the United States was stopped?
9    A.  We continued working all the routes until I was
10   detained.
11   Q.  Okay.  You said earlier today that Lalo or Gerardo
12   Gonzalez Valencia paid you in euros?
13            And is that because he was getting euros -- I'm
14   sorry.  I apologize.
15   A.  That's correct.
16   Q.  And is that because the European shipments were being
17   paid in euros?
18   A.  Yes.  That's correct.  That's how they paid us in
19   Europe, in euros.
20   Q.  Let me focus you on the shark carcass discussion,
21   remember, that we talked -- that you spoke about earlier.
22   A.  Yes.
23   Q.  Okay.  You have, again, like with the other transactions
24   discussed today, you spoke about the shipment of cocaine
25   through shark carcasses from Panama to Mexico a number of
```

JA767

```
 1    times before today?

 2    A.  Yes, from Costa Rica to Mexico, the shark carcasses.

 3    Q.  Thank you for correcting me.

 4         You spoke about these shipments to the government

 5    a number of times before today, correct?

 6    A.  Yes.  Yes, correct.

 7    Q.  And every time you spoke to the government you never

 8    said that Gerardo Gonzalez Valencia played any operational

 9    role in these shipments, correct?

10    A.  I don't remember.

11    Q.  Okay.  You also -- well, let's go back.

12         MR. BEST:  3500-ONV-30, please.

13         I believe Your Honor has it.

14         THE COURT:  I do.

15    BY MR. BEST:

16    Q.  Do you recall, sir, telling the government, on

17    January 24th, 2014, that between 2007 and 2008 Abigael

18    Gonzalez Valencia and you had a cocaine route from Colombia

19    to Costa Rica and/or sometimes Panama via tanker to

20    Guadalajara?

21         THE WITNESS:  Excuse me.  I can't hear at all.

22         THE COURT:  They are very weak batteries.

23         (Whereupon, a discussion off the record was had.)

24         THE WITNESS:  Excuse me.  What was the question?

25    I did not understand.
```

```
 1              MR. BEST:  I understand your -- your machine
 2    wasn't working.
 3    BY MR. BEST:
 4    Q.  Do you recall telling the government that between 2007
 5    and 2008 that Abigael Gonzalez Valencia and you had a
 6    cocaine route from Colombia to Costa Rica and/or sometimes
 7    Panama?
 8    A.  Yes.  From Colombia to Costa Rica, yes.  Things that
 9    were sent by speed boat, yes, and also Panama.
10    Q.  Okay.  And that you -- you specifically used Abigael's
11    name when discussing this -- these shipments, correct?
12    A.  No, I don't remember.  But there were shipments that
13    were sent to us, to Panama, Costa Rica.  And, from there, we
14    would receive it and send it via the Televisa shipments or
15    also with the sharks.
16    Q.  And, in that entire discussion in 2021, you never
17    mentioned Gerardo Gonzalez Valencia as being involved in the
18    shipments with sharks, correct?
19    A.  Well, I was referring to how they sent the merchandise
20    to Panama and Costa Rica, how they got it there, and then we
21    received it and brought it.
22    Q.  And you never mentioned Gerardo Gonzalez Valencia,
23    correct?
24    A.  I don't remember.
25    Q.  Okay.  And then the notes say that sometimes this route
```

1    would also go to Colombia, Costa Rica, Panama, to Porto

2    Progreso in Yucatan, all via container ship.

3            Do you remember talking about that?

4    A.  Yes.  As I said before, we got the merchandise in speed

5    boats to Costa Rica and from Costa Rica in companies to

6    Mexico.  Those are different methods.

7    Q.  And at no point did you mention Gerardo Gonzalez

8    Valencia's name as being involved in any of this in your

9    discussions with the government on January 24, 2014?

10   A.  I don't remember.  Sometimes we talk about how the

11   merchandise goes from Colombia to Central America, from

12   Central America to Mexico.  Those were points that we

13   touched.

14   Q.  And in all of those discussions you never -- you never

15   talked about Gerardo Gonzalez Valencia being involved.  The

16   notes don't reflect it.

17   A.  Perhaps I skipped that.  I didn't know I had to give all

18   the detail every time that we sat to talk.

19   Q.  But you agree that detail is important, correct?

20   A.  Yes.  That's what I'm noticing, that they are important,

21   yes.

22   Q.  And do you think it would have been important to also

23   say who the principals were that were involved in these

24   transactions?  That's a big detail.

25   A.  Well, to talk in more detail, more specifically, yes.

1   There are many things, if that's what you are referring to.

2               MR. BEST:  Okay.  Let me go to 3500-ONV-44.

3               I believe Your Honor has that in evidence.

4               THE COURT:  I do.

5   BY MR. BEST:

6   Q.  I am going to focus you now on December 3rd, 2021.  And

7   we have talked about you meeting in North Carolina with --

8   with the prosecutor and agents.  Okay.  And you also talked

9   about the shark carcass incident then, right?

10  A.  Yes.  That's true.  Yes, we talked about that point many

11  times.

12              MR. BEST:  For Your Honor's reference, it's on

13  page 2 at the bottom.

14  BY MR. BEST:

15  Q.  Trial Attorney Naseef, who is sitting behind me,

16  mentioned that in 2007, 2008 there were routes from Colombia

17  to Costa Rico, Panama.  And the notes say that you told

18  Attorney Naseef that they were shipping 500 to 1,000

19  kilograms per load every two to three months for two years

20  in shark carcasses via tankers to Guadalajara or Porto

21  Progreso.

22  A.  I'm sorry.  What's the date?

23              Can you repeat, please.

24  Q.  Between 2007 through 2008.

25  A.  Yes.  From 2007, 2008 we were using that route, yes.

99

1    Q.   Okay.  And you told Attorney Naseef that Flaco, Gerardo,

2    was an investor in these loads, right?

3    A.   Yes.  Correct.

4    Q.   What's an "investor"?

5    A.   An investor is a person that provides resources so that

6    things get done.

7    Q.   Okay.  Do you remember telling the Court today that

8    Gerardo Gonzalez Valencia was involved in all of these loads

9    with the shark carcasses?

10   A.   Yes.  Correct.

11   Q.   And that he played an active role other than just being

12   an investor.  He organized.

13   A.   Yes, he also organized.

14   Q.   Did you tell the government -- your notes -- the notes,

15   excuse me, from December 3rd, 2021, reflect that you only

16   told the government that Gerardo Gonzalez was an investor?

17   A.   That was one part, investor.  But apart from that, he

18   was in charge of distributing and selling.

19            THE COURT:  All right.  Mr. Best, I hate to

20   interrupt cross-examination, but it's 10 after 5:00, and the

21   marshals have to get this defendant back -- both defendants

22   back.  So is this -- I hate to interrupt you at this point,

23   but I think I really must.

24            MR. BEST:  I understand.

25            THE COURT:  I was hoping you would finish but,

JA772

1    apparently, you are not.

2                MR. BEST:  I understand.

3                THE COURT:  So we're going to resume tomorrow

4    morning.  Sorry for the interruption of your cross --

5                MR. BEST:  I understand.

6                THE COURT:  -- but we're going to stop now.  We're

7    going to resume at 9:00 a.m. tomorrow morning.

8                MR. BEST:  Just as a reminder, this is not my

9    dance, but I am doing what I need to do.  Thank you very

10   much.  Thank you, Your Honor.

11               THE COURT:  You are all excused.

12               (Whereupon, the proceeding adjourned, 5:11 p.m.)

13                          * * * * *

14                          **CERTIFICATE**

15               I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
     certify that the foregoing constitutes a true and accurate
16   transcript of my stenographic notes, and is a full, true,
     and complete transcript of the proceedings to the best of my
17   ability.

18               This certificate shall be considered null and void
     if the transcript is disassembled and/or photocopied in any
19   manner by any party without authorization of the signatory
     below.

20

21       Dated this 13th day of May, 2023.

22       /s/ Elizabeth Saint-Loth, RPR, FCRR
         Official Court Reporter
23

24

25

JA773

## $

**$14,000** [1] - 33:15
**$17,000** [1] - 33:15
**$250** [5] - 14:17, 18:10, 20:1, 20:9, 21:1
**$26,000** [1] - 20:24
**$40,000** [2] - 21:3, 92:8

## /

**/s** [1] - 100:22

## 1

**1** [1] - 79:10
**1,000** [2] - 13:18, 98:18
**1,500** [1] - 35:19
**10** [1] - 99:20
**10,000** [1] - 49:17
**100** [2] - 7:19, 62:18
**11** [4] - 12:22, 12:23, 13:2, 20:7
**12,500** [2] - 20:25, 21:19, 21:24
**13th** [2] - 1:17, 100:21
**14** [2] - 54:23, 73:12
**145** [1] - 1:11
**14th** [2] - 68:24, 72:14
**15** [5] - 8:24, 28:1, 28:3, 61:18, 76:19
**15,000** [3] - 13:11, 33:25, 86:20
**150** [1] - 59:25
**1500** [7] - 35:20, 37:2, 73:25, 75:24, 85:9, 86:18, 87:4
**1500-kilogram** [1] - 36:14
**16** [1] - 24:24
**16-65** [1] - 2:3
**16-65-1** [1] - 1:3
**17** [1] - 92:11
**1700** [1] - 37:2
**1800** [1] - 37:3
**188** [1] - 10:18
**1:06** [1] - 1:4

## 2

**2** [25] - 1:4, 3:21, 3:22, 4:9, 4:19, 4:23, 6:13, 6:17, 6:22, 8:9, 9:13, 10:13, 10:22, 11:7, 11:8, 11:19, 16:15, 58:10, 58:18, 58:19, 79:10, 79:14, 83:21,
98:13
**2,000** [2] - 13:16, 13:18
**2-offense-level** [2] - 10:23, 11:2
**20** [4] - 5:23, 49:23, 76:19, 92:13
**20,000** [1] - 92:11
**200** [5] - 31:6, 49:4, 49:5, 49:6, 59:25
**200-kilogram** [1] - 13:21
**2000** [2] - 27:9, 48:1
**20005** [1] - 1:18
**2003** [1] - 13:11
**2004** [7] - 25:23, 27:25, 32:6, 33:14, 33:20, 49:19, 50:18
**2005** [1] - 91:21
**2006** [7] - 35:16, 37:14, 48:22, 73:22, 75:23, 77:13, 89:1
**2007** [16] - 20:11, 20:21, 39:16, 43:11, 48:3, 48:22, 54:12, 54:13, 73:22, 89:15, 92:8, 95:17, 96:4, 98:16, 98:24, 98:25
**2008** [7] - 48:3, 59:23, 95:17, 96:5, 98:16, 98:24, 98:25
**2009** [8] - 13:11, 24:7, 25:25, 28:3, 33:14, 33:21, 64:5, 91:21
**2013** [1] - 20:22
**2014** [11] - 74:22, 75:1, 75:2, 75:15, 76:15, 76:22, 77:8, 78:16, 79:5, 95:17, 97:9
**202** [2] - 1:12, 1:18
**2021** [8] - 80:17, 80:22, 81:18, 93:13, 93:25, 96:16, 98:6, 99:15
**2022** [7] - 66:4, 66:10, 68:24, 69:14, 69:20, 72:14, 73:12
**2023** [5] - 1:4, 76:24, 84:17, 86:5, 100:21
**20530** [1] - 1:12
**210** [1] - 10:20
**22nd** [2] - 84:17, 86:5
**24** [5] - 74:22, 75:2, 78:16, 79:5, 97:9
**24th** [1] - 95:17
**25** [7] - 24:19, 63:20, 63:21, 78:22, 78:25, 79:3, 92:13
**250** [1] - 19:1
**262** [1] - 10:20

## 2

**26K** [1] - 21:8
**28** [6] - 24:7, 29:12, 29:15, 29:20, 30:11, 79:17
**280** [7] - 10:11, 12:17, 12:19, 12:20, 12:21, 20:1, 20:10
**2D1.1(b)(2** [1] - 11:9

## 3

**3** [9] - 3:10, 3:17, 3:20, 7:22, 16:17, 79:11, 80:22, 81:18
**3,000** [3] - 38:25, 39:2, 39:3
**3-level** [1] - 10:16
**30** [4] - 78:23, 78:25, 79:3
**30,000** [3] - 13:13, 33:22, 33:23
**335-month** [1] - 10:19
**35** [2] - 10:17, 10:20
**3500** [5] - 22:2, 22:6, 67:3, 78:12, 84:2, 84:8
**3500-ONV** [1] - 86:7
**3500-ONV-25** [1] - 74:10
**3500-ONV-30** [5] - 74:9, 78:21, 79:6, 84:13, 95:12
**3500-ONV-44** [5] - 80:9, 80:14, 83:19, 93:12, 98:2
**3500-ONV-51** [3] - 67:4, 68:17, 72:2
**3500-ONV-52** [1] - 70:13
**3500-ONV-62** [2] - 86:8, 86:13
**36** [2] - 12:18, 17:23
**360** [1] - 17:9
**37** [2] - 16:18
**38** [5] - 10:16, 11:6, 16:14, 17:24, 54:5
**3D1.1(b)(3)(B** [1] - 10:15
**3rd** [2] - 80:16, 93:13, 93:25, 98:6, 99:15

## 4

**4** [4] - 11:9, 11:25, 79:14, 79:17
**4,000** [1] - 13:6
**40** [6] - 11:7, 16:16, 17:9, 17:12, 18:1, 84:6
**40,000** [1] - 18:19

## 4

**40K** [1] - 21:9
**42** [1] - 11:9
**43** [8] - 11:18, 11:19, 16:21, 17:1, 17:10, 17:15, 17:21, 84:5
**45** [3] - 11:18, 11:22, 17:16
**450** [5] - 11:6, 12:21, 12:25, 14:5, 17:22
**46** [1] - 11:10
**48** [5] - 11:11, 11:18, 16:20, 16:23, 17:1
**4A1.1(b** [1] - 7:15
**4A1.1(d** [3] - 6:13, 9:12, 10:5
**4A1.3(a)** [2] - 4:6, 10:7

## 5

**5** [4] - 9:14, 11:25, 16:10, 79:17
**5,000** [3] - 13:6, 13:23, 39:22
**50** [1] - 84:5
**500** [14] - 35:22, 35:23, 35:24, 44:6, 49:10, 76:10, 76:11, 82:17, 82:18, 85:9, 87:5, 98:18
**536-1737** [1] - 1:18
**598-2950** [1] - 1:12
**5:00** [1] - 99:20
**5:11** [1] - 100:12

## 6

**600** [1] - 1:17
**601** [1] - 1:17

## 7

**7** [3] - 75:23, 77:13, 89:1
**7,000** [1] - 38:25
**70** [1] - 34:15
**700** [2] - 13:25, 44:6
**750** [1] - 13:8

## 8

**8** [2] - 8:15, 19:3

## 9

**900** [1] - 13:25
**9:00** [1] - 100:7
**9mm** [1] - 54:5

## A

**a.m** [1] - 100:7
**a/k/a** [1] - 79:18
**Abigael** [39] - 28:20, 28:22, 28:24, 29:5, 29:18, 30:10, 31:12, 36:2, 36:13, 39:18, 42:23, 52:17, 52:23, 56:5, 56:25, 57:12, 57:21, 58:16, 61:4, 74:4, 75:24, 76:9, 76:10, 77:1, 78:3, 80:1, 82:17, 82:23, 83:4, 83:6, 83:15, 85:10, 87:14, 87:18, 89:5, 90:5, 95:17, 96:5
**Abigael's** [1] - 96:10
**ability** [1] - 100:17
**able** [13] - 14:25, 15:16, 18:6, 30:4, 38:7, 40:18, 47:8, 56:15, 56:24, 57:1, 57:3, 60:11, 60:13
**absolutely** [1] - 67:20
**accept** [6] - 73:9, 73:10, 73:11, 73:14, 85:18
**acceptance** [1] - 10:17
**accepted** [2] - 89:14, 89:16
**accomplishes** [2] - 16:10, 16:23
**accountability** [1] - 89:17
**accounts** [1] - 5:18
**accuracy** [1] - 93:24
**accurate** [5] - 75:25, 76:6, 82:7, 82:11, 100:15
**accusation** [1] - 61:3
**acquaintances** [1] - 31:5
**acquiring** [1] - 50:16
**Action** [1] - 1:2
**active** [1] - 99:11
**actual** [1] - 7:8
**add** [2] - 6:13, 22:24
**addition** [2] - 4:1, 10:13
**additional** [6] - 3:22, 4:9, 6:10, 6:17, 6:22, 36:25
**address** [3] - 8:8, 9:4, 65:14
**addressed** [4] - 7:24, 18:13, 31:14, 45:5
**addressing** [2] - 8:19, 9:9

**adjourned** [1] - 100:12
**adjusted** [2] - 10:16, 11:11
**Administration** [2] - 19:15, 20:4
**admit** [5] - 12:18, 29:20, 30:3, 73:8, 77:11
**admits** [1] - 3:12
**admitted** [8] - 10:12, 20:10, 30:11, 62:17, 83:23, 84:13, 86:12, 86:13
**Adrian** [1] - 74:21
**afraid** [7] - 14:12, 66:13, 66:14, 66:19, 66:22, 69:4
**afternoon** [4] - 2:7, 2:14, 2:16, 61:23
**afterwards** [2] - 32:17, 57:7
**age** [1] - 7:4
**Agent** [21] - 1:20, 2:12, 22:9, 63:25, 64:3, 64:4, 64:10, 65:7, 66:3, 69:7, 70:23, 72:24, 73:12, 74:20, 74:21, 77:19, 78:2, 80:18, 81:17, 93:14
**agent** [7] - 21:5, 69:19, 72:6, 75:16, 77:18
**agents** [9] - 25:7, 66:16, 66:23, 68:25, 69:15, 70:4, 73:2, 84:17, 98:8
**ago** [3] - 76:20, 84:18, 85:17
**agree** [4] - 10:10, 24:13, 40:13, 97:19
**agreed** [2] - 5:14, 63:22
**agreement** [7] - 10:23, 17:21, 18:7, 47:10, 75:20, 81:21, 84:22
**agrees** [1] - 22:9
**Aguililla** [1] - 24:3
**Agustin** [1] - 44:3
**aided** [1] - 1:25
**air** [1] - 34:10
**airplane** [1] - 13:22
**airplanes** [2] - 48:5, 48:8
**AK-47s** [1] - 59:21
**align** [1] - 31:24
**aligned** [1] - 31:25
**alive** [2] - 34:24, 55:1
**allow** [2] - 4:2, 47:6
**almost** [3] - 13:16,

14:4, 92:15
**ALSO** [1] - 1:20
**alter** [4] - 66:16, 67:2, 69:1, 72:8
**Alvarado** [1] - 68:19
**AMERICA** [1] - 1:2
**America** [5] - 2:3, 35:3, 92:6, 97:11, 97:12
**amount** [2] - 14:13, 18:5
**amounts** [2] - 12:20, 14:14
**analysis** [2] - 84:3, 84:8
**Ancalle** [1] - 2:13
**ANCALLE** [1] - 1:20
**Ancalle-Jimenez** [1] - 2:13
**ANCALLE-JIMENEZ** [1] - 1:20
**Angela** [1] - 2:13
**ANGELA** [1] - 1:20
**Angeles** [3] - 13:23, 20:18, 49:14
**answer** [3] - 58:1, 58:2, 58:7
**anticipated** [3] - 19:7, 19:18, 21:18
**anticipation** [1] - 84:20
**Antonio** [10] - 51:3, 51:15, 51:16, 51:21, 51:24, 52:9, 52:11, 52:15, 52:24, 53:1
**anxious** [1] - 15:12
**anyway** [1] - 9:5
**apart** [2] - 36:23, 99:17
**apartment** [1] - 59:24
**apologize** [4] - 58:23, 64:14, 87:6, 94:14
**appear** [1] - 69:4
**APPEARANCES** [1] - 1:8
**appeared** [1] - 46:13
**appearing** [2] - 66:14
**applied** [2] - 4:23, 4:24
**applies** [1] - 4:12
**apply** [1] - 3:3
**appreciate** [1] - 66:22
**approach** [2] - 19:22, 79:9
**appropriate** [2] - 6:4, 17:17
**appropriateness** [1] - 10:7
**AR-15s** [1] - 59:21
**area** [1] - 20:18

**argument** [1] - 5:1
**Armando** [2] - 25:23, 27:11
**armed** [6] - 31:9, 54:7, 54:8, 54:15, 54:18
**arranged** [4] - 74:7, 76:9, 77:2, 89:18
**arrest** [5] - 25:23, 28:3, 31:22, 32:9, 64:5
**arrested** [8] - 24:6, 24:7, 25:15, 25:24, 48:3, 49:19, 49:22, 91:23
**arrive** [4] - 40:4, 40:7, 40:17, 56:18
**arrived** [6] - 38:3, 53:11, 54:18, 56:19, 56:21, 56:22
**arriving** [2] - 40:1, 92:21
**article** [1] - 26:19
**Arturo** [2] - 55:20, 56:9
**aside** [1] - 10:21
**aspect** [1] - 15:1
**assassinate** [2] - 55:23, 55:25
**assassination** [1] - 57:23
**Assistant** [2] - 69:19, 72:6
**attack** [1] - 79:20
**attempt** [1] - 56:16
**attention** [2] - 70:16, 70:25
**Attorney** [14] - 72:7, 80:19, 81:16, 82:2, 82:16, 84:15, 84:16, 85:14, 86:17, 87:10, 93:14, 98:15, 98:18, 99:1
**attorney** [5] - 69:16, 74:24, 74:25, 80:19, 81:16
**attorney-client** [1] - 74:24
**Attorneys** [1] - 69:20
**AUSA** [1] - 1:20
**authorization** [1] - 100:19
**avoid** [6] - 70:1, 72:18, 72:21, 72:22, 72:23, 73:1
**aware** [1] - 46:25

## B

**backing** [1] - 57:16
**badly** [1] - 51:17

**bar** [3] - 26:10, 26:12, 26:14
**Barbi** [9] - 55:14, 55:17, 55:21, 56:2, 56:5, 57:7, 57:18, 58:9, 58:17
**Barbi's** [1] - 58:15
**Barrera** [1] - 35:11
**base** [7] - 10:10, 11:6, 12:15, 12:18, 16:14, 17:23, 17:24
**based** [7] - 9:23, 10:11, 14:9, 19:7, 19:9, 19:17, 19:18
**basis** [1] - 27:22
**batteries** [1] - 95:22
**battery** [2] - 45:3, 58:3
**become** [1] - 25:22
**beep** [1] - 45:3
**BEFORE** [1] - 1:6
**begin** [2] - 18:22, 63:22
**beginning** [1] - 30:7
**begun** [1] - 65:7
**behalf** [2] - 2:17, 13:24
**behind** [1] - 98:15
**beige** [1] - 26:20
**beige-colored** [1] - 26:20
**belief** [1] - 82:6
**believes** [3] - 10:1, 11:6, 11:15
**belonged** [2] - 82:17, 82:18
**below** [1] - 100:19
**Beltran** [1] - 55:20
**benefit** [2] - 65:6, 67:8
**benefits** [1] - 50:13
**BERYL** [1] - 1:6
**best** [16] - 3:11, 4:19, 14:23, 16:2, 16:17, 18:10, 18:12, 22:23, 61:19, 65:18, 79:22, 81:1, 81:10, 84:11, 99:19, 100:16
**Best** [2] - 2:17, 65:4
**BEST** [104] - 1:15, 2:16, 4:25, 14:24, 15:3, 15:5, 15:7, 15:9, 15:14, 15:22, 15:25, 16:3, 16:19, 16:23, 18:14, 21:2, 21:10, 22:2, 22:7, 22:9, 22:14, 22:24, 23:7, 29:13, 29:21, 30:2, 30:6, 49:5, 58:23, 59:4, 61:20, 61:22, 64:14, 64:15, 65:5, 65:16, 65:19,

65:21, 65:23, 67:3, 67:5, 67:14, 67:22, 68:1, 68:8, 68:11, 68:14, 68:22, 68:23, 70:12, 71:22, 72:1, 73:15, 73:16, 74:8, 74:11, 74:18, 74:19, 75:2, 75:4, 76:5, 78:8, 78:23, 79:2, 79:7, 79:9, 79:20, 79:23, 80:8, 80:10, 80:14, 80:15, 81:5, 81:8, 81:11, 81:12, 83:19, 83:25, 84:12, 84:14, 86:2, 86:4, 86:8, 86:11, 86:14, 86:21, 87:1, 87:3, 88:23, 88:25, 93:3, 93:8, 95:12, 95:15, 96:1, 96:3, 98:2, 98:5, 98:12, 98:14, 99:24, 100:2, 100:5, 100:8
**Best's** [1] - 78:15
**better** [8] - 23:1, 58:5, 76:16, 91:20, 92:1, 92:2, 92:3, 92:5
**betting** [2] - 53:9, 53:13
**Between** [1] - 98:24
**between** [11] - 21:8, 31:5, 33:14, 33:15, 33:20, 35:20, 55:9, 60:15, 91:21, 95:17, 96:4
**big** [2] - 59:24, 97:24
**biggest** [1] - 90:19
**Bigotes** [1] - 47:16
**Bigotes'** [1] - 47:18
**bit** [5] - 5:6, 37:2, 38:16, 38:17, 59:14
**boat** [26] - 37:9, 37:11, 37:14, 37:16, 37:17, 37:20, 37:22, 37:23, 73:19, 73:20, 73:22, 73:24, 75:7, 75:12, 76:6, 78:1, 87:16, 87:20, 87:22, 88:3, 88:10, 88:16, 88:23, 89:1, 96:9
**boats** [12] - 35:17, 36:19, 37:19, 38:2, 40:10, 74:5, 74:13, 77:13, 78:17, 85:23, 89:24, 97:5
**bombs** [1] - 53:14
**boosted** [1] - 5:8
**border** [2] - 34:11, 48:12
**boss** [1] - 62:13

bottom [4] - 70:16, 70:19, 71:1, 98:13
bought [1] - 33:5
boxes [1] - 53:13
brand [1] - 46:7
break [3] - 58:23, 59:3, 59:5
bring [2] - 4:13, 16:16
brings [3] - 11:7, 11:9, 11:10
broke [3] - 16:5, 31:23, 69:11
brother [10] - 27:23, 30:19, 32:1, 32:18, 33:3, 34:21, 40:16, 43:22, 52:4, 54:19
brother-in-law [4] - 32:1, 34:21, 52:4, 54:19
brothers [10] - 13:13, 28:16, 29:8, 30:13, 31:1, 33:4, 53:1, 83:1, 83:2, 88:18
brothers-in-law [1] - 31:1
brought [3] - 41:12, 87:19, 96:21
Brown [1] - 1:17
budging [2] - 16:12, 18:21
build [3] - 38:1, 38:15, 39:4
building [1] - 39:8
business [12] - 28:11, 28:14, 28:15, 32:6, 32:17, 32:18, 39:24, 50:10, 53:23, 82:25, 93:10
businesses [7] - 34:6, 50:11, 50:12, 50:16, 50:19, 50:23, 51:1
Butner [1] - 80:18
buy [1] - 50:2
BY [43] - 23:22, 26:15, 26:25, 29:16, 30:12, 38:11, 42:13, 43:6, 45:7, 45:22, 46:16, 47:12, 48:14, 49:7, 54:14, 57:10, 58:6, 59:9, 59:15, 61:22, 64:15, 65:5, 65:23, 67:5, 68:23, 72:1, 73:16, 74:11, 74:19, 75:4, 76:5, 80:10, 80:15, 81:12, 84:14, 86:14, 87:3, 88:25, 93:8, 95:15, 96:3, 98:5, 98:14

# C

cache [1] - 59:24
calculated [1] - 6:12
calculating [1] - 6:5
calculation [1] - 10:25
California [5] - 21:17, 34:11, 41:13, 48:13
Canadá [1] - 76:8
cap [4] - 10:1, 12:5, 16:22, 17:10
capped [2] - 11:18, 84:5
captain [6] - 41:15, 41:17, 41:18, 42:1, 42:5, 42:7
captains [4] - 41:22, 42:3, 42:4, 42:11
carcass [2] - 94:20, 98:9
carcasses [12] - 13:8, 43:7, 43:12, 44:5, 44:13, 45:13, 45:15, 45:17, 94:25, 95:2, 98:20, 99:9
care [2] - 5:25, 18:15
caring [1] - 53:25
Carlos [5] - 51:11, 51:12, 53:11, 55:4, 55:7
Carolina [4] - 80:17, 80:18, 81:18, 98:7
carried [2] - 52:18, 52:20
carry [1] - 54:2, 54:4
carrying [1] - 46:22
cartel [18] - 25:19, 25:21, 26:2, 26:3, 26:17, 27:15, 27:16, 28:17, 30:16, 30:17, 30:21, 31:19, 31:23, 42:14, 42:15, 48:5, 52:14, 62:15
Cartel [1] - 32:2
Case [1] - 2:3
case [7] - 5:13, 5:21, 16:8, 17:17, 25:10, 84:2
cases [2] - 24:21, 63:23
cash [1] - 33:11
category [7] - 3:6, 4:3, 8:21, 9:7, 9:10, 10:3, 17:7
Category [11] - 4:14, 5:15, 5:18, 5:20, 9:12, 9:15, 10:18, 10:20, 17:8, 17:11, 84:6
caught [1] - 7:18

cease [1] - 31:21
Center [1] - 75:5
center [1] - 80:17
Central [2] - 97:11, 97:12
certain [6] - 6:8, 9:20, 12:9, 15:17, 40:8, 63:7
certainly [3] - 10:6, 22:7, 88:17
certificate [1] - 100:18
CERTIFICATE [1] - 100:14
certify [1] - 100:15
chance [2] - 91:11, 91:12
change [4] - 53:23, 69:17, 69:18, 71:13
changed [6] - 66:23, 66:25, 71:14, 71:18, 72:14, 78:25
changing [1] - 66:9
Chapter [1] - 9:18
characteristic [1] - 10:15
characteristics [1] - 3:3
charge [21] - 6:9, 31:8, 42:2, 42:4, 42:11, 43:22, 46:24, 47:11, 47:13, 60:1, 60:2, 62:3, 77:2, 77:5, 83:7, 83:8, 90:5, 90:20, 90:24, 94:6, 99:18
charges [2] - 6:8, 6:10
charging [2] - 33:13, 58:11
chart [1] - 19:4
check [1] - 4:12
Chema [1] - 28:23
Chepa [3] - 28:22, 39:18, 51:7
Chiapas [9] - 13:17, 36:20, 37:25, 40:2, 40:5, 42:12, 76:3, 76:8, 82:3
Chicago [6] - 48:13, 48:15, 48:16, 48:19, 48:24, 49:4
CHIEF [1] - 1:7
children [3] - 61:15, 61:16, 61:18
Chio [1] - 60:25
Chispa [4] - 54:20, 57:11, 57:13, 57:20
chose [2] - 28:21, 63:9
Chuey [1] - 60:25
Cifuentes [1] - 35:10
City [3] - 21:9, 33:10,

56:6
city [3] - 43:18, 46:18, 48:9
clarification [1] - 88:24
clarifications [1] - 43:24
clarify [3] - 61:25, 77:10, 78:20
clause [1] - 9:25
clear [6] - 4:16, 6:20, 10:3, 37:13, 63:5, 78:14
clearly [2] - 6:13, 6:22
client [2] - 16:3, 74:24
close [1] - 18:18
closer [2] - 21:24, 23:17
clothing [1] - 26:19
co [1] - 2:8
co-counsel [1] - 2:8
cocaine [82] - 10:11, 12:16, 12:17, 12:20, 13:16, 14:10, 14:14, 19:24, 20:25, 21:25, 24:9, 27:18, 32:3, 32:5, 32:7, 32:8, 32:10, 32:13, 32:20, 32:23, 33:5, 33:14, 33:17, 33:20, 33:23, 34:1, 34:9, 34:13, 34:18, 35:1, 35:2, 35:5, 35:12, 35:18, 36:7, 36:14, 36:19, 36:25, 37:4, 37:7, 38:12, 38:21, 38:23, 39:10, 39:12, 39:21, 39:23, 43:7, 43:13, 43:16, 44:4, 44:12, 45:8, 45:11, 45:14, 45:17, 46:3, 47:1, 47:7, 47:25, 48:6, 48:10, 48:16, 48:19, 48:23, 49:3, 49:9, 49:12, 49:15, 50:4, 51:18, 51:22, 62:3, 62:11, 73:25, 74:2, 77:2, 91:15, 94:24, 95:18, 96:6
cockfights [1] - 53:8
COLL [1] - 1:15
Coll [1] - 2:18
colleagues [1] - 78:2
COLLOQUY [1] - 1:6
Colombia [33] - 13:17, 32:12, 32:15, 32:16, 32:19, 35:7, 35:9, 35:23, 36:6, 36:10, 36:16, 36:20, 38:9, 38:15, 38:21, 39:6,

39:19, 40:1, 42:24, 74:3, 76:3, 77:2, 77:4, 77:5, 82:3, 90:3, 90:6, 95:18, 96:6, 96:8, 97:1, 97:11, 98:16
Colombian [15] - 56:12, 56:13, 56:17, 56:18, 56:19, 56:21, 56:22, 56:23, 57:12, 57:13, 57:15, 57:16, 58:19, 90:10
Colombians [10] - 41:16, 42:2, 74:6, 82:19, 82:21, 82:24, 83:5, 83:7, 83:15
colored [1] - 26:20
COLUMBIA [1] - 1:1
coming [5] - 17:1, 72:18, 79:21
comment [1] - 8:19
comments [1] - 85:16
commercial [2] - 13:22, 48:5
Commission [2] - 9:21, 9:24
commitment [5] - 69:8, 69:9, 69:11, 70:2, 70:3
committed [3] - 3:19, 6:14, 8:24
committing [4] - 3:21, 4:10, 4:19, 7:7
common [2] - 38:20, 50:6
commonly [1] - 30:14
compadre [8] - 30:19, 44:1, 44:3, 46:2, 51:6, 52:3, 52:7
compadres [1] - 52:7
companies [5] - 49:25, 50:3, 50:14, 50:17, 97:5
company [2] - 46:8, 46:18, 48:4
complete [1] - 100:16
completely [1] - 77:3
computer [1] - 1:25
computer-aided [1] - 1:25
computing [1] - 10:2
concede [4] - 15:1, 16:4, 17:22, 18:17
conceded [1] - 5:12
conceding [1] - 18:11
concession [2] - 16:15, 86:24
confer [2] - 3:11, 20:13
conference [1] - 74:25

**conferral** [1] - 29:25
**conferred** [1] - 29:22
**confirm** [2] - 68:16, 78:7
**confirms** [1] - 3:12
**conflict** [1] - 55:9
**conflicts** [1] - 26:3
**consent** [1] - 10:22
**consequences** [1] - 61:10
**conservative** [5] - 19:5, 19:8, 19:22, 20:9, 21:13
**consideration** [1] - 6:4
**considered** [2] - 10:6, 100:18
**conspiracy** [3] - 14:8, 24:8, 62:2
**constitutes** [1] - 100:15
**Constitution** [1] - 1:11
**construction** [1] - 50:20
**consult** [1] - 20:3
**container** [1] - 97:2
**containers** [1] - 93:10
**context** [3] - 80:7, 83:24, 84:9
**continue** [5] - 28:2, 55:10, 58:13, 59:8, 65:2
**continued** [6] - 65:4, 77:1, 93:22, 94:4, 94:7, 94:9
**control** [1] - 88:9
**convenience** [1] - 58:24
**conversation** [4] - 8:5, 15:15, 16:19, 70:22
**convict** [1] - 6:9
**convicted** [3] - 3:13, 3:15, 24:8
**conviction** [4] - 3:10, 7:5, 8:9, 8:25
**cooperate** [2] - 24:13, 65:12
**cooperating** [2] - 63:22, 64:22
**cooperation** [11] - 24:21, 25:6, 62:4, 62:8, 64:8, 64:22, 65:9, 65:24, 75:20, 81:21, 84:22
**coordinates** [1] - 41:21
**copy** [2] - 15:23, 78:11
**correct** [107] - 4:7, 19:13, 35:4, 37:15, 38:4, 43:25, 62:5,

62:8, 62:11, 62:12, 62:15, 62:16, 62:18, 62:19, 62:21, 62:23, 62:25, 63:2, 63:5, 63:8, 63:12, 63:13, 63:17, 63:20, 63:23, 63:24, 64:1, 64:2, 64:5, 64:8, 64:9, 64:16, 64:17, 65:9, 65:10, 66:1, 66:2, 66:4, 66:24, 68:20, 68:21, 70:5, 70:8, 70:23, 70:24, 71:3, 71:7, 71:9, 71:11, 72:12, 72:15, 72:21, 73:3, 73:22, 73:23, 74:25, 75:8, 75:12, 75:16, 75:17, 75:18, 75:19, 75:21, 75:22, 76:6, 76:12, 76:19, 76:24, 76:25, 77:4, 77:13, 82:14, 84:20, 84:24, 85:1, 85:5, 85:22, 86:21, 87:12, 87:16, 87:22, 88:10, 88:17, 89:15, 90:3, 90:4, 90:6, 90:7, 90:9, 90:12, 90:19, 90:23, 91:4, 91:17, 91:22, 92:16, 94:15, 94:18, 95:5, 95:6, 95:9, 96:11, 96:18, 96:23, 97:19, 99:3, 99:10
**correcting** [1] - 95:3
**correction** [1] - 71:12
**correctly** [2] - 9:10, 14:18
**cost** [1] - 39:8
**Costa** [11] - 13:19, 95:2, 95:19, 96:6, 96:8, 96:13, 96:20, 97:1, 97:5, 98:17
**costs** [1] - 40:14
**counsel** [5] - 2:5, 2:8, 17:18, 18:2, 20:13
**Counsel** [1] - 69:3
**count** [3] - 9:21, 10:5, 12:22
**counted** [2] - 7:7, 10:2
**counting** [1] - 7:21
**country** [3] - 19:19, 36:17, 41:1
**couple** [3] - 30:7, 61:14, 84:18
**course** [4] - 10:19, 73:9, 78:12, 90:13
**Court** [16] - 1:23, 1:23, 2:2, 5:23, 12:10, 22:25, 62:5, 62:7,

62:20, 63:16, 63:19, 65:11, 65:13, 66:15, 99:7, 100:22
**COURT** [143] - 1:1, 1:7, 2:10, 2:14, 2:20, 2:23, 3:9, 3:17, 3:20, 3:25, 4:9, 5:2, 5:4, 5:10, 5:16, 6:6, 6:20, 7:9, 7:13, 7:24, 8:2, 8:12, 8:16, 8:18, 9:3, 11:5, 11:14, 12:15, 14:12, 14:17, 14:20, 15:2, 15:4, 15:6, 15:8, 15:12, 15:20, 15:23, 16:2, 16:13, 16:22, 17:5, 17:22, 18:1, 18:9, 18:24, 19:10, 19:16, 19:24, 20:5, 20:14, 20:20, 20:23, 21:6, 21:11, 21:22, 22:6, 22:8, 22:12, 22:15, 22:23, 23:4, 23:6, 23:8, 23:11, 23:15, 23:19, 26:12, 26:23, 29:14, 29:22, 30:5, 30:9, 37:13, 37:16, 37:20, 37:22, 38:2, 38:5, 38:10, 41:24, 42:5, 42:8, 43:3, 45:13, 45:20, 46:5, 46:12, 46:25, 47:6, 49:6, 54:9, 57:4, 58:2, 58:25, 59:3, 59:5, 59:8, 59:11, 61:12, 61:16, 61:19, 64:18, 64:24, 65:4, 65:17, 65:20, 67:20, 67:24, 68:4, 68:13, 68:15, 74:16, 75:1, 78:11, 78:22, 78:24, 79:4, 79:8, 79:22, 80:6, 80:12, 81:3, 81:6, 81:9, 83:22, 84:1, 85:25, 86:3, 86:6, 86:10, 86:12, 86:20, 88:22, 93:4, 95:14, 95:22, 98:4, 99:19, 99:25, 100:3, 100:6, 100:11
**court** [6] - 70:2, 72:18, 72:21, 72:22, 72:23, 73:7
**Court's** [1] - 8:17
**courtroom** [5] - 22:19, 26:10, 26:16, 64:1, 74:15
**COURTROOM** [3] - 2:2, 2:22, 7:11
**credit** [4] - 62:8, 64:7,

65:9, 85:15
**crew** [8] - 13:5, 13:24, 40:20, 40:23, 41:10, 41:14, 41:15, 42:1
**crime** [1] - 7:20
**criminal** [18] - 3:5, 3:6, 4:2, 4:5, 4:16, 5:20, 6:5, 6:11, 6:15, 8:20, 8:21, 9:6, 9:9, 9:13, 9:19, 10:2, 10:8, 17:7
**Criminal** [13] - 1:2, 2:3, 4:14, 5:15, 5:18, 5:19, 9:11, 9:14, 10:18, 10:19, 17:8, 17:11, 84:6
**criminals** [1] - 27:20
**CROSS** [1] - 61:21
**cross** [6] - 13:15, 30:4, 59:6, 81:2, 99:20, 100:4
**cross-examination** [2] - 81:2, 99:20
**CROSS-EXAMINATION** [1] - 61:21
**cross-examine** [1] - 30:4
**Cuini** [1] - 28:22
**Cuinis** [56] - 14:1, 30:15, 30:19, 30:25, 31:3, 31:11, 31:24, 31:25, 33:18, 33:20, 34:13, 35:6, 35:13, 35:23, 35:25, 36:11, 36:12, 36:18, 39:18, 44:19, 44:20, 47:20, 49:13, 51:6, 51:18, 51:19, 51:22, 52:15, 52:23, 53:2, 53:5, 55:4, 55:21, 56:1, 56:20, 61:1, 77:14, 77:18, 77:20, 77:23, 78:4, 78:18, 79:11, 79:25, 82:20, 82:22, 85:11, 87:7, 87:12, 87:13, 87:17, 88:5, 89:4, 89:8, 90:10, 94:5
**Cuinis'** [1] - 35:9
**current** [3] - 3:22, 4:10, 4:20
**CW** [3] - 71:2, 71:7, 79:17
**Cómo** [1] - 59:19

**D**

**D.C** [1] - 1:5
**dance** [1] - 100:9

**dark** [1] - 41:5
**date** [2] - 80:21, 98:22
**Dated** [1] - 100:21
**days** [3] - 28:1, 28:3, 39:5
**DC** [2] - 1:12, 1:18
**DEA** [1] - 84:17
**dead** [2] - 34:25, 55:2
**deal** [3] - 16:10, 31:15, 47:16
**death** [1] - 58:22
**debate** [1] - 11:24
**debating** [2] - 11:17, 11:20
**debriefings** [1] - 63:25
**deceit** [1] - 79:21
**December** [16] - 66:4, 66:10, 66:24, 68:24, 69:14, 69:20, 72:14, 73:12, 80:16, 80:22, 81:18, 81:19, 93:13, 93:25, 98:6, 99:15
**decide** [1] - 91:8
**decides** [1] - 25:13
**decision** [2] - 63:15, 69:10
**decisions** [2] - 63:3, 63:4
**deeper** [1] - 8:5
**Defendant** [1] - 1:5
**defendant** [18] - 2:19, 6:14, 8:25, 10:9, 10:11, 12:17, 12:25, 13:13, 13:24, 14:10, 17:18, 19:6, 22:21, 26:22, 29:3, 29:5, 79:15, 99:21
**DEFENDANT** [1] - 1:14
**defendants** [2] - 3:1, 99:21
**defense** [5] - 2:15, 17:18, 18:2, 80:19, 81:16
**degree** [2] - 87:25, 89:16
**delivered** [2] - 32:20, 32:24
**Department** [3] - 1:10, 81:15, 93:13
**departure** [5] - 4:5, 4:8, 4:15, 10:3, 10:7
**departures** [1] - 4:2
**depended** [3] - 28:9, 92:13
**DEPUTY** [3] - 2:2, 2:22, 7:11
**describe** [1] - 91:7
**described** [1] - 73:17
**describing** [2] - 77:12,

5

93:17
**desire** [1] - 16:6
**destined** [1] - 22:4
**detail** [4] - 97:18, 97:19, 97:24, 97:25
**details** [1] - 9:18
**detained** [1] - 94:10
**detected** [1] - 40:24
**Detention** [1] - 75:5
**detention** [1] - 80:17
**determining** [1] - 10:6
**developing** [1] - 75:14
**died** [1] - 55:3
**Diego** [1] - 41:13
**difference** [2] - 11:21, 21:8
**different** [7] - 12:23, 14:14, 20:8, 37:19, 37:24, 50:19, 97:6
**difficult** [3] - 12:8, 73:8, 76:21
**difficulties** [1] - 45:5
**direct** [3] - 59:1, 59:6, 73:18
**DIRECT** [1] - 23:21
**directed** [4] - 11:8, 12:3, 62:17, 63:2
**directly** [10] - 30:18, 30:23, 31:14, 31:15, 36:9, 47:16, 60:22, 61:2, 63:1, 74:4
**disassembled** [1] - 100:18
**discotheques** [1] - 50:20
**discuss** [6] - 40:11, 43:2, 44:21, 54:16, 75:13, 79:19
**discussed** [4] - 17:18, 18:8, 64:24, 94:24
**discussing** [2] - 65:7, 96:11
**discussion** [9] - 15:18, 16:9, 17:1, 18:14, 18:21, 42:20, 94:20, 95:23, 96:16
**discussions** [3] - 40:15, 97:9, 97:14
**dispute** [1] - 3:2
**disputed** [2] - 11:4, 12:3
**dissolved** [1] - 31:22
**distribute** [2] - 24:8, 62:2
**distributed** [2] - 34:12, 43:19
**distributing** [6] - 14:11, 31:8, 62:10, 90:21, 90:22, 99:18
**DISTRICT** [3] - 1:1,

1:1, 1:7
**divided** [3] - 35:20, 37:4, 39:23
**document** [14] - 67:6, 67:10, 67:12, 67:17, 68:3, 68:6, 68:17, 77:17, 78:9, 79:12, 80:7, 80:12, 83:21, 84:9
**dog** [1] - 20:15
**DOJ** [1] - 85:14
**dollar** [1] - 18:15
**dollars** [1] - 33:7
**Domingo** [2] - 34:23, 34:24
**done** [7] - 4:17, 47:4, 51:25, 52:10, 57:24, 61:1, 99:6
**DOPAZO** [1] - 1:21
**double** [2] - 5:8, 92:15
**doubt** [3] - 83:13, 83:16, 93:24
**down** [4] - 16:5, 17:1, 42:24, 46:9
**downloaded** [1] - 46:10
**drinking** [1] - 61:8
**drove** [1] - 47:10
**drug** [14] - 25:15, 26:3, 27:12, 28:15, 45:10, 45:23, 50:4, 50:6, 50:23, 50:25, 54:16, 55:17, 55:19, 91:8
**Drug** [2] - 19:14, 20:4
**drugs** [11] - 10:14, 19:19, 21:16, 21:18, 21:19, 22:4, 49:21, 50:15, 51:1, 51:2, 91:25
**during** [6] - 9:1, 19:11, 26:7, 27:5, 40:15, 49:24

---
### E
---

**earphones** [1] - 45:3
**easy** [1] - 56:15
**Ecuador** [1] - 32:12
**Eduardo** [1] - 79:18
**effectively** [1] - 65:11
**Efrain** [1] - 54:25
**eight** [2] - 13:21, 76:23
**either** [8] - 4:17, 4:20, 9:11, 18:7, 21:17, 43:19, 61:25, 74:17
**el** [11] - 28:22, 55:14, 55:17, 55:21, 56:2, 56:6, 57:7, 57:18, 58:9, 58:15, 58:16

Elizabeth [2] - 1:23, 100:22
**ELIZABETH** [1] - 100:15
**elsewhere** [1] - 35:7
**Email** [3] - 1:13, 1:13, 1:19
**encourage** [1] - 9:22
**end** [1] - 19:14
**ended** [1] - 51:17
**ending** [1] - 68:18
**enforcement** [2] - 64:5, 64:11
**Enforcement** [2] - 19:15, 20:4
**engaged** [1] - 63:25
**engines** [2] - 38:6, 38:7
**English** [1] - 67:9
**enhancement** [5] - 10:23, 11:4, 12:11, 16:5, 62:14
**enhancements** [5] - 12:7, 12:9, 12:13, 17:17, 17:20
**enlist** [1] - 16:6
**entire** [5] - 16:8, 21:14, 68:6, 74:15, 96:16
**entry** [1] - 19:3
**environment** [1] - 50:9
**equal** [2] - 37:6, 42:25
**equipment** [3] - 38:8, 40:9, 46:10
**ERTZBISCHOFF** [1] - 1:16
**Ertzbischoff** [1] - 2:18
**escape** [19] - 3:12, 3:13, 3:15, 3:18, 3:23, 4:13, 4:22, 5:19, 5:23, 6:16, 7:7, 7:16, 7:17, 7:19, 9:1, 9:7, 9:12, 10:5
**essentially** [1] - 3:23
**establish** [1] - 20:25
**estate** [3] - 49:24, 50:3, 50:20
**estimate** [3] - 19:5, 19:8, 19:23
**Europe** [25] - 34:3, 34:7, 34:16, 34:17, 34:20, 90:25, 91:1, 91:4, 91:9, 91:16, 91:25, 92:5, 92:8, 92:15, 92:17, 92:18, 92:20, 92:24, 93:1, 93:5, 93:9, 93:18, 94:1, 94:3, 94:19
**European** [1] - 94:16
**euros** [5] - 33:7,

94:12, 94:13, 94:17, 94:19
**eve** [2] - 66:11, 73:13
**event** [1] - 54:10
**events** [1] - 73:17
**evidence** [12] - 12:2, 12:11, 12:12, 18:16, 18:17, 21:2, 21:3, 22:2, 22:10, 29:20, 83:19, 83:23, 98:3
**exactly** [2] - 61:17, 82:4
**EXAMINATION** [2] - 23:21, 61:21
**examination** [3] - 73:18, 81:2, 99:20
**examine** [1] - 30:4
**example** [1] - 91:10
**excuse** [8] - 21:7, 41:24, 68:5, 70:17, 88:23, 95:21, 95:24, 99:15
**excused** [1] - 100:11
**executed** [2] - 52:14, 57:15
**execution** [1] - 52:19
**exhibit** [7] - 70:14, 71:22, 71:25, 72:2, 72:3, 81:4, 86:6
**Exhibit** [4] - 29:12, 29:20, 70:13, 93:12
**exhibits** [1] - 29:23
**exist** [2] - 31:19, 31:21
**existing** [1] - 31:22
**expenses** [1] - 39:4
**explain** [4] - 17:5, 38:14, 53:7, 55:3
**export** [1] - 19:17
**expose** [1] - 69:4
**exposing** [1] - 66:20
**expressed** [4] - 71:2, 71:9, 71:19, 72:20
**expressing** [1] - 72:18
**expressly** [1] - 18:12
**extent** [1] - 14:8
**extra** [4] - 4:23, 9:13, 11:19, 78:11
**extract** [1] - 12:9
**extradited** [3] - 3:13, 6:3, 6:8
**extradition** [2] - 3:14, 5:25

---
### F
---

**face** [1] - 73:6
**facilitated** [1] - 77:3
**fact** [5] - 5:21, 5:22, 5:24, 64:3, 92:22
**facts** [2] - 10:12, 17:19

**failing** [1] - 80:23
**fair** [1] - 76:15
**familia** [2] - 60:8, 60:24
**familiar** [2] - 45:10, 45:23
**family** [13] - 31:5, 57:2, 60:6, 60:9, 60:19, 60:21, 60:23, 61:3, 61:7, 61:12, 61:13, 66:19, 69:5
**far** [2] - 35:1, 37:7
**Fascinating** [1] - 30:8
**fast** [12] - 37:17, 37:22, 73:19, 73:20, 73:22, 73:24, 74:5, 74:13, 75:7, 75:12, 77:13, 78:1, 78:17, 87:16, 87:20, 87:22, 88:3, 88:10, 88:16, 88:23, 89:1, 89:24
**fast-boat** [12] - 73:19, 73:20, 73:22, 73:24, 75:7, 75:12, 87:20, 87:22, 88:3, 88:10, 88:16, 88:23
**faster** [1] - 93:23
**FCRR** [3] - 1:23, 100:15, 100:22
**fear** [1] - 66:15
**Federal** [1] - 75:5
**federal** [3] - 68:25, 72:5, 72:6
**feelings** [1] - 71:20
**felt** [5] - 66:25, 67:1, 70:6, 71:20, 73:4
**few** [2] - 14:25, 15:2
**fight** [2] - 53:20, 53:24
**fighting** [2] - 54:10, 60:5
**figure** [3] - 9:10, 14:21, 20:12
**filed** [1] - 8:19
**final** [1] - 8:8
**finish** [1] - 99:25
**firearm** [2] - 11:7, 17:20
**firearms** [1] - 12:3
**firm** [1] - 2:19
**first** [12] - 14:23, 22:15, 27:8, 35:18, 37:4, 67:24, 68:11, 71:22, 71:24, 72:2, 74:12, 79:11
**five** [12] - 15:6, 15:7, 15:8, 15:15, 44:10, 45:15, 45:16, 59:5, 79:13, 85:17
**five-minute** [2] - 15:15, 59:5

6

**Flaco** [4] - 27:3, 27:4, 79:15, 99:1
**flights** [4] - 48:18, 48:23, 49:11, 49:16
**focus** [4] - 70:16, 70:25, 94:20, 98:6
**focused** [1] - 92:23
**focusing** [1] - 93:12
**following** [1] - 85:7
**FOR** [3] - 1:1, 1:8, 1:14
**foregoing** [1] - 100:15
**forfeiture** [2] - 18:3, 18:15, 19:4
**forgot** [1] - 88:4
**form** [2] - 17:2, 82:8
**formally** [1] - 10:4
**forming** [1] - 51:23
**forward** [2] - 2:5, 30:5
**four** [2] - 80:4, 88:21
**Four** [1] - 9:18
**frankly** [1] - 12:24
**frequently** [7] - 27:23, 27:24, 27:25, 28:8, 29:2, 29:3, 29:4
**front** [5] - 26:12, 26:14, 66:14, 71:4, 71:10
**frozen** [1] - 13:8
**fugitive** [2] - 9:20, 10:2
**fugitives** [1] - 9:22
**fulfill** [1] - 60:16
**full** [5] - 14:13, 34:22, 65:21, 80:7, 100:16
**fully** [1] - 23:12

## G

**gallery** [1] - 26:13
**gallos** [1] - 53:6
**Garcia** [12] - 66:10, 66:11, 66:17, 69:2, 69:21, 69:25, 72:9, 72:12, 72:15, 72:25, 73:3, 73:5
**gear** [3] - 52:21, 60:3, 60:4
**general** [1] - 28:11
**generally** [2] - 28:10, 31:7
**Generation** [1] - 32:1
**Geoff** [1] - 2:18
**GEOFFREY** [1] - 1:15
**Gerardo** [74] - 2:4, 26:18, 27:1, 27:5, 27:8, 27:10, 27:12, 27:21, 28:5, 28:16, 29:7, 31:16, 32:3, 32:5, 32:7, 32:11,

32:13, 32:21, 32:23, 33:5, 33:11, 33:13, 34:1, 34:8, 34:17, 34:20, 36:3, 39:13, 40:15, 44:12, 44:21, 48:23, 49:11, 49:15, 50:14, 50:22, 53:20, 53:21, 53:23, 54:15, 59:10, 59:16, 60:1, 61:2, 61:7, 75:11, 77:7, 77:11, 78:18, 80:2, 83:14, 87:10, 87:21, 88:1, 88:8, 88:15, 89:2, 90:11, 91:3, 91:16, 91:24, 92:18, 92:24, 93:16, 93:17, 94:11, 95:8, 96:17, 96:22, 97:7, 97:15, 99:1, 99:8, 99:16
**GERARDO** [1] - 1:4
**Gerardo's** [1] - 90:18
**given** [3] - 4:21, 17:17, 63:21
**go-fast** [1] - 37:22
**goal** [1] - 16:23
**goals** [1] - 16:11
**Gonzalez** [38] - 2:4, 2:17, 26:18, 27:1, 27:6, 32:3, 59:10, 59:16, 75:11, 75:24, 77:11, 78:3, 79:18, 80:2, 85:10, 87:11, 87:21, 88:1, 88:8, 88:15, 89:2, 89:13, 90:11, 91:3, 91:16, 91:25, 92:18, 92:24, 94:12, 95:8, 95:18, 96:5, 96:17, 96:22, 97:7, 97:15, 99:8, 99:16
**GONZALEZ** [1] - 1:4
**goods** [1] - 43:23
**Government** [1] - 29:20
**GOVERNMENT** [1] - 1:8
**government** [53] - 2:6, 2:25, 3:5, 5:24, 6:17, 7:24, 10:22, 10:24, 11:6, 11:15, 14:9, 15:12, 16:6, 16:13, 16:20, 16:25, 20:13, 22:12, 22:16, 24:14, 24:21, 25:6, 29:19, 63:23, 65:8, 65:13, 65:24, 69:7, 69:24, 72:11, 72:15, 74:13, 79:24, 81:23, 84:1, 86:22, 87:20, 88:20,

89:2, 89:6, 89:7, 91:14, 91:24, 92:22, 93:20, 95:4, 95:7, 95:16, 96:4, 97:9, 99:14, 99:16
**Government's** [9] - 23:9, 29:12, 29:15, 30:11, 67:3, 70:12, 84:13, 86:13, 93:12
**government's** [6] - 8:14, 11:22, 12:19, 18:16, 19:3, 72:3
**great** [2] - 5:9, 5:10
**grenade** [2] - 53:14, 53:24
**grenades** [4] - 53:13, 53:14, 54:9, 55:8
**group** [13] - 30:13, 51:23, 52:3, 52:8, 52:11, 52:20, 53:4, 55:23, 55:25, 56:1, 56:2, 56:19, 57:16
**groups** [2] - 28:12, 60:12
**Guadalajara** [13] - 32:15, 32:21, 33:9, 43:19, 43:21, 43:22, 46:4, 47:15, 48:9, 57:6, 90:2, 95:20, 98:20
**guards** [1] - 54:18
**Guatemala** [1] - 41:3
**guess** [1] - 4:13
**guideline** [4] - 4:5, 4:12, 10:25, 17:16
**guidelines** [10] - 3:3, 4:1, 4:17, 6:11, 8:10, 9:18, 10:1, 15:24, 16:24, 17:8
**guilty** [11] - 5:22, 24:11, 24:12, 24:13, 62:2, 62:4, 62:6, 62:7, 62:10, 62:13, 89:13
**Guizar** [15] - 14:2, 51:3, 51:11, 51:15, 51:17, 51:19, 51:21, 51:24, 52:9, 52:11, 52:16, 52:25, 53:11, 55:4, 55:7
**gunmen** [2] - 26:6, 52:18
**guns** [2] - 54:15, 57:17
**guy** [1] - 47:10
**guys** [2] - 21:12, 61:9

## H

**half** [9] - 11:20, 13:1,

20:7, 20:16, 44:8, 44:16, 44:17, 44:18, 48:17
**halfway** [1] - 6:23
**handled** [1] - 33:2
**handling** [1] - 36:9
**Handrich** [2] - 2:9, 2:10
**HANDRICH** [2] - 1:10, 21:4
**happy** [3] - 15:11, 15:14, 15:18
**hate** [2] - 99:19, 99:22
**health** [1] - 5:7
**hear** [14] - 5:10, 12:2, 13:2, 14:3, 14:6, 14:13, 16:8, 17:13, 30:8, 59:11, 59:12, 80:23, 81:13, 95:21
**hearing** [3] - 2:24, 13:1, 23:14
**hearings** [1] - 11:20, 20:16
**help** [8] - 21:25, 52:2, 52:3, 52:5, 52:8, 52:15, 52:16, 63:23
**hereby** [1] - 100:15
**himself** [1] - 82:24
**hire** [3] - 42:1, 42:5, 42:8
**hired** [1] - 54:6
**hiring** [2] - 42:4, 53:25
**history** [17] - 3:5, 3:6, 4:3, 4:5, 4:16, 5:21, 6:5, 6:12, 8:20, 8:21, 9:7, 9:9, 9:14, 9:19, 10:2, 10:8, 17:7
**History** [11] - 4:14, 5:15, 5:18, 5:19, 9:11, 9:14, 10:18, 10:19, 17:8, 17:11, 84:6
**hit** [1] - 53:4
**Holland** [1] - 34:19
**honest** [1] - 9:5
**Honor** [52] - 2:16, 2:22, 3:8, 3:16, 4:7, 5:12, 7:12, 8:7, 11:3, 11:13, 12:6, 14:7, 14:16, 14:19, 16:7, 17:14, 18:2, 19:2, 20:3, 20:17, 21:10, 21:15, 21:23, 22:16, 22:18, 23:5, 26:9, 29:11, 29:19, 43:1, 49:5, 61:11, 61:20, 67:17, 68:22, 73:15, 74:14, 78:9, 78:20, 79:10, 80:25, 81:11, 83:20, 84:12, 85:1,

86:9, 86:25, 91:7, 93:3, 95:13, 98:3, 100:10
**Honor's** [2] - 65:6, 98:12
**HONORABLE** [1] - 1:6
**hopeful** [1] - 25:12
**hopefully** [1] - 65:21
**hoping** [2] - 25:9, 99:25
**horse** [4] - 55:5, 55:13, 55:16, 56:7
**hospital** [1] - 53:19
**hotels** [1] - 50:20
**house** [1] - 6:23
**housed** [1] - 81:1
**Houston** [1] - 75:5
**HOWELL** [1] - 1:6
**Huimanguillo** [1] - 52:13
**hum** [1] - 76:14
**hurt** [1] - 62:25

## I

**ID** [2] - 22:18, 22:21
**identification** [1] - 23:3
**identified** [3] - 26:22, 79:15, 79:16
**identify** [1] - 26:19
**identifying** [1] - 22:21
**identity** [1] - 23:2
**II** [3] - 5:15, 5:18, 80:18
**III** [10] - 3:6, 4:14, 5:20, 9:12, 9:15, 10:18, 10:20, 17:8, 17:11, 84:6
**imagine** [2] - 9:21, 63:18
**important** [4] - 11:16, 97:19, 97:20, 97:22
**importantly** [2] - 64:7, 80:1
**importation** [2] - 10:14, 24:9
**imprisonment** [2] - 6:16, 11:16
**in-laws** [2] - 30:24, 31:1
**incarcerated** [1] - 24:4
**incident** [11] - 53:24, 76:23, 78:1, 88:21, 88:22, 89:10, 89:12, 89:14, 89:19, 90:9, 98:9
**incidents** [1] - 76:16
**include** [4] - 10:24, 11:3, 25:6, 88:5

JA779

**included** [1] - 77:15
**including** [2] - 6:15, 11:12
**incorrect** [1] - 82:12
**increase** [1] - 11:2
**indeed** [1] - 65:6
**indicated** [2] - 68:25, 72:7
**Indio** [10] - 55:14, 55:17, 55:21, 56:2, 56:6, 57:7, 57:18, 58:9, 58:15, 58:16
**indirectly** [1] - 57:21
**individual** [2] - 42:15, 63:8
**individual's** [1] - 79:23
**individuals** [4] - 54:6, 63:12, 63:13, 64:4
**indulgence** [2] - 8:17, 93:3
**information** [2] - 63:16, 63:19
**informed** [2] - 56:9, 88:11
**injured** [1] - 53:18
**insisting** [1] - 84:3
**instances** [1] - 21:16
**instant** [5] - 3:19, 4:20, 6:14, 8:24, 9:1
**instead** [1] - 58:12
**intercepted** [3] - 41:2, 41:8, 51:19
**interdicted** [5] - 13:3, 13:4, 40:19, 40:21, 41:1
**international** [1] - 41:3
**interpret** [4] - 67:13, 67:23, 68:3, 68:10
**interpreter** [10] - 57:25, 67:9, 67:11, 67:12, 67:16, 68:2, 68:9, 68:16, 80:20, 81:17
**INTERPRETER** [9] - 48:11, 57:25, 67:11, 67:16, 67:25, 68:2, 68:9, 68:21, 76:4
**Interpreter** [1] - 48:11
**Interpreters** [1] - 1:22
**interpreters** [1] - 2:21
**interpreting** [1] - 67:18
**interrelated** [1] - 12:7
**interrupt** [3] - 64:18, 99:20, 99:22
**interruption** [1] - 100:4
**interview** [2] - 78:16,

79:5
**interviews** [1] - 46:23
**introduced** [3] - 27:10, 27:11, 29:24
**invest** [9] - 35:12, 36:18, 39:12, 44:12, 47:20, 49:24, 76:9, 91:7, 91:8
**invested** [4] - 44:14, 47:22, 90:12, 91:3
**investing** [3] - 35:16, 50:19, 92:24
**investment** [2] - 44:16, 44:18
**investments** [1] - 50:13
**investor** [12] - 36:3, 88:12, 89:20, 89:21, 90:19, 90:20, 99:2, 99:4, 99:5, 99:12, 99:16, 99:17
**investors** [7] - 35:21, 39:17, 39:23, 40:12, 41:24, 41:25, 42:18, 76:11, 90:8
**involve** [1] - 27:17
**involved** [19] - 19:6, 26:3, 27:12, 35:5, 75:12, 87:11, 87:22, 87:24, 88:3, 88:8, 88:16, 89:3, 89:8, 93:4, 96:17, 97:8, 97:15, 97:23, 99:8
**issue** [1] - 17:15
**items** [1] - 12:23
**itself** [1] - 88:7

**J**

**Jalisco** [1] - 32:2
**January** [6] - 74:22, 75:2, 78:16, 79:5, 95:17, 97:9
**Jimenez** [1] - 2:13
**JIMENEZ** [1] - 1:20
**job** [3] - 22:8, 47:2, 58:20
**joined** [3] - 2:8, 51:13, 51:17
**Jose** [7] - 14:2, 28:20, 28:22, 28:24
**judge** [4] - 25:14, 64:20, 65:1, 65:6
**JUDGE** [1] - 1:7
**judgment** [8] - 14:9, 14:15, 15:1, 18:9, 18:25, 19:16, 19:18, 20:16
**judgments** [1] - 20:14
**jumpsuit** [1] - 26:20

**Justice** [3] - 1:10, 81:15, 93:14
**justice** [1] - 6:15

**K**

**Kaitlin** [2] - 2:8, 84:16
**KAITLIN** [1] - 1:9
**kaitlin.sahni@usdoj. gov** [1] - 1:13
**Kate** [6] - 2:8, 80:19, 81:16, 83:3, 84:15, 93:14
**KATE** [1] - 1:9
**kate.naseef@usdoj. gov** [1] - 1:13
**KATHERINE** [1] - 1:21
**keep** [3] - 5:7, 26:13, 91:13
**keeps** [1] - 58:4
**Kevin** [2] - 81:17, 93:14
**kidnapped** [1] - 26:6
**Kike** [1] - 60:25
**killed** [9] - 26:6, 57:11, 57:12, 57:13, 57:14, 58:21, 61:3, 61:13, 62:25
**kilo** [1] - 92:8
**kilogram** [5] - 13:16, 13:18, 19:8, 20:24, 33:14
**kilograms** [22] - 10:11, 12:17, 13:6, 13:8, 13:11, 13:13, 13:23, 13:25, 14:5, 17:22, 20:1, 21:1, 21:19, 21:25, 33:23, 39:20, 39:3, 82:18, 85:9, 86:18, 87:4, 98:19
**kilos** [27] - 11:7, 12:20, 18:19, 20:10, 33:22, 35:19, 35:22, 36:6, 37:2, 38:25, 39:22, 44:6, 48:1, 49:4, 49:6, 49:10, 49:17, 62:10, 73:25, 75:25, 76:10, 76:11, 82:17, 82:18
**kind** [4] - 4:4, 29:25, 46:6, 61:9
**KIRK** [1] - 1:10
**Kirk** [2] - 2:9, 2:10
**knowing** [2] - 18:16, 63:19
**known** [4] - 46:18, 51:13, 64:3, 69:7
**knows** [5] - 5:23, 79:19, 84:1
**KYLE** [1] - 1:20

**Kyle** [1] - 2:12

**L**

**L.A** [3] - 21:9, 21:11, 21:20, 22:4, 84:17
**Lalo** [38] - 27:3, 27:4, 27:11, 29:5, 29:9, 31:12, 33:24, 36:2, 36:12, 39:18, 42:23, 52:17, 52:23, 53:5, 56:5, 56:25, 57:12, 57:21, 58:16, 59:23, 60:18, 60:22, 74:4, 77:15, 79:15, 79:16, 79:18, 79:19, 83:8, 83:9, 83:14, 85:12, 87:14, 87:18, 89:5, 89:8, 94:11
**Lalo's** [1] - 87:15
**land** [2] - 34:10, 43:18
**Language** [1] - 1:22
**large** [1] - 91:15
**Las** [1] - 14:1
**last** [5] - 45:18, 58:7, 66:4, 66:23, 79:14
**lately** [1] - 51:13
**launder** [2] - 50:12, 50:23
**law** [8] - 2:19, 31:1, 32:1, 34:21, 52:4, 54:19, 64:5, 64:10
**laws** [2] - 30:24, 31:1
**lay** [1] - 3:4
**lays** [1] - 19:4
**leader** [14] - 11:10, 11:25, 12:4, 17:20, 25:21, 25:22, 25:24, 26:2, 30:16, 31:11, 42:14, 62:13, 62:15
**leaders** [1] - 31:12
**leaning** [1] - 9:6
**least** [3] - 5:6, 26:10, 75:16
**leave** [3] - 36:16, 38:19, 48:8
**leaving** [1] - 40:1
**led** [2] - 35:23, 39:19
**LEDUC** [1] - 74:21
**Leduc** [1] - 74:22
**left** [2] - 25:3, 53:22
**legitimate** [5] - 49:25, 50:11, 50:14, 50:23, 51:1
**length** [1] - 22:22
**less** [4] - 25:5, 39:3, 76:23, 93:22
**level** [17] - 10:10, 10:13, 10:16, 10:17, 10:22, 11:6, 11:11,

12:1, 12:16, 12:18, 16:14, 16:18, 17:9, 17:23, 17:24, 19:25, 42:15
**Level** [1] - 10:20
**levels** [1] - 11:19
**lie** [5] - 66:13, 69:14, 69:17, 73:8, 73:9
**lied** [2] - 66:3, 73:11
**life** [6] - 11:16, 11:23, 17:9, 17:16, 69:5
**Lilly** [1] - 2:18
**LILLY** [1] - 1:16
**limit** [1] - 12:9
**line** [2] - 7:10, 79:11
**list** [2] - 2:25, 3:1
**listening** [1] - 20:7
**load** [7] - 39:17, 42:17, 76:10, 77:3, 82:17, 84:4, 98:19
**loaded** [1] - 47:1
**loading** [1] - 46:24
**loads** [7] - 75:24, 76:3, 82:2, 85:16, 85:18, 99:2, 99:8
**Lobo** [2] - 24:1
**Loco** [1] - 35:10
**logistics** [3] - 40:11, 47:11, 47:14
**look** [4] - 7:2, 17:7, 46:21, 52:9
**looked** [2] - 9:18, 54:18
**looking** [9] - 8:14, 8:16, 12:24, 30:5, 30:7, 77:17, 82:23, 86:1, 86:2
**looks** [1] - 30:10
**Los** [17] - 13:23, 20:18, 31:23, 33:18, 33:20, 34:13, 49:13, 52:23, 77:18, 77:20, 78:4, 78:18, 79:11, 79:25, 85:11, 87:7, 87:12
**lose** [1] - 42:25
**lost** [1] - 92:19
**Loth** [2] - 1:23, 100:22
**LOTH** [1] - 100:15
**love** [1] - 5:10
**low** [1] - 19:14
**lower** [1] - 59:13
**Luna** [12] - 66:10, 66:12, 66:17, 69:2, 69:21, 69:25, 72:9, 72:12, 72:15, 72:25, 73:3, 73:5
**lying** [1] - 66:6

## M

**ma'am** [1] - 75:2
**machine** [2] - 1:24, 96:1
**main** [2] - 41:25, 55:22
**majority** [1] - 91:15
**managed** [1] - 31:15
**manager** [1] - 12:1
**managing** [1] - 88:9
**manner** [1] - 100:19
**manual** [1] - 15:24
**march** [1] - 75:14
**March** [2] - 84:17, 86:5
**Maria** [4] - 14:2, 28:20, 28:23, 28:24
**marijuana** [2] - 27:19, 50:5
**Marine** [1] - 41:2
**married** [1] - 61:14
**marshals** [1] - 99:21
**mask** [3] - 5:5, 5:7, 26:10
**masks** [5] - 22:20, 26:11, 26:13, 26:14, 26:24
**material** [3] - 22:6, 78:13, 84:2
**matter** [3] - 2:2, 7:15, 16:9
**matters** [2] - 15:17, 65:7
**mean** [11] - 4:1, 12:22, 14:3, 21:4, 22:10, 28:14, 46:7, 46:13, 76:17, 85:20, 88:5
**meaning** [2] - 20:20, 82:24
**Medium** [1] - 80:18
**meet** [7] - 27:8, 27:21, 27:24, 28:2, 28:24, 58:9, 69:21
**meeting** [20] - 42:22, 57:5, 66:17, 69:2, 69:20, 72:8, 74:24, 77:24, 80:16, 81:15, 82:3, 82:4, 82:7, 82:11, 83:3, 83:9, 83:11, 84:15, 85:4, 98:7
**meetings** [11] - 28:10, 72:11, 74:23, 77:25, 78:6, 83:10, 83:12, 83:17, 85:6, 87:23, 88:2
**member** [2] - 27:16, 30:23
**members** [8] - 13:5, 30:17, 30:21, 31:5, 33:17, 41:14, 60:24,

61:13
**memo** [2] - 8:15, 9:2
**memory** [2] - 66:7, 76:15
**men** [1] - 53:4
**Mencho** [5] - 30:24, 31:1, 31:10, 54:19, 61:5
**Mendoza** [4] - 31:2, 34:23, 34:24, 52:4
**mention** [8] - 75:11, 78:4, 79:11, 83:14, 87:21, 88:1, 88:5, 97:7
**mentioned** [10] - 30:16, 49:8, 57:18, 58:18, 79:15, 80:3, 83:18, 96:17, 96:22, 98:16
**mentions** [1] - 79:12
**merchandise** [7] - 40:9, 90:21, 91:10, 94:7, 96:19, 97:4, 97:11
**message** [1] - 16:20
**met** [26] - 27:12, 27:23, 27:25, 29:3, 29:5, 51:11, 54:16, 57:7, 61:4, 66:10, 66:18, 69:22, 69:23, 69:24, 72:9, 72:12, 72:15, 72:25, 73:3, 73:5, 73:6, 73:12, 81:20, 84:20, 88:21
**method** [3] - 38:20, 43:9, 45:14
**methods** [4] - 93:5, 93:7, 93:9, 97:6
**Mexican** [4] - 41:19, 42:6, 46:17, 90:1
**Mexico** [33] - 13:19, 19:13, 24:3, 25:16, 33:10, 33:15, 36:17, 37:25, 38:3, 38:21, 39:7, 40:2, 40:5, 40:6, 40:17, 40:19, 41:6, 43:15, 46:18, 46:19, 47:17, 48:9, 49:21, 55:13, 56:6, 83:8, 89:24, 90:23, 91:11, 94:25, 95:2, 97:6, 97:12
**Michoacán** [3] - 24:3, 60:6, 60:8
**Michoacána** [1] - 60:25
**microphone** [2] - 23:16, 78:19
**might** [1] - 7:4
**Milenio** [16] - 25:19,

25:21, 26:2, 26:17, 27:14, 27:16, 28:17, 30:16, 30:17, 30:21, 31:19, 31:23, 42:14, 42:15, 48:5, 62:14
**Milenios** [1] - 94:5
**million** [10] - 14:17, 18:10, 19:1, 20:1, 20:9, 21:1, 58:10, 58:18, 58:19
**mine** [2] - 52:7, 61:4
**Mingo** [3] - 31:2, 34:21, 52:4
**Mingo's** [1] - 34:22
**minimum** [4] - 6:2, 19:5, 38:25, 39:2
**minus** [1] - 16:17
**minute** [2] - 15:15, 59:5
**minutes** [9] - 14:25, 15:2, 15:7, 15:8, 15:20, 18:23, 59:2, 67:12, 67:17
**missed** [1] - 7:14
**missing** [1] - 86:16
**mistake** [4] - 73:10, 73:11, 73:14, 86:23
**moment** [2] - 43:1, 67:1
**money** [17] - 14:9, 14:15, 15:1, 18:9, 18:24, 19:16, 19:18, 20:14, 20:16, 33:8, 36:10, 50:2, 50:13, 50:19, 50:23, 50:25, 91:13
**month** [6] - 27:25, 28:2, 28:8, 44:8, 48:17
**monthly** [1] - 13:25
**months** [5] - 10:20, 13:9, 28:9, 44:8, 98:19
**MORI** [1] - 1:20
**Mori** [15] - 2:12, 22:9, 64:1, 64:4, 64:10, 65:7, 66:3, 69:7, 70:23, 72:24, 73:12, 74:20, 77:19, 78:2
**morning** [3] - 71:15, 100:4, 100:7
**most** [7] - 19:21, 20:8, 21:13, 21:20, 29:4, 29:6, 80:1
**motion** [2] - 18:4, 19:3
**mouth** [1] - 79:23
**move** [6] - 10:8, 23:16, 30:1, 36:19, 71:23, 89:10
**moved** [2] - 78:25,

79:3
**moves** [2] - 23:17, 29:19
**MR** [104] - 2:16, 4:25, 14:24, 15:3, 15:5, 15:7, 15:9, 15:14, 15:22, 15:25, 16:3, 16:19, 16:23, 18:14, 21:2, 21:4, 21:10, 22:2, 22:7, 22:9, 22:14, 22:24, 23:7, 29:13, 29:21, 30:2, 30:6, 49:5, 58:23, 59:4, 61:20, 61:22, 64:14, 64:15, 65:5, 65:16, 65:19, 65:21, 65:23, 67:3, 67:5, 67:14, 67:22, 68:1, 68:8, 68:11, 68:14, 68:22, 68:23, 70:12, 71:22, 72:1, 73:15, 73:16, 74:8, 74:11, 74:18, 74:19, 75:2, 75:4, 76:5, 78:8, 78:23, 79:2, 79:7, 79:9, 79:20, 79:23, 80:8, 80:10, 80:14, 80:15, 81:5, 81:8, 81:11, 81:12, 83:19, 83:25, 84:12, 84:14, 86:2, 86:4, 86:8, 86:11, 86:14, 86:21, 87:1, 87:3, 88:23, 88:25, 93:3, 93:8, 95:12, 95:15, 96:1, 96:3, 98:2, 98:5, 98:12, 98:14, 99:24, 100:2, 100:5, 100:8
**MS** [71] - 2:7, 2:12, 3:8, 3:16, 3:18, 3:24, 4:7, 5:3, 5:8, 5:12, 5:17, 6:19, 7:1, 7:19, 8:1, 8:7, 8:14, 8:17, 8:23, 11:3, 11:13, 12:6, 14:7, 14:16, 14:19, 17:14, 17:25, 18:2, 19:2, 19:13, 19:21, 20:3, 20:17, 20:22, 20:24, 21:15, 21:23, 22:16, 23:5, 23:22, 26:9, 26:15, 26:21, 26:25, 29:11, 29:16, 29:19, 30:12, 38:11, 42:13, 43:1, 43:4, 43:6, 45:7, 45:22, 46:16, 47:12, 48:14, 49:7, 54:14, 57:10, 58:6, 59:2, 59:9, 59:15, 61:11, 74:14, 78:20, 79:10, 80:25, 86:25

**multiple** [2] - 13:9, 20:7
**murder** [6] - 52:24, 57:20, 60:18, 60:21, 60:23, 61:7
**murdered** [1] - 60:17
**murders** [2] - 60:14, 62:18
**must** [1] - 99:23

## N

**name** [14] - 23:23, 23:24, 34:22, 46:7, 47:18, 54:24, 54:25, 83:15, 87:11, 87:15, 87:21, 88:2, 96:11, 97:8
**names** [4] - 2:5, 28:19, 50:17, 58:12
**NASEEF** [35] - 1:9, 22:16, 23:5, 23:22, 26:9, 26:15, 26:21, 26:25, 29:11, 29:16, 29:19, 30:12, 38:11, 42:13, 43:1, 43:4, 43:6, 45:7, 45:22, 46:16, 47:12, 48:14, 49:7, 54:14, 57:10, 58:6, 59:2, 59:9, 59:15, 61:11, 74:14, 78:20, 79:10, 80:25, 86:25
**Naseef** [16] - 2:8, 59:8, 80:19, 81:16, 82:2, 82:17, 83:3, 84:16, 85:7, 85:15, 86:17, 87:10, 93:14, 98:15, 98:18, 99:1
**NATASHA** [1] - 1:16
**Natasha** [1] - 2:18
**nationality** [2] - 41:14, 41:18
**Nava** [8] - 13:10, 13:12, 13:14, 22:17, 23:4, 23:24, 58:12, 93:18
**NAVA** [1] - 23:9
**NE** [1] - 1:11
**near** [1] - 52:12
**necessary** [2] - 52:21, 63:7
**need** [5] - 7:1, 15:6, 15:23, 20:1, 100:9
**needs** [1] - 74:17
**negotiate** [3] - 60:7, 60:11, 60:13
**negotiated** [2] - 33:22, 36:5
**negotiating** [1] - 35:6

**negotiation** [1] - 36:10
**Nemecio** [2] - 31:2, 32:1
**nephew** [1] - 33:4
**never** [12] - 72:15, 72:24, 73:3, 73:5, 80:1, 87:10, 92:19, 95:7, 96:16, 96:22, 97:14
**new** [2] - 38:7, 38:8
**New** [8] - 21:3, 21:9, 21:12, 21:19, 22:4, 25:1, 25:11, 82:11
**news** [3] - 16:4, 41:9, 46:17
**next** [2] - 70:14, 71:13
**nickname** [1] - 29:9
**nicknames** [5] - 23:25, 27:1, 28:21, 51:12, 54:22
**none** [1] - 15:17
**normally** [1] - 4:23
**North** [4] - 80:17, 81:17, 98:7
**north** [1] - 43:20
**note** [2] - 72:5, 78:5
**notes** [29] - 64:11, 70:18, 70:21, 75:16, 76:2, 77:18, 77:21, 77:22, 78:1, 78:6, 82:6, 82:10, 82:12, 82:13, 82:22, 83:13, 85:4, 85:6, 85:24, 86:4, 86:15, 86:23, 93:25, 96:25, 97:16, 98:17, 99:14, 100:16
**nothing** [4] - 6:10, 15:10, 22:24, 61:11
**notice** [1] - 10:4
**noticed** [1] - 4:4
**noticing** [1] - 97:20
**Novick** [3] - 80:18, 81:17, 93:14
**null** [1] - 100:18
**number** [17] - 9:16, 9:17, 9:20, 20:18, 21:24, 43:4, 49:18, 63:12, 63:13, 66:18, 72:9, 72:12, 84:16, 86:6, 91:14, 94:25, 95:5
**numbers** [2] - 18:18, 81:4
**NW** [1] - 1:17

---

# O

**Oaxaca** [2] - 76:4, 76:6
**OAXCA** [1] - 76:3

**object** [1] - 30:3
**objection** [7] - 8:4, 8:22, 8:23, 23:7, 29:13, 29:21, 29:24
**objections** [1] - 8:19
**obligated** [1] - 84:23
**obligation** [4] - 69:6, 81:23, 90:17, 90:18
**obliged** [1] - 9:10
**occasions** [4] - 63:3, 63:6, 63:14, 91:14
**occur** [2] - 48:2, 54:10
**occurred** [3] - 7:16, 76:18, 78:16
**occurring** [1] - 44:7
**Oceguera** [1] - 31:2
**October** [1] - 24:7
**OF** [3] - 1:1, 1:2, 1:6
**offense** [25] - 3:2, 3:19, 3:22, 4:10, 4:20, 4:21, 6:14, 8:24, 9:1, 10:10, 10:13, 10:15, 10:16, 10:17, 10:22, 11:6, 11:11, 11:19, 12:16, 12:18, 16:14, 16:18, 17:9, 17:23, 17:24
**offensive** [1] - 69:18
**offer** [2] - 78:10, 86:9
**offered** [1] - 15:10
**offering** [1] - 83:19
**office** [11] - 5:13, 5:14, 8:6, 8:22, 10:9, 35:22, 39:19, 56:13, 74:6, 90:7, 90:10
**officer** [1] - 7:3
**official** [1] - 100:22
**Official** [1] - 1:23
**offload** [1] - 90:14
**often** [4] - 28:7, 44:7, 48:15, 49:8
**old** [3] - 7:5, 61:16, 61:17
**older** [1] - 8:9
**once** [10] - 11:16, 11:18, 27:25, 37:25, 43:16, 56:21, 69:3, 77:18, 78:4, 90:1
**one** [37] - 2:10, 3:10, 9:6, 9:16, 12:11, 12:24, 14:4, 25:18, 28:20, 31:9, 33:4, 37:9, 39:11, 41:21, 41:25, 43:1, 45:16, 47:11, 49:13, 52:7, 64:19, 68:5, 73:1, 75:16, 78:2, 79:23, 83:6, 83:12, 83:18, 87:20, 87:23, 88:4, 90:16, 90:17, 94:3,

99:17
**ones** [6] - 8:4, 35:6, 36:5, 38:1, 83:7, 91:5
**ONV** [1] - 86:3
**ONV-25** [1] - 74:10
**ONV-30** [1] - 83:22
**ONV-44** [2] - 83:22, 84:13
**operated** [1] - 50:9
**operates** [1] - 9:24
**operational** [1] - 95:8
**opportunity** [2] - 9:4, 91:5
**opposed** [2] - 11:25, 21:12
**opposite** [1] - 79:2
**order** [2] - 19:4, 63:14
**ordered** [5] - 14:1, 60:21, 62:17, 63:2, 63:12
**orders** [3] - 31:16, 57:12, 57:19
**organization** [4] - 25:16, 77:15, 89:3, 94:5
**organizations** [1] - 26:4
**organize** [3] - 53:8, 88:17, 88:18
**organized** [4] - 74:2, 74:5, 99:12, 99:13
**organizer** [3] - 11:10, 11:24, 12:4
**organizing** [1] - 90:5
**original** [1] - 7:4
**originally** [1] - 78:24
**originated** [1] - 90:3
**OSCAR** [1] - 23:9
**Oscar** [6] - 13:10, 13:12, 13:14, 22:17, 23:4, 23:24
**outline** [1] - 12:22
**outside** [2] - 16:4, 18:19
**overemphasizes** [1] - 5:20
**own** [11] - 18:16, 18:17, 21:2, 22:3, 28:13, 50:14, 60:19, 60:20, 86:23, 90:17

---

# P

**p.m** [2] - 1:4, 100:12
**package** [1] - 3:14
**page** [8] - 8:13, 8:15, 19:3, 79:10, 79:14, 79:17, 83:21, 98:13
**pages** [1] - 79:13

**paid** [8] - 33:7, 47:6, 47:9, 52:18, 52:20, 94:12, 94:17, 94:18
**palenque** [4] - 53:5, 53:7, 53:8, 53:10
**Panama** [11] - 13:19, 46:4, 46:11, 94:25, 95:19, 96:7, 96:9, 96:13, 96:20, 97:1, 98:17
**Pancho** [1] - 35:10
**paragraph** [14] - 8:12, 68:7, 68:8, 68:10, 68:11, 68:17, 70:17, 70:19, 71:1, 79:10, 79:14, 79:17, 83:21
**paralegal** [1] - 2:12
**Paralegal** [1] - 1:20
**pardon** [1] - 58:14
**parsing** [1] - 12:23
**part** [10] - 3:14, 15:5, 17:6, 24:13, 25:15, 26:17, 42:7, 56:19, 65:24, 99:17
**participated** [1] - 83:4
**partner** [2] - 51:6, 93:6
**parts** [4] - 35:22, 37:6, 39:24, 42:25
**party** [1] - 100:19
**past** [1] - 15:9
**pay** [4] - 33:5, 36:7, 52:9, 58:19
**peace** [1] - 60:15
**Pedro** [1] - 44:1
**people** [39] - 2:15, 9:22, 20:7, 26:6, 26:12, 26:13, 28:13, 30:17, 30:22, 30:25, 31:3, 31:6, 31:7, 42:24, 47:16, 53:11, 53:12, 53:17, 53:18, 54:1, 55:4, 55:5, 55:13, 55:22, 56:11, 57:14, 58:20, 60:16, 62:18, 62:23, 62:25, 74:6
**per** [4] - 19:8, 20:24, 49:6, 98:19
**percent** [2] - 7:19, 34:15
**perhaps** [2] - 77:23, 97:17
**period** [3] - 7:21, 8:3, 19:12
**periods** [1] - 14:14
**permission** [2] - 29:11, 67:17
**person** [19] - 6:9, 6:10, 27:21, 28:25, 29:17,

40:11, 41:21, 42:8, 42:9, 42:20, 42:21, 44:22, 44:23, 47:15, 66:10, 66:18, 72:9, 99:5
**person's** [1] - 90:16
**personally** [6] - 33:1, 33:11, 33:24, 66:17, 69:2, 72:8
**persons** [1] - 52:14
**phone** [2] - 28:8, 44:22
**photocopied** [1] - 100:18
**photograph** [1] - 29:17
**picking** [1] - 93:4
**picture** [2] - 16:8, 30:7
**Pilo** [6] - 30:19, 33:3, 43:22, 44:2, 44:3, 46:2
**pilots** [1] - 40:9
**pin** [1] - 20:18
**place** [3] - 19:17, 74:24, 91:21
**places** [1] - 91:12
**plan** [1] - 84:2
**plane** [1] - 38:8
**planes** [3] - 48:15, 49:8, 49:9
**planned** [1] - 39:25
**play** [1] - 90:14
**played** [2] - 77:7, 95:8, 99:11
**playing** [1] - 53:5
**PLEA** [1] - 1:6
**plea** [1] - 24:13
**plead** [3] - 5:22, 15:10, 24:11
**pleaded** [2] - 24:12, 62:6
**pled** [6] - 62:2, 62:3, 62:7, 62:10, 62:13, 89:13
**plus** [4] - 3:21, 11:7, 16:15, 18:1
**point** [9] - 27:22, 40:7, 40:8, 58:24, 71:23, 83:20, 97:7, 98:10, 99:22
**pointing** [1] - 87:1
**points** [19] - 3:10, 3:21, 3:22, 4:10, 4:19, 4:23, 6:13, 6:18, 6:22, 7:7, 7:22, 8:9, 9:13, 16:10, 75:9, 75:10, 84:5, 97:12
**portion** [1] - 36:7
**Porto** [6] - 43:14,

43:16, 43:24, 45:9, 97:1, 98:20
**position** [1] - 12:19
**possession** [2] - 32:13, 32:16
**possible** [1] - 19:23
**postponing** [1] - 65:2
**practice** [1] - 50:6
**preference** [1] - 67:22
**preferred** [2] - 91:25, 94:3
**prepared** [1] - 7:10
**preparing** [1] - 84:25
**PRESENT** [1] - 1:20
**present** [10] - 12:13, 22:13, 32:20, 32:23, 32:25, 40:15, 40:16, 53:15, 53:20, 74:25
**presenting** [1] - 12:8
**presumably** [1] - 92:18
**pretty** [3] - 6:13, 6:20, 82:25
**previous** [5] - 66:17, 69:1, 72:8, 72:11, 88:21
**previously** [2] - 85:8, 86:18
**price** [18] - 19:8, 19:10, 19:11, 19:13, 19:17, 19:19, 19:25, 20:17, 21:3, 21:8, 21:12, 21:13, 21:20, 91:20, 92:5, 92:8, 92:15
**prices** [1] - 19:22
**principal** [1] - 47:10
**principally** [1] - 36:12
**principals** [1] - 97:23
**prison** [1] - 63:20
**private** [1] - 74:24
**probation** [14] - 5:13, 5:14, 6:15, 6:21, 7:2, 7:3, 7:9, 8:6, 8:8, 8:22, 9:3, 9:15, 10:1, 10:9
**problem** [3] - 7:17, 16:5, 61:5
**problems** [2] - 27:19, 28:12
**procedures** [2] - 22:19, 22:22
**proceed** [2] - 23:20, 84:11
**proceeding** [1] - 100:12
**Proceedings** [1] - 1:24
**proceedings** [1] - 100:16

**produced** [2] - 1:25, 84:9
**product** [3] - 89:23, 89:25, 90:2
**proffer** [11] - 68:18, 70:5, 70:17, 70:21, 72:5, 76:2, 77:18, 86:4, 87:15, 87:19, 93:13
**proffers** [1] - 80:4
**profitable** [1] - 91:19
**Progreso** [6] - 43:14, 43:17, 43:24, 45:9, 97:2, 98:21
**projected** [1] - 74:15
**pronoun** [1] - 93:16
**property** [1] - 61:4
**proposed** [3] - 2:24, 2:25, 18:3
**prosecutor** [3] - 37:17, 59:1, 98:8
**prosecutors** [6] - 25:7, 68:25, 72:24, 73:2, 73:13, 89:7
**prove** [1] - 65:12
**provide** [3] - 52:6, 60:4, 84:9
**provided** [4] - 12:21, 52:21, 60:2, 60:3
**provides** [1] - 99:5
**providing** [2] - 10:4, 10:17
**proving** [1] - 84:4
**PSR** [9] - 7:10, 8:8, 8:13, 8:16, 8:19, 8:20, 10:10, 12:16, 17:23
**publish** [2] - 29:11, 29:14
**published** [3] - 29:15, 41:9, 78:10
**pull** [3] - 7:2, 23:17, 74:9
**punishment** [1] - 63:21
**purportedly** [1] - 22:3
**purpose** [1] - 67:8
**purposes** [3] - 23:2, 68:15, 78:8
**pursuant** [1] - 81:20
**put** [13] - 11:17, 12:25, 14:4, 15:13, 16:14, 16:18, 26:24, 38:24, 41:15, 41:17, 47:7, 67:3, 80:9
**puts** [2] - 9:14, 10:1
**putting** [3] - 5:19, 10:21, 42:3

## Q

**quantity** [3] - 12:16, 14:10, 93:22
**questions** [2] - 43:5, 58:13
**quickly** [1] - 7:3
**quite** [2] - 27:25, 80:24
**quote** [4] - 75:23, 76:11, 85:8, 93:15
**quoting** [1] - 18:18

## R

**race** [1] - 56:7
**races** [4] - 55:6, 55:11, 55:13, 55:16
**RAFTOPOULOS** [1] - 1:21
**raise** [4] - 8:21, 8:23, 8:25, 9:2
**raised** [1] - 8:4
**Ramirez** [1] - 13:20
**ran** [1] - 53:21
**ranch** [2] - 52:12, 60:19
**range** [3] - 10:19, 19:14, 19:25
**Rastrojo** [7] - 35:10, 35:13, 35:23, 36:19, 39:20, 85:10, 87:6
**reach** [2] - 18:6, 21:1
**reached** [1] - 60:14
**read** [16] - 18:17, 22:5, 22:6, 22:7, 67:9, 67:12, 67:17, 67:22, 67:24, 68:6, 68:16, 80:7, 83:23, 84:2, 86:15
**reading** [3] - 67:21, 83:14, 86:1
**ready** [1] - 68:2
**real** [8] - 46:20, 46:22, 47:18, 49:24, 50:3, 50:20, 50:21, 54:24
**realized** [1] - 41:7
**really** [9] - 9:3, 11:24, 13:3, 17:10, 17:15, 21:6, 22:12, 61:9, 99:23
**reason** [8] - 17:6, 82:10, 82:13, 82:15, 83:13, 83:16, 92:17, 93:24
**reasonable** [1] - 19:23
**reasoning** [2] - 8:6, 17:6
**receive** [8] - 25:9, 25:13, 40:2, 40:18,

41:6, 41:7, 85:23, 96:14
**received** [6] - 22:3, 24:20, 43:14, 76:7, 85:21, 96:21
**receiving** [5] - 31:8, 42:4, 42:12, 43:12, 90:16
**recently** [1] - 76:18
**recess** [2] - 16:1, 59:7
**recognize** [4] - 4:17, 26:16, 26:18, 29:17
**recognizes** [1] - 79:17
**recollection** [1] - 81:7
**recommended** [1] - 11:22
**record** [13] - 2:6, 23:23, 26:21, 26:23, 67:13, 67:18, 68:15, 78:14, 85:25, 86:15, 88:7, 95:23
**reduce** [2] - 18:4, 43:4
**reduced** [2] - 24:23, 24:25
**reduction** [4] - 10:16, 24:20, 25:9, 62:4
**refer** [5] - 27:4, 30:14, 78:17, 78:18, 81:1
**reference** [1] - 98:12
**referred** [3] - 77:20, 77:23, 87:13
**referring** [13] - 36:1, 36:11, 36:12, 44:19, 44:20, 66:6, 77:14, 80:12, 87:18, 89:4, 89:5, 96:19, 98:1
**refers** [1] - 71:19
**reflect** [4] - 26:21, 26:23, 97:16, 99:15
**refresh** [1] - 81:6
**regarding** [4] - 66:17, 69:1, 72:8, 87:16
**regards** [2] - 79:25, 88:2
**regular** [1] - 27:21
**release** [4] - 4:22, 6:16, 6:24
**relevance** [1] - 30:8
**relevant** [1] - 14:8
**relying** [1] - 6:17
**remember** [7] - 20:6, 33:13, 41:14, 47:13, 47:18, 47:19, 50:17, 50:18, 66:9, 74:12, 74:20, 75:8, 75:23, 76:13, 76:18, 76:20, 78:5, 80:11, 80:16, 81:15, 82:1, 82:4, 82:16, 83:10, 84:15, 87:8, 93:11, 93:20,

93:21, 94:21, 95:10, 96:12, 96:24, 97:3, 97:10, 99:7
**reminder** [1] - 100:8
**remove** [3] - 26:10, 26:11, 26:14
**repeat** [6] - 58:2, 58:7, 61:24, 69:3, 82:9, 98:23
**repetition** [2] - 48:11, 58:1
**reply** [1] - 81:9
**report** [2] - 7:2, 16:4
**reported** [1] - 1:24, 30:18
**Reporter** [3] - 1:23, 1:23, 100:22
**reporters** [5] - 46:9, 46:14, 46:15, 46:25, 47:6
**reporting** [1] - 47:2
**reports** [2] - 64:12, 64:16
**representation** [1] - 78:15
**request** [3] - 57:25, 67:11, 80:25
**requested** [2] - 6:3, 67:12
**requesting** [1] - 67:16
**requests** [1] - 48:11
**require** [1] - 20:25
**required** [1] - 65:25
**resolved** [1] - 7:18
**resources** [1] - 99:5
**responsibility** [8] - 41:25, 85:15, 85:18, 89:14, 89:22, 89:25, 90:15, 90:16
**responsible** [6] - 35:6, 36:6, 36:9, 58:22, 60:18, 89:23
**rest** [1] - 34:16
**results** [1] - 80:5
**resume** [2] - 100:3, 100:7
**retail** [2] - 19:19, 21:13
**retaliation** [1] - 52:24
**Reyes** [1] - 44:3
**Rica** [10] - 13:19, 95:2, 95:19, 96:6, 96:8, 96:13, 96:20, 97:1, 97:5
**Rico** [1] - 98:17
**rifles** [3] - 59:21, 59:25, 60:1
**rivalries** [1] - 51:16
**role** [8] - 25:20, 77:7, 88:9, 89:14, 89:19,

90:14, 95:9, 99:11
**room** [1] - 74:25
**rooster** [3] - 53:20, 53:24, 54:10
**Rosales** [1] - 74:21
**round** [1] - 58:11
**route** [25] - 39:25, 45:10, 45:19, 45:23, 46:1, 46:3, 48:22, 49:19, 91:19, 92:17, 92:18, 93:2, 93:18, 93:19, 93:21, 94:1, 94:2, 94:3, 94:4, 94:6, 94:8, 95:18, 96:6, 96:25, 98:25
**routes** [2] - 94:9, 98:16
**RPR** [3] - 1:23, 100:15, 100:22
**Rudnick** [1] - 1:17
**Rule** [2] - 5:22, 5:23
**rule** [2] - 6:6
**rumors** [1] - 58:21
**run** [1] - 38:1
**running** [3] - 53:21, 57:17, 58:4

---

## S

**SAHNI** [30] - 1:9, 2:7, 2:12, 3:8, 3:16, 3:18, 3:24, 4:7, 8:7, 8:14, 8:17, 8:23, 11:3, 11:13, 12:6, 14:7, 14:16, 14:19, 17:14, 17:25, 18:2, 19:2, 19:13, 19:21, 20:3, 20:17, 20:22, 20:24, 21:15, 21:23
**Sahni** [5] - 2:8, 3:7, 17:5, 78:15, 78:19
**Saint** [2] - 1:23, 100:22
**SAINT** [1] - 100:15
**Saint-Loth** [2] - 1:23, 100:22
**SAINT-LOTH** [1] - 100:15
**San** [1] - 41:13
**SANCHEZ** [9] - 1:16, 5:3, 5:8, 5:12, 5:17, 6:19, 7:1, 7:19, 8:1
**Sanchez** [3] - 2:18, 4:25, 5:2
**Sandoval** [2] - 34:23, 34:24
**sank** [2] - 13:4, 38:2
**sat** [1] - 97:18
**satellites** [1] - 46:10
**saw** [4] - 2:24, 56:13,

56:14, 56:23
**Sawhill** [1] - 84:16
**sbest@ brownrudnick.com** [1] - 1:19
**score** [2] - 9:14, 10:3
**seated** [1] - 23:11
**second** [13] - 8:2, 15:5, 18:25, 21:7, 64:19, 68:5, 68:7, 68:8, 68:10, 68:17, 83:21, 85:13, 91:1
**securing** [2] - 74:2, 77:2
**security** [3] - 53:25, 54:6, 54:16
**see** [25] - 3:20, 3:25, 11:14, 12:22, 15:20, 30:9, 31:16, 57:4, 59:11, 61:5, 67:6, 67:7, 69:16, 70:14, 70:19, 71:2, 71:5, 71:6, 71:14, 71:16, 71:21, 72:2, 72:5, 74:17, 78:7
**seeing** [1] - 8:18
**seeking** [1] - 14:9
**seized** [10] - 37:8, 37:11, 37:12, 41:11, 42:17, 44:24, 45:1, 45:8, 45:9, 45:19
**seizure** [2] - 41:4, 45:16
**sell** [6] - 32:3, 33:17, 33:20, 33:24, 91:10, 91:12
**selling** [6] - 32:5, 32:6, 32:8, 32:10, 33:16, 99:18
**semi** [1] - 13:3
**semisubmersible** [21] - 10:14, 10:24, 11:2, 11:12, 13:4, 13:7, 16:15, 18:1, 38:14, 38:24, 39:1, 39:3, 39:9, 39:13, 39:25, 40:5, 40:20, 40:23, 40:24, 41:10, 42:1
**semisubmersibles** [2] - 38:12, 38:20
**send** [8] - 34:5, 34:10, 49:4, 49:10, 51:24, 91:5, 91:11, 96:14
**sending** [5] - 34:17, 36:6, 42:11, 90:24, 94:7
**sense** [2] - 9:23, 72:17
**sent** [23] - 19:20, 34:3, 34:14, 36:23, 38:8, 43:20, 47:10, 52:7,

53:11, 55:4, 55:5, 55:12, 55:23, 55:25, 56:1, 56:12, 56:20, 92:19, 93:1, 96:9, 96:13, 96:19
**sentence** [13] - 6:9, 6:15, 11:22, 17:16, 24:20, 24:23, 24:25, 25:4, 25:10, 25:13, 65:3, 67:23, 71:13
**sentenced** [9] - 24:16, 24:17, 24:18, 62:20, 63:17, 63:19, 64:2, 64:8, 65:11
**Sentencing** [2] - 9:21, 9:23
**sentencing** [8] - 8:10, 8:15, 9:2, 30:7, 64:20, 64:21, 64:25, 65:2
**serve** [1] - 25:3
**session** [2] - 70:5, 79:5
**sessions** [1] - 87:19
**set** [3] - 10:10, 50:12, 86:4
**seven** [1] - 76:23
**several** [4] - 64:6, 74:23, 83:10, 83:12
**shall** [2] - 71:23, 100:18
**shape** [2] - 17:1, 82:7
**share** [2] - 2:23, 44:15
**shark** [14] - 13:8, 43:7, 43:12, 44:4, 44:13, 45:13, 45:15, 45:17, 94:20, 94:25, 95:2, 98:9, 98:20, 99:9
**sharks** [2] - 96:15, 96:18
**ship** [1] - 97:2
**shipment** [37] - 13:6, 35:12, 35:18, 36:1, 36:4, 36:8, 36:14, 37:5, 38:3, 39:12, 39:21, 40:12, 40:17, 40:18, 41:1, 41:6, 44:4, 45:1, 45:8, 45:18, 47:25, 51:19, 51:22, 73:20, 75:7, 75:12, 76:7, 77:12, 80:5, 87:11, 87:20, 88:3, 88:10, 90:12, 92:19, 93:5, 94:24
**shipments** [52] - 13:9, 13:16, 13:18, 13:21, 13:25, 19:6, 20:8, 34:5, 35:5, 36:18, 36:23, 37:1, 37:8, 37:9, 37:11, 37:14,

37:18, 37:23, 42:12, 44:7, 44:12, 44:21, 44:24, 47:20, 48:2, 73:19, 73:22, 73:24, 77:13, 79:25, 85:8, 85:21, 86:18, 87:4, 87:16, 87:22, 88:16, 88:17, 88:23, 89:1, 89:3, 89:8, 91:4, 92:23, 93:9, 94:16, 95:4, 95:9, 96:11, 96:12, 96:14, 96:18
**shipped** [1] - 20:11
**shipping** [3] - 45:14, 91:25, 98:18
**shocking** [1] - 12:20
**shore** [1] - 40:6
**shores** [12] - 36:16, 36:17, 37:25, 39:6, 39:7, 40:1, 40:2, 40:4, 40:7, 40:19, 41:6, 90:1
**shorten** [1] - 22:1
**shorthand** [1] - 1:24
**showed** [2] - 53:12, 54:19
**siblings** [2] - 29:7, 29:9, 51:8, 51:10, 89:9
**sic** [7] - 32:1, 59:19, 60:8, 60:25, 74:21, 76:3, 84:16
**sic]** [1] - 84:7
**sick** [1] - 5:6
**side** [3] - 2:15, 31:9, 74:6
**sight** [3] - 67:13, 67:18, 68:3
**signatory** [1] - 100:19
**significantly** [1] - 18:4
**simply** [3] - 18:16, 46:13, 66:13
**Simultaneous** [1] - 67:15
**single** [4] - 12:2, 84:4, 84:8
**sink** [3] - 38:1, 40:8, 40:25
**sisters** [1] - 29:8
**sitting** [4] - 26:13, 30:6, 70:23, 98:15
**situation** [5] - 28:1, 56:25, 66:6, 66:20, 73:6
**situations** [1] - 28:12
**six** [2] - 52:14, 76:22
**skipped** [1] - 97:17
**slower** [2] - 38:18, 61:25
**so..** [1] - 30:8

**SOC** [1] - 84:4
**SOCs** [1] - 3:2
**sold** [6] - 32:14, 34:1, 34:13, 43:19, 91:17, 92:13
**someone** [2] - 27:4, 58:21
**sometimes** [10] - 32:15, 34:5, 37:2, 45:4, 83:6, 87:14, 95:19, 96:6, 96:25, 97:10
**sorry** [20] - 8:2, 8:10, 22:7, 49:5, 64:14, 67:14, 67:21, 68:14, 74:10, 74:18, 78:23, 80:14, 80:21, 86:8, 87:6, 88:13, 93:11, 94:14, 98:22, 100:4
**sound** [1] - 45:2
**source** [3] - 35:2, 35:7, 35:9
**South** [1] - 35:3
**Spain** [1] - 34:19
**Spanish** [4] - 1:22, 67:10, 68:7, 68:16
**speaking** [3] - 25:7, 67:15, 79:24
**Special** [19] - 1:20, 63:25, 64:3, 64:4, 64:10, 65:7, 66:3, 69:7, 70:23, 72:24, 73:12, 74:20, 74:21, 77:19, 78:2, 80:18, 81:16, 93:14
**special** [9] - 2:12, 21:4, 22:9, 38:15, 46:6, 68:25, 69:19, 73:2, 84:17
**Specialty** [1] - 5:22
**specialty** [2] - 6:6, 6:7
**specific** [2] - 3:2, 10:15
**specifically** [7] - 35:25, 52:16, 78:5, 87:14, 87:16, 96:10, 97:25
**speed** [6] - 36:19, 37:22, 76:6, 85:23, 96:9, 97:4
**spend** [2] - 13:1, 20:6
**spending** [1] - 20:15
**Square** [1] - 1:11
**stand** [1] - 6:8
**start** [6] - 11:16, 32:5, 72:7, 85:9, 86:19, 87:5
**started** [22] - 17:6, 32:6, 32:18, 33:16, 35:16, 38:22, 43:11,

50:16, 50:19, 50:21, 51:23, 53:17, 53:25, 56:8, 60:25, 64:22, 75:9, 75:13, 75:14, 79:2
**starting** [8] - 2:6, 3:5, 12:15, 48:15, 68:12, 68:17, 68:18, 77:9
**state** [2] - 2:5, 23:23
**statement** [3] - 10:12, 70:17, 85:14
**statements** [9] - 66:17, 69:1, 70:8, 71:3, 71:9, 71:14, 71:18, 72:8, 78:3
**States** [19] - 2:3, 2:9, 19:11, 20:11, 21:14, 24:9, 34:9, 34:12, 34:14, 41:12, 90:25, 91:19, 93:19, 93:22, 94:2, 94:4, 94:6, 94:7, 94:8
**STATES** [3] - 1:1, 1:2, 1:7
**stating** [1] - 75:23
**station** [1] - 46:17
**status** [14] - 3:18, 3:23, 4:13, 4:22, 6:16, 7:16, 7:17, 7:20, 8:10, 9:1, 9:8, 9:13, 10:2, 10:5
**stenographic** [1] - 100:16
**STEPHEN** [1] - 1:15
**Stephen** [1] - 2:17
**stick** [1] - 81:3
**still** [8] - 7:16, 16:10, 25:24, 31:19, 34:24, 55:1, 75:6, 76:22
**stipulate** [2] - 17:19, 23:2
**stipulating** [1] - 18:3
**stop** [4] - 32:8, 45:19, 61:5, 100:6
**stopped** [6] - 31:22, 92:23, 93:2, 93:18, 94:2, 94:8
**story** [6] - 65:18, 65:21, 66:9, 66:23, 72:14, 77:1
**straight** [2] - 15:10, 59:6
**street** [4] - 19:11, 19:25, 20:17, 21:3
**Street** [2] - 1:11, 1:17
**street-level** [1] - 19:25
**strike** [3] - 74:13, 88:14, 89:18
**subject** [1] - 70:10
**submarine** [11] -

37:10, 39:5, 39:6, 39:8, 89:10, 89:12, 89:19, 89:23, 90:3, 90:5, 90:9
**submarines** [1] - 90:1
**submersible** [1] - 40:25
**submit** [1] - 78:9
**substantive** [2] - 62:3, 68:11
**successful** [2] - 93:17, 94:1
**successfully** [1] - 60:11
**sufficient** [2] - 12:11, 12:12
**suggestiveness** [1] - 22:20
**Suite** [1] - 1:17
**super** [1] - 54:5
**supervised** [2] - 4:22, 6:15
**supervising** [1] - 88:9
**supervision** [4] - 3:23, 4:11, 4:21
**supply** [4] - 15:24, 35:2, 35:7, 35:9
**support** [6] - 12:11, 14:15, 17:19, 58:10, 58:15, 58:16
**suppose** [1] - 47:3
**supposed** [1] - 6:24
**surprised** [1] - 57:9
**swear** [1] - 23:10
**sworn** [2] - 2:21, 23:9

# T

**Tabasco** [4] - 52:8, 52:11, 52:12, 52:13
**table** [2] - 70:23, 84:6
**tagging** [1] - 80:2
**tail** [1] - 20:15
**tailor** [1] - 21:24
**takeaway** [1] - 16:9
**talks** [1] - 78:2
**tanker** [1] - 95:19
**tankers** [1] - 98:20
**team** [5] - 42:7, 47:5, 60:3, 71:4, 71:10
**Technical** [1] - 45:5
**telephone** [1] - 28:5
**Televisa** [9] - 45:11, 45:24, 46:5, 46:7, 46:12, 46:17, 47:17, 47:21, 96:14
**television** [3] - 45:11, 45:24, 46:13
**ten** [7] - 13:21, 15:20, 18:22, 29:8, 49:2,

49:6, 59:2
**term** [8] - 4:22, 11:15, 69:17, 77:18, 79:25, 82:22, 82:23, 87:12
**terms** [2] - 21:25, 79:5
**testified** [4] - 14:1, 66:24, 73:21, 73:24
**testify** [4] - 19:15, 21:16, 21:21, 24:25
**testifying** [2] - 18:5, 93:15
**testimony** [17] - 12:8, 12:9, 13:2, 13:22, 16:7, 19:7, 20:7, 21:18, 21:24, 22:1, 22:22, 25:10, 27:5, 66:11, 73:13, 84:20, 84:25
**Texas** [1] - 21:17
**THE** [187] - 1:1, 1:6, 1:8, 1:14, 2:2, 2:10, 2:14, 2:20, 2:22, 2:23, 3:9, 3:17, 3:20, 3:25, 4:9, 5:2, 5:4, 5:10, 5:16, 6:6, 6:20, 7:9, 7:11, 7:13, 7:24, 8:2, 8:12, 8:16, 8:18, 9:3, 11:5, 11:14, 12:15, 14:12, 14:17, 14:20, 15:2, 15:4, 15:6, 15:8, 15:12, 15:20, 15:23, 16:2, 16:13, 16:22, 17:5, 17:22, 18:1, 18:9, 18:24, 19:10, 19:16, 19:24, 20:5, 20:14, 20:20, 20:23, 21:6, 21:11, 21:22, 22:6, 22:8, 22:12, 22:15, 22:23, 23:4, 23:6, 23:8, 23:10, 23:11, 23:13, 23:15, 23:18, 23:19, 26:12, 26:23, 29:14, 29:22, 30:5, 30:9, 37:13, 37:15, 37:16, 37:19, 37:20, 37:21, 37:22, 37:24, 38:2, 38:4, 38:5, 38:6, 38:10, 41:24, 42:2, 42:5, 42:6, 42:8, 42:10, 43:3, 45:2, 45:6, 45:13, 45:18, 45:20, 46:5, 46:8, 46:12, 46:15, 46:25, 47:3, 47:6, 47:8, 48:12, 49:6, 54:9, 54:12, 57:4, 57:6, 57:25, 58:2, 58:3, 58:25, 59:3, 59:5, 59:8, 59:11,

59:13, 61:12, 61:14, 61:16, 61:17, 61:19, 64:18, 64:23, 64:24, 65:1, 65:4, 65:17, 65:20, 67:11, 67:16, 67:20, 67:24, 67:25, 68:2, 68:4, 68:13, 68:15, 74:16, 75:1, 75:3, 76:4, 78:11, 78:22, 78:24, 79:4, 79:8, 79:22, 80:6, 80:12, 80:23, 81:3, 81:6, 81:9, 83:22, 84:1, 85:25, 86:3, 86:6, 86:10, 86:12, 86:20, 88:22, 93:4, 93:6, 95:14, 95:21, 95:22, 95:24, 98:4, 99:19, 99:25, 100:3, 100:6, 100:11
**themselves** [4] - 13:5, 16:12, 31:24, 31:25
**therefore** [1] - 12:13
**thinking** [4] - 6:21, 9:6, 61:10, 73:4
**thinks** [1] - 3:6
**thirds** [1] - 37:5
**thousands** [1] - 62:10
**threat** [2] - 11:8, 12:3
**three** [24] - 13:9, 13:16, 13:18, 28:9, 35:22, 37:6, 37:8, 37:13, 37:23, 39:24, 47:24, 73:22, 75:24, 77:12, 79:25, 82:2, 85:8, 86:18, 87:4, 87:19, 88:20, 88:24, 89:1, 98:19
**threshold** [1] - 15:18
**Tijuana** [7] - 34:11, 48:12, 49:8, 49:9, 49:10, 49:11, 49:16
**today** [9] - 5:5, 27:4, 70:3, 76:16, 94:11, 94:24, 95:1, 95:5, 99:7
**together** [8] - 52:13, 53:4, 55:12, 56:8, 56:14, 75:24, 76:10, 88:18
**tomorrow** [3] - 93:15, 100:3, 100:7
**took** [12] - 32:16, 51:20, 51:21, 53:2, 53:12, 57:16, 57:17, 64:11, 74:24, 75:16, 91:17, 91:21
**topic** [1] - 43:5
**topics** [1] - 75:13
**Toro** [1] - 2:19

**torture** [3] - 63:4, 63:8, 63:12
**tortured** [1] - 62:23
**torturing** [1] - 63:13
**total** [5] - 10:17, 16:18, 17:9, 29:7, 29:8
**totally** [1] - 65:19
**touch** [1] - 70:10
**touched** [1] - 97:13
**towards** [1] - 9:6
**town** [1] - 60:20
**trace** [1] - 38:19
**trafficked** [1] - 91:16
**traffickers** [3] - 50:6, 55:17, 55:19
**trafficking** [15] - 25:16, 26:4, 27:12, 27:18, 28:15, 45:10, 45:23, 49:21, 50:4, 50:15, 50:25, 54:17, 91:9, 92:25
**transaction** [5] - 33:2, 77:8, 90:19, 91:8, 91:9
**transactions** [4] - 12:23, 82:25, 94:23, 97:24
**transcript** [4] - 1:25, 100:16, 100:16, 100:18
**TRANSCRIPT** [1] - 1:6
**transcription** [1] - 1:25
**translator** [1] - 58:8
**transport** [15] - 38:12, 39:1, 39:2, 39:9, 39:13, 43:7, 45:11, 46:3, 48:6, 48:18, 48:23, 49:3, 49:11, 49:13, 77:3
**transportation** [4] - 43:10, 44:10, 47:22, 47:23
**transported** [7] - 13:23, 34:8, 36:15, 40:14, 43:18, 43:21, 49:16
**transporting** [3] - 38:21, 43:23, 51:18
**traveling** [1] - 60:19
**Trial** [7] - 80:18, 81:15, 82:1, 82:16, 84:15, 84:16, 87:10
**trial** [7] - 6:8, 25:1, 29:25, 71:4, 71:10, 86:17, 98:15
**tried** [5] - 5:22, 5:23, 19:21, 50:12, 60:7
**truce** [5] - 60:8, 60:11,

60:14, 60:15, 60:17
**truck** [5] - 13:18, 46:6, 46:9, 46:23, 46:24
**trucks** [13] - 45:11, 45:21, 45:24, 46:6, 46:12, 46:13, 46:20, 46:21, 46:22, 47:1, 47:7, 47:21
**true** [9] - 21:20, 62:9, 68:24, 69:21, 69:22, 91:20, 98:10, 100:15, 100:16
**truth** [9] - 69:8, 69:11, 70:4, 70:6, 70:7, 75:18, 81:24, 84:23, 87:24
**truthful** [1] - 65:25
**try** [3] - 55:23, 55:25, 61:24
**trying** [8] - 14:21, 43:4, 55:7, 59:13, 70:1, 72:17, 72:18, 76:13
**turn** [4] - 31:15, 47:16, 70:12, 73:19
**TV** [3] - 45:21, 46:8, 46:15
**two** [15] - 9:17, 13:9, 13:22, 25:5, 33:1, 36:23, 36:25, 43:24, 44:8, 48:20, 67:12, 67:17, 85:16, 98:19
**Two** [1] - 1:11
**type** [4] - 37:20, 37:21, 37:22, 44:10
**types** [2] - 59:18, 59:20
**typically** [1] - 38:23, 54:4
**typo** [1] - 86:25

**U**

**U.S** [11] - 1:10, 34:3, 34:6, 41:2, 69:20, 72:7, 92:12, 92:15, 92:23, 93:2, 93:19
**ultimately** [2] - 25:13, 33:7
**um-hum** [1] - 76:14
**under** [17] - 3:3, 4:5, 5:21, 6:14, 7:15, 9:12, 10:5, 10:7, 10:14, 11:8, 16:24, 38:16, 38:17, 73:18, 81:23, 84:6, 84:22
**undercounted** [1] - 4:3
**underlying** [2] - 7:8, 7:20

**understated** [1] - 9:7
**understatement** [1] - 4:16
**understood** [1] - 87:17
**unfortunately** [1] - 18:6
**UNITED** [3] - 1:1, 1:2, 1:7
**United** [19] - 2:3, 2:9, 19:11, 20:11, 21:14, 24:9, 34:9, 34:12, 34:14, 41:12, 90:25, 91:19, 93:19, 93:22, 94:2, 94:4, 94:6, 94:7, 94:8
**up** [22] - 5:2, 9:13, 9:20, 15:10, 15:16, 31:23, 32:9, 48:1, 49:10, 50:12, 51:17, 52:9, 53:12, 54:19, 57:16, 67:3, 70:22, 74:9, 80:9, 84:4, 86:9, 87:19
**upset** [1] - 51:23
**upward** [6] - 4:2, 4:5, 4:8, 4:15, 10:3, 10:7

**V**

**vaccinated** [3] - 5:4, 5:8, 23:12
**Valencia** [64] - 2:4, 2:17, 13:10, 13:12, 13:14, 13:17, 13:20, 13:24, 14:2, 22:17, 23:4, 23:12, 23:16, 23:24, 24:1, 25:23, 26:18, 27:1, 27:6, 27:11, 32:3, 51:3, 51:11, 51:15, 51:17, 51:19, 51:24, 52:9, 58:12, 59:10, 59:16, 75:11, 75:24, 77:12, 78:3, 79:18, 80:2, 85:10, 86:17, 87:5, 87:6, 87:11, 88:8, 88:16, 89:3, 89:13, 90:11, 91:3, 91:16, 91:25, 92:18, 92:24, 93:18, 94:12, 95:8, 95:18, 96:5, 96:17, 96:22, 97:15, 99:8
**VALENCIA** [2] - 1:4, 23:9
**Valencia's** [3] - 87:21, 88:2, 97:8
**valuable** [1] - 65:12
**value** [2] - 18:15, 20:9
**Vanessa** [1] - 2:18

**various** [3] - 68:25, 73:17, 76:11
**vehicle** [1] - 53:22
**vehicles** [1] - 52:21
**Venezuela** [1] - 32:12
**vengeance** [2] - 53:2, 53:3
**Veracruz** [2] - 55:13, 56:3
**versus** [2] - 2:3, 12:10
**vessel** [4] - 10:14, 38:9, 38:15, 40:8
**vessels** [2] - 37:24, 41:23
**via** [6] - 76:6, 93:10, 95:19, 96:14, 97:2, 98:20
**VICTORIA** [1] - 1:21
**view** [1] - 22:23
**viewing** [1] - 2:24
**violence** [3] - 11:8, 12:4, 17:20
**violent** [1] - 26:3
**void** [1] - 100:18
**vomit** [1] - 79:21
**vs** [1] - 1:3

**W**

**waiting** [2] - 41:5, 56:7
**walked** [3] - 6:22, 6:23, 6:24
**wants** [2] - 22:13, 22:25
**war** [1] - 55:9
**wars** [1] - 27:20
**Washington** [3] - 1:5, 1:12, 1:18
**wasting** [1] - 14:22
**water** [2] - 38:16, 38:17
**waters** [1] - 41:3
**ways** [2] - 3:1, 16:24
**weak** [1] - 95:22
**weapons** [8] - 54:2, 59:10, 59:16, 59:18, 59:20, 59:22, 59:23, 59:25
**wearing** [1] - 26:20
**weekly** [1] - 49:10
**weeks** [4] - 84:18, 85:16, 85:17
**weight** [2] - 16:5, 18:3
**weights** [3] - 19:5, 19:6, 19:22
**weird** [1] - 9:25
**welcome** [2] - 2:20, 5:5
**well-known** [1] - 46:18
**whole** [2] - 22:22,

65:18
**wholesale** [4] - 19:10, 19:17, 20:8, 92:8
**willing** [7] - 15:15, 16:4, 16:6, 16:25, 17:2, 17:19, 65:8
**willingness** [2] - 71:3, 71:9
**WITNESS** [33] - 23:10, 23:13, 23:18, 37:15, 37:19, 37:21, 37:24, 38:4, 38:6, 42:2, 42:6, 42:10, 45:2, 45:6, 45:18, 46:8, 46:15, 47:3, 47:8, 48:12, 54:12, 57:6, 58:3, 59:13, 61:14, 61:17, 64:23, 65:1, 75:3, 80:23, 93:6, 95:21, 95:24
**witness** [11] - 2:25, 14:23, 19:15, 22:15, 22:21, 23:2, 23:9, 26:21, 74:16, 78:16
**witness's** [1] - 58:1
**witnesses** [12] - 9:9, 12:7, 13:22, 15:13, 16:7, 18:5, 19:7, 21:15, 21:21, 22:3, 22:13, 81:1
**word** [1] - 68:18
**words** [2] - 46:5, 69:18
**workers** [1] - 94:6
**written** [2] - 70:22, 72:5

**Y**

**year** [2] - 54:11, 66:4
**years** [19] - 8:24, 9:20, 13:10, 24:19, 24:24, 25:5, 26:7, 44:9, 48:18, 48:20, 49:18, 49:21, 49:23, 63:20, 63:21, 69:8, 76:19, 76:23, 98:19
**yesterday** [1] - 86:22
**York** [7] - 21:3, 21:9, 21:12, 21:19, 22:4, 25:1, 25:11
**you-all** [2] - 2:24, 84:8
**younger** [1] - 61:18
**yourself** [2] - 65:12, 72:20
**Yucatan** [2] - 45:9, 97:2
**Yucatán** [4] - 43:14, 43:22, 43:24, 43:25

**Z**

**Z14** [3] - 55:5, 55:7, 58:21
**Z43** [1] - 51:13
**Zeta** [1] - 54:23
**Zetas** [6] - 51:14, 51:17, 55:15, 55:22, 60:5, 60:8