**RECORD NO. 23-3126**
**[ORAL ARGUMENT HAS NOT BEEN SCHEDULED]**

In The

# United States Court Of Appeals
## For The D.C. Circuit

## UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

## GERARDO GONZALEZ VALENCIA,

*Defendant-Appellant.*

**ON APPEAL FROM THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

**PUBLIC APPENDIX**
**Volume IV of VII**

_____

Devin Burstein
WARREN &
BURSTEIN
501 W. Broadway,
Ste. 240
San Diego, CA
92101
(619) 234-8467
db@wabulaw.com

*Counsel for
Appellant*

Chrisellen R. Kolb U.S.
ATTORNEY'S OFFICE
(USA) Appellate Division
Room 8104 555 4th Street,
NW Washington, DC 20530
(202) 252-6833
Chrisellen.R.Kolb@usdoj.gov

*Counsel for Appellee*

Kaitlin J. Sahni U.S.
DEPARTMENT OF
JUSTICE (DOJ)
Criminal Division 145
N Street, NE Second
Floor, East Wing
Washington, DC 20530
(202) 598-2493
kaitlin.sahni@usdoj.gov

*Counsel for Appellee*

# TABLE OF CONTENTS

**Volume I**

Indictment (April 19, 2016) [DE1] ........................................................... iv

Transcript of Motion Hearing (January 11, 2022) ................................. 5

Motion to Dismiss (April 28, 2022) (DE97) ........................................... 26

Government's Opposition to Defendant's Motion to Dismiss (April 29, 2022) (DE99) ................................................................................................ 229

Defendant's Reply in Further Support of his Motion to Dismiss (May 12, 2022) (DE103) .......................................................................................... 258

**Volume II**

Exhibits in Support of Defendant's Reply in Further Support of his Motion to Dismiss (May 12, 2022) (DE103) ........................................... 297

Memorandum and Order (July 5, 2022) (DE108) ................................. 367

Memorandum Opinion and Order (September 1, 2022) (DE120) ........ 376

Plea Agreement (December 1, 2022) (DE134) ...................................... 389

Joint Statement of Stipulated Facts (December 1, 2022) (DE135) ...... 398

Joint Submission Regarding Sentencing Guidelines (December 16, 2022) (DE138) .................................................................................................... 403

Defendant's Statement of Facts (December 16, 2022) (DE139) ........... 409

Transcript of Plea Colloquy (December 22, 2022) ............................... 412

Government's Sentencing Memorandum (March 23, 2023) (DE153) .. 439

Defendant's Memorandum in Aid of Sentencing (April 6, 2023) (DE159). .................................................................................................................. 480

ii

## Volume III

Continued Exhibits in Support of Defendant's Memorandum in Aid of Sentencing (April 6, 2023) (DE159) .....................................................593

Notice of Filing of Letter in Support (April 10, 2023) (DE160)............656

Stipulation (April 18, 2023) (DE161).................................................672

Transcript of Hearing (May 2, 2023) ..................................................674

## Volume IV

Transcript of Hearing (May 3, 2023) ..................................................787

## Volume V

Transcript of Hearing (May 4, 2023) ..................................................978

Government's Supplemental Sentencing Memorandum (June 16, 2023) (DE170)..............................................................................................1179

Defendant's Post-Hearing Response Brief (July 7, 2023) (DE179)....1201

## Volume VI

Exhibits in Support of Defendant's Post-Hearing Response Brief (July 7, 2023) (DE179)................................................................................1247

Government's Reply in Support of Supplemental Sentencing Memorandum (July 12, 2023) (DE180)................................................1443

Transcript of Sentencing Hearing (July 21, 2023) ...........................1459

## Volume VII

Notice of Appeal (July 26, 2023) (DE186)..........................................1551

Amended Judgment (September 1, 2023) (DE188) ............................1552

Reason for Amendment (September 1, 2023) (DE189) ..................... 1560

Docket Report ....................................................................... 1561

iv

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Criminal Action |
| | ) No. 16-65-1 |
| vs. | ) |
| | ) May 3, 2023 |
| GERARDO GONZALEZ VALENCIA, | ) 9:06 a.m. |
| Defendant. | ) Washington, D.C. |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

TRANSCRIPT OF HEARING
BEFORE THE HONORABLE BERYL A. HOWELL,
UNITED STATES DISTRICT COURT JUDGE

**APPEARANCES**:

FOR THE GOVERNMENT:
      KATE NASEEF
      KAITLIN SAHNI
      KIRK HANDRICH
      U.S. Department of Justice
      145 N Street NE
      Two Constitution Square
      Washington, DC 20530
      (202) 598-2950
      Email:  kaitlin.sahni@usdoj.gov
      Email:  kate.naseef@usdoj.gov

FOR THE DEFENDANT:
      STEPHEN A. BEST
      GEOFFREY COLL
      LILLY SANCHEZ
      NATASHA ERTZBISCHOFF
      RACHEL WILKINSON
      Brown Rudnick
      601 13th Street, NW, Suite 600
      Washington, DC 20005
      (202) 536-1737
      Email:  sbest@brownrudnick.com

ALSO PRESENT:  KYLE MORI, Special Agent
      ANGELA ANCALLE-JIMENEZ, AUSA, Paralegal
      KATHERINE RAFTOPOULOS,
      VICTORIA DOPAZO,
      Spanish Language Interpreters

Court Reporter: Elizabeth Saint-Loth, RPR, FCRR
      Official Court Reporter

Proceedings reported by machine shorthand.
Transcript produced by computer-aided transcription.

**P R O C E E D I N G S**

1    THE COURTROOM DEPUTY:  Matter before the Court,

2    Criminal Case No. 16-65, United States of America versus

3    Gerardo Gonzalez Valencia.

4    Counsel, please come forward and state your names

5    for the record, starting with the government.

6    MS. SAHNI:  Kaitlin Sahni, Kate Naseef, and Kirk

7    Handrich for the United States.  Special Agent Kyle Mori and

8    Paralegal Angela Ancalle-Jimenez are also at the table.

9    THE COURT:  Thank you.  Good morning.

10   MR. BEST:  Good morning, Your Honor.

11   Stephen Best, Lilly Sanchez, Rachel Wilkinson, Natasha

12   Ertzbischoff, and -- and Vanessa Toro --

13   THE COURT:  You do have a lot of people's names to

14   remember at your table.

15   MR. BEST:  I understand.

16   -- all for Gerardo Gonzalez Valencia.

17   Thank you so much.

18   THE COURT:  Good morning.

19   Where is our witness?  Bring him out.

20   Good morning.  Please go ahead and get those on.

21   And good morning, Mr. Valencia.

22   THE WITNESS:  Good morning.

23   THE COURT:  Do you understand that you remain

24   under oath?

```
1              THE WITNESS:  Yes.

2              THE COURT:  Good.

3              Please proceed, Mr. Best.

4              MR. BEST:  Thank you, Your Honor.

5              (OSCAR NAVA VALENCIA, Government Witness,

6      Previously Sworn.)

7                    CROSS-EXAMINATION (continued)

8      BY MR. BEST:

9      Q.  Good morning.

10     A.  Good morning.

11     Q.  Before we go into -- I think we left off speaking about

12     the shark carcasses.

13             I would like to step back for a second and speak

14     about just how many times that you have engaged in proffer

15     sessions regarding your knowledge of information on Gerardo

16     Gonzalez Valencia and the Los Cuinis organization.  Okay?

17     A.  That's fine.

18     Q.  Do you remember meeting with agents and prosecutors for

19     a two-week period of time in February of 2011 when you met

20     almost every day with the DEA back in Houston, Texas, in

21     2011?

22     A.  Well, at first, when I arrived, we had a lot of

23     meetings.  I don't know which ones you are referring to.

24     Q.  When did you arrive in the United States?

25     A.  In 2011.
```

1    Q.  Okay.  And those -- those meetings are what I am

2    referencing.  You met with the government at least for a

3    two-week period of time?

4    A.  We were there, all of us.  We had a lot of meetings ever

5    since I arrived.

6    Q.  Okay.  I am looking at what is marked Government's

7    Exhibit 3500-ONV-12.  And --

8            MR. BEST:  Can you get a copy for the Court.

9    BY MR. BEST:

10   Q.  And it says that you met in Houston between

11   February 3rd, 2011, and February 15th, 2011.

12           Do you have any reason to dispute that?

13   A.  Like I said, ever since I arrived we had had many

14   meetings.

15   Q.  Okay.  And these meetings were part of your commitment

16   to cooperate, correct?

17   A.  Yes.

18   Q.  And the conversations were not limited in any way?

19   A.  No.

20   Q.  The U.S. government wanted you to talk about everything

21   you knew regarding cartel-related matters and narco

22   trafficking matters?

23   A.  Yes, that's correct.

24   Q.  And, again, as we talked about yesterday, someone took

25   notes of those meetings, correct?

```
1    A.  Yes.

2    Q.  And whatever you said, there was a federal agent there

3    writing down what you said, correct?

4    A.  Yes.  The whole time.

5    Q.  And then that was made as part of a report, correct?

6    A.  Yes.

7            THE COURT:  Mr. Valencia, have you ever seen or

8    read reports prepared by anybody, including agents, after a

9    proffer session?

10            THE WITNESS:  No.

11            (Simultaneous speaking.)

12            MR. BEST:  That's fine.

13            THE COURT:  Mr. Best, let's not waste time on

14   this.

15            MR. BEST:  I didn't know what the answer is.

16            THE COURT:  Of course.  I mean, he hasn't seen

17   these.

18            MR. BEST:  Right.

19            THE COURT:  Of course not.  Let's just not waste

20   time here.  Get to the heart of what you are after.

21   BY MR. BEST:

22   Q.  You didn't speak -- in the two-week period of time that

23   you spoke to the government about your information regarding

24   cartel drug-related matters, you didn't once mention Gerardo

25   Gonzalez Valencia in February of 2011, correct?
```

1   A.  I had just arrived in the United States and I had just

2   started with my agreement with the U.S. government.

3   Q.  You agree that your recollection of events in 2011 was

4   better then than it is today?

5   A.  Yes.  But I had just started, and there was a lot of

6   stuff -- there was a lot of stuff that was closed off to us.

7   Q.  You weren't limited in any way in discussing Gerardo

8   Gonzalez Valencia in February of 2011, though, correct?

9   A.  Well, the problem is there was war going on, there was a

10  lot of conflicts there in the organization, there were

11  families that had been disappeared.  There was a lot going

12  on since I had just been locked up and just arrived in the

13  U.S.

14          MR. BEST:  Okay.  I am going to offer in

15  Government's 3500-ONV-12.

16          THE COURT:  And it's admitted.

17          (Government's 3500-ONV-12 admitted.)

18          THE COURT:  Why don't we just have the government

19  do a survey of -- and I am just going to interrupt you for a

20  second.

21          Ms. Sahni, how many such reports are there that

22  were turned over in 3500 material?

23          MR. BEST:  15.

24          THE COURT:  15?

25          MR. BEST:  15 different 3500 pieces of evidence

JA792

7

```
 1          regarding separate proffer sessions.

 2                 THE COURT:  Okay.  So, Ms. Sahni, I will just have

 3          the government give me an analysis, as I said yesterday.

 4                 MR. BEST:  Okay.

 5                 THE COURT:  And you will be prepared to do that;

 6          telling me, in each of these reports, what period of time;

 7          when he first mentioned this defendant; who he didn't

 8          mention, and so on, so that -- I can just use that to

 9          evaluate how much of this witness's testimony to accept at

10          all, if any.

11                 MS. NASEEF:  Your Honor, yes.

12                 I told Mr. Best this morning that we would

13          stipulate to the admission of any of these, and that he

14          could argue about what was and wasn't in them in his

15          briefing that will be done after this.

16                 Your Honor, I am Ms. Naseef.  Just to clarify.

17                 THE COURT:  All right.

18                 MR. BEST:  I'm going to try to speed this up then.

19                 THE COURT:  Let me just ask something.

20                 Mr. Valencia, your last name is Valencia.  This

21          defendant's last name is Valencia.  Do you have any familial

22          relationship with Mr. Gerardo Gonzalez Valencia?

23                 THE WITNESS:  We do have a certain familial

24          relationship between us; and where we're from, in

25          Huimaguillo, there are a lot of Valencias, yes.
```

JA793

8

1          THE COURT:  But you would not say it's a close

2    familial relationship?

3          THE WITNESS:  No, not very close.  More distant.

4    BY MR. BEST:

5    Q.  Okay.  Let me turn -- I am going to expedite this as

6    much as I can.  Let me turn to the Televisa truck shipments

7    that you testified about yesterday.

8    A.  Yes.

9    Q.  Again, you told Her Honor that you began -- you came to

10   the United States in 2011, correct?

11   A.  Yes.

12   Q.  You began your debriefings and cooperation with federal

13   agents from 2011 until present, today, correct?

14   A.  True.

15   Q.  That's 12 years of cooperation?

16   A.  Twelve years, yes.

17   Q.  You have been interviewed at least 15 times on matters

18   relating to -- purportedly relating to Los Cuinis and -- and

19   Gerardo Gonzalez Valencia, correct?

20   A.  I don't know exactly how many.  We have had a lot of

21   meetings, I haven't counted.

22   Q.  And you had, I am sure, meetings on other matters that

23   we're not going to go into today; but you have had a lot of

24   meetings on other people, correct?

25   A.  Yes, that's correct.

JA794

1   Q.  You never once mentioned the Televisio [sic] cocaine

2   shipments in 12 years of interviews until March of this

3   year, correct?

4   A.  No.  I did mention them.  I remember I have mentioned

5   them.

6           MR. BEST:  Okay.  Well, you are going to get the

7   3500 analysis.

8           THE COURT:  Yes.  And, in your analysis of the

9   3500 material, you will tell me when the first time any of

10  those mention the Televisio truck cocaine shipments.

11  BY MR. BEST:

12  Q.  Just so the record is clear, in each of these meetings

13  that you talked about -- 15 meetings that I have 3500

14  evidence on and proffer notes -- somebody took notes of

15  those meetings, correct?

16  A.  Yes.

17  Q.  All right.  And if you had said it, you presume it was

18  going to be taken down in the notes, correct?

19  A.  I would imagine so, yes.

20  Q.  Okay.  Similar to the Televisio, in all of your proffer

21  sessions from 2011 to 2023, the first time you mentioned

22  cocaine shipments by airplanes to Chicago in Tijuana, that

23  you spoke about yesterday, was a month ago to the government

24  in preparation for your testimony here today, correct?

25  A.  No.  I had already talked about that as well before.  We

1    had so many meetings that...

2          MR. BEST:  I, again, represent to the Court that,

3    in my review of these 3500s, there are -- there is no

4    reflection of any discussion of cocaine shipments via planes

5    to Chicago or Tijuana dating back to 2011 up until only

6    March of 2023 this year.

7          THE COURT:  And I'd direct the government to

8    address that in its analysis of the 3500 material because I

9    don't want to tease through all of this material.  I really

10    don't have time to do that.

11          MR. BEST:  Yes.  It was torturous.

12    BY MR. BEST:

13    Q.  Okay.  Do you remember your testimony yesterday about

14    Gerardo Gonzalez Valencia giving you a shipment -- a big

15    transfer of rifles?

16    A.  Yes.

17    Q.  Do you remember testifying that he gave you,

18    approximately, 150 to 200 AK-47s and AR-15s, somewhere

19    around 2008 in an apartment?

20    A.  Yes, yes.  I remember.

21    Q.  Now, you have talked about the rifles before in proffer

22    sessions, right?

23    A.  Yes.

24    Q.  But not before 2014.  In 2014, you told the government

25    that you purchased the guns from Gerardo Gonzalez Valencia,

 1   correct?

 2   A.  We have had so many meetings about so many things, I

 3   mean, I don't remember exactly.

 4           MR. BEST:  Okay.  For the record, the proffer

 5   notes state that --

 6           THE COURT:  What are you reading from, Mr. Best?

 7           MR. BEST:  I'm sorry.  Government's Exhibit

 8   3500-ONV-30, on January 24, 2-0-1-4, 2014, that Oscar Nava

 9   Valencia says he also purchased guns from Lalo.

10           In 2007, Oscar Nava Valencia purchased 100 AK-47s

11   from Lalo.  He didn't make any mention of AR-15s back in --

12           THE COURT:  Just a second, Ms. Sahni.

13           Answer the question.

14           THE WITNESS:  Besides not mentioning it at the

15   time -- there was a lot more stuff that we had negotiations

16   with that wasn't written down, that wasn't recorded.

17           THE COURT:  Ms. Sahni, did you have something to

18   say?

19           MS. NASEEF:  Your Honor, I just wanted to make the

20   objection about the improper impeachment.  As you pointed

21   out earlier, these are not verbatim notes.  And the

22   defendant didn't take the notes; he never reviewed the

23   notes.  I think we have already worked out a way to address

24   these.

25           THE COURT:  What is improper about impeaching the

1    defendant about what he did or did not say at what

2    particular time?

3         MS. NASEEF:  No, Your Honor, he can ask if he

4    remembers it, and if he said X or Y.  But he is reading the

5    notes as, quote:  As you said this, as if they're a verbatim

6    transcript of what happened at that meeting.  They're not.

7         THE COURT:  All right.  We're not in front of a

8    jury.  I appreciate that.

9         All right.  Proceed, Mr. Best.

10        MR. BEST:  All right.  Thank you.

11   BY MR. BEST:

12   Q.  You told the government back in 2014, eight years

13   earlier than today, that you purchased the guns and not --

14   they weren't gifted to you.

15   A.  Well, there were times when we bought weapons, there

16   were times when we were given them, when they were provided

17   to us.  There were so many things, so many topics.  I didn't

18   have specific control on X day I said this, and on X day

19   that happened.  I didn't have control over all of that.

20   Q.  Remember we talked about yesterday the importance of

21   details when you are talking to the government in proffer

22   sessions?

23   A.  Yes.  I remember, yes, those details.

24   Q.  Thank you.  That may be our easiest exchange of the day.

25        Do you remember meeting with the government

1    December 3rd, 2021, I believe that was in North Carolina --

2    we talked about yesterday.

3    A.  Yes.  That's what you told me yesterday, yes.

4    Q.  Do you remember meeting with members of the trial team

5    in North Carolina a couple years ago?

6    A.  Yes.  We did have meetings.

7    Q.  Okay.  And do you remember telling the government that

8    you wanted -- that you clarified that the weapons weren't

9    purchased but they were gifted?

10   A.  I don't remember that exactly.

11   Q.  But it was still -- do you remember only mentioning 100

12   AK-47s then?

13   A.  No.  I always mentioned that there were more than 150 or

14   200 and -- that were given to us.  And, also, some were

15   given to us and some were purchased.  I was active part of

16   the organization, I always said that.  And so there were

17   many transactions and many businesses, not just that.  And

18   many of them we have not talked about.

19              THE COURT:  So, Mr. Valencia, did you obtain guns

20   from Mr. Gerardo Gonzalez Valencia on more than one

21   occasion?

22              THE WITNESS:  Yes.  Yes.

23              THE COURT:  Do you know offhand how many occasions

24   you had different gun transactions with Mr. Gerardo Gonzalez

25   Valencia?

```
 1              THE WITNESS:  Okay.  Yes.  He was a main partner

 2   so he was cooperating with everything, giving us weapons,

 3   people, supplies, money, information; it was a constant

 4   thing.  We were at war with the Zetas in Michoacan, also,

 5   for many years, so we did many transactions, many

 6   businesses, and he was informed of all of that.

 7              MR. BEST:  Okay.  I am going to ask on the

 8   record -- respectfully request on the record that, when the

 9   government is writing up their 3500 summary, they address

10   this issue.  Because I represent in all of the 3500

11   materials of proffer sessions, there's been only a

12   discussion of one meeting with one gun exchange in any of

13   those meetings.

14              THE COURT:  Yes.  I think that would be worth

15   addressing in the summary of the 3500 material over a decade

16   of such proffer sessions.

17              And based on your review of the 3500 material that

18   you received, the only occurrence of this occurred in March

19   of 2023?

20              MR. BEST:  Yes, Your Honor.

21              It was actually 2008 -- oh.  Yeah, correct.  No.

22   On the AR-15s, that only came about in 20- -- in March of

23   2023.  The story has changed over the time.

24              So I will just leave it that the government has --

25   that I respectfully request the government address the fact
```

1    that there was no mention in any of the proffer notes from

2    years of proffers about the gifting or sale of AR-15s until

3    about a month ago, in March.

4            THE COURT:  Is that correct, Ms. Sahni?

5            MS. NASEEF:  Your Honor, I will review the notes.

6    It's not the first mention of guns or weapons.  I don't know

7    if it's the first time the notes say the term "AR-15" off

8    the top of my head.  I will have to go back and check.

9            THE COURT:  And what about gifting versus buying?

10           MS. NASEEF:  Again, Your Honor, I don't remember

11   exactly what words are used in each of the proffer notes.

12   So we'll check what words the agents used in those notes.

13           MR. BEST:  They have the proffers right in front

14   of them, I guess.

15           THE COURT:  Go ahead, Mr. Best.

16   BY MR. BEST:

17   Q.  I want to turn to the events around Antonio Guizar

18   Valencia and his death.  Do you remember testifying that

19   Gerardo Gonzalez Valencia played a role in that event?

20   A.  Yes.

21   Q.  Okay.  Do you remember speaking to the government about

22   that event on January 31st, 2014?

23   A.  I don't remember exactly.

24   Q.  That's all right.  Again, you will agree with me that

25   your memory in 2014 about events was probably better than it

1    is today, right?

2    A.  As I said, there were some topics we were just touching

3    upon and then, with time, we started going into more

4    details.

5         MR. BEST:  Indulgence, Your Honor.

6    BY MR. BEST:

7    Q.  Okay.  Do you know a gentleman named Gerardo Mendoza?

8    A.  Yes.  The one from Colima, el Flaco.  Um-hum.

9    Q.  Okay.  And Flaco -- I think the government asked you

10   yesterday about nicknames for Gerardo Gonzalez Valencia and

11   "Flaco" was one of Gerardo Gonzalez Valencia nicknames, too,

12   correct?

13   A.  Yes.  True.

14   Q.  So they had the same --

15   A.  Yes, but we called that one el Flaco Gerardo or Gerardo

16   Mendoza.

17   Q.  Do you remember speaking about the murder of Antonio

18   Guizar Valencia to federal agents and with your defense

19   attorney present, I believe, in this time frame of January

20   2014?

21   A.  As I told you, we had many meetings.  I don't remember

22   specific dates.

23        MR. BEST:  Okay.  May I?  I am offering

24   Government's 3500-ONV-30, this is --

25        Court's indulgence.

```
 1              THE COURT:  You have already admitted 30
 2      yesterday.
 3              MR. BEST:  31?  I don't know if 31 has been
 4      admitted.
 5              THE COURT:  No, it has not.
 6              MR. BEST:  31, please.
 7              MS. NASEEF:  Your Honor, I have a list of all of
 8      the proffer notes by exhibit.  We can just admit them at
 9      once if defense counsel would like to do that.
10              MR. BEST:  That would be great.  Whatever is
11      easiest to Your Honor.
12              THE COURT:  I don't know if he is going to -- want
13      to refer to all 15 of them.
14              MR. BEST:  I am not going to go through --
15              THE COURT:  So let's just use the ones that are
16      being used.  If the government wants to introduce all the
17      rest, you can.
18              MR. BEST:  I apologize.  3500-ONV-31 I'd ask be
19      admitted into evidence.
20              THE COURT:  It's admitted.
21              (Government's 3500-ONV-31 admitted.)
22              MR. BEST:  And then there's a Bates number on the
23      bottom, Your Honor.  ONV-196 is the page of that exhibit.
24      BY MR. BEST:
25      Q.  Do you remember telling --
```

1    THE COURT:  Can I ask for one clarification on

2    3500-ONV-30, which I think you were getting to yest- -- in

3    the prior questions.

4        MR. BEST:  30?

5        THE COURT:  On page -- Bates stamp ONV-191,

6    where -- in the last big paragraph where it talks about

7    Eduardo Gonzalez Valencia.  Could you just clarify, is that

8    supposed to be Gerardo, or is it referencing --

9        MS. NASEEF:  It's referencing Gerardo, Your Honor.

10       THE COURT:  Even though it uses the word "Eduardo"

11   instead of Gerardo.

12       MS. NASEEF:  Yes, he was known by both names.

13       THE COURT:  Both names?

14       MS. NASEEF:  Yes.

15       THE COURT:  Okay.  Thank you.

16       MR. BEST:  I gave that up as a question as to --

17   he is referred in many of the proffer notes as Eduardo.

18   So --

19       THE COURT:  I thought you were getting to it in

20   your last few questions but you didn't, so I just really

21   needed that clarification.

22       MR. BEST:  Again, for Your Honor's convenience,

23   ONV-196.

24   BY MR. BEST:

25   Q.  Do you remember telling the federal agents, with your

1    defense attorney present, that -- regarding the January 2005

2    killing of Antonio Guizar Valencia, that he was detained in

3    Tabasco; is that correct?

4    A.  That he was detained in Tabasco -- oh, yes, yes.  Yes.

5    I do remember that he had been detained prior in Tabasco.

6    He had been a prisoner, yes.

7    Q.  Okay.  And do you remember telling -- so that's true?

8    A.  That he had been detained previously, yes.  He was a

9    prisoner for a while, yes.

10   Q.  Do you remember telling the federal agents that Antonio

11   Guizar Valencia was a Los Cuinis associate?

12   A.  Yes.

13   Q.  And that was accurate?  That's accurate today?

14   A.  Yes, sir.

15   Q.  And do you remember telling the federal agents that

16   Mr. Guizar Valencia was killed along with others on a ranch

17   at Huimaguillo, Tabasco, which is past the city of Cardenas?

18   A.  Yes.  That's what we talked about yesterday also.

19   Q.  And so your story is consistent from 2014 until today on

20   those points, correct?

21   A.  Yes.  I have been talking about that.

22   Q.  And, in fact, yesterday you talked about the fact that

23   Guizar Valencia had stolen a load of two to three tons of

24   cocaine from Los Cuinis, and they ordered his killing?

25   A.  Yes.  That was the reason for what happened with him.

1    Q.  Okay.  And, in fact, you told the DEA, with your lawyer
2    present, that same set of facts in 2014.  So you are
3    consistent on those two points?
4           Do you remember saying that to them back in 2014?
5    A.  Well, those are topics we have been talking about and
6    developing them from that date until today.
7    Q.  You said that Gerardo Gonzalez Valencia, yesterday, was
8    involved and participated in the killing?
9    A.  Yes.
10   Q.  Do you remember telling the federal agents, with your
11   lawyer present, in 2014 that Domingo Sandoval and Gerardo
12   Mendoza a/k/a Flaco participated in this very violent
13   killing?
14   A.  Yes.  They participated together with my compadre.  They
15   were the ones that went over there and that -- the others of
16   the Cuinis.
17   Q.  You didn't mention Gerardo Mendoza yesterday.
18   A.  What do you mean I "didn't mention" him?
19   Q.  You didn't mention in any way, shape, or form Gerardo
20   Mendoza's involvement in the killing of Antonio Guizar
21   Valencia yesterday when you testified before Her Honor.
22   A.  Perhaps I skipped that, but he did participate in --
23   Gerardo Mendoza and Mingo and my compadre were the group of
24   people that were sent over there.  Maybe yesterday I skipped
25   that, the comment about that person, but...

1   Q.  Okay.  You didn't mention one time during that meeting

2   with the government that Gerardo Gonzalez Valencia was

3   involved in this murder in any way, shape or form?

4            THE COURT:  Which meeting are you talking about,

5   Mr. Best?

6   BY MR. BEST:

7   Q.  You didn't mention one time in the January 2014 proffer

8   session with the DEA, and with your defense attorney

9   present, that Gerardo Gonzalez Valencia was involved in this

10  murder?

11           MS. NASEEF:  Your Honor, now I am going to object

12  because now he's mischaracterizing the *Jencks* material.  He

13  just read the *Jencks* material said that Los Cuinis were

14  involved with the murder.  We've gone over multiple times on

15  direct and cross that Los Cuinis is the defendant, Abigael.

16           THE COURT:  Why don't you clarify your question.

17           MR. BEST:  Yes.

18  BY MR. BEST:

19  Q.  When you were giving this proffer session in January

20  2014, a federal agent was taking notes, correct?

21  A.  Yes.

22  Q.  And while there is a mention of Los Cuinis' involvement

23  in this murder, there are no notes of Gerardo Gonzalez

24  Valencia specifically?  And do you -- do you remember --

25           THE COURT:  Well, he doesn't know what is in the

1    notes; he hasn't seen them, Mr. Best.  So the objection to

2    that question would be sustained.

3    BY MR. BEST:

4    Q.  Do you remember mentioning Gerardo Gonzalez Valencia by

5    name in January of 2014?

6    A.  I always referred to them as the Cuinis when I talked

7    about them.

8    Q.  Okay.  Remember, details are important?

9    A.  Yes, yes.  It's what I was remembering.

10   Q.  You agree that would be an important detail to tell the

11   federal agents, when you are talking about a murder, who

12   specifically participated in it?

13            THE COURT:  Mr. Valencia --

14            THE WITNESS:  Well, perhaps -- perhaps there were

15   some details missing because we just touched upon the

16   subject; sometimes we didn't go in depth into some topics.

17            THE COURT:  Why were they called Los Cuinis -- Los

18   Cuinis?

19            THE WITNESS:  There are some little animals that

20   are called Los Cuinis; it's like a plague in Michoacan, and

21   so they were called Los Cuinis.

22   BY MR. BEST:

23   Q.  You did name, however, in that meeting individuals that

24   did participate?

25   A.  Yes.  The one that killed, yes, and about the group and

1    all of the actions, while there were some things that needed

2    more clarification.

3    Q.  And when -- when the details of who killed Antonio

4    Guizar Salsa [sic] were asked for clarification, you said

5    Mingo and Gerardo Mendoza, but you didn't name any other

6    individuals, correct?

7    A.  Well, they were the ones that were the main people that

8    were in charge of that group that the Cuinis had sent.

9    Q.  Okay.  Do you remember telling the federal agents in

10   January 2014 who you believed were members of Los Cuinis?

11   A.  I don't remember that date exactly.

12            MR. BEST:  Okay.  For Your Honor's reference, it's

13   ONV-194.

14   BY MR. BEST:

15   Q.  Okay.  You had a full conversation about -- do you

16   remember having a full conversation about who were the

17   members of Los Cuinis at this proffer session?

18   A.  As I told you, we had many meetings.  A specific date

19   and details I don't remember at the moment.

20   Q.  Okay.  And in one of the times you listed Abigael

21   Gerardo Valencia -- excuse me, Gonzalez Valencia -- Abigael

22   Gonzalez Valencia?

23   A.  Yes.

24   Q.  You named Eduardo Gonzalez Valencia?

25   A.  Lalo?  It was Lalo.  I was confused between Eduardo and

24

1    Gerardo at that moment.

2    Q.  When you say you were confused at that time, what do you

3    mean?

4    A.  Because we always referred to him as Lalo or Flaco, and

5    I was confused whether he was Eduardo or Gerardo.

6    Q.  You told the government that day that you met with him

7    monthly for years.  Correct?

8    A.  That I said what?

9    Q.  That you met with Gerardo Gonzalez Valencia on a monthly

10   basis for years, correct?

11   A.  Yes.  We did meet frequently with him and his brother.

12   Q.  And that you knew all the members of your organization?

13   A.  Yes, correct.  And I also interacted with each of the

14   members of our organization.

15   Q.  And yet you didn't know his name, first name?

16   A.  Because we always use nicknames.

17   Q.  And so whatever name you were calling Gerardo Gonzalez

18   Valencia by back in January of 2014, you did name

19   specifically the members that you believed were part of Los

20   Cuinis back in January 2014, correct?

21   A.  Yes.  Yes, I did started to mention.  As I told you, we

22   had many meetings.

23   Q.  Yet you didn't name any Los Cuinis member specifically

24   as being involved in this murder the same date you were

25   talking about the members of Los Cuinis, correct?

1   A.  Yes.  Because I was referring to the Cuinis in general,

2   that is, the main ones.

3   Q.  You didn't know -- it's fair to say you didn't know

4   which other members of Los Cuinis were involved in this

5   murder back in 2005, correct?

6   A.  Yes.  Because many of them participated either directly

7   or indirectly.

8   Q.  And so you are just assuming Gerardo Gonzalez Valencia

9   had some role?

10  A.  Yes.  That he participated directly, yes.

11  Q.  You are just assuming that?

12  A.  Yes.  I am sure.  I know it because we had met.

13  Q.  You didn't tell the government that, though, in 2014?

14  A.  Because I was referring to them as the Cuinis.

15              MR. BEST:  Okay.  Your Honor, is 3500-ONV-32 in

16  evidence?

17              THE COURT:  It is not.

18  BY MR. BEST:

19  Q.  Do you remember meeting, sir, with the federal agents

20  only a couple of months later, in March of 2014, about the

21  same subject?

22  A.  As I have been telling, we had many meetings, and I

23  don't remember specific dates at the moment.

24  Q.  Okay.  Do you remember telling the federal agents, with

25  your defense attorney present -- let me make sure his

1      defense attorney was present.

2              Anyway, you spoke to federal agents in Houston,

3      Texas on March 11, 2014, and you talked about this same

4      murder then?

5      A.  Yes.  We have talked about that subject many times.

6      Q.  Okay.  And do you remember --

7              MR. BEST:  I am going to offer up 3500-ONV-32 into

8      evidence.

9              THE COURT:  It will be admitted.

10             (Government's 3500-ONV-32 admitted.)

11             MR. BEST:  It's page 3 of 4, Your Honor.

12     BY MR. BEST:

13     Q.  Do you remember telling the government the exact same

14     story that you told in January of 2014 but not using Gerardo

15     Gonzalez Valencia by name?

16     A.  Because I always refer to them as the Cuinis, that's the

17     way we normally do it.  It's our custom to do so.

18     Q.  Okay.  Again, you knew in 2014 -- and I am sure the

19     government told you, the agents told you, details were

20     important, that -- tell them everything you knew about the

21     murder, correct?

22     A.  Well, we had to talk in more detail, yes.  I now realize

23     many things.

24     Q.  You didn't mention Gerardo Gonzalez Valencia by name in

25     March of 2014, correct?

1    A.  I referred to them as the Cuinis.  I always referred to

2    him when I said that name.

3    Q.  You also testified yesterday that there were 200 members

4    of Cuinis back in this time, correct?

5                THE COURT:  200 members of what?  I didn't hear.

6                MR. BEST:  Of Los Cuinis.

7                THE WITNESS:  Yes, from the Cuinis organization at

8    that time, yes.

9    BY MR. BEST:

10   Q.  Okay.  So all 200 members of Los Cuinis were involved in

11   this murder?

12   A.  Not exactly, but the main ones were.

13   Q.  Okay.  And whomever those main ones were, you didn't

14   tell the government who specifically was involved?

15   A.  No.  The group that they sent, exactly the names, I

16   don't know all the persons exactly.

17               MR. BEST:  Brief indulgence, Your Honor.

18   BY MR. BEST:

19   Q.  Gerardo Gonzalez Valencia was not at -- not present for

20   this killing, though, correct?

21   A.  Yes, he was present.

22   Q.  He was present?

23   A.  He was present coordinating the killing, yes.

24   Q.  Okay.  And just so we're clear, you say he was present

25   coordinating the killing, and that's -- was he present when

1    the gentleman was killed?

2    A.  No.  Not at the ranch there in Tabasco, he wasn't there.

3    He was the one that ordered and sent the people there.

4    Q.  You agree that your memory was better in 2014 than it is

5    today, though, correct?

6    A.  Well --

7    Q.  What you just said --

8    A.  Well, I have been --

9    Q.  It's a simple question.  What you just told Her Honor

10   you never told to the federal agents or prosecutors in 2014,

11   correct?

12   A.  Sorry?  What question was that?

13   Q.  When you just described Gerardo Gonzalez Valencia's

14   participation in this murder to Her Honor just now, you

15   never told any of the federal agents or prosecutors that in

16   2014 when you were talking about this murder?

17   A.  Because by saying that they coordinated, he and Abigael

18   coordinated everything.  They were in charge of sending the

19   people.

20   Q.  You didn't tell that to the federal agents in 2014?

21   A.  More specifically, in more detail, no.  We have talked

22   about many things.

23   Q.  Okay.  Thank you.

24        Okay.  Let me turn to the murder -- the purported

25   murder of Efrain Teodoro Torres.  Mr. Torres had nicknames,

```
 1     correct?
 2               THE COURT:  Could you say that name again.
 3               MR. BEST:  I apologize.
 4     BY MR. BEST:
 5     Q.  Mr. Torres, Efrain, E-F-R-A-I-N; T-E-O-D-O-R-O, Torres,
 6     T-O-R-R-E-S.
 7               Do you know Mr. Torres?
 8     A.  I know him as Efrain and as Zeta 14.  I have heard of
 9     him.
10     Q.  Okay.  When you say "Zeta 14," he was a member of the
11     Zetas, correct?
12     A.  Correct.
13     Q.  And the Zetas was an organization -- a competing drug
14     organization to the Millennials?
15     A.  Yes.  With the Milenio and the Sinaloa cartel.
16     Q.  Did you ever meet Mr. Torres?
17     A.  At the time when Osiel Cardenas was there, when they
18     were starting and I was in Tamaulipas, I met some of them,
19     yes.
20     Q.  Did you know him well?
21     A.  Well, there were many of them.  It's not that I had a
22     relationship or a business with him.
23     Q.  Do you know Z40?
24     A.  Yes, Z40, as well.
25     Q.  Who is Z40?
```

JA815

```
 1    A.  Zeta 40, he is the one in Laredo, Zeta 40, and his

 2    brother.  I can't -- I don't know his name, I can't remember

 3    right now.

 4    Q.  Did Z40 -- is Z40 Miguel Travino?

 5    A.  Yes, that's right.  Miguel Travino.

 6    Q.  And did Miguel Travino take over for the Zetas when Z40

 7    passed away -- was killed?

 8    A.  No.  No, it was Lazcano.  After Z14 died it was Lazcano

 9    who took over.

10    Q.  Was Z14 above Z40 in the cartel hierarchy?

11    A.  Yes.

12              THE COURT:  Why are we getting into the Zetas?

13              MR. BEST:  I am glad you asked.

14              The government has advanced in two prior cases, in

15    2013 and 2015, that another individual was responsible for

16    the murders -- excuse me -- for the murder of the individual

17    at the racetrack, Torres.  That was not provided to me.  We

18    found it independently and confronted the government with

19    it, that the U.S. Attorney's Office in Texas has advanced a

20    theory in two cases, in 2013 and 2015, that a totally

21    separate individual was responsible for the murder of

22    Mr. Torres.

23              MR. HANDRICH:  Judge, good morning.  Kirk

24    Handrich.  Let me respond to this.

25              Number one, there was no --
```

```
 1              THE COURT:  Is this something that we should be
 2      talking about in front of this witness?  Probably not.
 3              MR. HANDRICH:  Probably not.
 4              THE COURT:  So I am just -- I will hear this
 5      later.  Let's just proceed with cross.
 6              MR. HANDRICH:  Okay.
 7              MR. BEST:  Yes, Your Honor.
 8              MR. HANDRICH:  Well, Judge, we do have an
 9      objection.  It looks like Mr. Best is going to use notes of
10      testimony from another trial to cross-examine a witness,
11      completely inappropriate.
12              THE COURT:  And he will either answer or he will
13      say he doesn't know anything about it.
14              MR. HANDRICH:  Okay.
15      BY MR. BEST:
16      Q.  Do you know Jose Hinojosa?
17      A.  Jose?
18      Q.  Jose -- excuse me.  Let me just spell --
19      H-I-N-O-J-O-S-A.
20              THE COURT:  Jose Hinojosa?
21      BY MR. BEST:
22      Q.  I'm sorry.  Hinojosa.
23      A.  No.  Hinojosa, I don't remember that name right now.
24      Q.  Okay.  Would it refresh your recollection if I told you
25      that he was the accountant for the Zetas?  Do you know that?
```

1    A.  No.  Honestly, I don't remember that right now.

2            THE COURT:  Did you ever know who the accountant

3    for the Zetas was?

4            THE WITNESS:  No, I didn't know that either.

5    BY MR. BEST:

6    Q.  Do you know that Jose Hinojosa testified under oath --

7            MS. NASEEF:  Objection, Your Honor.

8            He just said he didn't know who Jose Hinojosa was,

9    so how could he know that he testified under oath?

10           THE COURT:  Sustained.

11           MR. BEST:  Okay.

12   BY MR. BEST:

13   Q.  Do you know that an individual testified before that Z40

14   was responsible for the killing of Efrain Torres?

15   A.  No, I don't know about that.

16   Q.  Okay.  Do you know the same individual -- excuse me.

17           Do you know that you have been accused of being

18   responsible for the killing of Efrain Torres?

19   A.  Me?  No, I didn't know that.

20           MR. BEST:  Okay.  I am going to introduce into

21   evidence -- I'll do it later.

22   BY MR. BEST:

23   Q.  Let's go through your discussions --

24           MR. BEST:  I need a label.  Exhibit labels.

25   BY MR. BEST:

33

1    Q.  -- of the murder of Mr. Torres with the government.

2            We have talked a lot about this January 2014

3    proffer session.  Do you remember talking about this murder

4    in January 2014?

5    A.  Like I said before, I don't remember the dates; but the

6    murder, yes, we have talked about that.

7    Q.  Okay.  Do you remember that, when you first briefly

8    talked about it, you made no mention of Gerardo Gonzalez

9    Valencia?

10   A.  I don't remember.

11   Q.  And remember, you agreed back in 2014 details were

12   important, right?

13           MS. NASEEF:  Objection, Your Honor.  Asked and

14   answered.

15           THE COURT:  Could we not waste time asking that

16   question for about the -- I think by my count -- sixth time.

17           MR. BEST:  Okay.  With six answers that details

18   are important, but yes.

19   BY MR. BEST:

20   Q.  Do you remember talking again in March of 2014 about the

21   murder in more detail?

22   A.  I don't know what you mean by "in more detail."

23   Q.  You gave -- you talked longer.  Did you talk -- do you

24   remember talking about the murder in March of 2014 of

25   Mr. Torres?

JA819

34

1    A.  Like I said, we had talked about it on several

2    occasions.

3    Q.  And, again, did you have any time limitations --

4              THE COURT:  Mr. Best, please.

5              MR. BEST:  Fine.

6    BY MR. BEST:

7    Q.  Did you mention Gerardo Gonzalez Valencia's name at

8    all as associated with this murder in March of 2014?

9    A.  Like I said, I always referred to the Cuinis and Abigael

10   and Gerardo.  I don't know if in that moment I named them

11   directly or not.

12   Q.  Okay.  And then, finally, you talked a lot about events

13   in preparation for this trial --

14             THE COURT:  This is not a trial --

15             MR. BEST:  Excuse me.

16             THE COURT:  -- this is a sentencing hearing.

17   BY MR. BEST:

18   Q.  -- in preparation for your testimony in 2023, in March,

19   a couple of weeks ago?  Do you remember that?

20   A.  Well, like I said since the beginning, we have had

21   meetings up until now.

22   Q.  Do you remember talking to these trial attorneys and DEA

23   agents March 22, 2023, just a couple of weeks ago?

24   A.  Yes.  We met just a while ago, yes.

25   Q.  And you talked about all of the things you were going to

JA820

35

```
1    talk to Her Honor about at that meeting, correct?
2    A.  Yes.  We went over everything that we have been talking
3    about for the past while.
4    Q.  You didn't once mention anything regarding the murder of
5    Mr. Torres in your meeting with the government only five
6    weeks ago in preparation for your testimony?
7    A.  Yes.  Yes, we did mention it.  I mean...
8    Q.  And there was somebody taking notes at that meeting?
9    A.  Yes.  We did talk about that topic.  I mean, it's one of
10   the topics that we have been dealing with for quite a while
11   now.
12   Q.  And in talking about that topic, somebody was taking
13   notes at that meeting, correct?
14   A.  Yes.  Yes, there was somebody taking notes all the time.
15   And, you know, sometimes we'd focus on one thing or move on
16   to something else.
17   Q.  How long did you spend a couple of weeks ago talking
18   about the murder of Mr. Torres?
19   A.  We talked about other topics, too, not just that one.
20   Q.  I understand.  How long did you spend talking about the
21   murder of Mr. Torres in March, a couple weeks ago, in
22   preparation for your testimony?
23   A.  Like I said, we talked about a lot of things.  I
24   wouldn't be able to tell you how much time we spent on one
25   topic and when we went on to something else.  I don't know.
```

JA821

1    Q.  But you definitely talked about this event a couple of

2    weeks ago with the government?

3    A.  Yes.  We had been talking about this from the beginning

4    up until now.

5            MR. BEST:  Okay.  I specifically ask that be

6    included, Your Honor, in the 3500 summary.

7            THE COURT:  I don't know what you are asking to be

8    included.

9            MR. BEST:  I'm sorry.

10           THE COURT:  So let's move on, Mr. Best.

11           MR. BEST:  Okay.

12   BY MR. BEST:

13   Q.  You spoke about -- your last discussion, with the Court

14   and the government yesterday, was about the death -- the

15   murder of a family in Michoacan?

16   A.  Yes.

17   Q.  You don't have the dates of that event, correct?  You

18   don't have the date of that event?

19   A.  The exact date, no, I don't remember.

20   Q.  You don't have the year that that took place?

21   A.  Yes.  It was about -- after 2007, after we made the

22   truce, yes.

23   Q.  Okay.  So was it 2007, 2008, or 2009?

24   A.  In 2007 we made the truce and then, after the truce

25   being made, that's when this happened.

37

```
 1    Q.   Okay.  So was it 2007 or 2008 or 2009 that this event
 2    took place?
 3    A.   Like I said, after we made the truce in 2007, that's
 4    when this event occurred.
 5    Q.   So you don't know the specific year?
 6    A.   It was in 2007, and the truce was broken in 2008.
 7    Q.   And it allegedly happened in Michoacan?
 8    A.   Yes.  That's correct, in the Aguililla region.
 9    Q.   There are two small towns in that region:  Chila,
10    C-H-I-L-A?
11    A.   Yes.  There in Naranjo de Chila, and San Jose de Chila,
12    that's right.
13    Q.   And Viejo, V-I-E-J-O?
14    A.   Yes.
15    Q.   Which town did this murder take place in?
16    A.   Well, the thing is those towns are right next to each
17    other, they're just divided by a river.
18    Q.   But the murder -- as you understand it, the murder
19    occurred in one of those two small towns?
20    A.   It was that area, the Cuinis zone and Mencho, their
21    territory.
22    Q.   Do you know the name of any members of that family?
23    A.   No.  The names?  No, I don't remember.
24    Q.   And you weren't there so you don't have any first-hand
25    knowledge of this murder, correct?
```

1    A.   No.  I wasn't there in the moment, but I found out about

2    it because there was a whole scandal about the affair with

3    the Michoacan family, and they called us.

4    Q.  And the Michoacan family wasn't there either for

5    these -- this murder, correct?

6    A.   The problem there with the families -- there were some

7    people who were working for the Michoacan family.

8    Q.  But they weren't at the scene of the event where this

9    family was supposedly murdered, correct?

10   A.   Yes, but they controlled that zone, and they knew

11   exactly what was happening.

12   Q.  Okay.  When did you first tell the government about this

13   murder, this supposed murder?  When I say "the

14   government" -- again, you have known Special Agent Mori for

15   11, 12 years?

16   A.   Yes.

17   Q.  And --

18           THE COURT:  We don't have to go through that.  I

19   think he understands your question.

20   BY MR. BEST:

21   Q.  When did you first tell the government about this

22   murder?  This event?

23   A.   I don't remember.  There are, you know, very sensitive

24   topics here that open up through time as things go on.

25   Q.  And it's true, is it not, that the first time you

1    mentioned details of Gerardo Gonzalez's -- Gonzalez

2    Valencia's involvement was just a couple of weeks ago, in

3    2023, correct?

4    A.   No.

5    Q.   Okay.  You mentioned it before?

6    A.   Regarding Gerardo, I had always mentioned him from the

7    start.

8             What specific topic are you referring to?

9    Q.   His responsibility for this murder of a family in

10   Michoacan.

11   A.   What about that?

12   Q.   I am going to move on.

13            Did Special Agent Mori or any federal agents ever

14   come back to you and have a discussion that they were able

15   to independently verify that, in fact, a murder even took

16   place of a family?

17   A.   No.  We hadn't talked about that situation until where

18   you had gotten.  I had not -- no, that investigation had not

19   arrived at that.

20   Q.   Up until whenever you last spoke to Special Agent Mori

21   or any member of the DEA, has anybody ever told you that

22   they were able to find independent evidence that, in fact, a

23   family was murdered in Michoacan?

24   A.   Independent evidence, no.  No one had told me that.

25   Q.   They never came back to you and said:  We verified that

1    a family had been killed?

2    A.  No.  We had not talked about all of that stuff.

3    Q.  All right.

4    A.  Those topics and those investigations, I don't know.

5          MR. BEST:  Indulgence.  I am almost done, Your

6    Honor.  Thank you.

7    BY MR. BEST:

8    Q.  Just a few more questions, and thank you for your

9    patience.

10    A.  Okay.

11    Q.  You said yesterday that your organization engaged in the

12    trafficking of marijuana?

13    A.  Yes.

14    Q.  We haven't spent any time really talking about that

15    today or yesterday.  I haven't talked to you about that.

16          Did Los Cuinis also engage in the trafficking of

17    marijuana?

18    A.  No.

19    Q.  When Gerardo Gonzalez Valencia was a member of the

20    Milenio cartel, though, the Milenio cartel engaged in the

21    trafficking of marijuana, correct?

22    A.  No.  When I met him, he was already trafficking cocaine.

23    Q.  Okay.  What about other drugs?

24    A.  Yes.

25    Q.  What other drugs?

1    A.  Crystal meth.  Methamphetamines, yes.

2    Q.  What else?

3    A.  No, nothing else.  Just that, you know, ultimately, the

4    last thing he had been working in the labs with his brother.

5    Q.  Ephedra?

6    A.  Yes, that as well.  But like I said, there are so many

7    topics that needed to be cleared up and fleshed out.

8    Q.  Okay.  But to be clear, if there was a coded

9    conversation about a drug distribution, at the time Los

10   Cuinis was involved in various drugs, correct?

11   A.  Mainly, it was cocaine that they worked with.

12   Q.  But they were working with other drugs too?

13   A.  Yes.  But he was working in the labs with his

14   brother-in-law, yes.

15   Q.  Okay.  Thank you.

16           We spoke of Gerardo Gonzalez Valencia's

17   participation in drug trafficking in Europe.  Remember that?

18   A.  Yes, that as well.

19   Q.  And you said yesterday that the majority of the cocaine

20   you gave to Gerardo went to Europe, correct?

21   A.  The majority was sent to the United States, and the

22   other part to Europe.

23   Q.  Okay.  Do you remember telling the government just a

24   couple weeks ago that the majority of the narcotics, the

25   cocaine, went to Europe?

```
 1              MS. NASEEF:  Objection, Your Honor.
 2    Mischaracterization of the 3500 material.
 3              THE COURT:  Let's hear from the witness about
 4    that.
 5              Did you hear what the witness said?
 6              THE INTERPRETER:  Your Honor, the interpreter did
 7    not hear the answer.
 8              THE COURT:  What was your answer to the question?
 9              THE WITNESS:  That 70 percent of our business went
10    to U.S., and the rest of it went to Europe.
11              MR. BEST:  Indulgence, Your Honor.
12              THE COURT:  Mr. Best, he has answered your
13    question.
14              MR. BEST:  I understand.  I need to find the
15    source -- and that's the end.  Okay.  I beg your indulgence.
16              THE COURT:  With all of your helpers -- have some
17    of your helpers find whatever it is you are looking for.
18    BY MR. BEST:
19    Q.  I'm referring you back to your meeting --
20              MR. BEST:  And the government can object all they
21    want.
22    Q.  -- on March 22nd, 2023.  Do you recall telling the
23    government that you -- in the course of dealings with
24    Gerardo Gonzalez Valencia, that you sold him about 15,000
25    kilograms of cocaine?
```

1    A.  Yes.  More than 15,000 kilos.

2    Q.  Do you remember telling the government, only five weeks

3    ago, that a small fraction of that went to the

4    United States?

5    A.  I don't remember.

6    Q.  You don't remember what you told them five weeks ago?

7    A.  As I told you before, 70 percent of what we handed to

8    him went to the United States, and the rest to Europe; that

9    was my answer.

10   Q.  Yes.  But you told the government back -- five weeks

11   ago, that 33 percent went to the United States, not 70

12   percent.

13             MS. NASEEF:  Objection, Your Honor.  Asked and

14   answered.

15             THE COURT:  Overruled.

16             THE WITNESS:  No.  I repeat.  It was what I said:

17   70 percent to the United States and the rest to Europe.

18             MR. BEST:  Okay.  I have no further questions.

19   Thank you very much.

20             THE COURT:  All right.  Any redirect from the

21   government?

22             MS. NASEEF:  Yes, Your Honor.  Very briefly.

23             MR. BEST:  And at this point, I am going to offer

24   in Defendant's 22 and Defendant's 58, which is the trial

25   testimony addressing the Efrain Torres murder.

```
 1              THE COURT:  And you said Defense Exhibit 52 and
 2      58?
 3              MR. BEST:  Excuse me.  22 and 58.  I don't know
 4      why they're numbered this way, but...
 5              THE COURT:  And just to be specific, these are
 6      trial transcripts from what date?
 7              MR. BEST:  Yes, Your Honor.
 8              Defendant's 22 is a transcript of December 1,
 9      2015, trial of U.S. versus Francisco Antonio Colorado Cessa,
10      with the testimony of Mr. Cuellar.
11              MS. NASEEF:  Of Mr. --
12              MR. BEST:  C-U-E-L-L-A-R, I believe.
13              MS. NASEEF:  Hinojosa.
14              Hinosa [sic].  I apologize.  Hinosa.
15              THE COURT:  Do you mean Hinojosa?
16              MR. BEST:  Hinojosa.  I apologize.
17              I am also -- on Defendant's 58 it's the trial
18      transcript of a number of defendants, U.S. versus Jose
19      Travino Morales --
20              THE COURT:  Et al.
21              MR. BEST:  -- et al.  Thank you.
22              -- from April 18, 2013, of the testimony of
23      Mr. Pino Hinojosa -- and that trial as well, yes.
24      Thank you.
25              THE COURT:  And your briefing will explain what
```

45

```
1    out of those hundreds of pages, you're precisely trying to

2    direct my attention to?

3              MR. BEST:  Yes, Your Honor.

4              I can give you the specific pages.

5              THE COURT:  You will do that in your briefing.

6              MR. BEST:  I am also offering in, as

7    Government's 51, a copy of the letter from Ms. Sahni to me,

8    electronic court email, when --

9              THE COURT:  Who is that?

10             MR. BEST:  It's her details -- effectively would

11   have been 3500 evidence that, when I confronted the

12   government with these transcripts, they went and spoke to

13   Mr. Hinosa, and who then told a DEA agent over the phone --

14             MS. NASEEF:  Your Honor, should this be coming in

15   in front of the witness who may testify in another case?

16             THE COURT:  Probably not.  I have no idea.

17             MR. BEST:  That's why I am just offering it into

18   evidence because I can't call the government to the stand on

19   an email which is relevant 3500 --

20             MS. NASEEF:  We don't object to it being entered

21   into evidence, Your Honor.  I believe it's Defense

22   Exhibit 51, not Government Exhibit 51, for the record.  We

23   have no objection to it being entered.

24             THE COURT:  Okay.  It's admitted.

25             (Defense Exhibit 51 admitted.)
```

JA831

```
1              THE COURT:  And redirect.  Will your redirect be
2      fairly short?
3              MS. NASEEF:  Yes.  Less than ten minutes, Your
4      Honor.
5              THE COURT:  Okay.
6              MS. NASEEF:  Also, the marshals have requested a
7      15-minute break in between these two witnesses to keep them
8      apart.  So if we can take a break --
9              THE COURT:  Yes.  I was wondering when we should
10     take our break.  That clarifies it for me.  Thank you.
11                     REDIRECT EXAMINATION
12     BY MS. NASEEF:
13     Q.  Yesterday you said you trafficked drugs in Mexico for
14     more than 20 years.  How many people, approximately, did you
15     traffic drugs with in those 20 years?
16     A.  Well, how many persons?  There were different
17     organizations.  There was the Zetas, the familia [sic]
18     Michoacana, the cartel de Sinaloa, the organization Milenio
19     and, then, different groups in Guadalajara.
20     Q.  Mr. Nava Valencia, I know you have been on the stand a
21     long time today.  Just answer the question I am asking you,
22     please.
23              Just, approximately, how many individual people
24     did you meet with and work with on drug trafficking in your
25     20 years doing that in Mexico?
```

1    A.  How many people?  There were many people, yes.

2    Q.  Hundreds of people?

3    A.  Yes, you can say so, during those 20 years.  Yes.

4    Q.  And how many drug traffickers, approximately, have you

5    talked to the government about since cooperating, if you

6    know?  Dozens?  How many?

7    A.  Yes.  Dozens.  More than dozens, yes.

8    Q.  When you meet with the government, do agents and

9    prosecutors ask you about specific individuals or events?

10   A.  Yes.

11   Q.  And in all your proffers with the government, did agents

12   or prosecutors ever ask you which drug trafficker you wanted

13   to talk about that day?

14   A.  No.

15   Q.  Yesterday and today, did we talk about every single

16   meeting you had with Gerardo Gonzalez Valencia?

17   A.  Yes.

18   Q.  Did we talk about every meeting in detail?

19   A.  Yes.

20   Q.  We talked about every meeting that you had with Gerardo

21   Gonzalez Valencia in detail in the last two days?

22            MR. BEST:  I object.  Asked and answered.

23            MS. NASEEF:  Your Honor.

24            THE COURT:  Overruled.

25            THE WITNESS:  No.  Not in detail, no.

```
 1    BY MS. NASEEF:

 2    Q.  Did you have a meeting, an in-person meeting, to discuss

 3    sending gunmen to go find Antonio Guizar Valencia?

 4    A.  Yes.  In person with the Cuinis, yes.

 5    Q.  And who specifically was at that meeting?

 6    A.  The Cuinis brothers, that is Gerardo and Abigael, the

 7    main ones.

 8    Q.  And who was ordering that the gunmen be sent to find

 9    Antonio at that meeting?

10    A.  Lalo.

11    Q.  Is "Lalo" a common nickname in Spanish for both Eduardo

12    and Gerardo?

13    A.  Yes, Lalo.

14    Q.  While you were working with Gerardo from 2004 to 2009,

15    did he ever stop sending cocaine to the United States?

16    A.  No.

17    Q.  Did Gerardo pay you in U.S. dollars many times for the

18    cocaine that you sold to him?

19    A.  Yes.

20    Q.  In all the murders that we discussed yesterday and

21    today, was Gerardo ever the one who pulled the trigger?

22    A.  No, but he sent people.

23    Q.  Gerardo orders other people to conduct his killings?

24    A.  Yes.

25            MR. BEST:  I will object.  Leading question also.
```

```
 1              THE COURT:  Overruled.

 2   BY MS. NASEEF:

 3   Q.  Yesterday you discussed a seizure of cocaine hidden in

 4   shark carcasses.  Do you remember that?

 5   A.  Yes.

 6   Q.  Was that seizure covered in the press at the time?

 7   A.  Yes.

 8              MS. NASEEF:  Publishing Government Exhibit 5.

 9   BY MS. NASEEF:

10   Q.  Do you recognize this photograph?

11   A.  Yes, I recognize it.

12   Q.  What is it?

13   A.  That's the container where we send the cocaine from San

14   Jose, Costa Rica, to Porto Progreso [sic], Yucatan.

15              MS. NASEEF:  Your Honor, the government moves to

16   admit Government Exhibit 5 into evidence.

17              THE COURT:  Any objection?

18              MR. BEST:  No, Your Honor.

19              THE COURT:  It's admitted.

20              (Government's 5 admitted.)

21   BY MS. NASEEF:

22   Q.  The family who was murdered in Michoacan, did you ever

23   talk to Gerardo about that directly?

24   A.  Of course.  He was present when we were talking and

25   making arrangements with the members of the organization of
```

```
 1    familia Michoacana.

 2    Q.  During those discussions, did Gerardo himself

 3    acknowledge that he ordered the murder of the family?

 4    A.  Yes.  He acknowledged it, and he was apologizing for

 5    what had happened.

 6    Q.  Did you ultimately testify in the trial of Mr. Garcia

 7    Luna?

 8    A.  Yes.

 9    Q.  And have you and members of your family been threatened

10    before because of your cooperation with the government?

11            MR. BEST:  I am going to object.

12            THE WITNESS:  Yes.

13            THE COURT:  Overruled.

14            MS. NASEEF:  Your Honor, the defense opened this

15    door.

16            THE WITNESS:  Yes.  Yes.

17    BY MS. NASEEF:

18    Q.  And did you report those threats to the government?

19    A.  Yes.  I reported those threats and, also, the

20    disappearances of some family members.

21    Q.  Have you ever personally been put in protective custody

22    or protective housing because of threats to you?

23    A.  Yes.  Yes.  I also received threats to my person.

24            MS. NASEEF:  Nothing further, Your Honor.

25            THE COURT:  Did you receive those threats while
```

```
1    you were incarcerated here in the United States?
2              THE WITNESS:  Yes.  Yes.  I was in isolation for
3    about eight months.
4    BY MS. NASEEF:
5    Q.  And were you in isolation because of those threats, not
6    because of any conduct of your own?
7    A.  No.  It was because of the threats, to give me
8    protection so that nothing would happen to me.
9              MS. NASEEF:  Nothing further, Your Honor.
10             THE COURT:  All right.  Thank you.
11             You are excused.
12             I am going to ask the deputies:  If I give you 15
13   minutes, will that give you enough time to bring somebody
14   else up and take Mr. Valencia away?  Okay.
15             We'll take a 15-minute break.
16             (Whereupon, a recess was taken.)
17             THE COURT:  I understand the interpreters want
18   more frequent breaks.  How many breaks are you talking about
19   and over what time?
20             THE INTERPRETER:  Your Honor, this interpreter has
21   not requested any breaks, so this interpreter is unaware.
22   My colleagues have switched, so it might be something that
23   this interpreter is not aware of.
24             THE COURT:  Okay.
25             THE INTERPRETER:  I believe that the other
```

```
 1    interpreter who requested the break is not here at this

 2    time.  She is taking a break.

 3                 THE COURT:  Okay.  So if you-all need a break, you

 4    will wave or somehow let me know.

 5                 THE INTERPRETER:  Yes, Your Honor.

 6                 THE COURT:  All right.

 7                 Could the government identify your next witness?

 8                 MR. HANDRICH:  Good morning again, Your Honor.

 9    The government calls Jose Maria Guizar Valencia.

10                 THE COURT:  That's a lot of names.  Okay.

11                 MR. HANDRICH:  Jose Maria Guizar Valencia.

12                 THE COURT:  All right.  Please stand, raise your

13    right hand.

14                 (JOSE MARIA GUIZAR VALENCIA, Government Witness,

15    Sworn.)

16                 THE COURT:  Please proceed.

17                 MR. HANDRICH:  Thank you, Your Honor.

18                           DIRECT EXAMINATION

19    BY MR. HANDRICH:

20    Q.  Good morning, sir.

21    A.  Good morning.

22    Q.  Could you tell us your full name.

23    A.  Jose Maria Guizar Valencia.

24    Q.  How old are you today?

25    A.  43.
```

53

1    Q.  Do you go by any nicknames or other names?

2    A.  Carlos or Zeta 43.

3    Q.  Are you currently in custody?

4    A.  Yes, that's right.

5    Q.  Okay.  Did there come a time in 2018 that you were

6    arrested in Mexico?

7    A.  Yes, that's right.

8    Q.  Were you subsequently extradited to the United States?

9    A.  Yes, that's right.

10   Q.  Did you agree to be extradited and prosecuted both in

11   the Eastern District of Texas and the Southern District of

12   Texas?

13   A.  Yes, that's right.

14   Q.  Going back -- could you tell us where you were born?

15   A.  I was born in Tulare, California.

16   Q.  Did you live in the United States for a period of time?

17   A.  Yes, that's correct.

18   Q.  Until approximately what year?

19   A.  From '96 until about '99 or 2000.

20   Q.  And did you get involved in drug trafficking while you

21   were in the United States?

22   A.  Yes, that's correct.

23   Q.  What type?

24   A.  Marijuana, cocaine.

25   Q.  Who were you dealing drugs or trafficking drugs with?

1   A.  With my uncle Beto Guizar and my brother Antonio Guizar.

2   Q.  Fair to say both of them were older than you?

3   A.  Yes, that's right.

4   Q.  So you got started in drug trafficking through having

5   older family members showing you -- showing you how to do

6   the business?

7   A.  Yes, that's right.

8   Q.  And did there come a time you were arrested in the

9   United States?

10  A.  Yes.  Correct.

11  Q.  What were the charges?

12  A.  For resisting arrest.

13  Q.  Where did the incident happen?

14  A.  In the valley in Texas.  McAllen, Texas.

15  Q.  And during your arrest, were you trying to transport

16  United States currency that was the proceeds of drug

17  trafficking into Mexico?

18  A.  Yes, that's correct.

19  Q.  After you were charged did you plead guilty?

20  A.  Yes.

21  Q.  And what was your sentence?

22  A.  They gave me two years of probation.

23  Q.  Did you complete your two years of probation in the

24  United States?

25  A.  No.  I broke -- I broke my probation.

1    Q.   Just briefly describe for us what you did.

2    A.   I went to Mexico because my son was going to be born.

3    Q.   And when you got to Mexico -- approximately, what year

4    did you leave the United States while you were on probation

5    and moved to Mexico?

6    A.   In the year 2000.

7    Q.   When you got to Mexico, did you continue to stay

8    involved in drug trafficking?

9    A.   Yes, that's correct.

10   Q.   Who were you working with?

11   A.   With my brother Tonio Guizar.

12   Q.   And when you moved to Mexico, what part of Mexico were

13   you living in and trafficking drugs in?

14   A.   In the area of Chiapas and Tabasco.

15   Q.   Once you were in Mexico working with your brother

16   Antonio, what type of drugs were you and Antonio

17   distributing or moving?

18   A.   We would bring cocaine in suitcases by airplane from

19   Hierro Mojarro [sic] airport into Tabasco.

20   Q.   Did there come a time that the Mexico military or the

21   Mexican police caught you with cocaine at an airport?

22   A.   Yes.  And Lucio Blanco in Tamaulipas.

23   Q.   What were you doing at that airport that got you

24   arrested?

25   A.   I was transporting a suitcase that had 11 kilos of

1    cocaine.

2    Q.  After you were arrested, were you charged by Mexican

3    officials?

4    A.  Yes.  For transporting cocaine, I was detained and

5    sentenced for 12 and a half years.

6    Q.  What year were you arrested?

7    A.  In the year 2001.

8    Q.  Did you end up serving that full 12-plus year sentence?

9    A.  No.  I didn't serve it because I escaped from the

10   Reynosa prison.

11   Q.  Sir, we're going to talk in a moment about how you got

12   out of prison; but while you were there did you stay in

13   contact with your brother Antonio?

14   A.  Yes.  I was always in contact with my brother Antonio

15   Guizar.

16   Q.  Was it just over the telephone, or did you also see him

17   in person at the jail or prison?

18   A.  I also saw him in person at the jail.

19   Q.  Was he still trafficking cocaine during this time?

20   A.  Yes, he was still.

21   Q.  Did he introduce you while you were in jail to anyone he

22   was trafficking in cocaine with?

23   A.  Yes.  He visited me a lot in jail, and he always brought

24   various people.  He came a lot, and brought the brother of

25   Lalo and Jose Gonzalez Valencia, la Chepa.

1    Q.  So the person that you have identified as the brother of

2    Gerardo Gonzalez Valencia, who you know as "Chepa," was that

3    the first time while you were in jail that you met Chepa?

4    A.  Yes, that was the first time.

5    Q.  Did Chepa have, along with Lalo or Gerardo -- does he

6    have brothers and sisters?

7    A.  Yes.  He has more.  I don't know them all, but he has

8    several.

9    Q.  We'll get into a moment the people that you know.  Right

10   now I want you to take a look around the courtroom.

11          Do you see any members of the Gonzalez Valencia

12   family that you have discussed here in the courtroom here

13   today?

14   A.  Yes.  I see Lalo Gonzalez Valencia.

15   Q.  Okay.  And could you, by an article of clothing,

16   identify the person that you are referring to?

17   A.  Yes.  He is the one in the beige shirt with the mask.

18          MR. HANDRICH:  Okay.  Indicating, for the record,

19   that the defendant [sic] has identified the defendant by

20   name and by an article of clothing, and that he's wearing a

21   white-covered face mask right now.

22          THE COURT:  Let the record so reflect.

23   BY MR. HANDRICH:

24   Q.  And I know you just identified that he's wearing a face

25   mask.  Do you need him to take off the face mask to be able

1    to identify him?

2    A.  No.  I can identify him very well.  I know him well.

3    Q.  And his appearance -- although he is older than the time

4    period we're going to be talking about -- he doesn't look

5    different than he did, other than he is slightly older?

6    A.  Yes, exactly.  Just a little bit older.

7    Q.  Okay.  You said you got out of prison.  Can you briefly

8    describe how you were able to get out of a Mexican prison

9    while you were serving a 12-year sentence?

10   A.  Yes.  Yes.  My brother knew the Gulf cartel, one of the

11   leaders, Gregorio Gamboa Sauceda, and he was in charge of

12   Reynosa.  So they made a pact for my escape, and Goya was in

13   charge of Reynosa.

14   Q.  And so what was the plan that was eventually put into

15   effect?

16   A.  Yes.  The director was working for the Cartel del Golfo.

17   And so, basically, they drafted up a document that said I

18   was ill and that I had to have surgery at a hospital in

19   Reynosa.  Since they didn't have the means to operate on me

20   inside the penitentiary -- and they took me out, like 20

21   officers, but they were already in agreement that I was

22   going to escape.

23           And they had agreed to turn me in there -- over to

24   the gunmen, to Goya Gamboa, and they handed me over with the

25   gunmen of Reynosa.  And they shot and, you know, disarmed

1    each other, but everything was agreed upon.  And then I went

2    to a ranch, a quinta, with Goya Gamboa Sauceda.  I was there

3    with them.

4    Q.  So when the security officers took you out in a vehicle

5    out of the prison, they met up with the Gulf cartel's gunmen

6    and staged that incident, like a shootout happened, and that

7    the gunmen shot your car up to get you out of prison?  Is

8    that what you are describing?

9    A.  Yes, correct.

10   Q.  But, actually, there was no shootout, no one was harmed,

11   no one was actually shot at?

12   A.  That's correct.

13   Q.  In Mexico at the time -- what year is this?

14   A.  In 2003.

15   Q.  Was this an out of the ordinary or a strange occurrence,

16   that powerful drug traffickers could get someone out of

17   jail?

18   A.  It's quite normal.  It was very normal in Mexico.

19   Q.  So after you went to the ranch to get away, did you end

20   up reconnecting with your brother?

21   A.  Yes.  Yes.  I moved to Huimaguillo, Tabasco.

22             THE COURT:  Can I ask you, how -- was there money

23   exchanged paid by the cartel or somebody to the prison

24   director for this escape?

25             THE WITNESS:  Yes.  My brother paid $500,000.

1    BY MR. HANDRICH:

2    Q.  Could you give us a general idea -- you said you moved

3    to an area of Tabasco.  Where is that in relation, let's

4    say, to whether it's Texas or California, if you can give us

5    a relation where in Mexico that is?

6    A.  Tabasco is way far south in Mexico.  It's pretty much

7    right next to Guatemala -- actually, part of it is on the

8    border with Guatemala.

9    Q.  So when you moved to continue to traffic cocaine with

10   your brother, you're right near the Guatemalan border -- is

11   where the base of operation is; is that correct?

12   A.  That's right.

13   Q.  When you got back there, did your brother give you a

14   specific job?

15   A.  Yes.  He made me in charge and the accountant, in

16   Huimaguillo, Tabasco.

17   Q.  Could you explain to us exactly what you were

18   responsible for in your brother's organization?

19   A.  Yes, of course.  I was in charge of receiving all of the

20   tons of cocaine that arrived from Colombia and Guatemala

21   and, also, storing all the millions of dollars that came

22   from our various alliances and partnerships with my brother

23   Antonio Guizar.

24   Q.  And based on that answer, your brother had a source of

25   supply for cocaine in Colombia?

61

1    A.  Yes, that's right.

2    Q.  Now, was your brother purchasing the cocaine just for

3    himself and the family members, or were there other

4    investors or buyers in these cocaine loads?

5    A.  Yes.  He had other partners, Lalo Valencia of the Cuinis

6    and, at that time, part of the Milenio cartel.  And there

7    were other people from the Sinaloa, Roberto Gallino, and

8    Guerro [sic], also some other people associated with el

9    Chapo Guzman.

10   Q.  Do you remember approximately what month in 2003 you got

11   down to Tabasco and started working as an accountant for

12   your brother?

13   A.  Yes.  I escaped in July 2003, and by August I was down

14   in Huimaguillo, Tabasco.

15   Q.  I don't want to get into the details yet.  But did there

16   come a time in 2005 that you stopped working as an

17   accountant for your brother?

18           THE WITNESS:  I'm sorry.  This is cutting out.

19           THE COURT:  We're going to switch the earphones.

20           THE WITNESS:  It's running low on battery.

21           Yes, thank you.  Now I can hear.

22   BY MR. HANDRICH:

23   Q.  I will repeat the question.

24           I don't want to get into the details yet.  But

25   from August 2003 until a period in 2005 -- if you can tell

JA847

1    us when that was, were you working with your brother during

2    that entire time?

3    A.  Yes.  Well, my job you said?  I didn't quite understand

4    the question.

5    Q.  So I will re-ask the question.

6          Did there come a time in 2005 that you stopped

7    working as an accountant for your brother?

8    A.  Yes, that's correct.

9    Q.  Do you remember the date?

10    A.  Yes.  It was January 21st, 2005.

11    Q.  So we'll come back to that.  So through August of --

12          THE INTERPRETER:  Pardon me, Counsel.  Interpreter

13    correction.

14          I believe it was the 22nd of January of 2005.

15    BY MR. HANDRICH:

16    Q.  So from August of 2003 to January 22nd, 2005, you worked

17    as an accountant for your brother?

18    A.  That's right.

19    Q.  How often would your brother get a load of cocaine from

20    Colombia or Guatemala?

21    A.  More or less every two months, every two and a half

22    months; that's how long it took the trips to get to

23    Guatemala.  They were big planes coming from Colombia.

24    Q.  Could you describe for us what were the size of these

25    loads?  Could you talk to us about the smallest load and

1  then the largest load that your brother would receive?

2  A.  Yes.  There were planes that brought 400 kilos or planes

3  that brought 1,800 kilos.

4  Q.  During this time, could you explain to us how the

5  investors, including the defendant and the other investors

6  you have talked about, how would they acquire their portion

7  of the loads?  How did that work?

8  A.  They had various partnerships with my brother.  They had

9  a business from Colombia and, approximately, I would

10  count 4,000, 5,000 kilos coming from there.  And as

11  accountant, I had -- I was in charge of receiving all of

12  those kilos; I had to count them one by one.  And I also had

13  to receive all the millions of dollars in what was sent to

14  Lalo and his brothers.  And I would talk to my brother on

15  the phone, and I would tell him how many kilos had shown up.

16  And then he, in turn, would tell me how many to give to all

17  of the various partners.

18          And among those partners we had Lalo Gonzalez

19  Valencia and Jose Gonzalez Valencia.  And some of their

20  cousins, Uriel Valencia; and another one who we called el

21  Camaron; and another family member of theirs who we called

22  Poncho Torres.  He was the husband of an aunt of one of

23  those who we called -- who was called Dona Tia Valencia.

24  And another uncle of theirs, an older guy, Panzón; I don't

25  really remember what his name was.

1    Q.  So during this period between 2003 and January of 2005,

2    did you meet the defendant a lot in person at all during

3    that time?

4    A.  Yes, that's correct.

5    Q.  And did you come to -- from meeting him in person, after

6    having met his brother, did you come to know any names or

7    nicknames that he went by?

8    A.  Yes.  I knew him and others knew him as Lalillo Flaco.

9    Q.  So Lalillo.  Did you ever hear the shortened version of

10   that as "Lalo"?

11   A.  Yes, that as well.

12   Q.  And he was also referred to as "Flaco"?

13   A.  Yes.  Also that, too.

14   Q.  Do you recall approximately how many times you saw him

15   in person between 2003 and 2005?

16   A.  Like between six and seven times.  I would just see him

17   exclusively when I would hand over cocaine shipments.  I

18   didn't see him for anything else other than that.

19   Q.  And so when you were turning over cocaine shipments to

20   Gerardo, this was actually directly to him and the people he

21   was with?

22   A.  Yes, that's right, directly.  Directly.

23   Q.  Could you briefly explain for us how you would get the

24   cocaine to Lalo and his family members, how that process

25   worked?

1    A.  Yes.  Every time the shipments of cocaine would arrive

2    from Guatemala, I would receive them in Tabasco, and I would

3    store them in various houses and country houses around the

4    area.  And then, afterward, I would talk to my brother Tonio

5    on the phone, and he would tell me how much to give to

6    Lalito [sic] and the Cuinis, and then he would tell me how

7    much to give to the Sinaloa cartel.

8              And so then Lalo would show up, and we'd call

9    Felipe Espinosa Valencia.  And then I would, you know, hand

10   over the amount that my brother Tonio had told me to.  It

11   was almost always 900 to 1,200 kilos of cocaine.  He would

12   show up and his cousins, Uriel Valencia and el Camaron, with

13   Poncho Torres, and I would give them the amount of drugs

14   that my brother had told me.

15   Q.  Were there ever occasions where his brother Chepa or

16   Jose came either with him or without him?

17   A.  I'm sorry.  What was that?  Can you say that again?

18   Q.  Yes.  Were there ever occasions that Lalo's brother

19   Jose, who you also identified as Chepa, either came with him

20   to pick up the cocaine or came to pick up cocaine without

21   Lalo?

22   A.  Yes.  He always came with him, with Jose Gonzalez

23   Valencia, la Chepa.

24   Q.  Do you recall approximately -- when Lalo would come to

25   pick up the cocaine, approximately how many people did he

66

1     bring with him?

2     A.  More or less it was Uriel Valencia, el Camaron, Poncho

3     Torres, an uncle whose name I can't remember right now, la

4     Chepa.  Pretty much always six or seven people.  It was a

5     little group that always traveled in two different trucks.

6     Q.  From your interactions with the defendant and his other

7     family members, did any of them in particular appear to be

8     in charge or making the decisions?

9     A.  Yes.  Lalo Gonzalez.

10    Q.  On the occasions that you delivered cocaine directly to

11    him, did you ever see him armed?

12    A.  Always.  All of them always showed up armed.

13    Q.  Do you recall what type of firearm or where he kept his

14    firearm?

15    A.  They always had their handguns, their .38 supers; and in

16    the trucks they also had AK-47s.  But they never brought out

17    the long guns, they just always came out with their

18    handguns.

19    Q.  And if I saw you directly, you were signaling into your

20    waistband on your right side?

21    A.  Yes.  I know guns, and I knew what caliber they were.

22    Q.  Once the cocaine is delivered, how would you and your

23    brother receive money owed for the cocaine from the

24    defendant?

25    A.  They would usually bring the money divided in 5 or

JA852

1    6 millions, and then I would store that, and then I would

2    take it down and store it in Guatemala.

3    Q.  Did the defendant ever bring the money directly to you?

4         THE INTERPRETER:  The interpreter would ask for a

5    repetition of the name that the witness announced, if the

6    Court allows.

7         THE WITNESS:  Uriel, his cousin Uriel Valencia, he

8    would bring him sometimes.  We called him "the Vet," the

9    veterinarian, because he was a doctor.  Sometimes they would

10   send double-bottom trailers.  I would receive the money, and

11   then I would store it in various safe spots in Huimaguillo,

12   Tabasco.

13   BY MR. HANDRICH:

14   Q.  Do you recall, was the money packaged in a particular

15   way?

16   A.  Yes.  When we received money from them, from the Cuinis,

17   it had the name Cuinis on the packages because there were

18   many associates of my brothers.  So when there were packages

19   from Sinaloa they had other names, but the Cuinis were

20   labeled Cuinis.

21   Q.  So no matter who you delivered the cocaine to when you

22   received the payment, the money would be actually wrapped up

23   and labeled Los Cuinis on the outside?

24   A.  That's correct.

25   Q.  What type of money was this?  Was it Mexican pesos, or

1    something else?

2    A.  All dollars.  There was no other denomination, only

3    dollars.

4    Q.  From the United States?

5    A.  That's right.  That's correct.

6    Q.  So you mentioned a particular date that was now over 18

7    years ago that you recalled down to the day:  January 22nd,

8    2005.  What occurred that day?

9    A.  That day Lalo sent to kill my brother Tonio with some

10   cousins of mine at a place that's called Ostuacán, Chiapas.

11   Q.  So were you there that day?

12   A.  No.  I wasn't there, but some uncles of mine were there,

13   and they're still alive.

14   Q.  Do you recall approximately how many of your family

15   members and your brother's friends were present at the ranch

16   that day?

17   A.  Yes, that's right.  That day six people died, and two

18   uncles of mine survived.  And a lady that was the wife of a

19   politician that was also killed there.

20   Q.  And was it your understanding from your surviving uncles

21   that gunmen showed up and executed or murdered or shot down

22   six people, including your brother Antonio?

23   A.  That's correct.

24            THE COURT:  And the location where this shooting

25   occurred, was that at a ranch owned by your family or one of

1    your family members?

2              THE WITNESS:  That's correct.  It was my brother's

3    ranch.

4              THE COURT:  When you say your "brother's ranch,"

5    do you mean Antonio's?

6              THE WITNESS:  Yes, Antonio Guizar.

7    BY MR. HANDRICH:

8    Q.  Did you learn after the fact any explanation for why

9    your brother's business partners and investors, including

10   the defendant, had him executed?

11   A.  Yes.  Because Lalillo called on a cell phone from my

12   brother when we were at the funeral of my brother.  And he

13   told us bluntly that he had had my brother killed because of

14   a ton of cocaine that he thought we had stolen from him.  So

15   he called my uncle Beto on a cell phone when we were at the

16   wake for my brother and said that -- all of that; that he

17   had had my brother killed, and that he wanted $12 million

18   for the problem to be over.

19              But my brother -- my uncle --

20              THE INTERPRETER:  Interpreter correction.

21              THE WITNESS:  -- my uncle Beto said no because the

22   harm had already been done; my brother had already been

23   killed, and we were going to continue then.

24   BY MR. HANDRICH:

25   Q.  And from being involved in cocaine trafficking in that

1    area, were you aware that there was a truck of cocaine that

2    was hijacked in the area of Tabasco in the time frame before

3    your brother was killed?

4    A.  Yes.  It was in Cardenas, Tabasco, when a trailer was

5    stolen.  And the drug belonged to Lalillo Gonzalez, and he

6    blamed us; that's why he killed our brother.

7    Q.  To your knowledge, were you involved or your brother

8    involved in stealing or taking that truck?

9    A.  We did not steal it, but he thought it was us.

10   Q.  Did you stay in the area of Tabasco or Chiapas near

11   Guatemala after your brother's murder?

12   A.  That's right, yes.

13   Q.  Did you eventually move, though, to another area of

14   Mexico?

15   A.  Yes.  Because Huimaguillo is very small, and Lalo had a

16   lot of people there.  And we knew he was going to have us

17   all killed; that's why we moved.

18   Q.  Where did you move to?

19   A.  First we moved to Xalapa, Veracruz.

20   Q.  And eventually did you get -- continue on with cocaine

21   trafficking based on the connections that your brother had

22   established in Colombia and Guatemala?

23   A.  That's right.  I associated with the Zetas.

24   Q.  Is there someone in particular that you got close with

25   and were doing cocaine trafficking with?

1    A.  That is right.  In order to survive I had to do it.

2    Because Lalillo and the Milenio cartel were very powerful,

3    and we were a small family; that's why we allied with the

4    Zetas.

5    Q.  If I told you the name or nickname Chispa, are you

6    familiar with who I'm talking about?

7    A.  Yes.  Efrain Teodoro Torres, also known as Zeta 14 or la

8    Chispa.

9    Q.  Did you start working directly for la Chispa?

10   A.  That's correct.

11   Q.  And what would you do for him?

12   A.  With the connections that my brother Tonio had in

13   Guatemala, I got kilos of cocaine for him.

14   Q.  Were you often around Chispa while you were living in

15   Veracruz?

16   A.  Yes, that's right.  I spent a lot of time with him.

17   Q.  Did there come a time that something happened to Chispa

18   at a location in Veracruz?

19   A.  That's right.  The Cuinis got him killed.

20   Q.  So let's start first with this:  Do you recall exactly

21   where he was killed?

22   A.  Yes.  At the place they called Villarreal near the port

23   of Veracruz; it was a racehorse track.

24   Q.  Were you there the day Chispa was murdered?

25   A.  That's right.  I was there.  My uncle Beto and my cousin

72

```
 1    Maurilio was there, too.
 2    Q.  Do you recall when this was?
 3    A.  It was in March 2007.
 4    Q.  Is this racetrack a place that you, Chispa, and other
 5    narco traffickers would go to as a regular spot?
 6    A.  That's right.
 7    Q.  First -- we'll talk about what led up to Chispa's
 8    murder.  But first describe for us what exactly happened
 9    that day at the racetrack that you recall hearing and
10    seeing?
11    A.  A horse that belonged to Chispa ran the race, and there
12    was another horse that ended up in a very close finish.  So
13    it wasn't clear who had won, so they had to resort to the
14    photograph.  So as Chispa was holding the photograph, a lot
15    of people surrounded him.  And there were about 100 people
16    around him.
17         And, all of a sudden, we heard seven or eight
18    shots, and a guy with a Colombian accent or a Central
19    American accent started yelling and shooting.  They shot
20    many people apart from Chispa.  Many people fell to the
21    ground, and they killed many people and injured many more.
22    And then the guy started yelling, "Beto, Carlos."
23         And I said to my uncle, "Do not run because if you
24    run he will realize it is us."
25         And Chispa's gunmen got off their trucks and
```

JA858

73

```
 1   neutralized the young men of the Cuinis group.  They killed
 2   him.
 3   Q.  Did people that were there on Chispa's behalf and
 4   yourself go over to the gunman's body after he had been shot
 5   and killed?
 6   A.  That's right.  We took his wallet with his
 7   identification and his cell phone, and the gun that he was
 8   carrying.
 9   Q.  And did it appear that the Colombian was by himself?
10   A.  Yes, that's right.  Like he knew he was going to die.
11   Q.  Right.  So that was my next question.
12             Chispa was always surrounded with gunmen?
13   A.  Always, that's right.
14   Q.  So if you were going to run up on Chispa close enough to
15   shoot him and you're by yourself, most likely no one would
16   be able to survive that?
17   A.  That is right.  And they just sent one person, a lone
18   gunmen, as a kamikaze, because if they had sent a caravan
19   then that would have been immediately identified and they
20   would not have been allowed to get close to Chispa.  Because
21   Chispa always had about 50 or 80 gunmen with him.
22   Q.  And after -- you described that the gun, a wallet, and a
23   cell phone were taken from the Colombian.  Did you observe
24   anything in the wallet?
25   A.  He did not have identification.  He only had a few
```

JA859

1   Mexican pesos, just to survive; like he knew he was going to

2   die, so he did not carry identification.  So we took his

3   cell phone.

4   Q.  And did his cell phone receive any calls after you-all

5   had taken his cell phone?

6   A.  That's right.  A person called us.  So that's right.

7   Someone called and said to us, "We have called your boss,

8   son of a bitch, and you have one day to leave Veracruz

9   because the same fate is going to happen to all of you if

10  you stay."

11  Q.  Did the person on the other end of the phone identify

12  themselves at all?

13  A.  Yes.  He said it was la Barbi.

14  Q.  Now, could you describe for us what led up to Chispa

15  being killed at the racetrack?  Were you and your uncle at

16  war with the Cuinis after your brother's death?

17  A.  That's right.  My uncle identified an event of theirs

18  that they were going to have a cockfight in Zapopan,

19  Jalisco.  That's right.  My uncle identified the date in

20  which a cockfight was going to take place and where Chepa

21  and their brother-in-law Mencho Oseguera were going to be

22  there.  And my uncle sent gunmen with grenades to the

23  palenque.  So they threw some grenades and some people were

24  hurt and some people died there.

25          And as revenge, Lalo sent people to kill my

1    father.  He was caught in Chiapas -- in palenque Chiapas.

2    And then he got some of my family members in Gutierrez,

3    Chiapas, and they decapitated them.  And then he went in

4    person with a group of 80 gunmen, Lalo did, went to

5    Veracruz, and they got the number for Chispa, for Zeta 14.

6    And Lalo asked him to hand me and my uncle Beto to -- but

7    Chispa said no, he was not going to deliver us, me or my

8    uncle, because we were his people.  And so they argued.

9    Q.  So if I understand you correctly, there were attempts to

10   get at you and your uncle through Chispa.  But since Chispa

11   was working with you, he was protecting you and wouldn't

12   give you and your uncle up; is that correct?

13   A.  That's correct.

14   Q.  And based on Chispa's refusal to help them, what steps

15   did they take after that?

16        THE INTERPRETER:  Interpreter requests repetition

17   of the second name.

18        THE WITNESS:  Yes.  We had an argument with Lalo.

19   And Lalo had working for him some siblings, Chuchin Flores

20   Torruco, Samuel Flores Torruco, and Maricela Flores Torruco.

21   And the husband of Maricela Flores Torruco -- they had

22   divorced and he worked for Chispa, and they called him Yiyo

23   [sic].  And Maricela Flores Torruco and Yiyo had a son.  And

24   they extorted emotionally --

25        THE INTERPRETER:  Interpreter requests a

1    conference with my colleague.

2         THE WITNESS:  -- so they got Yiyo at a place in

3    Monterrey.  They extorted him emotionally so he would give

4    up Chispa.  So in order to survive -- to let him stay alive,

5    they gave up Chispa.  So Yiyo gave the place and time where

6    Yiyo -- where Chispa was going to be at a racehorse [sic].

7    He said that to Maricela Flores Torruco.  And since she was

8    hanging out with them she passed on the information, and

9    they had Chispa killed there.  Lalo's people had him killed.

10   BY MR. HANDRICH:

11   Q.  So Yiyo's son was either threatened or kidnapped in an

12   attempt for Yiyo to give up information where a gunman or

13   gunmen could find Chispa to kill him?

14   A.  They did not kidnap Yiyo's son.  They picked up Yiyo.

15   Maybe they threatened him or said something about his son.

16   But they picked him up and then let him go on condition that

17   he would give up Chispa because Maricela was hanging out

18   with Lalo.

19   Q.  So Yiyo was actually picked up, and that's how they

20   extracted the information about where Chispa could be found?

21   A.  Yes.  Yiyo was always hanging out with Chispa.  They

22   were very close; they even slept together.  They were

23   together going here and there.  They were literally very

24   close.

25   Q.  Now, after Chispa was murdered, did you continue to work

```
 1   with the Zetas?
 2   A.  That's right.
 3   Q.  Did there come a time you worked directly for one of the
 4   leaders of the Zetas?
 5   A.  Yes, that's right.  I always worked for the leaders.
 6   And after Chispa's death, I started working with Heriberto
 7   Lazcano Lazcano [sic], the leader of the Zetas, and with
 8   Miguel Travino Morales, Zeta Cuarenta [sic] -- Zeta 40.
 9   Q.  Did there come a time that Zeta 40 took leadership after
10   Lazcano's death?
11   A.  That's right.
12   Q.  And at that time, did you start working directly with
13   Zeta 40?
14   A.  That's right.  That's correct.
15   Q.  Could you tell us the time period that you worked
16   directly with him?
17   A.  After the death of Chispa, that was March 2007, from
18   then on I started working with Z40, Zeta 40.
19   Q.  Until when?
20   A.  Until the year 2012.
21   Q.  Did there come a time when you were with him almost 24
22   hours a day for weeks or months on end?
23   A.  That's right.  Yes.
24   Q.  Okay.  And during the time that you worked with the
25   Zetas, is it fair to say you were involved -- both yourself
```

1    and the organization were involved in thousands of kilos of

2    cocaine and marijuana being transported to the

3    United States?

4    A.   That's right.  That's correct.

5    Q.   Were the Zetas also involved in extensive violence and

6    killing of people in Mexico?

7    A.   Yes, that's correct.

8    Q.   Were you with Z40 and/or assisted him in incidents where

9    people were murdered?

10   A.   That's right.  That's correct.

11   Q.   Did this involve you and other people handcuffing people

12   that were kidnapped knowing that, after they were

13   handcuffed, they were likely to be killed?

14   A.   Yes.  We knew that they were going to die, most of them.

15   Q.   Was Z40 a violent person?

16   A.   Very violent.  He was a person that wasn't in touch with

17   his emotions.  For me, he was a psychopath.

18   Q.   How many people do you think you saw him kill with

19   either his bare hands, a weapon, or a firearm?

20   A.   Well, weekly I would see him, let's say, killing three

21   or five people a day.  I lost count.  Maybe he killed 500,

22   800 people during the years I was with him.  I didn't keep a

23   precise account because I wasn't interested, but I did see

24   him kill people almost daily.

25   Q.   And obviously you have described that you have spent a

1   lot of time with him; that included sleeping in a pickup

2   truck overnight with him?

3   A.  Yes, that's right.  We would sleep in abandoned pieces

4   of land, terraces, out in the open.  He was a very paranoid

5   person, and so he didn't like to sleep in houses.  That's

6   why he slept mostly out in the open, in the forest.

7   Q.  So based on all of the time you spent with him and also

8   all of the information you have about what happened with

9   Chispa, did he have any involvement in the murder of Chispa?

10  A.  Apologies.  I did not understand the question.

11  Q.  Did you ever learn through everything -- all of the time

12  you spent with him, that he was -- participated or ordered

13  Chispa's murder?  Did you ever find out that he had anything

14  to do with it?

15  A.  No.  Of course not.  No, it wasn't 40.  All the cartel

16  knew that it was Lalo and his brothers that had done it.

17  Lazcano knew that too.

18  Q.  So there was no doubt amongst all of the Zetas, from

19  the -- Lazcano, the leader at the time, all the way down --

20  no one believed and no one thought that Z40 had anything to

21  do with the murder?

22  A.  Of course.  We knew that very well.  And even after

23  Chispa's death, we had a meeting at the baseball field, all

24  the people -- the leaders of the Zetas gathered together in

25  Tampico, Tamaulipas, to go against the Cuinis and the

1    Milenios because of Chispa's murder.

2              THE COURT:  I think -- it's now 12:35.  We're

3    going to break for an hour for lunch and then resume after

4    that.  One hour.

5              MR. HANDRICH:  Thank you.

6              (Whereupon, a luncheon recess was taken.)

7              THE COURT:  All right.  You may proceed.

8    BY MR. HANDRICH:

9    Q.  Good afternoon, sir.  You understand you are still under

10   oath?

11   A.  Yes.  I understand.

12   Q.  Okay.  Before we broke for lunch, you had described for

13   us a series of events that happened with Yiyo and Maricel

14   [sic] that led to the defendant and the people around him

15   learning of Chispa's location where he was ultimately

16   murdered.

17             Could you just briefly explain how you learned

18   that information about what occurred before Chispa's death?

19             THE WITNESS:  Yes.  Can you change the sound for

20   me?  Because it's pretty scratchy sounding.

21             (Technology difficulty addressed.)

22             THE WITNESS:  I'm sorry, Counsel.

23             Could you repeat the question for me, please.

24   BY MR. HANDRICH:

25   Q.  Yes.  Before we broke, you were describing a series of

1     events that occurred in which Yiyo and Maricel and others

2     that ultimately led to the defendant and the people he was

3     working with finding out the location of Chispa where he

4     could be killed.  Could you briefly explain to us how you

5     learned about the events that occurred prior to the day of

6     Chispa's death?

7     A.  Yes.  We found out because Yiyo was taken prisoner, and

8     we had found out about that.  And, also, we did our own

9     investigations about the bolada [sic] with Yiyo and the

10    Zetas; and they were talking amongst themselves.  And then,

11    after I was arrested --

12    Q.  Continue.

13    A.  So when Yiyo got out, they had him come to a meeting

14    with Cana and Cuarenta [sic], and he ended up, you know,

15    going to McAllen, Texas.  And after I got out in 2008, I was

16    sent to Altiplano.  And that's where Abigael Gonzalez

17    Valencia, Gerardo's brother, and they put me in as his

18    neighboring cellmate.

19    Q.  Let me stop you there, we'll come back to that in a

20    moment.  So through other Zetas and Yiyo you learned about

21    what occurred prior to Chispa's murder?

22    A.  Yes, that's right.

23    Q.  And, ultimately, in 2018 you got additional information

24    from someone you identified as Abigael, who is the brother

25    of the defendant here in the courtroom today; is that

1    correct?

2    A.  That's correct.

3    Q.  Okay.  So a question about Abigael.  Had you met him

4    prior to being in a prison with him in an adjacent cell?

5    A.  No, just by photographs.  But I had heard a lot about

6    him because my brother had worked with all of them.

7    Q.  So during the time period you described earlier, the

8    only two Cuinis brothers you dealt directly with were Chepa

9    and Lalo; is that correct?

10   A.  Yes, that's right.

11   Q.  However, because of Abigael's relationship to them and

12   his role in narco trafficking, you were familiar with who he

13   was?

14   A.  Yes, of course.

15   Q.  So you weren't surprised when you ended up in a cell

16   next to him in a prison?

17   A.  No, of course not.  I already knew who he was, and he

18   knew who I was.

19   Q.  You were a high-ranking member of the Zetas and he was a

20   high-ranking member of the Cuinis and CJNG; is that correct?

21   A.  Yes, that's right.

22   Q.  What prison were you all in together?

23   A.  In Altiplano, in Almoloya in Juarez.

24   Q.  Is that a jail a high-security prison that the Mexican

25   government keeps narco traffickers in?

1    A.  Yes.  Yes.  And in the hallway that we were in, Chapo

2    Guzman had escaped from that one that we were in.

3    Q.  So as probably most people are familiar with, there was

4    a jail cell in a wing of the jail where Chapo Guzman had

5    people build a tunnel and, ultimately, left the jail through

6    the tunnel.  That's the same place you were at?

7    A.  Yes, that's right.  The same place.

8    Q.  Did you have -- how long did you share a cell or a wall

9    with Abigael where you were side by side?

10   A.  We were really close to each other.  His door was just,

11   like, maybe two meters away from mine.

12   Q.  How long a period of time were you that close with -- in

13   a cell that close to him?

14   A.  23 hours a day.  They only gave us one hour to go out to

15   the patio.  It was an area of isolation for all of the

16   leaders and the drug trafficking bosses, so that's -- that's

17   the people that were there.

18   Q.  Did you discuss with him or did he discuss with you

19   Chispa's death?

20   A.  We talked a lot.  We had a lot of time to talk.

21          THE COURT:  I don't think your question was

22   answered about how long a period of time he was in the jail.

23          MR. HANDRICH:  Yeah.  I was going to try to come

24   to back to that with a different question.

25          THE COURT:  Can you do it right now?

1          MR. HANDRICH:  Okay.

2    BY MR. HANDRICH:

3    Q.  So my initial question was in terms of whether it was

4    days, months, or over a year; how long were you and he

5    inside -- in cells that were close to each other?

6    A.  Eight months, to be precise.

7          THE COURT:  And in what year did that occur?

8          THE WITNESS:  In 2018.

9    BY MR. HANDRICH:

10   Q.  And what did Abigael say about Chispa's death?

11   A.  We -- after they had got us we made a pact, we made a

12   peace for our wives -- just so our wives could be confident

13   in our jail time because we were afraid that something could

14   happen to them, that either I would kill his wife or he may

15   kill mine.  So we came to a truce, and we literally made

16   peace for that.

17          Yes.  And so we ended up trusting each other, and

18   he told me all about Yiyo.  And he bluntly just said, hey, I

19   had nothing to do with your dad, your brother; that was Lalo

20   Valencia.  So we trusted each other, and he told me he had

21   nothing to do with that.  And he wanted me to help him

22   because, in Mexico, there is an open case for my dad -- for

23   the death of my dad.  Everybody has an open case about that.

24   And you can investigate that.

25          Abigael has an open case for the death of my

85

1    father, and they wanted my help to convince the family to be

2    able to look into that open case.

3               And he told me all about Yiyo, and how the plan to

4    kill Chispa at the horse track in Veracruz.  And how that

5    they had started with his ex-wife, Maricela, to establish

6    what was going to happen at the quinta and take him out

7    there.

8    Q.  Did you discuss the murder of Antonio with Abigael at

9    any point?

10   A.  Yes.  I spoke to him about the death of my father and

11   the death of my brother.  And he literally washed his hands

12   of all of it; he blamed his brother for everything.

13   Q.  So he said, in a similar fashion as to Chispa, he didn't

14   have anything to do with it but his brothers did?

15   A.  Yes, that's right.

16   Q.  Okay.  My last set of questions for you is -- you told

17   us earlier you had been extradited.  Did you first go to the

18   Eastern District of Texas?

19   A.  Yes.  Correct.

20   Q.  And you were charged with trafficking cocaine there?

21   A.  Yes, that's right, and weapons.

22   Q.  Did you plead guilty on that case?

23   A.  Yes.  I pleaded guilty.

24   Q.  And were you sentenced?

25   A.  Yes.

JA871

1    Q.  What was the sentence?

2    A.  480 months.

3    Q.  You also have a case in the Southern District of Texas

4    based on evidence from here in Washington and evidence from

5    Houston, Texas.  Have you pled guilty to that case yet?

6    A.  Not yet, but I am going to.

7    Q.  Okay.  So you are going to take responsibility for what

8    you did on those charges?

9    A.  Yes, that's right.  I am going to accept responsibility.

10   Q.  And part of the reason that you are agreeing to testify

11   is that you hope in the future that the prosecutors will

12   make your sentencing judge aware that you provided

13   assistance to the government.  Is that your understanding?

14   A.  Yes.  They told me about that.  But my attorney also

15   made it very clear to me that a reduction in sentence is up

16   to the judge, not to the prosecution.

17   Q.  So you have a hope you may get a sentence reduction in

18   the future, but you may not?

19   A.  Yes, that's right.  I understand that very clearly.

20   Q.  Do you have any other reason or motivation that you want

21   to testify here today for?

22   A.  Yes.  I have a personal motivation for the memory of my

23   father, my brother, my uncles, my cousins.  I carry a pain

24   and a frustration that's the root of all of this, and I

25   would like to alleviate myself of all of that.

```
 1                  MR. HANDRICH:  Thank you.

 2                  I have no further questions.

 3                  THE WITNESS:  I'm sorry.  Can you change this for

 4       me?  It just keeps coming uncharged.

 5                  Thank you.

 6                            CROSS-EXAMINATION

 7       BY MS. SANCHEZ:

 8       Q.  Good afternoon.

 9       A.  Good afternoon.

10       Q.  Okay.  To start at the end, you have a personal revenge

11       motive for being here today, don't you?

12       A.  It's not a personal vengeance, but I do want to reduce

13       some pain and anguish that I have because of this person who

14       caused all of that by killing my family members.  I would

15       like to close this chapter and move on with my life and just

16       leave this all behind and -- and have it settled.

17       Q.  And you would say anything and do anything in order to

18       close this chapter and move on and get the vengeance that

19       you want on this situation, correct?

20       A.  I come here to say the truth about how the facts -- how

21       facts happened in the past.  I am not adding anything or

22       taking anything off, I am just telling the truth about how

23       things happened.  I am not willing to tell any lies, just

24       the truth.

25       Q.  But you have lied already in the past in other
```

1    testimony?

2    A.  No.  I never lied in the past.

3    Q.  Okay.  Well, you testified in the sentencing hearing, I

4    believe, of Hugo Cesar Roman Chavarria?

5    A.  Yes, that's right.

6    Q.  And in that case you were asked when you started in the

7    narcotics trafficking business.

8    A.  That's right.

9    Q.  And you stated twice in there that it was in 2006?

10   A.  No.  No.  I have always said that I started in narco

11   trafficking in the U.S.  And they did not ask me that

12   question, the attorneys for Hugo Roman, but I have always

13   said that I started in drug trafficking very young.

14            MS. SANCHEZ:  Your Honor --

15            THE WITNESS:  What they asked me there was in what

16   year I started working with the Zetas, and I told them I

17   started in 2006 with them.  That's when I started belonging

18   to the Zetas group.

19   BY MS. SANCHEZ:

20   Q.  [As read:]

21            "QUESTION:  How long have you been in the narco

22   trafficking business?

23            "ANSWER:  I started more or less in 2006.

24            "QUESTION:  How old were you in 2006?

25            "I was 26."

89

 1          THE COURT:  Do you have a question?

 2    BY MS. SANCHEZ:

 3    Q.  Do you recall that testimony?

 4    A.  Yes.  I remember.  But the question that I remember is

 5    they asked me what year I joined the Zetas cartel, and I

 6    told them in 2006.

 7          MS. SANCHEZ:  Your Honor, if we can just move into

 8    evidence -- it's Government's Exhibit 3500 material, and I

 9    don't have the -- oh, JMGV3.  And the exact answer and

10    question is on page 65, or it's -- JMGV65 is the Bates

11    number.  It's self-explanatory, and it shows exactly what

12    the question and answer was for the Court.

13          MR. HANDRICH:  No objection.  Just so Your Honor

14    knows, that was for a sentencing hearing for a Zeta, and the

15    entire testimony was about the Zetas.

16          THE COURT:  I will add it to the pile.  It's

17    admitted.

18          (Government's 3500-JMGV65 admitted.)

19    BY MS. SANCHEZ:

20    Q.  And, in fact, in this -- going to your testimony here

21    today, you stated that you had met my client, Mr. Gonzalez

22    Valencia, seven times or so, correct?

23    A.  Yes.  More or less.

24    Q.  But in the debriefings with the government you stated

25    you had met him, at most, four times.

JA875

1          THE COURT:  Do you have a question?

2    BY MS. SANCHEZ:

3    Q.  Isn't that correct?

4    A.  I remember I always said I saw him six or seven times,

5    as far as I remember.

6    Q.  That's actually what you said about Chepa, that you had

7    met Chepa about six or seven times.

8    A.  I always saw them together.  The two of them were always

9    together when they came to pick up the tons of cocaine.

10   They were always together, Chepa and Lalillo were together.

11   Q.  Sir, just earlier before the lunch break, you said that

12   you met Chepa numerous times because he would come to the

13   jail with your brother to visit you, and that Mr. Gonzalez

14   Valencia, my client here, was never with him.

15   A.  When they went to visit me to the jail, Lalo Gonzalez

16   Valencia was not there.  But when they went to pick up the

17   drugs with [sic] Huimaguillo, Tabasco, he was there.

18   Q.  Okay.  So that's an example of what I am saying about

19   not giving the exact information and the truthful nature of

20   the information.

21          THE COURT:  Ms. Sanchez, this is not a

22   conversation with the witness.  Could you pose your

23   questions as questions so that I understand what you are

24   asking for.

25          MS. SANCHEZ:  Absolutely.

```
 1              THE COURT:  This is not a time for you to make
 2    statements.
 3              MS. SANCHEZ:  Yes.
 4    BY MS. SANCHEZ:
 5    Q.  So please tell me how many -- on which occasions you met
 6    Mr. Gonzalez Valencia; let's start with the first one.  And
 7    when I say "Gonzalez Valencia," I am talking about my
 8    client, Gerardo Gonzalez Valencia.
 9    A.  I know him as Lalo.  I didn't know he was called
10    Gerardo.  But the times -- all the times I saw him was in
11    Huimaguillo, Tabasco.  I never saw him socially at parties
12    or get-togethers or anything of the sort.  I only saw him
13    when there were drug deliveries; that's when I saw him.
14    Only then.
15    Q.  And when was the first time you saw him?
16    A.  When I arrived, after I escaped in July 2003, by August
17    I was working in Huimaguillo.  My brother placed me there.
18    That's when I saw him, right there with Chepa.  He came with
19    Chepa and some uncles of them, a Poncho Torres, and some
20    cousins arrived there as well.
21    Q.  And they arrived there to pick up the cocaine, correct?
22    A.  That's right.
23    Q.  Lalo -- I will call him "Lalo" so you recognize who I am
24    talking to [sic].  Lalo was not -- did not have any
25    leadership position in the CJNG cartel; isn't that correct?
```

1    A.  What's that?

2    Q.  I'm sorry.  Let me say -- Lalo did not have any

3    leadership within the Cuinis and the Milenio cartel or any

4    cartel that they were working with at that time?

5    A.  So, yes, they were in the cartel of the Milenios, and

6    the Cuinis were already known by then.  They were pretty

7    famous.  They had corridos [sic], they had groups that sang

8    famous songs about drug trafficking and mentioned them.

9          They had a very famous argument with somebody very

10   famous in narco trafficking, his name was Carlos Rosales.

11   They had a famous beef with Rosario -- Rosales, then it

12   was -- then they became the familia Michoacan.  They had a

13   personal issue with them, and it was well known.  And that's

14   why they went and left Tabasco and went to live in Michoacan

15   because Nasario [sic] Rosales was looking for them to kill

16   them.  They were an important part in the Milenio cartel.

17   Q.  My question simply was that he was not in a position of

18   leadership in the cartel; is that correct?

19   A.  Among his brothers, he was the leader.

20   Q.  But the brothers had no leadership within the cartel

21   either?

22   A.  Yes, they did.

23   Q.  The leader of the Milenio cartel at that time was Oscar

24   Nava Valencia; isn't that correct?

25   A.  That's right.

1   Q.  And it is not common for any leaders -- top leaders of

2   any cartel to be the ones that are actually driving a truck

3   and picking up cocaine; isn't that correct?

4   A.  But I never said that they were driving the truck.

5              What I said is that Uriel Valencia and el Camaron

6   was driving the trucks.  And Lalo never drove the truck,

7   neither did Chepa, but they came along to give orders.  The

8   ones that drove the trucks were the cousins.  They just were

9   there to give the orders.

10  Q.  The only order that was necessary was:  Load up the

11  kilos of cocaine, correct?

12  A.  That, and they also had arguments with very big narco

13  traffickers from Michoacan.

14  Q.  But you don't have any first-hand knowledge of that,

15  correct?

16  A.  I do know that because my brother was a partner of

17  Carlos Rosales.  He was a close friend.

18  Q.  Let me ask you -- let me ask you to answer the questions

19  regarding your own information, not what you heard from

20  other people.

21  A.  But I learned that directly from us.  My brother was the

22  leader, Tonio Guizar, the one that he killed.  As his

23  brother, I had a close relationship with him, and he would

24  tell me everything.

25              THE COURT:  Ms. Sanchez --

1          THE WITNESS:  And I saw Nasario Moreno Gonzalez in

2     person several times in Huimaguillo because he came with my

3     brother and he -- to pick up the drugs, and he told me all

4     about the issues that they had with them.

5          THE COURT:  Ms. Sanchez, you are asking him broad

6     questions, and he is telling you what he understands.  If

7     you want to know where he got the understanding, you can ask

8     him that.

9          MS. SANCHEZ:  No, I understand.

10         I'm just -- I'm trying to explain to him that I'm

11    asking questions to elicit just his personal knowledge, not

12    what he heard from other individuals.

13         THE COURT:  Well, then ask your questions

14    accordingly.

15         MS. SANCHEZ:  Yes.

16    BY MS. SANCHEZ:

17    Q.  So you never -- you do not have any first-hand knowledge

18    or direct information that you saw or heard from my client

19    or any of his brothers regarding anything that you have

20    testified here today?  Correct?

21         MR. HANDRICH:  Objection, Judge.  That's an

22    extremely broad question.

23         MS. SANCHEZ:  Your Honor, he has testified --

24         THE COURT:  Well, why don't you ask specifically

25    about -- if you want to know where he got his understanding

1    about his testimony today, why don't you break it down and

2    ask him where he got that understanding.

3    BY MS. SANCHEZ:

4    Q.  You never spoke to Lalo regarding any information about

5    the murder of your brother, correct?

6    A.  He called us on the phone to tell us that he had killed

7    my brother and that he wanted $12 million to quash the

8    argument when we were at my brother's wake.

9    Q.  Again, you testified earlier that you did not speak to

10   him on that phone, that that was a call to another person;

11   isn't that correct?

12   A.  My uncle Beto put the phone on loudspeaker, and we heard

13   everything.  We were the heads of the family, and we heard

14   everything on the loudspeaker.

15   Q.  You did not testify --

16            (Simultaneous speaking.)

17            THE COURT:  Excuse me, Ms. Sanchez.  Let the

18   witness answer.  Do not speak over him.

19            THE WITNESS:  And I heard very clearly how this

20   person was bragging about how he had killed my brother.

21   BY MS. SANCHEZ:

22   Q.  You did not testify to that earlier today, did you?

23   A.  Yes.  I did say that.

24   Q.  You did not say that it was on a speakerphone, and you

25   did not say that you heard it; isn't that correct?

1    A.  No.  I did say that, that I was next to my uncle Beto.

2    And when this person called to declare war on us and saying

3    that he had lost a ton of cocaine in Cardenas, Tabasco.  I

4    said all that.

5    Q.  You did.  You specifically said that he told your uncle,

6    and your uncle then relayed it to you; isn't that correct?

7    A.  No.  I said that this person called on the phone when we

8    were at the wake for my brother and he did declared war on

9    us.  Perhaps I didn't go into so much detail, but I clearly

10   said that I was there when this person called to declare war

11   on us and to say that he had lost one ton of cocaine in

12   Cardenas, Tabasco; and that's why he had killed our brother.

13   Q.  In fact, you didn't go into any much of this detail at

14   all with the agents in the numerous conversations that you

15   had with them through the years you have been here in the

16   United States, have you?

17   A.  Yes, that's right.

18   Q.  How many times have you met with the agents and the

19   federal prosecutors since you got here in 2018?

20   A.  No.  I started talking to them when they extradited me.

21   What agents are you talking about, the ones in Texas or the

22   prosecutor here?

23           MS. SANCHEZ:  Both.

24           THE WITNESS:  Because I have met with many agents

25   from Guatemala, from Houston, from Dallas.  There were many

1    interviews.

2    BY MS. SANCHEZ:

3    Q.  When was the last time that you met with the agents here

4    in the courtroom, and the prosecutors?

5    A.  They went to see me at Northern Neck, where I am now.  I

6    think it was 15 or 20 days ago.

7    Q.  And how many times did they go -- have they gone to see

8    you at Northern Neck?

9    A.  Once.

10   Q.  And besides that time, did you meet with them at any

11   other time to discuss your testimony here today?

12   A.  Well, they asked me questions about Lalo Gonzalez, how I

13   met him and his brothers, what was the working relationship

14   between him and my brother Tonio, may he rest in peace.

15   Those type of questions.

16   Q.  And since you were extradited to the United States,

17   which I believe was in early 2020, until now, how many times

18   have you talked to them about the Gonzalez Valencia family?

19   A.  I don't know, maybe three times.  Because we talked

20   about many subjects, about things in Guatemala, Veracruz,

21   Los Zetas, other cartels.  But about the family Gonzalez

22   Valencia, I believe it was two or three times.

23   Q.  And the detail regarding what you are testifying about

24   here today just came up in the last month; is that correct?

25   A.  No.  We had already talked about that in Houston.

98

1    Q.  So does it sound familiar that you might have talked to

2    them about it in June of 2020, then in February of '22, and

3    in February of '23?

4    A.  I don't know because I had many interviews.  Many agents

5    came to see me.  So I had more than 30 interviews.  I can't

6    remember all the dates.

7    Q.  But you recall three times, approximately, that you

8    spoke about the Gonzalez Valencia family; is that correct?

9    A.  Yes.  Yes.

10   Q.  Okay.  Going back to your criminal history past, there

11   was a case in -- out of the United States that you were put

12   on two years' probation from which you escaped, let's call

13   it.  Is that correct?

14   A.  That's right.  I broke the probation.

15   Q.  And then you went back to Mexico, when you broke that

16   probation.  And shortly thereafter, you were arrested there

17   as well for drug trafficking in about 2001; is that correct?

18   A.  That's right.

19   Q.  And then your brother was able to bribe the warden for

20   $500,000 and put together a ruse for your escape in July of

21   2003, correct?

22   A.  That's right.

23   Q.  And you currently have two federal cases pending in

24   Texas, one in the Southern District and one in the Eastern

25   District?

1    A.  That's correct.

2    Q.  Is there a pending charge of escape for the earlier

3    breaking of the probation case as well?

4    A.  As I understand, because it was many years ago and it

5    was a minor crime that I got probation for, then it doesn't

6    count any longer.  And I also understand that -- with the

7    escape from Mexico, since there were more than ten years

8    past and there was no violence, that was also canceled.

9    Q.  In the case that you received 480 months, did the

10   probation officer in that case count the escape case from

11   Mexico against you, for having committed the current offense

12   while you were on escape status?

13   A.  I was never asked about it.  They told me we're not

14   interested in that, we're only interested in what happened

15   when you joined the Zetas from then on.  Whatever happened

16   in the past we're not interested.  So my testimony started

17   there.

18   Q.  And was that --

19        THE COURT:  And I wouldn't actually call it, as a

20   legal matter, a violation of probation being the same thing

21   as an escape status.  The two are very different

22   circumstances if you are trying to compare them here,

23   Ms. Sanchez.

24        So, as a legal matter, I think you're

25   characterizing a violation of probation as escape status and

1    I think, as a legal matter, you are incorrect on that.  So

2    why don't you move on.

3                   MS. SANCHEZ:  I was speaking -- I'm sorry, Your

4    Honor.  I was speaking about the escape from the

5    12-and-a-half-year sentence in Mexico.

6                   THE COURT:  Oh, that.

7                   MS. SANCHEZ:  Yes.  That's the one I am talking

8    about.

9                   THE COURT:  Okay.  I'm sorry.  I thought you were

10    referring to the probation violation --

11                   MS. SANCHEZ:  No, no, no.

12                   THE COURT:  -- and he may have been thinking the

13    same thing.

14                   MS. SANCHEZ:  No.  I was -- and maybe we can

15    clarify.  I am talking about this -- he received 12 and a

16    half years in Mexico for drug trafficking.  He escaped with

17    the help of his brother Antonio with a 500,000 --

18                   THE COURT:  I am well aware of that.

19                   MS. SANCHEZ:  Yeah.  Okay.  So that's the one I am

20    asking about, whether it was taken into consideration in the

21    480-month sentence in Texas.

22    BY MS. SANCHEZ:

23    Q.  Was that escape charge taken into consideration in the

24    480 months that you received in Texas for committing the

25    crimes while on escape?

USCA Case #23-3126    Document #2057130    Filed: 05/30/2024    Page 105 of 195

```
 1    A.  I don't know if it was included there, but I got many
 2    years.
 3    Q.  The 480-month sentence was an agreed-to sentence with
 4    the prosecution, isn't that correct -- with the government?
 5    A.  Yes.
 6    Q.  And it did not take into consideration any kind of
 7    cooperation credit, correct?
 8    A.  No.  Because my attorney told me -- clarified to me that
 9    that was in the hands of the judge, not the prosecutors.
10    Q.  Do you have an agreed deal of how much you are going to
11    receive in the other Texas case that is pending?
12    A.  No.  I haven't been told about the amount of months or
13    years they are going to give me.
14    Q.  And have they told you if they're going to run it
15    concurrent or consecutively?
16    A.  That wasn't told to me either.
17    Q.  And the 480 months that the government agreed to in the
18    initial case, you stated earlier that that included the fact
19    that you had firearms that you used throughout your time
20    trafficking drugs in Mexico, correct?
21    A.  Well, the cartel used them, and I was part of the Zetas
22    cartel.
23    Q.  But you yourself also carried a firearm; isn't that
24    correct?
25    A.  Yes.  I was always armed when I was on the pickup truck
```

1    with Cuarenta [sic] or Lazcano.

2    Q.  And the government was aware of that -- is aware of

3    that, correct?

4    A.  Yes, they do know that.  I told them.

5    Q.  And the -- and the government was also aware, when they

6    agreed to 480 months as the recommended sentence for you and

7    which you received, that you had been involved in

8    approximately, by your testimony here today, 500 to 800

9    killings at the hands of Z40?

10   A.  Yes.  Yes.

11   Q.  So would you agree that a sentence of 480 months agreed

12   to by the government is a pretty good sentence for someone

13   in light of what I just stated for part of your offenses

14   during your time as a narco trafficant [sic]?

15           MR. HANDRICH:  Objection.

16           THE COURT:  Sustained.

17           You don't have to answer.

18   BY MS. SANCHEZ:

19   Q.  You told the government also in the debriefings that we

20   know about in this case, which is three of them, that you

21   had a very, very significant cocaine habit since 2001?

22   A.  Yes, that's right.

23   Q.  And that since 2001 until your arrest in 2018, you

24   consumed cocaine and alcohol daily?

25   A.  When my brother and father were killed, my issue got

1    worse and I did started using daily.  I became depressed.

2    Q.  And that was approximately January 22nd of 2005,

3    correct?

4    A.  When my brother was killed?  As far as I remember, yes.

5    Q.  But you were using cocaine prior to that as well; it

6    just increased after that date, is what you are saying?

7    A.  Yes, that's right.

8    Q.  And a cocaine and alcohol habit can affect your state of

9    mind and your perception and your memory; isn't that

10   correct?

11   A.  Well, the effect that cocaine had on me is it made me

12   very alert, I wasn't able to sleep.  And it gave me an extra

13   charge of energy to do whatever I needed to do.  So that was

14   the effect it had on me.

15   Q.  And when you mixed it with alcohol, what was the effect?

16   A.  Well, it would get rid of any kind of drunkenness.  If I

17   had nausea or anything, if I did a bit of coke it would

18   bring me back around to stability.  It would literally take

19   me out of being drunk.

20   Q.  Going back to your brother's death in 2005, Lalo was not

21   at the ranch and did not participate in that murder at the

22   ranch, correct?

23   A.  I can't corroborate that because everybody was hooded,

24   according to my uncles.  He equally could have been there

25   and might not have been there.

1    Q.  Okay.  But you don't have any information that he was?

2    A.  I don't have any specific information.  But with the

3    phone call that he made to challenge us, I think that's more

4    than enough.

5    Q.  And my client was not present either when Chispa was

6    killed; isn't that correct?

7    A.  As far as I know, no; I didn't see him there.  He could

8    have been there, though, there was a ton of people.  There

9    was like 5,000 people there.  I can't be for sure.

10   Q.  And you told us a story regarding Gallo -- Giyo -- Gallo

11   [sic] was his name?

12   A.  Yiyo.

13   Q.  You told us a story about Yiyo being the one that

14   alerted my client as to where Chispa would be hanging out;

15   isn't that correct?

16   A.  That's right.

17   Q.  But everybody knew that Chispa owned racehorses,

18   correct?

19   A.  Well, not everybody.  Because, like all the drug

20   traffickers, we would try to stay below the radar because

21   the government was looking for us.  So we tried to keep a

22   low-profile lifestyle.  So we're very meticulous any time

23   there is going to be an event or a get-together because

24   we're very worried about being caught.

25   Q.  But you told the agents that the racetrack was a very

1    popular destination for what you called "the dynasty

2    families," which included the Zetas and included, also, the

3    Cuinis, and other individuals, and that they would

4    frequently go to the racetrack.  And, in fact, that's one of

5    the places where you had seen Chepa; isn't that correct?

6    A.  That I had seen who, Chepa, at the horse races?

7            Oh, in Tabasco, that's something else.  That

8    doesn't have anything to do with Chepa [sic].

9    Q.  Okay.  However, you did not see Chepa and you did not

10   see my client that day that Chispa was a -- killed, correct?

11   A.  No, I didn't see them.

12   Q.  Okay.  And when you went over to Chispa and you took his

13   phone and his wallet, there was a call that was received on

14   his phone, correct?

15   A.  On my phone no, but on the hit man's phone who they sent

16   to kill Chispa.

17   Q.  Yeah.  I'm sorry.  That's what I meant.

18           The phone that you took from the hit man that was

19   sent, the Colombian individual I believe you stated; is that

20   correct?

21   A.  Yes, that's right.

22   Q.  There was a call that came in?

23   A.  Yes, a call came in.

24   Q.  And it was of Barbi, right?

25   A.  Yes.  And the person on the other line said that he was

1    la Barbi, that it had come from la Barbi.

2    Q.  And you know la Barbi works for the cartel of Arturo

3    Beltran?

4    A.  Yes, we knew that.  But also we knew that the federation

5    had formed with the Sinaloa and the Milenio and others --

6    and Nacho Coronel and Lalo Valencia, and others.

7            THE COURT:  When you heard the name el "Barbi,"

8    did you know who that was?

9            THE WITNESS:  I had heard of la Barbi, but I don't

10    know if that was actually him on the phone because I don't

11    know his voice.

12            MS. SANCHEZ:  Court's indulgence.

13            Your Honor, I don't have anything further.

14            THE COURT:  Thank you.

15            Redirect?

16            MR. HANDRICH:  Nothing further.  Thank you.

17            THE COURT:  All right.  You are excused.

18            THE WITNESS:  Thank you very much, Your Honor.

19            THE COURT:  Does the government have another

20    witness?

21            MR. HANDRICH:  Judge, we do have more witnesses.

22    I believe there is a scheduling conflict with a defense

23    witness.  And we've -- if Your Honor is fine with it, we

24    said they could call their witness next for scheduling

25    purposes.

```
 1                    THE COURT:  Sounds fine to me.

 2                    MR. BEST:  Thank you, Your Honor.

 3                    THE COURT:  Who is your witness?

 4                    MR. BEST:  James Holohan, H-O-L-O-H-A-N.

 5                    (JAMES HOLOHAN, Defense Witness, Sworn.)

 6                    THE COURT:  Good afternoon.

 7                    THE WITNESS:  Good afternoon.

 8                    THE COURT:  Proceed, please.

 9                    MR. BEST:  Thank you.

10                         DIRECT EXAMINATION

11   BY MR. BEST:

12   Q.  Sir, can you tell the Court where you presently are

13   employed?

14   A.  I am employed by -- I'm a managing principal of BR

15   Investigations, which is an affiliated private

16   investigations firm of Brown Rudnick.

17   Q.  And so you are, essentially, part of an in-house

18   investigator for our law firm?

19   A.  Correct.

20   Q.  Before that, did you have a role with the New York City

21   Police Department?

22   A.  I did.

23   Q.  Okay.  And can you tell Her Honor about your experiences

24   in New York City as a police officer?

25   A.  Sure.  I became a police officer with the NYPD in
```

1    January of 1981.  I retired in September of 2001.  I served

2    in ranks from police officer to detective, sergeant,

3    lieutenant.  Retired as a captain.

4    Q.  Okay.  Later in your career with the New York City

5    Police Department, did you serve as a commanding officer

6    with the Manhattan District Attorney's Office detective

7    squad?

8    A.  I did.

9    Q.  That was Robert Morgenthau's unit?

10   A.  Correct.

11   Q.  How many people were under your lead?

12   A.  In the Manhattan DA's office, about 60.

13   Q.  And can you tell Her Honor very briefly a little bit

14   about your work at that point for Morgenthau's office?

15   A.  Sure.  It was reflective of anything that the DA was

16   doing at the time.  It involved public corruption,

17   investigations into organized crime, money laundering.  We

18   conducted court-authorized wiretaps on the buildings

19   industry, and organized crime as well.

20   Q.  Okay.  And before that, sir, did you have a role with

21   New York City Police Department in any of their narcotics

22   units?

23   A.  Yeah.  Several.

24   Q.  Okay.  Can you walk Her Honor through those experiences

25   and commands?

1    A.  I was a police officer in a Queens narcotics district; I

2    was promoted to detective, and assigned to the Drug

3    Enforcement Task Force from the ATF.  I was promoted to

4    sergeant and sent back to patrol for a bit, and then

5    assigned to the Queens narcotics district.  We worked a

6    joint investigation with the New York State Organized Crime

7    Task Force.  I was there for several years, promoted to

8    lieutenant, and assigned to the Bronx Tactical Narcotics

9    Team, narcotics bureau Bronx, and Bronx narcotics and then,

10   again, Queens narcotics as a lieutenant.

11           While at -- as a lieutenant in Queens narcotics, I

12   was chosen to be the first commanding officer of the JFK

13   Narcotics Smuggling Unit, and -- and worked along with U.S.

14   Customs in a -- in a federal task force where I had the

15   assimilated level of -- rank of group supervisor there.

16   Q.  And how many people were you supervising there?

17   A.  From the NYPD, 18, including supervisors, and I imagine

18   about 8 Customs agents.

19   Q.  United States customs?

20   A.  U.S. Customs, yes.

21   Q.  Federal agents?

22   A.  Yes.

23   Q.  Before you had all of these commanding officer roles,

24   did you actually participate in narco trafficking

25   investigations yourself and, in so doing, prepare affidavits

1    for various investigative reasons?

2    A.  I did.

3          MR. BEST:  Your Honor, at this time I am going to

4    introduce Defendant's 16 into evidence, which is

5    Mr. Holohan's resume.

6          THE COURT:  It will be admitted.

7          (Defense Exhibit 16 admitted.)

8    BY MR. BEST:

9    Q.  In your relatively vast experience with NYPD in various

10   narcotics groups, did you become knowledgeable as to the

11   standards of probable cause in criminal narcotics cases?

12   A.  I did.

13   Q.  And did you become knowledgeable in the standards of --

14   the standard of "beyond a reasonable doubt" in these same

15   types of narcotics cases?

16   A.  Yes.

17   Q.  Okay.  Did you also become familiar with narco

18   trafficking that came to New York from Mexico?

19   A.  Yes.

20   Q.  What drugs, in your experience, were being trafficked

21   from Mexico to the New York area?

22   A.  Heroin, cocaine, marijuana, methamphetamine.

23   Q.  And you heard testimony in the past two days from Oscar

24   Nava Valencia that he, in fact, himself engaged in

25   trafficking in marijuana and cocaine?

1    A.  I did.

2    Q.  You also heard testimony that other various

3    organizations trafficked in methamphetamines and other

4    narcotics?

5    A.  Yes.

6    Q.  Were you present when there was testimony about the

7    trafficking of narcotics, specifically cocaine from Mexico

8    to Europe?

9    A.  Yes.

10   Q.  In the course of preparing for your testimony here

11   today, did you review a series of Blackberry messenger

12   exchanges that were given to you?

13   A.  Yes.

14        MR. BEST:  Because this is being taken out of

15   context, out of order, I am going to give some context for

16   the Court and for the witness.

17   BY MR. BEST:

18   Q.  You understand that Mr. Gonzalez Valencia is accused of

19   narco trafficking and has pled guilty to an event occurring

20   in 2007, correct?

21   A.  Yes.

22   Q.  And part of this is the sentencing hearing and taking

23   evidence.  You understand that one of the exhibits that the

24   government had intended or does intend to speak about is a

25   series of Blackberry text messages, correct?

```
 1    A.  Yes.

 2              MR. BEST:  All right.  Let me introduce as

 3    Exhibit 66, a series --

 4              THE COURT:  This is Government Exhibit 66 or

 5    Defense Exhibit 66?

 6              MR. BEST:  It's -- I just labeled it.  It's

 7    Defense Exhibit 66; and it will be, I believe, Government's

 8    Bates No. --

 9              THE COURT:  Well, I am only going to have one

10    exhibit number on things.  What does it correlate to, in

11    terms of the government exhibit binder?

12              MR. BEST:  Yes.  It is Binder 7.  You want the

13    government's binder or our binder?

14              THE COURT:  Well, I have in front of me copies of

15    what the government is planning on submitting as exhibits --

16              MR. BEST:  All right.  Government's 18.

17              MR. HANDRICH:  May I approach, Mr. Best --

18              MR. BEST:  Yes.  I'm sorry.

19              (Whereupon, counsel confer.)

20              MR. BEST:  We have an agreement, Your Honor.

21              THE COURT:  Why don't you just move in what I

22    already have in front of me with those exhibit numbers; that

23    would be so much simpler --

24              MR. BEST:  You got it.

25              THE COURT:  -- and minimize the paper.
```

```
1          MR. HANDRICH:  Judge, it's Government Exhibits 9
2    through 23.
3          THE COURT:  That was very easy.
4          And with no defense objection, Government's
5    Exhibits 9 through 23 will be admitted.
6          (Government Exhibits 9 through 23 admitted.)
7          MR. BEST:  Can I have permission to publish?
8          THE COURT:  Yes, you may.
9          MR. BEST:  Thank you, Your Honor.  I should have
10   said "may."  Okay.
11   BY MR. BEST:
12   Q.  Mr. Holohan, can you see what is now in evidence and
13   published on the screen?
14   A.  Yes.
15          MR. BEST:  For the record, it is a series of
16   Blackberry text messages with the bottom number being
17   00095744.
18          (Government Exhibit 18 was published.)
19   BY MR. BEST:
20   Q.  Is this the first of a series of text messages I asked
21   you to review?
22   A.  It is.
23   Q.  Okay.  Focusing your attention --
24          THE COURT:  Do you know whether this is -- which
25   of the Government's Exhibits 9 through 23 it is?
```

JA899

1          Or perhaps the government can assist.

2          MR. BEST:  Yes.  I think it's Government

3 Exhibit 18.

4          MS. NASEEF:  Yes.

5          MR. BEST:  Government Exhibit 18.

6          THE COURT:  All right.  That's helpful.

7 BY MR. BEST:

8 Q.  And looking at Government's Exhibit 18 -- again, asking

9 you to focus on the page here, do you see an individual -- a

10 conversation between two individuals?

11 A.  Yes.

12 Q.  Okay.  Irrespective of who those individuals are, do you

13 see Tab 5 of this exchange between two individuals?

14 A.  I do.

15 Q.  Okay.  Can you read it in English for Your Honor?

16 A.  Yes.  "Yours are 85, plus the 15 that I was going to

17 keep for you."

18 Q.  Okay.  Did I ask you to review that specific text to

19 determine whether or not, in your experience as a narcotics

20 detective and commander of various narcotics units, as to

21 whether or not you could, in your experience, identify the

22 content that's being discussed?

23 A.  You did.

24 Q.  Okay.  And in looking at whether or not you could

25 determine what was, in fact, the content being discussed

115

1   there, did you review the rest of the entirety of the text

2   exchange from June 26 through September?

3   A.  I did.

4            MR. BEST:  Okay.  And for Your Honor and for the

5   record, that would be Government's Exhibit also 19,

6   Government Exhibit 17, and Government Exhibit 49.

7            THE COURT:  Did you say 4-9?

8            MR. BEST:  4-9.

9            THE COURT:  Well, that hasn't been admitted.  We

10  just admitted GX9 through 23.  So do you want to just agree

11  to the admission of this entire book of government exhibits?

12           MR. BEST:  Is that the book of Blackberry

13  messages?

14           THE COURT:  It's the whole government exhibit

15  book.

16           MR. BEST:  Yes.

17           THE COURT:  Do you just want to admit the whole

18  thing?

19           MR. BEST:  That's fine.

20           THE COURT:  Okay.  All of the government exhibits,

21  which are GX1 through 52, are, therefore, admitted.

22           (Government Exhibits 1 through 52 admitted.)

23           MR. BEST:  Okay.  That's fine.

24  BY MR. BEST:

25  Q.  In reviewing the entirety of the text exchange that was

JA901

116

1    given to you, starting with --

2            MR. BEST:  Can we have it back up, please?

3    BY MR. BEST:

4    Q.  -- June 26 through September of 2013, were you able to

5    state what -- in your opinion, what the subject matter being

6    discussed in Tab 5 of 0095744 of Government's 18 is?

7    A.  No.

8    Q.  Why is that?

9    A.  Because it's coded language, and I don't know what kind

10   of drug they're speaking of.

11   Q.  In your experience as a narcotics detective, have you

12   seen coded language before?

13   A.  Yes.

14   Q.  And have you engaged in an exercise of trying to

15   decipher coded language?

16   A.  Yes.

17   Q.  Many times?

18   A.  Every time.

19   Q.  No drug trafficker speaks in plain English?

20   A.  I have never seen it.

21   Q.  And what would help you -- what are the various things

22   you look for to give you context?

23   A.  Units of measurements, weight, whether they use the term

24   kilogram, pounds, grams, and the like.

25   Q.  How about pricing?

JA902

117

1    A.  Pricing as well, yes.

2    Q.  How about where the drug in question originated from?

3    A.  Yes.

4    Q.  And when looking at the entirety of the text exchange

5    through September, was there anything else in that text

6    exchange that gave you any context to help you decipher

7    what's being discussed here?

8    A.  No.

9    Q.  If I can have you turn to the same exhibit, I think it's

10   Government Exhibit 18, next page.  I would like you to look

11   at -- that was it, Tab 7 and 8.

12           Do you see Tab 7 and 8?

13   A.  I do.

14   Q.  Can you read into the record Tab 7, please?

15   A.  "Since I threw in 40 more that fit, I'll go ahead and

16   throw in the 15 for you so I don't owe them to you."

17   Q.  Is there a period at the end of Tab 7?

18   A.  No.

19   Q.  Okay.  And what does Tab 8 say?

20   A.  "Up there."

21   Q.  Based on -- strike that.

22           Did I ask you to look at that exchange to

23   determine whether or not you, in your opinion, could state

24   with any degree of confidence that the discussion was about

25   a shipping -- shipping narcotics to the United States?

1    A.  I don't know what "up there" means.  So it could be the

2    United States, it could be Europe, it could be somewhere

3    else.

4    Q.  Okay.  You heard -- let me ask you this.  So if you

5    read -- let me ask you to try to read 7 and 8 together.

6          Could it have been -- in your opinion, reading it

7    together, could it have been something involving no shipment

8    anywhere?

9    A.  It could.

10   Q.  Is a reasonable read to you of "so I don't owe them to

11   you, up there" mean that there is a -- that there is

12   something that's owed to the counterparty to this

13   conversation in another place north of wherever they're

14   discussing?

15   A.  Yes.

16   Q.  Does that have to be an actual trafficking event?

17   A.  No.

18   Q.  And you heard testimony here earlier that there was

19   significant narco trafficking from Mexico to Europe,

20   correct?

21   A.  Yes.

22   Q.  Europe is north of Mexico?

23   A.  Yes.

24   Q.  Did you read the entirety of the exchange to also see if

25   there was a consummation of the transaction?

JA904

1   A.  I don't -- I don't -- I didn't see that.

2   Q.  Okay.  You didn't see any consummation of a transaction?

3   A.  Correct.

4           MR. BEST:  I don't have any further questions.

5           THE COURT:  All right.  Any cross?

6           MR. HANDRICH:  Yes, Your Honor.

7                     CROSS-EXAMINATION

8   BY MR. HANDRICH:

9   Q.  Good afternoon, sir.

10  A.  Good afternoon.

11  Q.  So you haven't been a police officer or involved in any

12  sort of actual investigative law enforcement capacity now

13  for over 22 years; is that correct?

14  A.  As a sworn police officer, that's correct.  But I've

15  been conducting investigations for the past 22 years and

16  work sometimes with law enforcement.

17  Q.  Right.  And when you say "conducting investigations"

18  this means sitting in a car tailing people as a private

19  investigator, correct?

20  A.  Not -- that's not necessarily what I do.  I am a

21  manager, but people under me have done that.

22  Q.  Right.  You are out getting records or having your

23  people get business records, financial records?

24  A.  Yes.

25  Q.  Right.  Your people aren't out doing narcotics

1    countersurveillance or surveillance or conducting search

2    warrants or buying drugs undercover -- nothing like that,

3    right?

4    A.  Well, we conduct surveillance, we conduct

5    countersurveillance.  We do work on occasion with law

6    enforcement, including now, on various matters.

7    Q.  Right.  But not drugs?

8    A.  Not drugs, no.

9    Q.  Did Blackberrys even exist when you were a police

10   officer?

11   A.  I don't know.  I have never wiretapped a Blackberry, but

12   I don't know what -- what year they came into being.

13   Q.  Well, did you bother to try to figure that out before

14   you came here and started testifying about the contents or

15   the communications on the Blackberry messenger system?

16           MR. BEST:  I am going to object.

17           THE COURT:  Sustained.  He is not talking --

18   whether he's familiar with Blackberry technology is totally

19   immaterial to looking at the material collected by an

20   intercept, and that's what he's here to testify about.

21           MR. HANDRICH:  Well, I will get to how it relates,

22   Your Honor.

23   BY MR. HANDRICH:

24   Q.  So you weren't conducting any intercepts while you were

25   at the police department of Blackberry message -- message,

JA906

```
 1    right?

 2    A.  Correct.

 3    Q.  In fact, if you were -- not "you" -- you've never done a

 4    wiretap, right?  You've never sworn one out?  You've never

 5    been the lead detective on a wiretap; that's also correct?

 6    A.  I have supervised wiretaps at every rank.

 7    Q.  So every question I am about to ask you is -- I don't

 8    want to know what people underneath of you did.  I want to

 9    know what you did.

10         You never were the lead detective or swore out a

11    state or federal wiretap application; isn't that correct?

12    A.  I have never been an affiant on a wiretap application.

13    Q.  Correct.  And as a supervisor, you are managing people,

14    not cases, correct?

15    A.  No.  No.  You are an investigative supervisor.

16         So, you know, for example, a detective may put

17    into a wiretap affidavit that I am informed by, say,

18    Sergeant Holohan, that he observed this.  So it would get

19    put in.  So it's not just managing people.

20    Q.  You've never spent time listening to thousands of

21    recordings while doing surveillance with a team of officers

22    and interpreting a wiretap; isn't that correct?  You've

23    never done that yourself; you've supervised people who have

24    done it?

25    A.  Correct.
```

JA907

1    Q.  How long did you actually spend as a detective?  Was it

2    more than three years?

3    A.  No.

4    Q.  How long?

5    A.  I was a detective for about six months.

6    Q.  Okay.  So if I understand your resume -- everyone has to

7    start in patrol in 1981, correct?

8    A.  Right.

9    Q.  And so you took the sergeant exam the first minute you

10   could, around 2003, 2004; isn't that correct?

11   A.  That would be 1980- --

12   Q.  Oh, I'm sorry, yes.  1983, 1984, right?

13   A.  Right.

14   Q.  Right?  Because you're looking to move up.  You don't

15   want to do the work on the street; you want to be a boss?

16          MR. BEST:  I am going to object.

17          THE COURT:  I am going to overrule it.

18          I mean, I am going to overrule the objection, but

19   this is a pretty targeted, narrow, area of testimony.  I

20   don't know why I am hearing about all of this.  So let's

21   move it along.

22          MR. HANDRICH:  Yes.

23          THE COURT:  So you can answer that.  You had a

24   healthy -- you know, you had a healthy sense of where you

25   belonged, and you took the sergeant exam?

USCA Case #23-3126    Document #2057130    Filed: 05/30/2024    Page 127 of 195

1      THE WITNESS:  I did.

2      Would you mind repeating the question?  I want to

3  answer it properly.

4  BY MR. HANDRICH:

5  Q.  You took the sergeant exam as soon as you could?

6  A.  Yes.

7  Q.  Right.  Which then promoted you as soon as you could,

8  correct?

9  A.  Well, I took the sergeants' exam, and I was eventually

10  promoted, yes.

11  Q.  And that's because you weren't -- your career interest

12  wasn't doing narcotics work; it was being a supervisor or a

13  boss?

14  A.  No.  There's many reasons to take -- study for and take

15  a promotional exam.

16  Q.  Okay.  So that wasn't your reason; that's your

17  testimony?

18  A.  My testimony --

19      THE COURT:  The objection is sustained.

20      I don't care about his ambitions.  I care about

21  his experience --

22      MR. HANDRICH:  Right, his experience --

23      THE COURT:  -- and the fact that -- based on what

24  he read here, he doesn't know what these four texts or

25  Blackberry messenger texts mean.  That's his testimony.

JA909

1          MR. HANDRICH:  Okay.  And the only thing I am

2     trying to explore -- and I will just ask one more question

3     on this.

4          THE COURT:  Okay.  Then let's move on.

5     BY MR. HANDRICH:

6     Q.  Okay.  What relevant experience do you have to be able

7     to interpret Blackberry messages between members of a

8     Mexican cartel?  What relevant experience do you have?

9          MR. BEST:  I am going to object to that.

10          THE COURT:  Okay.  Overruled.

11          THE WITNESS:  I have supervised wiretaps.  I

12     understand that people speak in coded messages.

13          I have never retrieved a message from a Blackberry

14     messenger, but we have -- in my experience, have wiretapped

15     phones, cell phones, beepers, pagers, fax machines.

16     Everyone speaks in coded messages, and things need to be

17     interpreted.

18     BY MR. HANDRICH:

19     Q.  Any experience with Mexican cartel members?

20     A.  Yes.

21     Q.  When?

22     A.  When I was the commanding officer at JFK Narcotics

23     Smuggling Unit, it was an international enforcement unit;

24     and we dealt with narcotics traffickers from -- globally.

25     Q.  So going to -- if we could look at

1    Government Exhibit 20, one of the exhibits that you were

2    asked about.

3         Before we looked at several lines on this exhibit,

4    you did have access to the entire trove of discovery turned

5    over months ago or even -- in some case -- some of the

6    discovery years ago about this case, correct?

7    A.  I reviewed the case.  I don't know that I have the

8    entirety of the documents.  I reviewed probably over 2000

9    pages.

10   Q.  Okay.  Well, have you reviewed the entire wire -- the

11   thousands of messages between the defendant, his family,

12   Mencho, the leader of CJNG, his son Menchito -- have you

13   reviewed all of those communications amongst all of them?

14        MR. BEST:  Court's indulgence.  It's assuming -- I

15   am going to object --

16        THE COURT:  Do you have a microphone right there,

17   Mr. Best?  Use that.

18        MR. BEST:  I am going to object, Your Honor.

19        First of all, it's an inaccurate statement.  On

20   the thousands of texts that are before this Court now, there

21   are --

22        THE COURT:  That was not the question.  The

23   question is, had he reviewed all of the discovery of

24   intercepted communications relevant to this case.

25        Your objection is overruled.

1          MR. BEST:  Okay.  I don't have any objection to a

2     thousand -- how much -- how much he has reviewed.

3          It's the reference to our client's part of that

4     that was labeled as a reference, the thousands of text

5     messages from Gerardo Gonzalez Valencia -- that's just

6     simply inaccurate.  So if I could just have it rephrased.

7     BY MR. HANDRICH:

8     Q.  Have you reviewed the whole text exchange at issue?

9     It's as simple as that.

10          THE COURT:  The objection is overruled.

11     BY MR. HANDRICH:

12     Q.  So my question is, have you reviewed the thousands of

13     Blackberry messages between -- right? -- I am not saying

14     they are all from one particular person -- amongst people

15     including the defendant; his brothers; Mencho, the leader of

16     CJNG; Menchito, his son; and various other members of the

17     cartel -- have you reviewed all of those messages that were

18     provided to the defense in discovery?

19     A.  I don't know because -- it's a question of:  I don't

20     know what I don't know.  I don't know that I have been

21     provided every piece of evidence in this case.

22     Q.  Well, how many messages were you provided?  Not pages of

23     discovery, how many messages?

24     A.  I don't recall.

25     Q.  Ten?

1    A.  I'm -- I'm not going to be able to recall that number.

2    Q.  100?

3    A.  I don't recall.

4    Q.  It can't be more than 2,000, right? -- because you said

5    the total amount of items you reviewed --

6            THE COURT:  Move on.  He said he doesn't remember.

7            MR. HANDRICH:  Okay.

8    BY MR. HANDRICH:

9    Q.  So let's look at Government Exhibit 20, line 3.

10           "Boss" is the username.  "el Serveo called me.

11   The old man wants 100 at 50 and 50, but it works for him at

12   26."

13   A.  Okay.  I see that.

14   Q.  So what was the price of cocaine in various parts of the

15   United States in 2000- -- in the summer of 2013?

16   A.  I believe I heard testimony yesterday that in Europe it

17   was $26,000 a kilo.

18   Q.  That wasn't my question.

19           Right.  You are this 20-year police officer, you

20   have been working with law enforcement for another 20 years.

21   You have done surveillance, countersurveillance; you told us

22   all about it.

23           I am asking you:  Summer of 2013, with your vast

24   knowledge, what was the price of cocaine in various places

25   of the United States?

 1            Not what you heard in the courtroom, based on your

 2    relevant experience.

 3    A.  I don't know.

 4    Q.  Can't tell us anywhere?  Can't tell us Houston, L.A.,

 5    New York, Chicago, Atlanta?

 6    A.  What the price of a kilogram of cocaine was in 2013 --

 7    Q.  Correct.

 8    A.  -- in various cities in the United States?

 9    Q.  Correct.  That's my question.

10    A.  No, I can't.

11            MR. HANDRICH:  I am just about done, Your Honor.

12    BY MR. HANDRICH:

13    Q.  Did you review the travel records and the various

14    passports records and entries in and out of various

15    countries as part of your work on this case?

16            MR. BEST:  I am going to object.  Beyond the

17    scope.

18            THE COURT:  Overruled.

19            THE WITNESS:  I don't recall.

20    BY MR. HANDRICH:

21    Q.  So you don't recall at all?

22            You don't know anything about the defendant's

23    travel between Uruguay, Brazil, Mexico, back between 2012

24    and 2014?

25    A.  I did see reference to that, but I don't recall detail

 1    of it right now without it being in front of me.

 2              MR. HANDRICH:  Thank you.  I have no further

 3    questions.

 4              THE COURT:  Any redirect?

 5              MR. BEST:  No, Your Honor.

 6              THE COURT:  All right.  We're going to take a

 7    ten-minute break.

 8              (Whereupon, a recess taken.)

 9              (ELPIDIO MOJARRO RAMIREZ, Government Witness,

10    Sworn.)

11              THE COURT:  All right.  And who is this witness?

12                        DIRECT EXAMINATION

13    BY MS. NASEEF:

14    Q.  Could you please state your name for the record.

15    A.  Elpidio Mojarro Ramirez.

16    Q.  Are you -- are you vaccinated?

17    A.  Yes.

18    Q.  Are you feeling okay today?

19    A.  Yes.

20    Q.  Do you -- do you want to keep the mask on, or would you

21    like to take the mask off?

22    A.  I would like to remove it.

23              THE COURT:  Okay.  You may remove your mask.  Yes.

24    BY MS. NASEEF:

25    Q.  Did you use any other names in the past?

USCA Case #23-3126     Document #2057130          Filed: 05/30/2024     Page 134 of 195

1    A.  Yes.  Augustin Reyes Garza.

2    Q.  And did you go by any nicknames?

3    A.  Yes.  Pilo or Don Pilo.

4    Q.  Where are you from?

5    A.  From Guadalajara, Jalisco, Mexico.

6    Q.  Do you understand some English?

7    A.  Yes.

8    Q.  Do you feel more comfortable testifying today with the

9    assistance of an interpreter?

10   A.  Better with an interpreter.

11   Q.  Are you currently incarcerated?

12   A.  Yes.

13   Q.  And have you been convicted of conspiracy to distribute

14   cocaine for importation into the United States?

15   A.  Yes.

16   Q.  Have you also been convicted of conspiracy to distribute

17   cocaine onboard an aircraft registered in the United States?

18   A.  Yes.

19   Q.  And did you plead guilty in that case?

20   A.  Yes.

21   Q.  As part of that guilty plea, did you agree to cooperate

22   with the government?

23   A.  Yes.

24   Q.  Does your cooperation include meeting with agents and

25   prosecutors?

USCA Case #23-3126    Document #2057130    Filed: 05/30/2024    Page 135 of 195

1    A.  That's right.

2    Q.  Does it include testifying at hearings such as today?

3    A.  Yes.

4    Q.  And under the agreement, are you obligated to tell the

5    truth?

6    A.  That's right.

7    Q.  Have you been promised or guaranteed anything in return

8    for your cooperation?

9    A.  No.

10   Q.  Have you been sentenced yet?

11   A.  No.

12   Q.  Do you know how much prison time you could receive?

13   A.  Yes.

14   Q.  How much?

15   A.  From 20 years to life.

16   Q.  Are you hoping to receive a reduction in sentence in

17   exchange for your cooperation?

18   A.  Yes.

19   Q.  Who ultimately decides what sentence you will receive?

20   A.  The judge.

21   Q.  When you were distributing cocaine, were you working on

22   behalf of a particular organization?

23   A.  Yes, the Milenio cartel.

24        THE COURT:  And who is the judge in which his case

25   is pending?

```
1                    MS. NASEEF:  Judge Cooper.

2                    THE COURT:  Okay.

3    BY MS. NASEEF:

4    Q.  When did you first become involved in the distribution

5    of cocaine for the Milenio cartel?

6    A.  In the year 2000.

7    Q.  And what was your role in the cartel when you started

8    working with them?

9    A.  I transported cocaine for them.

10   Q.  And did you have any other roles when you worked for the

11   Milenio cartel?

12   A.  In the beginning, I only transported the goods.  And

13   then I was the treasurer, and also in charge of keeping the

14   goods and also receiving the money and making payments

15   according to what my boss ordered me.

16   Q.  And who was your boss?

17   A.  Oscar Nava Valencia.

18   Q.  Did he go by any nicknames?

19   A.  El Lobo.

20   Q.  Was Lobo the leader of the Milenio cartel when he was

21   your boss?

22   A.  That's right.

23   Q.  Do you recognize anyone in this courtroom that you

24   worked with while you were a part of the Milenio cartel?

25   A.  Yes.  The gentleman that's seated there with a khaki
```

```
 1    uniform.
 2            MS. NASEEF:  Let the record reflect that the
 3    witness pointed towards the defendant and identified him by
 4    the color of his outfit.
 5            THE COURT:  Let the record so reflect.
 6    BY MS. NASEEF:
 7    Q.  Is the defendant wearing a mask today?
 8    A.  That's right.
 9    Q.  Are you still able to recognize him?
10    A.  Of course.
11    Q.  Do you know any nicknames that the defendant used?
12    A.  El Flaco -- Lalo, el Flaco, or el Cuini -- or el Cuini.
13    He belongs to the Cuinis.
14    Q.  Did he use the nickname el Cuini, or does he belong to
15    the Cuinis?
16    A.  No.  I knew him as Lalo or Flaco.
17    Q.  When did you first meet the defendant?
18    A.  Around 2004, 2005.
19    Q.  And where was that that you met him?
20    A.  In an office of Milenio in Guadalajapas [sic], Jalisco.
21    Q.  And why was the defendant at the Milenio office that day
22    that you met him?
23    A.  Because he and his brothers went there -- to us -- for
24    help to Lobo because they had been -- stolen some
25    merchandise in Coyuca de la Cruz [sic].
```

JA919

1    Q.  We'll talk about that in a minute.

2        At that time, when you first met him, was the

3    defendant part of the Milenio cartel?

4    A.  Yes.

5    Q.  And how many times, approximately, did you see the

6    defendant in person while you were both working for the

7    Milenio cartel?

8    A.  Around 20 times.

9    Q.  Did you ever speak to the defendant on the telephone?

10   A.  On the phone, maybe two times, maximum three times.

11   Q.  Did the defendant have any siblings?

12   A.  Yes.  They are many.  I think there are 18 siblings.

13   Q.  As far as you know, did any of the other siblings go by

14   the nickname "Lalo"?

15   A.  No.

16   Q.  And were any of those other siblings also involved in

17   drug trafficking?

18   A.  Yes.

19   Q.  And which other siblings did you know to be involved in

20   drug trafficking?

21   A.  Abigael Gonzalez Valencia and Jose Gonzalez Valencia.

22   Q.  Did you know the nicknames that Abigael and Jose used?

23   A.  Yes.  Abigael's is Cuini, and Jose, la Chepa.

24   Q.  And how many times did you see Abigael in person,

25   approximately, when you were working together?

1    A.  More than 100 times.

2    Q.  And did you ever speak with Abigael on the phone?

3    A.  With him, I talked many times, maybe a hundred times,

4    200 times.  Many times I talked to him on the phone.

5    Q.  And how many times did you see la Chepa in person,

6    approximately?

7    A.  La Chepa, around 30 times.

8    Q.  And how did you and others in the Milenio cartel

9    commonly refer to the Gonzalez Valencia brothers as a group?

10   A.  Los Cuinis.

11   Q.  Did the Cuinis have anyone else that worked for them

12   while they were part of the Milenio cartel?

13   A.  Yes, of course.  They had many, around 50 people working

14   for them.

15   Q.  And what did those people do, generally?

16   A.  Receiving cocaine and carrying the money.

17   Q.  Do you know who the leader of Los Cuinis was?

18   A.  The one that talked the most, that was out the most was

19   el Cuini, but, in fact, the one that was the real boss was

20   Lalo.

21   Q.  Why did you believe that Lalo was the real boss?

22   A.  Because he always referred to him as "the boss."  And he

23   would always ask him what -- how do you say -- he would

24   always ask for his opinion -- well, not his opinion.  But it

25   was like me and Lobo, I would always ask Lobo if it was okay

 1  when I did something.  And I did what Lobo told me.

 2  Q.  So Abigael always asked Lalo if things were okay before

 3  he did them?

 4  A.  Yes, before making a decision he would call him.

 5  Q.  And did you ever hear Abigael ask for Gerardo's

 6  approval?

 7  A.  Yes.  Of course, yes.

 8  Q.  And how were Abigael and Lalo communicating when you

 9  heard Abigael ask for Lalo's approval?

10  A.  By Nextel, Nextel radio.

11  Q.  Can you explain briefly what a Nextel radio is?

12  A.  Yes.  It's a telephone that can be used as a radio or as

13  a telephone.

14  Q.  And when it's used as a radio, is it similar to the

15  phone being on speakerphone so everyone around can hear it?

16  A.  That's right.

17  Q.  And was Abigael using it in that radio form when you

18  heard him ask for Lalo's approval?

19  A.  On occasions, yes.

20  Q.  And when Abigael was asking for Lalo's approval, what

21  was he asking for his approval on, generally?

22  A.  For example, on one occasion there was a problem because

23  the merchandise was coming late.  And I told Cuini that

24  there was no problem that it was late, but he said, "No, I

25  have to inform my brother of what's going on."

1    Q.  And that's just one example of when Abigael was

2    deferring to Lalo?

3    A.  That's right.

4    Q.  When you say "merchandise," what are you referring to?

5    A.  Cocaine.

6    Q.  Were there other times when Abigael -- and I don't want

7    to walk through all of them.  But were there other times

8    when Abigael deferred to Lalo that you heard?

9    A.  What do you mean?  I did not understand the question.

10   Q.  Were there other times -- and I don't want to walk

11   through each of them one by one.  but were there other times

12   when Abigael asked for Lalo's approval before doing

13   something and you heard it?

14   A.  Yes, of course.

15   Q.  You mentioned before that Oscar Nava Valencia was your

16   boss.  Was he also Gerardo's boss?

17   A.  No, they were partners.

18   Q.  Were you personally involved in cocaine shipments that

19   Gerardo and his brothers invested in?

20            THE INTERPRETER:  Interpreter requests repetition,

21   please.

22   BY MS. NASEEF:

23   Q.  Were you personally involved in cocaine shipments that

24   Gerardo and his brothers invested in?

25   A.  Yes.

JA923

1    Q.  Are you familiar with the drug trafficking

2    transportation route that used Televisa television trucks to

3    transport cocaine?

4    A.  That's right.

5    Q.  And when did you first become aware of this route,

6    approximately?

7    A.  2007, 2008, 2007.

8    Q.  Can you briefly explain how the route worked?

9    A.  Yes.  There are trucks that carry equipment that goes to

10   Central America and South America -- mainly Central America,

11   Costa Rica, Panama -- and they repair antennas, TV antennas.

12   I don't know exactly what it is because I am not an engineer

13   on that, but they travel every three months, approximately.

14   Q.  And how do they transport the cocaine?

15   A.  Since they transport a lot of equipment, electronics

16   that are very expensive, cameras and other expensive

17   electronics, they don't get checked at the checkpoints.  And

18   so they just put the cocaine right there, not like normally

19   where they put it in hidden compartments.

20   Q.  After you learned about this route, did you tell anyone

21   else about it?

22   A.  Yes, of course.  When this person approached me, I took

23   him to lobo so he would talk to him.

24   Q.  And did the person who told you about the Televisa route

25   tell Lobo about it as well?

```
 1    A.  Yes, of course.  He explained to him how everything
 2    worked.
 3    Q.  And were you there during that meeting between the two
 4    of them?
 5    A.  Yes, of course.
 6    Q.  And did the Cuinis ever use the Televisa route to
 7    transport cocaine?
 8    A.  Yes, of course.  Because it wasn't convenient for Lobo
 9    because of the cost.  That was very high.  They had to pay
10    $2,000 to the people transporting, and also give the
11    Televisa people 35 percent.  So it wasn't convenient for
12    him.
13    Q.  Just to clarify, when you say they had to pay $2,000,
14    was that $2,000 per kilo or $2,000 per load?
15    A.  Per kilo.
16    Q.  And you said you know that the Cuinis used this route.
17    How did you know that the Cuinis used that route to
18    transport cocaine?
19    A.  Because Lobo called them because he knew they had
20    merchandise in Costa Rica.
21    Q.  And just from here on out, when you refer to
22    "merchandise," are you always referring to cocaine?
23    A.  Yes, always.  I'm sorry.
24            MS. NASEEF:  It's okay.  And -- excuse me.
25            One second, Your Honor.
```

1          THE COURT:  Sure.

2          So despite the high cost of using the Televisa

3    trucks, you are saying that the Cuinis used it anyway?

4          THE WITNESS:  Yes.  When -- Lobo stopped using it

5    because of the high cost, then he looked for them to see if

6    it was convenient for them.  And they decided to use it.

7    BY MS. NASEEF:

8    Q.  And when you -- were you present when Lobo offered this

9    route to them?  For those discussions, were you present?

10   A.  Yes.  I was in there.

11   Q.  And who else was present?

12   A.  It was Mr. Lalo, Mr. Abigael, and el Chepa.

13   Q.  Did you ever transport cocaine for the Cuinis from Porto

14   Progreso to Guadalajara?

15   A.  Yes.

16   Q.  And when you say that you transported it, did you

17   personally move the cocaine from one point to another, or

18   did you have workers who did that for you?

19   A.  I had workers.

20   Q.  And do you know how that cocaine got to Porto Progreso?

21   A.  No.

22   Q.  And how much cocaine did you transport from Porto

23   Progreso to Guadalajara for the Cuinis?

24   A.  Approximately 750 kilos of cocaine.

25   Q.  And were there any problems with that transportation?

1    A.  Everything arrived well, but there was a problem on the

2    way so it took a little bit of time to arrive.

3    Q.  What was the problem along the way?

4    A.  They put an arco [sic] to check me and so it took me

5    three more days to arrive.

6            THE INTERPRETER:  Interpreter correction.

7            THE WITNESS:  "Arco," I am referring to x-rays

8    that the trucks had to -- had to go under x-rays.

9    BY MS. NASEEF:

10   Q.  So if I can just clarify.  There was a checkpoint on the

11   road between Porto Progreso and Guadalajara that delayed

12   that shipment; is that right?

13   A.  Correct.

14   Q.  And did you have to explain that delay to anyone?

15   A.  Yes.  To Cuini because he was putting pressure on me.

16   Q.  And why was Cuini putting pressure on you?

17   A.  Because he needed the merchandise to arrive soon because

18   the transportation he had arranged for was going to leave.

19   Q.  And did Cuini tell anyone else about the delay?

20   A.  Yes.  I explained to him that it wasn't important if it

21   took one more day or one day less, that I preferred for the

22   merchandise to be delayed a little bit rather than losing it

23   because of the haste.  But he explained to me that he did

24   not have a problem with that but his brother did; that he

25   needed that urgently because of the transportation he had

1  arranged and that, otherwise, it would take a lot longer

2  because I had to wait perhaps for another ship -- another

3  transportation.  Maybe they did the transportation every 15

4  days, so they wanted to do it on that occasion, sooner.

5  Q.  Okay.  When you say "his brother," Abigael or Cuini's

6  brother had a problem with the delay, who are you referring

7  to?

8  A.  He was referring to Lalo, because he was always

9  explaining things to him.

10  Q.  And were you actually present when Abigael told Lalo

11  about the delay?

12  A.  Yes, of course.

13  Q.  Did Abigael tell you what the Cuinis planned to do with

14  the cocaine after it arrived in Guadalajara?

15  A.  I normally don't ask any questions because in drug

16  trafficking the least you know the better.  But on that

17  occasion I did ask.  I said, "Hey, man, why so much hurry?

18  Why are you in such a hurry?"

19       He said, "No, it's because my brother has a

20  transportation in Tijuana and the transportation is going to

21  leave."

22  Q.  Did you ever -- did Abigael ever ask you to transport

23  another shipment of cocaine from Porto Progreso after that

24  one we just talked about?

25  A.  Yes, of course.

1    Q.  And how much did Abigael say he was going to receive the

2    second time?

3    A.  More than a thousand kilos.

4    Q.  And did you ever pick up that shipment for him?

5    A.  Yes.  I sent the trucks to pick that up, but it fell --

6    it didn't arrive because it was seized.

7    Q.  And who told you that it was seized?

8    A.  Abigael did.

9    Q.  And did Abigael tell you how the cocaine was packaged

10   that was seized?

11   A.  Yes, that it came in shark's meat.

12   Q.  And did Abigael tell you about the route that the

13   cocaine took before it was seized?

14   A.  Yes.  It was in a boat, in a vessel, that had a flag

15   from the Marshall Islands.  And I thought it was illogical

16   because that a ship had touched ports in the United States,

17   and then it went from American ports to Porto Progreso.  And

18   I never forgot that name, the Marshall Islands, because they

19   were looking for me in the Marshall Islands since 1993.  So

20   I never forgot the name.

21   Q.  The Marshall Islands were looking for you, or the

22   U.S. Marshals were looking for you?

23   A.  Yes.  The marshals were.  But the name -- I never knew

24   that there were islands called the Marshall Islands.

25   Q.  Did you ever coordinate the Milenio cartel's use of

1   commercial airplanes to transport cocaine?

2   A.  Yes, of course.

3   Q.  And when was that, approximately?

4   A.  2008, 2009.

5   Q.  And when you were overseeing the cartel's use of those

6   airplanes, where were they leaving from?

7   A.  They were leaving from Guadalajara; some of them went to

8   Chicago, and some to Tijuana.

9   Q.  And did any of the cocaine that was sent on those

10  airplanes while you were overseeing it belong to Gerardo

11  Gonzalez Valencia?

12  A.  Yes, that's right.

13  Q.  And how did you know that?

14  A.  Because Cuini told me.

15  Q.  Do you know who Antonio Guizar Valencia was?

16  A.  Yes, I know who he was.

17  Q.  Who was he?

18  A.  Antonio Guizar was the one who stole the merchandise

19  from the Cuinis when they asked for help.

20  Q.  Did you refer to that earlier when you said the first

21  time you met Lalo was when they were asking for help with

22  some stolen merchandise?

23  A.  Yes, that's right.

24  Q.  And did Antonio Guizar Valencia have any siblings that

25  you knew?

145

1    A.  Yes.  Carlitos.

2    Q.  Did Carlitos go by any other nicknames at any point?

3    A.  Zeta 43.

4    Q.  And what happened to Antonio Guizar?

5    A.  He was killed.

6    Q.  And who ordered his killing?

7    A.  The Cuinis.

8    Q.  And how do you know that?

9    A.  Because when they went to ask for help to the Milenios,

10   they had sent people to try to recover the merchandise.  And

11   when they did and they didn't find it, they killed him.

12   Q.  When the Cuinis came to ask the Milenio cartel for

13   assistance, were you present during those conversations?

14   A.  Yes.  At first, yes.

15   Q.  And when you say "Los Cuinis," who specifically are you

16   referring to that was present during those conversations

17   that you heard?

18   A.  When I refer to the "Cuinis," I am referring to the

19   three brothers:  Lalo, Chepa, Cuini.  And when I say

20   "Cuini," I mean Abigael; and when I say "Chepa," I mean

21   Chepa; and when I say "Lalo," I mean Gerardo.

22   Q.  And when the Cuinis were asking for Milenio's support to

23   find Antonio, Lalo was present?

24   A.  Yes, that's right.

25   Q.  Did Lobo agree to support Gerardo and his brothers?

JA931

1   A.  Yes.  He was in agreement.

2   Q.  And what happened after Lobo agreed to support them?

3   A.  He sent a group of people to support the people who were

4   there in Chiapas with the Chinos.  The group was led by el

5   Morgor [sic], and a relative of the Cuinis called el Wucho

6   [sic].

7                INTERPRETER:  The interpreter requests a

8   repetition of the witness's answer.

9                THE COURT:  Could you repeat your answer?

10               THE WITNESS:  In Chiapas they were supported by

11  Martin Coruco.

12  BY MS. NASEEF:

13  Q.  Was anyone other than Antonio Guizar killed at the ranch

14  that day?

15  A.  Yes.  Another three people.

16  Q.  And do you know who paid the gunmen who carried out the

17  killing?

18  A.  The Cuinis.

19  Q.  How do you know that?

20  A.  Because I was the one who turned in the money to the

21  group that went.  And when we did the accounting with el

22  Lobo, I told him that the Cuinis had already paid.  And

23  besides, they got back some of that money, like a million or

24  so dollars.

25  Q.  So when you say you collected the money and all of that,

JA932

1    was that part of your job as the treasurer or accountant for

2    the Milenio cartel?

3    A.  I was the accountant.

4    Q.  And when you say they got some money back, how did they

5    get some money back?

6    A.  After they killed Antonio Guizar, they kept trying to

7    find the money.  And so they were looking for it, and

8    somehow, somebody from Antonio Guizar's side had the money.

9    And so they took it, and they got it back.

10   Q.  Did they ever recover any of the stolen cocaine, though?

11   A.  No.  It was cash.

12   Q.  Are you familiar with an individual named Mingo Mendoza

13   Sandoval?

14   A.  Yes, of course.

15   Q.  And was Mingo related to Gerardo Gonzalez Valencia?

16   A.  Yes.  It's his brother-in-law.

17   Q.  Did Mingo and Gerardo ever work together?

18   A.  Gerardo was Mingo's boss.  It was like me with Lobo.  He

19   was his secretary, his treasurer, you know.

20   Q.  When was the last time you saw Mingo?

21   A.  2011.

22   Q.  And where was that that you saw him the last time?

23   A.  In la Ruana, Michoacan.

24   Q.  And why was Mingo in Michoacan?

25   A.  He went to ask for help because Lalo had ordered to have

1    him killed.

2    Q.  And did Mingo tell you this himself?

3    A.  Yes, of course.

4    Q.  And why did Mingo say Gerardo was trying to kill him?

5    A.  Because they had tried to come to an agreement together,

6    and it just didn't work out.  They had certain amounts, like

7    600,000.  And so they spent all afternoon trying to come to

8    an agreement, and it didn't happen.  And so he said go;

9    tomorrow, I am going to send Mencho, and you can figure it

10   out with him.

11   Q.  When you say they were trying to figure it out, what

12   were they -- and 600,000, was that accounting that they were

13   trying to figure out?

14   A.  Correct.  When they did their accounting it didn't come

15   out right.

16   Q.  And by "they," are you talking about Mingo and Gerardo?

17   A.  Yes.  Correct.

18   Q.  Okay.  So you said Gerardo said he would send Mencho to

19   meet with Mingo; is that right?

20   A.  Yes.  To settle the accounts.

21   Q.  And what did Mingo say happened next?

22   A.  So he had been waiting all day, that whole next day.

23   And then, in the afternoon, Mencho -- he saw him arriving.

24   And he knew who it was because he always went around the

25   same way.  He had three or four trucks with a lot of people

1  in them.  But that day it seemed weird to him because he had

2  more than normal with him.  And he wasn't happy about it.

3  He didn't want to have to settle the accounts with him --

4  not with Gerardo.  He should have been doing them with him.

5  Q.  I'm sorry you used "him" and "he" a lot.

6       Who arrived in the trucks?

7  A.  Mencho.  Mencho with his people.

8  Q.  Okay.  And please continue.

9       What happened when Mencho -- well, where did

10  Mencho arrive in the trucks with his people?

11  A.  At Mingo's ranch.

12  Q.  And what happened when Mencho got to Mingo's ranch?

13  A.  He hid.  And when they couldn't find him, they killed a

14  brother and three workers in front of Mingo's mom and his

15  sister, I believe.

16  Q.  And how did Mingo know to hide?

17  A.  He didn't know to hide, but because he saw a lot of

18  people coming -- and he simply knew how Mencho was.  And

19  so...

20  Q.  Is Mingo still alive?

21  A.  No.

22  Q.  Do you know approximately how many years later Mingo

23  died?

24  A.  Like two years later or less.

25  Q.  And one last question.

1          I think you mentioned it before, but why was Mingo

2     telling you all of this?

3     A.  Because he wanted us to support him together with the

4     familia Michoacana.

5          MS. NASEEF:  No further questions.

6          THE COURT:  You said that Mingo died two years or

7     later after this incident at his ranch.  How did he die?

8     Naturally, or was he murdered?

9          THE WITNESS:  He was murdered.

10          THE COURT:  All right.  Ms. Sanchez.

11                    CROSS-EXAMINATION

12     BY MS. SANCHEZ:

13     Q.  Good afternoon.

14     A.  Good afternoon.

15     Q.  They refer to you as "Pilo"; is that correct?

16     A.  Yes, that's right.

17     Q.  And which is your true name, Elpidio Mojarro Ramirez or

18     Augustin Reyes?

19     A.  Elpidio Mojarro Ramirez.

20     Q.  Mr. Mojarro, you have a case pending here in the

21     District of Columbia, correct?

22     A.  Correct.

23     Q.  And you found out about possible charges against you

24     sometime after your prior boss, Oscar Nava Valencia, was

25     arrested and extradited to the United States; isn't that

```
1    correct?

2    A.  What?  If I found out -- I didn't understand.

3    Q.  What year were you charged in the United States on your

4    most recent case?

5    A.  I don't understand what the question is.  I am not

6    hearing very well.

7            THE COURT:  We're going to replace the earphones.

8    The batteries sometimes wear out quickly.

9            (Technology difficulty addressed.)

10           THE COURT:  Okay.  Please proceed.

11   BY MS. SANCHEZ:

12   Q.  I'm going to back up a little bit.

13           In 1988 you were charged with conspiracy with

14   intent to distribute cocaine here in the United States; is

15   that correct?

16   A.  Yes.

17   Q.  And you were sentenced to 97 months and four years of

18   supervised release?

19   A.  Yes.

20   Q.  Did you finish that sentence?

21   A.  No.

22   Q.  Did you escape from the federal prison camp in South

23   Dakota on that case?

24   A.  Yes, that's right.

25   Q.  Is that escape charge still pending in the
```

```
1    United States?

2    A.  Yes, correct.

3    Q.  And when you escaped in around 19- -- when was it,

4    around 1993, give or take?  '92, '93, you went back to

5    Mexico?

6    A.  Yes.  That's how it was.

7    Q.  And then, fast-forward, you have a case pending in the

8    District of Columbia that I believe is -- was charged or

9    indicted in 2018; is that correct?

10   A.  Correct.

11   Q.  But you knew about the investigation and the charges

12   before 2018 here in the United States; isn't that right?

13   A.  Yes.

14   Q.  And, in fact, you started cooperating with the DEA

15   agents and the prosecutors as early as 2014, 2015; is that

16   right?

17   A.  Correct.

18   Q.  And they met you in places like Madrid and the Bahamas?

19   A.  That's right.

20   Q.  And so they -- you started giving information to them

21   way before the actual charge came about in 2018; is that

22   right?

23   A.  Yes.

24   Q.  And you started -- well, how did you find out about the

25   investigation that prompted you to start cooperating with
```

JA938

1    them in different countries?

2    A.  How did I find out?  Lobo told me.

3    Q.  Because Lobo at that point was in the United States

4    facing his own charges, correct?  Since his arrest in 2009?

5    A.  That's right.

6    Q.  Once Lobo was arrested in October of 2009, his brother

7    el Tigre took over the Milenio cartel for a period of time?

8    A.  That's right, until May of 2010.

9    Q.  And in May of 2010, that's when there was that split in

10   the Milenio cartel where you created what they call la

11   Resistencia, and the Cuinis -- or let me -- not the

12   "Cuinis" -- let me say 85 -- the individual known as 85

13   created what is known as the CJNG cartel; is that right?

14   A.  I never created any resistencia.  And it wasn't that

15   other Valencia who created the New Jalisco Generation

16   Cartel, it was Gerardo Gonzalez Valencia who did.

17   Q.  Okay.  But in your own debriefing notes to the

18   government since 2015, you yourself told them that the head

19   was 85, Erik, and then after 85 was arrested, el Mencho took

20   over?

21   A.  Well, there must be an error there in the notes.

22        It was always the Boss who was put there by the

23   Cuinis, by Gerardo, was Mencho.  He was always presented as

24   the boss of the New Generation Jalisco Cartel.

25   Q.  Well, because, in fact, Mencho was the boss and is the

1    boss of the cartel; isn't that correct?

2    A.  That's right.

3    Q.  And, in fact, you are aware that my client, Gerardo

4    Gonzalez Valencia, left Mexico in 2009 and moved to

5    Argentina; isn't that right?

6    A.  Am I aware of that, or --

7    Q.  Yes.

8    A.  No.

9    Q.  Going back to the case that you are pending --

10           THE COURT:  Can I just follow up on that?  Sorry.

11           So when is it that you were arrested in Mexico and

12    extradited to the United States?

13           THE WITNESS:  I was never arrested.

14           THE COURT:  Okay.  So when did you come to the

15    United States to face charges?

16           THE WITNESS:  In 2008.

17           THE INTERPRETER:  Interpreter correction:  2018.

18           THE COURT:  So were you living in Mexico between

19    2009 and 2018?

20           THE WITNESS:  That's right.  But I was in Spain

21    for a period between 2012 and 2013.

22           THE COURT:  All right.  And during the period

23    before you came to the United States, did you have

24    opportunities to see this defendant in this case, Gerardo

25    Gonzalez Valencia?

1          THE WITNESS:  At what time?

2          THE COURT:  Between 2009 and 2012.

3          THE WITNESS:  I saw him -- up to 2010.  And it was

4      2010 when the Milenio cartel broke up, in May.

5          THE COURT:  All right.  Well, you said that you

6      did not know anything about Gerardo Gonzalez Valencia living

7      in Argentina.  So do you know anything about where he was

8      living after 2009?

9          THE WITNESS:  I didn't see him in 2010.  For me,

10     he was living in Mexico at that time.

11         THE COURT:  All right.

12     BY MS. SANCHEZ:

13     Q.  But you didn't see him in Mexico; is that right?

14     A.  Who?  Who did I not see in Mexico?

15     Q.  The person we're talking about, Gerardo Gonzalez

16     Valencia.

17     A.  Well, of course.  I saw him in Mexico in 2010, in an

18     apartment.

19     Q.  You just testified to the Court that you didn't see him

20     in -- after 2010 because of the breakup of the Milenio

21     cartel.

22         Are you changing your testimony?

23     A.  No.  I said May in 2010 is when Milenio broke up, and

24     after that date I didn't see him.

25     Q.  Okay.  We'll use May of 2010.

USCA Case #23-3126    Document #2057130    Filed: 05/30/2024    Page 160 of 195

1    After May of 2010, you never -- you don't know

2    where Gerardo Gonzalez Valencia was?

3    A.  No.

4    Q.  Now, going back to the case -- the charges here in the

5    District, you have pled guilty; is that correct?

6    A.  Yes.

7    Q.  And when you pled guilty, did the government make any

8    recommendations as to what they would ask for your sentence

9    to be?

10    A.  Yes.

11    Q.  And what did they recommend?

12    A.  To cooperate with them.

13    Q.  Right.  But did they make any recommendation within the

14    plea agreement as to what they would recommend to the Court

15    at sentencing?

16    A.  No.  Just that they were going to make a recommendation.

17    Q.  And the Court knew about -- or, I'm sorry, the

18    government knows about the escape charge from '93, correct?

19    A.  Correct.

20    Q.  They know about the period of time when you were leading

21    the Milenio cartel, correct?

22    A.  Correct.

23    Q.  And they also know about a murder, a massacre of 26

24    people that you admitted in November of 2011?

25    A.  November 2011 I was no longer the leader of Milenio;

157

```
1    tigre was in charge of Milenio.
2    Q.  You just testified that Milenio broke up in May of 2010.
3    A.  Yes.  But Tigre was in jail, and I was in charge only
4    from May 2010 until October 2011.
5    Q.  Okay.  And what was the murder -- massacre of 26 people
6    in November of 2011 that you told the government about that
7    you had committed?
8    A.  That I told the government that I had committed?
9    Q.  Yes.
10   A.  I never committed that.  It was the Zetas who committed
11   that.  I couldn't have said that that I did not do.
12           MS. SANCHEZ:  All right.  Your Honor, if I could
13   admit into evidence the *Giglio* letter that was produced as
14   part of the disclosures.
15           (Whereupon, counsel confer.)
16           MS. SANCHEZ:  I will get the letter from the
17   government and admit it into evidence, but I'll move on.
18           THE COURT:  You don't have it right there?
19           Well, you will just move on.
20           MS. SANCHEZ:  Your Honor, here is the letter.
21   We'll mark it as Defense Exhibit No. 67.
22           THE COURT:  And what's the date of the letter for
23   the record?
24           MS. SANCHEZ:  The letter is March 23 of 2023, and
25   it is on page 4.
```

JA943

 1           MS. NASEEF:  Your Honor, no objection to the

 2    admission of the *Giglio* letter, but that was not the

 3    defendant's statement.  It just says the government has

 4    information X.  It doesn't attribute where that information

 5    was from.

 6           THE COURT:  All right.  Well, it's admitted.

 7           (Defense Exhibit 67 admitted.)

 8           THE COURT:  Do you need it?  I like to keep track

 9    of things.

10           MS. SANCHEZ:  Your Honor, it's halfway down

11    page 4.

12           MS. NASEEF:  Your Honor, can we please clarify

13    what exhibit number that is, please?

14           THE COURT:  67.  Defense Exhibit 67.

15    BY MS. SANCHEZ:

16    Q.  During your time as -- working for Lobo and thereafter,

17    as you yourself the boss, were you always armed with a

18    firearm?

19    A.  No.

20    Q.  Did you carry a firearm at any time?

21    A.  Yes.  At times I was carrying a gun.

22    Q.  And the government is aware of that as well, and taking

23    it into consideration on your plea of guilty, correct?

24    A.  I suppose so.

25    Q.  And you started cooperating with the government in the

```
 1    hopes to get your sentence reduced as much as possible,
 2    correct?
 3    A.  That's right.
 4    Q.  Have you testified in any other cases yet before today?
 5    A.  No.
 6    Q.  This is the first time?
 7    A.  That I testify?  Yes.
 8    Q.  Now, you stated that the majority of your contacts with
 9    Los Cuinis, as you referred to them, was with Abigael,
10    correct?
11    A.  That's right.
12    Q.  And, in fact, the least of your contact with -- was with
13    Lalo, my client; isn't that right?
14    A.  That's right.
15    Q.  And you told the agents and the prosecutors at one point
16    that your understanding was that my client, Lalo, was very
17    reserved and was -- and his area of expertise was in the
18    European routes; isn't that correct?
19    A.  Yes, that's right.
20    Q.  And, in fact, on the couple of different routes that you
21    spoke about with the government just a few minutes ago, both
22    with the television trucks and with the port of Progreso,
23    when you were debriefed by the government in 2015 in Madrid,
24    you spoke about those two transportation routes; isn't that
25    correct?
```

JA945

1    A.  That's right.

2    Q.  And for both of those transportation routes, you stated

3    that it was -- that Abigael was the only investor.

4    A.  I don't think I had said he was the only investor

5    because they always worked together.  Because when I

6    referred to the Cuinis, I was talking about the three of

7    them, always if I refer to the Cuinis.

8    Q.  So during those meetings, were any of the agents or

9    prosecutors taking notes?

10   A.  I think so.

11   Q.  So if -- do you have any reason to believe that if they

12   wrote specifically Abigael or Chepa in -- in their rendition

13   of what you stated that it would be mistaken?

14   A.  What is your question?

15   Q.  Do you have any reason to believe that the agents' notes

16   would be mistaken?

17   A.  No.

18          MS. SANCHEZ:  Your Honor, I am going to put into

19   evidence what is Government Exhibit 3500-EMR-5.  And I can

20   direct the Court to EMR Bates No. 57.

21          THE COURT:  All right.  We'll just go ahead and

22   admit this as no special defense exhibit or

23   government exhibit number, it's just a number on it.

24          MS. SANCHEZ:  Should we -- would you like us to

25   put a defense exhibit on it -- double up.

```
 1              THE COURT:  No.  I think we're just using the 3500

 2     numbers.

 3              (Government 3500-EMR-5 admitted.)

 4              THE COURT:  Do you have a question about this?

 5              I'm sorry.  Go ahead.

 6     BY MS. SANCHEZ:

 7     Q.  In fact -- at one point, in that same debriefing of

 8     May of 2015, the government actually showed you a photograph

 9     of an individual that you identified as Chepa; is that

10     correct?

11              Do you remember that?

12     A.  I don't remember, but if you show it to me...

13     Q.  I can show you what is Government Exhibit 3500-EMR-54.

14              MS. SANCHEZ:  If I can approach.

15              THE COURT:  EMR-54?

16              MS. SANCHEZ:  EMR-54.

17              THE COURT:  Okay.

18              MS. SANCHEZ:  May I approach the witness?

19              THE COURT:  Yes, you may.

20              You can put it on the ELMO if you want to.

21              MS. SANCHEZ:  There you go.

22     BY MS. SANCHEZ:

23     Q.  Do you see that picture?

24     A.  But this is not Chepa.

25     Q.  Correct.  But in 2015, May of 2015 in Spain, you told
```

1    the government that you believed that this was Chepa.

2    A.  Couldn't have been so because I know the three of them

3    well.  It's impossible for me to have said this was Chepa.

4    Q.  You don't have any reason to believe --

5            THE INTERPRETER:  "Because it's him."

6            Interpreter corrects.

7    BY MS. SANCHEZ:

8    Q.  You don't have any reason to believe why the government

9    would have incorrectly stated that you identified him as la

10   Chepa, correct, in 2015?

11   A.  I don't know what could have happened.  But -- I am not

12   blaming the government or anybody, but it's simply

13   impossible for me to have identified him erroneously.

14   Q.  Well, would you agree that your memory was probably

15   better in May of 2015 than in -- sitting here today in this

16   courtroom, and that you could have gotten confused?

17   A.  I couldn't have been mistaken.

18   Q.  Okay.  Well, do you remember meeting with the government

19   on August 3rd of 2016, and this time you met at the Hotel

20   Park Nilo in Mexico City?

21   A.  I think so, but I don't remember the dates.

22   Q.  Do you remember meeting with them in Mexico City at a

23   hotel?

24   A.  Yes, of course.  I met with them on many occasions.

25   Q.  And on that date one of the topics of conversation was

1    Antonio Guizar.  Do you recall that?

2    A.  Yes.

3    Q.  And you told them that there was a load that was stolen

4    by Guizar, correct?

5    A.  Yes.

6    Q.  And then you told them that Chepa found out about that

7    it was Guizar who had stolen the load?

8    A.  They knew all the time who had stolen the load.

9    Q.  Okay.  But in that -- on that meeting you told them it

10   was Chepa who knew about it, correct?

11   A.  Well, if it's there.

12   Q.  And, in fact, you told them it was Chepa who went to

13   Lobo to ask him for help to find the merchandise, correct?

14   A.  Correct.

15   Q.  And you told them that the hit was ordered by Chepa, and

16   that Chepa told you about this?

17   A.  Well, Chepa told me after the truce, the peace

18   agreement, when the federation was formed.  Chepa had to see

19   Carlitos and they had to shake hands.  And Chepa was mocking

20   him, saying like it was him that had had his brother killed,

21   but Carlitos didn't know anything.  But not that it was

22   Chepa that had ordered the hit because he didn't order

23   anything.

24   Q.  Okay.  But on May -- in May of 2016 when you met with

25   the government and you told them about the Antonio Guizar

1    murder, the only person you mentioned that was present and

2    asked for help was Chepa.  And you have no reason to believe

3    that these notes would be incorrect?

4    A.  No.

5            MS. SANCHEZ:  Your Honor, I am going to move into

6    evidence Government Exhibit 3500-EMR-14, which is the

7    debriefing notes from August 3rd, 2016.  And on the second

8    page, which is Bates-stamped EMR-100, are the notes

9    regarding Chepa and what I just questioned the witness

10   about.

11           THE COURT:  All right.  Admitted.

12           (Government 3500-EMR-14 admitted.)

13           THE COURT:  So -- okay.  We have both the picture,

14   54; and the proffer write-up, 14.  Okay.

15           Okay.  How much more do you have?

16           MS. SANCHEZ:  Just a few more minutes, Your Honor.

17   If you would give me just the Court's indulgence.

18           THE COURT:  Excuse me just one second.

19           Are you going to have redirect?

20           MS. NASEEF:  Two minutes, Your Honor.

21           If the marshals could just humor us, they won't

22   have to transport them tomorrow.

23           THE COURT:  Yes.  I think if we can get this

24   wrapped up today, we'll be done.

25           MS. SANCHEZ:  Your Honor, I don't have anything

1    further.  I'll go ahead -- they can move on.

2            THE COURT:  All right.  Two minutes of redirect.

3                    REDIRECT EXAMINATION

4    BY MS. NASEEF:

5    Q.  Did you plead guilty to the escape charge from South

6    Dakota in 2018 when you pled guilty to the drug charges in

7    this District?

8    A.  That's right.

9    Q.  And did you self-surrender in 2018?

10    A.  Yes, in February 2018.

11    Q.  Now, when you first met with Special Agent Mori in 2015

12    and offered to cooperate with the government, did you

13    understand that the government could ask you to

14    self-surrender at any time?

15    A.  That's right.

16    Q.  And when Lobo told you about the charges against you,

17    was he encouraging you to cooperate with the government?

18    A.  That's right.

19    Q.  When you met -- you have met with the government, with

20    agents and prosecutors, many, many times since 2015; isn't

21    that right?

22    A.  Many, many.

23    Q.  When you meet with the government, do the agents and the

24    prosecutors ask you about specific individuals or events?

25    A.  True.

1    Q.  And in all of your proffers with the government, did any

2    agent or prosecutor ever ask you which drug trafficker you

3    wanted to talk about that day?

4    A.  No.  About what I wanted to talk about?  Or what the

5    prosecutors wanted to talk about?

6    Q.  Right.  Do the agents or prosecutors ever ask you what

7    you want to talk about at a specific proffer?

8    A.  No.

9            MS. NASEEF:  Your Honor, if I could just clarify

10    very briefly the split up of the cartel.

11    BY MS. NASEEF:

12    Q.  When you were the leader, from May 2010 until October of

13    2011, did the Cuinis remain part of the Milenio cartel

14    during that time?

15    A.  No.

16    Q.  Did they -- they broke away from the Milenio cartel in

17    May of 2010?

18    A.  That's right.

19    Q.  And did the faction that they joined -- what did that

20    faction come to be known as?

21    A.  Jalisco New Generation.

22    Q.  You said on cross that the Cuinis made Mencho the leader

23    of that cartel.  Why did you believe that the Cuinis made

24    Mencho the leader?  What makes you think that is what

25    happened?

1    A.  Because Mencho was a person that did not have the

2    resources to form a cartel.  Because Lobo would have him --

3    for him to pay his expenses, he would give him kilos of

4    cocaine so he would pay for his people and his equipment.

5              Can I go back a little?

6    Q.  We are very short on time so I am just going to ask you

7    a couple more very brief questions.  I know you want to tell

8    the whole story.

9              So you need a lot of money to run a cartel; is

10   that fair to say?

11   A.  Yes, that's right.  That's what I wanted to say.

12   Q.  And your understanding is that Mencho did not have a lot

13   of money at this time, in 2010, 2011?

14   A.  He did not have it.

15   Q.  Who had a lot of money at that time, in 2010 to 2011?

16   A.  The Cuinis.

17   Q.  And how is the defendant, Gerardo Gonzalez Valencia,

18   related to Mencho?

19   A.  Yes.  Because their sister is Mencho's wife.

20             MS. NASEEF:  Nothing further, Your Honor.

21             THE COURT:  All right.  You are excused.

22             We will resume tomorrow at 9:00 a.m.

23             How many witnesses do we have left from the

24   government?

25             MS. NASEEF:  Your Honor, tomorrow morning at 9:00

```
 1    we just have one special agent for the government.
 2              THE COURT:  And you have one more witness as well?
 3              MR. BEST:  Just one.
 4              THE COURT:  Okay.  All right.
 5              How long do you anticipate your witness to be?
 6              MS. NASEEF:  An hour max.
 7              But, Your Honor, can we just handle one
 8    housekeeping matter before we break for the day?
 9              THE COURT:  Yes.
10              How long do you think the defense witness will be,
11    Mr. Best?
12              MR. BEST:  An hour.
13              THE COURT:  Okay.  Good.  Sounds like a morning,
14    if less.
15              MS. NASEEF:  Your Honor, we would -- as you
16    instructed us with Oscar Nava Valencia to summarize his
17    Jencks material in our briefing, we would just move to admit
18    that so the record is clear for appeal purposes, admit all
19    of the Jencks material that needs to be summarized.  So --
20    and we have already discussed with defense counsel.  They
21    have no objection.  So I will just read the numbers quickly
22    into the record that we're admitting.
23              These are all 3500 ---
24              THE COURT:  Or you can just put an exhibit sticker
25    on it, and then it will be an exhibit and we won't have to
```

1    read it.

2          MS. NASEEF:  Perfect.  I will put exhibit stickers

3    on all of them and hand them up tomorrow morning.

4          Your Honor, we would just ask that all of the ONV

5    exhibits remain under seal.  We can redact them in the

6    future for a redacted version that does not have to be under

7    seal.

8          THE COURT:  Well, they're not actually going to be

9    on the docket.  And the way evidence is dealt here is the

10   party that introduced it holds on to it so that if the

11   Circuit wants to see it, they get it from you.

12         MS. NASEEF:  Perfect.

13         THE COURT:  All right.  Okay.  See you tomorrow

14   morning at 9:00.

15         (Whereupon, the hearing adjourns, 5:11 p.m.)

16                    *  *  *  *  *

17                   **CERTIFICATE**

18         I, ELIZABETH SAINT-LOTH, RPR, FCRR, do hereby
     certify that the foregoing constitutes a true and accurate
19   transcript of my stenographic notes, and is a full, true,
     and complete transcript of the proceedings to the best of my
20   ability.

21         This certificate shall be considered null and void
     if the transcript is disassembled and/or photocopied in any
22   manner by any party without authorization of the signatory
     below.

23

24   Dated this 19th day of May, 2023.

25   /s/ Elizabeth Saint-Loth, RPR, FCRR
     Official Court Reporter

## $

**$12** [2] - 69:17, 95:7
**$2,000** [4] - 139:10, 139:13, 139:14
**$26,000** [1] - 127:17
**$500,000** [2] - 59:25, 98:20

## '

**'22** [1] - 98:2
**'23** [1] - 98:3
**'92** [1] - 152:4
**'93** [2] - 152:4, 156:18
**'96** [1] - 53:19
**'99** [1] - 53:19

## /

**/s** [1] - 169:25

## 0

**00095744** [1] - 113:17
**0095744** [1] - 116:6

## 1

**1** [2] - 44:8, 115:22
**1,200** [1] - 65:11
**1,800** [1] - 63:3
**100** [6] - 11:10, 13:11, 72:15, 127:2, 127:11, 135:1
**11** [3] - 26:3, 38:15, 55:25
**12** [5] - 8:15, 9:2, 38:15, 56:5, 100:15
**12-and-a-half-year** [1] - 100:5
**12-plus** [1] - 56:8
**12-year** [1] - 58:9
**12:35** [1] - 80:2
**13th** [1] - 1:18
**14** [5] - 29:8, 29:10, 71:7, 75:5, 164:14
**145** [1] - 1:11
**15** [11] - 6:23, 6:24, 6:25, 8:17, 9:13, 17:13, 51:12, 97:6, 114:16, 117:16, 142:3
**15,000** [2] - 42:24, 43:1
**15-minute** [2] - 46:7, 51:15
**150** [2] - 10:18, 13:13
**15th** [1] - 4:11
**16** [2] - 110:4, 110:7

**16-65** [1] - 2:3
**16-65-1** [1] - 1:3
**17** [1] - 115:6
**18** [11] - 44:22, 68:6, 109:17, 112:16, 113:18, 114:3, 114:5, 114:8, 116:6, 117:10, 134:12
**19** [2] - 115:5, 152:3
**1980** [1] - 122:11
**1981** [2] - 108:1, 122:7
**1983** [1] - 122:12
**1984** [1] - 122:12
**1988** [1] - 151:13
**1993** [2] - 143:19, 152:4
**19th** [1] - 169:24

## 2

**2,000** [1] - 127:4
**2-0-1-4** [1] - 11:8
**20** [12] - 14:22, 46:14, 46:15, 46:25, 47:3, 58:20, 97:6, 125:1, 127:9, 127:20, 131:15, 134:8
**20-year** [1] - 127:19
**200** [6] - 10:18, 13:14, 27:3, 27:5, 27:10, 135:4
**2000** [5] - 53:19, 55:6, 125:8, 127:15, 132:6
**20005** [1] - 1:18
**2001** [5] - 56:7, 98:17, 102:21, 102:23, 108:1
**2003** [10] - 59:14, 61:10, 61:13, 61:25, 62:16, 64:1, 64:15, 91:16, 98:21, 122:10
**2004** [3] - 48:14, 122:10, 133:18
**2005** [14] - 19:1, 25:5, 61:16, 61:25, 62:6, 62:10, 62:14, 62:16, 64:1, 64:15, 68:8, 103:2, 103:20, 133:18
**2006** [5] - 88:9, 88:17, 88:23, 88:24, 89:6
**2007** [2] - 11:10, 36:21, 36:23, 36:24, 37:1, 37:3, 37:6, 72:3, 77:17, 111:20, 138:7
**2008** [9] - 10:19, 14:21, 36:23, 37:1, 37:6, 81:15, 138:7, 144:4, 154:16

**2009** [10] - 36:23, 37:1, 48:14, 144:4, 153:4, 153:6, 154:4, 154:19, 155:2, 155:8
**2010** [16] - 153:8, 153:9, 155:3, 155:4, 155:9, 155:17, 155:20, 155:23, 155:25, 156:1, 157:2, 157:4, 166:12, 166:17, 167:13, 167:15
**2011** [20] - 3:19, 3:21, 3:25, 4:11, 5:25, 6:3, 6:8, 8:10, 8:13, 9:21, 10:5, 147:21, 156:24, 156:25, 157:4, 157:6, 166:13, 167:13, 167:15
**2012** [4] - 77:20, 128:23, 154:21, 155:2
**2013** [8] - 30:15, 30:20, 44:22, 116:4, 127:15, 127:23, 128:6, 154:21
**2014** [35] - 10:24, 11:8, 12:12, 15:22, 15:25, 16:20, 19:19, 20:2, 20:4, 20:11, 21:7, 21:20, 22:5, 23:10, 24:18, 24:20, 25:13, 25:20, 26:3, 26:14, 26:18, 26:25, 28:4, 28:10, 28:16, 28:20, 33:2, 33:4, 33:11, 33:20, 33:24, 34:8, 128:24, 152:15
**2015** [13] - 30:15, 30:20, 44:9, 152:15, 153:18, 159:23, 161:8, 161:25, 162:10, 162:15, 165:11, 165:20
**2016** [3] - 162:19, 163:24, 164:7
**2018** [13] - 53:5, 81:23, 84:8, 96:19, 102:23, 152:9, 152:12, 152:21, 154:17, 154:19, 165:6, 165:9, 165:10
**202** [2] - 1:12, 1:19
**2020** [2] - 97:17, 98:2
**2021** [1] - 13:1
**2023** [11] - 1:4, 9:21, 10:6, 14:19, 14:23, 34:18, 34:23, 39:3, 42:22, 157:24,

169:24
**20530** [1] - 1:12
**21st** [1] - 62:10
**22** [6] - 34:23, 43:24, 44:3, 44:8, 119:13, 119:15
**22nd** [5] - 42:22, 62:14, 62:16, 68:7, 103:2
**23** [7] - 83:14, 113:2, 113:5, 113:6, 113:25, 115:10, 157:24
**24** [2] - 11:8, 77:21
**26** [6] - 88:25, 115:2, 116:4, 127:12, 156:23, 157:5

## 3

**3** [3] - 1:4, 26:11, 127:9
**30** [4] - 17:1, 18:4, 98:5, 135:7
**31** [3] - 17:3, 17:6
**31st** [1] - 15:22
**33** [1] - 43:11
**35** [1] - 139:11
**3500** [17] - 6:22, 6:25, 9:7, 9:9, 9:13, 10:8, 14:9, 14:10, 14:15, 14:17, 36:6, 42:2, 45:11, 45:19, 89:8, 161:1, 168:23
**3500-EMR-14** [2] - 164:6, 164:12
**3500-EMR-5** [2] - 160:19, 161:3
**3500-EMR-54** [1] - 161:13
**3500-JMGV65** [1] - 89:18
**3500-ONV-12** [3] - 4:7, 6:15, 6:17
**3500-ONV-30** [3] - 11:8, 16:24, 18:2
**3500-ONV-31** [2] - 17:18, 17:21
**3500-ONV-32** [3] - 25:15, 26:7, 26:10
**3500s** [1] - 10:3
**38** [1] - 66:15
**3rd** [4] - 4:11, 13:1, 162:19, 164:7

## 4

**4** [3] - 26:11, 157:25, 158:11
**4,000** [1] - 63:10

**4-9** [2] - 115:7, 115:8
**40** [8] - 30:1, 77:8, 77:9, 77:13, 77:18, 79:15, 117:15
**400** [1] - 63:2
**43** [3] - 52:25, 53:2, 145:3
**480** [6] - 86:2, 99:9, 100:24, 101:17, 102:6, 102:11
**480-month** [2] - 100:21, 101:3
**49** [1] - 115:6

## 5

**5** [6] - 49:8, 49:16, 49:20, 66:25, 114:13, 116:6
**5,000** [2] - 63:10, 104:9
**50** [4] - 73:21, 127:11, 135:13
**500** [2] - 78:21, 102:8
**500,000** [1] - 100:17
**51** [4] - 45:7, 45:22, 45:25
**52** [3] - 44:1, 115:21, 115:22
**536-1737** [1] - 1:19
**54** [1] - 164:14
**57** [1] - 160:20
**58** [4] - 43:24, 44:2, 44:3, 44:17
**598-2950** [1] - 1:12
**5:11** [1] - 169:15

## 6

**6** [1] - 67:1
**60** [1] - 108:12
**600** [1] - 1:18
**600,000** [2] - 148:7, 148:12
**601** [1] - 1:18
**65** [1] - 89:10
**66** [4] - 112:3, 112:4, 112:5, 112:7
**67** [4] - 157:21, 158:7, 158:14

## 7

**7** [6] - 112:12, 117:11, 117:12, 117:14, 117:17, 118:5
**70** [4] - 42:9, 43:7, 43:11, 43:17
**750** [1] - 140:24

JA956

**8**

**8** [5] - 109:18, 117:11, 117:12, 117:19, 118:5
**80** [2] - 73:21, 75:4
**800** [2] - 78:22, 102:8
**85** [5] - 114:16, 153:12, 153:19

**9**

**9** [4] - 113:1, 113:5, 113:6, 113:25
**900** [1] - 65:11
**97** [1] - 151:17
**9:00** [3] - 167:22, 167:25, 169:14
**9:06** [1] - 1:4

**A**

**a.m** [2] - 1:4, 167:22
**a/k/a** [1] - 20:12
**abandoned** [1] - 79:3
**Abigael** [40] - 21:15, 23:20, 23:21, 28:17, 34:9, 48:6, 81:16, 81:24, 82:3, 83:9, 84:10, 84:25, 85:8, 134:21, 134:22, 134:24, 135:2, 136:2, 136:5, 136:8, 136:9, 136:17, 136:20, 137:1, 137:6, 137:8, 137:12, 140:12, 142:5, 142:10, 142:13, 142:22, 143:1, 143:8, 143:9, 143:12, 145:20, 159:9, 160:3, 160:12
**Abigael's** [2] - 82:11, 134:23
**ability** [1] - 169:20
**able** [13] - 35:24, 39:14, 39:22, 57:25, 58:8, 73:16, 85:2, 98:19, 103:12, 116:4, 124:6, 127:1, 133:9
**Absolutely** [1] - 90:25
**accent** [2] - 72:18, 72:19
**accept** [2] - 7:9, 86:9
**access** [1] - 125:4
**according** [2] - 103:24, 132:15
**accordingly** [1] - 94:14

**account** [1] - 78:23
**accountant** [10] - 31:25, 32:2, 60:15, 61:11, 61:17, 62:7, 62:17, 63:11, 147:1, 147:3
**accounting** [3] - 146:21, 148:12, 148:14
**accounts** [2] - 148:20, 149:3
**accurate** [3] - 19:13, 169:18
**accused** [2] - 32:17, 111:18
**acknowledge** [1] - 50:3
**acknowledged** [1] - 50:4
**acquire** [1] - 63:6
**Action** [1] - 1:2
**actions** [1] - 23:1
**active** [1] - 13:15
**actual** [3] - 118:16, 119:12, 152:21
**add** [1] - 89:16
**adding** [1] - 87:21
**additional** [1] - 81:23
**address** [4] - 10:8, 11:23, 14:9, 14:25
**addressed** [2] - 80:21, 151:9
**addressing** [2] - 14:15, 43:25
**adjacent** [1] - 82:4
**adjourns** [1] - 169:15
**admission** [3] - 7:13, 115:11, 158:2
**admit** [8] - 17:8, 49:16, 115:17, 157:13, 157:17, 160:22, 168:17, 168:18
**admitted** [29] - 6:16, 6:17, 17:1, 17:4, 17:19, 17:20, 17:21, 26:9, 26:10, 45:24, 45:25, 49:19, 49:20, 89:17, 89:18, 110:6, 110:7, 113:5, 113:6, 115:9, 115:10, 115:21, 115:22, 156:24, 158:6, 158:7, 161:3, 164:11, 164:12
**admitting** [1] - 168:22
**advanced** [2] - 30:14, 30:19
**affair** [1] - 38:2
**affect** [1] - 103:8

**affiant** [1] - 121:12
**affidavit** [1] - 121:17
**affidavits** [1] - 109:25
**affiliated** [1] - 107:15
**afraid** [1] - 84:13
**afternoon** [11] - 80:9, 87:8, 87:9, 107:6, 107:7, 119:9, 119:10, 148:7, 148:23, 150:13, 150:14
**agent** [5] - 5:2, 21:20, 45:13, 166:2, 168:1
**Agent** [6] - 1:20, 2:8, 38:14, 39:13, 39:20, 165:11
**agents** [38] - 3:18, 5:8, 8:13, 15:12, 16:18, 18:25, 19:10, 19:15, 20:10, 22:11, 23:9, 25:19, 25:24, 26:2, 26:19, 28:10, 28:15, 28:20, 34:23, 39:13, 47:8, 47:11, 96:14, 96:18, 96:21, 96:24, 97:3, 98:4, 104:25, 109:18, 109:21, 130:24, 152:15, 159:15, 160:8, 165:20, 165:23, 166:6
**agents'** [1] - 160:15
**ago** [21] - 9:23, 15:3, 15:3, 34:19, 34:23, 34:24, 35:6, 35:17, 35:21, 36:2, 39:2, 41:24, 43:3, 43:6, 43:11, 68:7, 97:6, 99:4, 125:5, 125:6, 159:21
**agree** [10] - 6:3, 15:24, 22:10, 28:4, 53:10, 102:11, 115:10, 130:21, 145:25, 162:14
**agreed** [9] - 33:11, 58:23, 59:1, 101:3, 101:10, 101:17, 102:6, 102:11, 146:2
**agreed-to** [1] - 101:3
**agreeing** [1] - 86:10
**agreement** [9] - 6:2, 58:21, 112:20, 131:4, 146:1, 148:5, 148:8, 156:14, 163:18
**Aguililla** [1] - 37:8
**ahead** [6] - 2:21, 15:15, 117:15, 160:21, 161:5, 165:1

**aided** [1] - 1:25
**aircraft** [1] - 130:17
**airplane** [1] - 55:18
**airplanes** [4] - 9:22, 144:1, 144:6, 144:10
**airport** [3] - 55:19, 55:21, 55:23
**AK-47s** [4] - 10:18, 11:10, 13:12, 66:16
**al** [2] - 44:20, 44:21
**alcohol** [3] - 102:24, 103:8, 103:15
**alert** [1] - 103:12
**alerted** [1] - 104:14
**alive** [3] - 68:13, 76:4, 149:20
**allegedly** [1] - 37:7
**alleviate** [1] - 86:25
**alliances** [1] - 60:22
**allied** [1] - 71:3
**allowed** [1] - 73:20
**allows** [1] - 67:6
**Almoloya** [1] - 82:23
**almost** [5] - 3:20, 40:5, 65:11, 77:21, 78:24
**ALSO** [1] - 1:20
**Altiplano** [2] - 81:16, 82:23
**ambitions** [1] - 123:20
**AMERICA** [1] - 1:2
**America** [4] - 2:3, 138:10
**American** [2] - 72:19, 143:17
**amount** [4] - 65:10, 65:13, 101:12, 127:5
**amounts** [1] - 148:6
**analysis** [4] - 7:3, 9:7, 9:8, 10:8
**Ancalle** [1] - 2:9
**ANCALLE** [1] - 1:21
**Ancalle-Jimenez** [1] - 2:9
**ANCALLE-JIMENEZ** [1] - 1:21
**Angela** [1] - 2:9
**ANGELA** [1] - 1:21
**anguish** [1] - 87:13
**animals** [1] - 22:19
**announced** [1] - 67:5
**ANSWER** [1] - 88:23
**answer** [17] - 5:15, 11:13, 31:12, 42:7, 42:8, 43:9, 46:21, 60:24, 89:9, 89:12, 93:18, 95:18, 102:17, 122:23, 123:3, 146:8, 146:9
**answered** [5] - 33:14,

42:12, 43:14, 47:22, 83:22
**answers** [1] - 33:17
**antennas** [2] - 138:11
**anticipate** [1] - 168:5
**Antonio** [29] - 15:17, 16:17, 19:2, 19:10, 20:20, 23:3, 44:9, 48:3, 48:9, 54:1, 55:16, 56:13, 56:14, 60:23, 68:22, 69:6, 85:8, 100:17, 144:15, 144:18, 144:24, 145:4, 145:23, 146:13, 147:6, 147:8, 163:1, 163:25
**Antonio's** [1] - 69:5
**Anyway** [1] - 26:2
**anyway** [1] - 140:3
**apart** [2] - 46:8, 72:20
**apartment** [2] - 10:19, 155:18
**apologies** [1] - 79:10
**apologize** [4] - 17:18, 29:3, 44:14, 44:16
**apologizing** [1] - 50:4
**appeal** [1] - 168:18
**appear** [2] - 66:7, 73:9
**appearance** [1] - 58:3
**APPEARANCES** [1] - 1:8
**application** [2] - 121:11, 121:12
**appreciate** [1] - 12:8
**approach** [3] - 112:17, 161:14, 161:18
**approached** [1] - 138:22
**approval** [6] - 136:6, 136:9, 136:18, 136:20, 136:21, 137:12
**April** [1] - 44:22
**AR-15** [1] - 15:7
**AR-15s** [4] - 10:18, 11:11, 14:22, 15:2
**arco** [2] - 141:4, 141:7
**area** [12] - 37:20, 55:14, 60:3, 65:4, 70:1, 70:2, 70:10, 70:13, 83:15, 110:21, 122:19, 159:17
**Argentina** [2] - 154:5, 155:7
**argue** [1] - 7:14
**argued** [1] - 75:8
**argument** [3] - 75:18, 92:9, 95:8

3

**arguments** [1] - 93:12
**armed** [4] - 66:11, 66:12, 101:25, 158:17
**arranged** [2] - 141:18, 142:1
**arrangements** [1] - 49:25
**arrest** [4] - 54:12, 54:15, 102:23, 153:4
**arrested** [2] - 53:6, 54:8, 55:24, 56:2, 56:6, 81:11, 98:16, 150:25, 153:6, 153:19, 154:11, 154:13
**arrive** [7] - 3:24, 65:1, 141:2, 141:5, 141:17, 143:6, 149:10
**arrived** [13] - 3:22, 4:5, 4:13, 6:1, 6:12, 39:19, 60:20, 91:16, 91:20, 91:21, 141:1, 142:14, 149:6
**arriving** [1] - 148:23
**article** [2] - 57:15, 57:20
**Arturo** [1] - 106:2
**assigned** [3] - 109:2, 109:5, 109:8
**assimilated** [1] - 109:15
**assist** [1] - 114:1
**assistance** [3] - 86:13, 130:9, 145:13
**assisted** [1] - 78:8
**associate** [1] - 19:11
**associated** [3] - 34:8, 61:8, 70:23
**associates** [1] - 67:18
**assuming** [3] - 25:8, 25:11, 125:14
**ATF** [1] - 109:3
**Atlanta** [1] - 128:5
**attempt** [1] - 76:12
**attempts** [1] - 75:9
**attention** [2] - 45:2, 113:23
**attorney** [7] - 16:19, 19:1, 21:8, 25:25, 26:1, 86:14, 101:8
**Attorney's** [2] - 30:19, 108:6
**attorneys** [2] - 34:22, 88:12
**attribute** [1] - 158:4
**August** [7] - 61:13, 61:25, 62:11, 62:16, 91:16, 162:19, 164:7

**Augustin** [2] - 130:1, 150:18
**aunt** [1] - 63:22
**AUSA** [1] - 1:21
**authorization** [1] - 169:22
**authorized** [1] - 108:18
**aware** [11] - 51:23, 70:1, 86:12, 100:18, 102:2, 102:5, 138:5, 154:3, 154:6, 158:22

## B

**Bahamas** [1] - 152:18
**Barbi** [7] - 74:13, 105:24, 106:1, 106:2, 106:7, 106:9
**bare** [1] - 78:19
**base** [1] - 60:11
**baseball** [1] - 79:23
**based** [9] - 14:17, 60:24, 70:21, 75:14, 79:7, 86:4, 117:21, 123:23, 128:1
**basis** [1] - 24:10
**Bates** [6] - 17:22, 18:5, 89:10, 112:8, 160:20, 164:8
**Bates-stamped** [1] - 164:8
**batteries** [1] - 151:8
**battery** [1] - 61:20
**became** [3] - 92:12, 103:1, 107:25
**become** [5] - 110:10, 110:13, 110:17, 132:4, 138:5
**beef** [1] - 92:11
**beepers** [1] - 124:15
**BEFORE** [1] - 1:6
**beg** [1] - 42:15
**began** [2] - 8:9, 8:12
**beginning** [3] - 34:20, 36:3, 132:12
**behalf** [2] - 73:3, 131:22
**behind** [1] - 87:16
**beige** [1] - 57:17
**belong** [2] - 133:14, 144:10
**belonged** [3] - 70:5, 72:11, 122:25
**belonging** [1] - 88:17
**belongs** [1] - 133:13
**below** [2] - 104:20, 169:22
**Beltran** [1] - 106:3
**BERYL** [1] - 1:6

**Best** [2] - 2:12, 5:13
**BEST** [148] - 1:15, 2:11, 2:16, 3:4, 3:8, 4:8, 4:9, 5:12, 5:15, 5:18, 5:21, 6:14, 6:23, 6:25, 7:4, 7:18, 8:4, 9:6, 9:11, 10:2, 10:11, 10:12, 11:4, 11:7, 12:10, 12:11, 14:7, 14:20, 15:13, 15:16, 16:5, 16:6, 16:23, 17:3, 17:6, 17:10, 17:14, 17:18, 17:22, 17:24, 18:4, 18:16, 18:22, 18:24, 21:6, 21:17, 21:18, 22:3, 22:22, 23:12, 23:14, 25:15, 25:18, 26:7, 26:11, 26:12, 27:6, 27:9, 27:17, 27:18, 29:3, 29:4, 30:13, 31:7, 31:15, 31:21, 32:5, 32:11, 32:12, 32:20, 32:22, 32:24, 32:25, 33:17, 33:19, 34:5, 34:6, 34:15, 34:17, 36:5, 36:9, 36:11, 36:12, 38:20, 40:5, 40:7, 42:11, 42:14, 42:18, 42:20, 43:18, 43:23, 44:3, 44:7, 44:12, 44:16, 44:21, 45:3, 45:6, 45:10, 45:17, 47:22, 48:25, 49:18, 50:11, 107:2, 107:4, 107:9, 107:11, 110:3, 110:8, 111:14, 111:17, 112:2, 112:6, 112:12, 112:16, 112:18, 112:20, 112:24, 113:7, 113:9, 113:11, 113:15, 113:19, 114:2, 114:5, 114:7, 115:4, 115:8, 115:12, 115:16, 115:19, 115:23, 115:24, 116:2, 116:3, 119:4, 120:16, 122:16, 124:9, 125:14, 125:18, 126:1, 128:16, 129:5, 168:3, 168:12
**best** [15] - 3:3, 7:12, 11:6, 12:9, 15:15, 21:5, 22:1, 31:9, 34:4, 36:10, 42:12, 42:17, 125:17,

168:11, 169:19
**Beto** [8] - 54:1, 69:15, 69:21, 71:25, 72:22, 75:6, 95:12, 96:1
**better** [6] - 6:4, 15:25, 28:4, 130:10, 142:16, 162:15
**between** [20] - 4:10, 7:24, 23:25, 46:7, 64:1, 64:15, 64:16, 97:14, 114:10, 114:13, 124:7, 125:11, 126:13, 128:23, 139:3, 141:11, 154:18, 154:21, 155:2
**beyond** [2] - 110:14, 128:16
**big** [4] - 10:14, 18:6, 62:23, 93:12
**binder** [2] - 112:11, 112:13
**Binder** [1] - 112:12
**bit** [7] - 58:6, 103:17, 108:13, 109:4, 141:2, 141:22, 151:12
**bitch** [1] - 74:8
**Blackberry** [12] - 111:11, 111:25, 113:16, 115:12, 120:11, 120:15, 120:18, 120:25, 123:25, 124:7, 124:13, 126:13
**Blackberrys** [1] - 120:9
**blamed** [2] - 70:6, 85:12
**blaming** [1] - 162:12
**Blanco** [1] - 55:22
**bluntly** [2] - 69:13, 84:18
**boat** [1] - 143:14
**body** [1] - 73:4
**bolada** [1] - 81:9
**book** [3] - 115:11, 115:12, 115:15
**border** [2] - 60:8, 60:10
**born** [3] - 53:14, 53:15, 55:2
**Boss** [1] - 153:22
**boss** [18] - 74:7, 122:15, 123:13, 127:10, 132:15, 132:16, 132:21, 135:19, 135:21, 135:22, 137:16, 147:18, 150:24,

153:24, 153:25, 154:1, 158:17
**bosses** [1] - 83:16
**bother** [1] - 120:13
**bottom** [3] - 17:23, 67:10, 113:16
**bought** [1] - 12:15
**BR** [1] - 107:14
**bragging** [1] - 95:20
**Brazil** [1] - 128:23
**break** [12] - 46:7, 46:8, 46:10, 51:15, 52:1, 52:2, 52:3, 80:3, 90:11, 95:1, 129:7, 168:8
**breaking** [1] - 99:3
**breaks** [3] - 51:18, 51:21
**breakup** [1] - 155:20
**bribe** [1] - 98:19
**brief** [2] - 27:17, 167:7
**briefing** [4] - 7:15, 44:25, 45:5, 168:17
**briefly** [11] - 33:7, 43:22, 55:1, 58:7, 64:23, 80:17, 81:4, 108:13, 136:11, 138:8, 166:10
**bring** [8] - 2:20, 51:13, 55:18, 66:1, 66:25, 67:3, 67:8, 103:18
**broad** [2] - 94:5, 94:22
**broke** [10] - 54:25, 80:12, 80:25, 98:14, 98:15, 155:4, 155:23, 157:2, 166:16
**broken** [1] - 37:6
**Bronx** [2] - 109:8, 109:9
**brother** [82] - 24:11, 30:2, 41:4, 41:14, 54:1, 55:11, 55:15, 56:13, 56:14, 56:24, 57:1, 58:10, 59:20, 59:25, 60:10, 60:13, 60:22, 60:24, 61:2, 61:12, 61:17, 62:1, 62:7, 62:17, 62:19, 63:1, 63:8, 63:14, 64:6, 65:4, 65:10, 65:14, 65:15, 65:18, 66:23, 68:9, 68:22, 69:12, 69:13, 69:16, 69:17, 69:19, 69:22, 70:3, 70:6, 70:7, 70:21, 71:12, 74:21, 81:17, 81:24, 82:6, 84:19, 85:11, 85:12, 86:23, 90:13, 91:17,

4

93:16, 93:21, 93:23, 94:3, 95:5, 95:7, 95:20, 96:8, 96:12, 97:14, 98:19, 100:17, 102:25, 103:4, 136:25, 141:24, 142:5, 142:6, 142:19, 147:16, 149:14, 153:6, 163:20
**brother's** [9] - 60:18, 68:15, 69:2, 69:4, 69:9, 70:11, 74:16, 95:8, 103:20
**brother-in-law** [3] - 41:14, 74:21, 147:16
**brothers** [18] - 48:6, 57:6, 63:14, 67:18, 79:16, 82:8, 85:14, 92:19, 92:20, 94:19, 97:13, 126:15, 133:23, 135:9, 137:19, 137:24, 145:19, 145:25
**brought** [5] - 56:23, 56:24, 63:2, 63:3, 66:16
**Brown** [2] - 1:17, 107:16
**build** [1] - 83:5
**buildings** [1] - 108:18
**bureau** [1] - 109:9
**business** [8] - 29:22, 42:9, 54:6, 63:9, 69:9, 88:7, 88:22, 119:23
**businesses** [2] - 13:17, 14:6
**but..** [2] - 20:25, 44:4
**buyers** [1] - 61:4
**buying** [2] - 15:9, 120:2
**BY** [101] - 3:8, 4:9, 5:21, 8:4, 9:11, 10:12, 12:11, 15:16, 16:6, 17:24, 18:24, 21:6, 21:18, 22:3, 22:22, 23:14, 25:18, 26:12, 27:9, 27:18, 29:4, 31:15, 31:21, 32:5, 32:12, 32:22, 32:25, 33:19, 34:6, 34:17, 36:12, 38:20, 40:7, 42:18, 46:12, 48:1, 49:2, 49:9, 49:21, 50:17, 51:4, 52:19, 57:23, 60:1, 61:22, 62:15, 67:13, 69:7, 69:24, 76:10, 80:8, 80:24, 84:2,

84:9, 87:7, 88:19, 89:2, 89:19, 90:2, 91:4, 94:16, 95:3, 95:21, 97:2, 100:22, 102:18, 107:11, 110:8, 111:17, 113:11, 113:19, 114:7, 115:24, 116:3, 119:8, 120:23, 123:4, 124:5, 124:18, 126:7, 126:11, 127:8, 128:12, 128:20, 129:13, 129:24, 132:3, 133:6, 137:22, 140:7, 141:9, 146:12, 150:12, 151:11, 155:12, 158:15, 161:6, 161:22, 162:7, 165:4, 166:11

**C**

**caliber** [1] - 66:21
**California** [2] - 53:15, 60:4
**Camaron** [4] - 63:21, 65:12, 66:2, 93:5
**cameras** [1] - 138:16
**camp** [1] - 151:22
**Cana** [1] - 81:14
**canceled** [1] - 99:8
**capacity** [1] - 119:12
**captain** [1] - 108:3
**car** [2] - 59:7, 119:18
**caravan** [1] - 73:18
**carcasses** [2] - 3:12, 49:4
**Cardenas** [5] - 19:17, 29:17, 70:4, 96:3, 96:12
**care** [2] - 123:20
**career** [2] - 108:4, 123:11
**Carlitos** [4] - 145:1, 145:2, 163:19, 163:21
**Carlos** [4] - 53:2, 72:22, 92:10, 93:17
**Carolina** [2] - 13:1, 13:5
**carried** [2] - 101:23, 146:16
**carry** [4] - 74:2, 86:23, 138:9, 158:20
**carrying** [3] - 73:8, 135:16, 158:21
**Cartel** [3] - 58:16,

153:16, 153:24
**cartel** [54] - 4:21, 5:24, 29:15, 30:10, 40:20, 46:18, 58:10, 59:23, 61:6, 65:7, 71:2, 79:15, 89:5, 91:25, 92:3, 92:4, 92:5, 92:16, 92:18, 92:20, 92:23, 93:2, 101:21, 101:22, 106:2, 124:8, 124:19, 126:17, 131:23, 132:5, 132:7, 132:11, 132:20, 132:24, 134:3, 134:7, 135:8, 135:12, 145:12, 147:2, 153:7, 153:10, 153:13, 154:1, 155:4, 155:21, 156:21, 166:10, 166:13, 166:16, 166:23, 167:2, 167:9
**cartel's** [3] - 59:5, 143:25, 144:5
**cartel-related** [1] - 4:21
**cartels** [1] - 97:21
**Case** [1] - 2:3
**case** [32] - 45:15, 84:22, 84:23, 84:25, 85:2, 85:22, 86:3, 86:5, 88:6, 98:11, 99:3, 99:9, 99:10, 101:11, 101:18, 102:20, 125:5, 125:6, 125:7, 125:24, 126:21, 128:15, 130:19, 131:24, 150:20, 151:4, 151:23, 152:7, 154:9, 154:24, 156:4
**cases** [7] - 30:14, 30:20, 98:23, 110:11, 110:15, 121:14, 159:4
**cash** [1] - 147:11
**caught** [3] - 55:21, 75:1, 104:24
**caused** [1] - 87:14
**cell** [13] - 69:11, 69:15, 73:7, 73:23, 74:3, 74:4, 74:5, 82:4, 82:15, 83:4, 83:8, 83:13, 124:15
**cellmate** [1] - 81:18
**cells** [1] - 84:5
**Central** [3] - 72:18,

138:10
**certain** [2] - 7:23, 148:6
**CERTIFICATE** [1] - 169:17
**certificate** [1] - 169:21
**certify** [1] - 169:18
**Cesar** [1] - 88:4
**Cessa** [1] - 44:9
**challenge** [1] - 104:3
**change** [2] - 80:19, 87:3
**changed** [1] - 14:23
**changing** [1] - 155:22
**Chapo** [3] - 61:9, 83:1, 83:4
**chapter** [2] - 87:15, 87:18
**characterizing** [1] - 99:25
**charge** [18] - 23:8, 28:18, 58:11, 58:13, 60:15, 60:19, 63:11, 66:8, 99:2, 100:23, 103:13, 132:13, 151:25, 152:21, 156:18, 157:1, 157:3, 165:5
**charged** [6] - 54:19, 56:2, 85:20, 151:3, 151:13, 152:8
**charges** [9] - 54:11, 86:8, 150:23, 152:11, 153:4, 154:15, 156:4, 165:6, 165:16
**Chavarria** [1] - 88:4
**check** [3] - 15:8, 15:12, 141:4
**checked** [1] - 138:17
**checkpoint** [1] - 141:10
**checkpoints** [1] - 138:17
**Chepa** [45] - 56:25, 57:2, 57:3, 57:5, 65:15, 65:19, 65:23, 66:4, 74:20, 82:8, 90:6, 90:7, 90:10, 90:12, 91:18, 91:19, 93:7, 105:5, 105:6, 105:8, 105:9, 134:23, 135:5, 135:7, 140:12, 145:19, 145:20, 145:21, 160:12, 161:9, 161:24, 162:1, 162:3, 162:10, 163:6, 163:10, 163:12,

163:15, 163:16, 163:17, 163:18, 163:19, 163:22, 164:2, 164:9
**Chiapas** [8] - 55:14, 68:10, 70:10, 75:1, 75:3, 146:4, 146:10
**Chicago** [4] - 9:22, 10:5, 128:5, 144:8
**Chila** [3] - 37:9, 37:11
**CHILA** [1] - 37:10
**Chinos** [1] - 146:4
**Chispa** [41] - 71:5, 71:8, 71:9, 71:14, 71:17, 71:24, 72:4, 72:11, 72:14, 72:20, 73:12, 73:14, 73:20, 73:21, 74:14, 75:5, 75:7, 75:10, 75:22, 76:4, 76:5, 76:6, 76:9, 76:13, 76:17, 76:20, 76:21, 76:25, 77:17, 79:9, 81:3, 85:4, 85:13, 104:5, 104:14, 104:17, 105:10, 105:12, 105:16
**Chispa's** [14] - 72:7, 72:25, 73:3, 75:14, 77:6, 79:13, 79:23, 80:1, 80:15, 80:18, 81:6, 81:21, 83:19, 84:10
**chosen** [1] - 109:12
**Chuchin** [1] - 75:19
**Circuit** [1] - 169:11
**circumstances** [1] - 99:22
**cities** [1] - 128:8
**City** [6] - 107:20, 107:24, 108:4, 108:21, 162:20, 162:22
**city** [1] - 19:17
**CJNG** [5] - 82:20, 91:25, 125:12, 126:16, 153:13
**clarification** [4] - 18:1, 18:21, 23:2, 23:4
**clarified** [2] - 13:8, 101:8
**clarifies** [1] - 46:10
**clarify** [8] - 7:16, 18:7, 21:16, 100:15, 139:13, 141:10, 158:12, 166:9
**clear** [6] - 9:12, 27:24, 41:8, 72:13, 86:15, 168:18
**cleared** [1] - 41:7

JA959

**clearly** [3] - 86:19, 95:19, 96:9
**client** [10] - 89:21, 90:14, 91:8, 94:18, 104:5, 104:14, 105:10, 154:3, 159:13, 159:16
**client's** [1] - 126:3
**close** [16] - 8:1, 8:3, 70:24, 72:12, 73:14, 73:20, 76:22, 76:24, 83:10, 83:12, 83:13, 84:5, 87:15, 87:18, 93:17, 93:23
**closed** [1] - 6:6
**clothing** [2] - 57:15, 57:20
**cocaine** [93] - 9:1, 9:10, 9:22, 10:4, 19:24, 40:22, 41:11, 41:19, 41:25, 42:25, 48:15, 48:18, 49:3, 49:13, 53:24, 55:18, 55:21, 56:1, 56:4, 56:19, 56:22, 60:9, 60:20, 60:25, 61:2, 61:4, 62:19, 64:17, 64:19, 64:24, 65:1, 65:11, 65:20, 65:25, 66:10, 66:22, 66:23, 67:21, 69:14, 69:25, 70:1, 70:20, 70:25, 71:13, 78:2, 85:20, 90:9, 91:21, 93:3, 93:11, 96:3, 96:11, 102:21, 102:24, 103:5, 103:8, 103:11, 110:22, 110:25, 111:7, 127:14, 127:24, 128:6, 130:14, 130:17, 131:21, 132:5, 132:9, 135:16, 137:5, 137:18, 137:23, 138:3, 138:14, 138:18, 139:7, 139:18, 139:22, 140:13, 140:17, 140:20, 140:22, 140:24, 142:14, 142:23, 143:9, 143:13, 144:1, 144:9, 147:10, 151:14, 167:4
**cockfight** [2] - 74:18, 74:20
**coded** [6] - 41:8, 116:9, 116:12, 116:15, 124:12,

124:16
**coke** [1] - 103:17
**Colima** [1] - 16:8
**COLL** [1] - 1:15
**colleague** [1] - 76:1
**colleagues** [1] - 51:22
**collected** [2] - 120:19, 146:25
**Colombia** [6] - 60:20, 60:25, 62:20, 62:23, 63:9, 70:22
**Colombian** [4] - 72:18, 73:9, 73:23, 105:19
**color** [1] - 133:4
**Colorado** [1] - 44:9
**Columbia** [2] - 150:21, 152:8
**COLUMBIA** [1] - 1:1
**comfortable** [1] - 130:8
**coming** [6] - 45:14, 62:23, 63:10, 87:4, 136:23, 149:18
**commander** [1] - 114:20
**commanding** [4] - 108:5, 109:12, 109:23, 124:22
**commands** [1] - 108:25
**comment** [1] - 20:25
**commercial** [1] - 144:1
**commitment** [1] - 4:15
**committed** [5] - 99:11, 157:7, 157:8, 157:10
**committing** [1] - 100:24
**common** [2] - 48:11, 93:1
**commonly** [1] - 135:9
**communicating** [1] - 136:8
**communications** [3] - 120:15, 125:13, 125:24
**compadre** [2] - 20:14, 20:23
**compare** [1] - 99:22
**compartments** [1] - 138:19
**competing** [1] - 29:13
**complete** [2] - 54:23, 169:19
**completely** [1] - 31:11
**computer** [1] - 1:25
**computer-aided** [1] - 1:25
**concurrent** [1] -

101:15
**condition** [1] - 76:16
**conduct** [4] - 48:23, 51:6, 120:4
**conducted** [1] - 108:18
**conducting** [4] - 119:15, 119:17, 120:1, 120:24
**confer** [2] - 112:19, 157:15
**conference** [1] - 76:1
**confidence** [1] - 117:24
**confident** [1] - 84:12
**conflict** [1] - 106:22
**conflicts** [1] - 6:10
**confronted** [2] - 30:18, 45:11
**confused** [4] - 23:25, 24:2, 24:5, 162:16
**connections** [2] - 70:21, 71:12
**consecutively** [1] - 101:15
**consideration** [4] - 100:20, 100:23, 101:6, 158:23
**considered** [1] - 169:21
**consistent** [2] - 19:19, 20:3
**conspiracy** [3] - 130:13, 130:16, 151:13
**constant** [1] - 14:3
**constitutes** [1] - 169:18
**Constitution** [1] - 1:11
**consumed** [1] - 102:24
**consummation** [2] - 118:25, 119:2
**contact** [3] - 56:13, 56:14, 159:12
**contacts** [1] - 159:8
**container** [1] - 49:13
**content** [2] - 114:22, 114:25
**contents** [1] - 120:14
**context** [4] - 111:15, 116:22, 117:6
**continue** [7] - 55:7, 60:9, 69:23, 70:20, 76:25, 81:12, 149:8
**continued** [1] - 3:7
**control** [2] - 12:18, 12:19
**controlled** [1] - 38:10
**convenience** [1] -

18:22
**convenient** [3] - 139:8, 139:11, 140:6
**conversation** [7] - 23:15, 23:16, 41:9, 90:22, 114:10, 118:13, 162:25
**conversations** [4] - 4:18, 96:14, 145:13, 145:16
**convicted** [2] - 130:13, 130:16
**convince** [1] - 85:1
**Cooper** [1] - 132:1
**cooperate** [5] - 4:16, 130:21, 156:12, 165:12, 165:17
**cooperating** [5] - 14:2, 47:5, 152:14, 152:25, 158:25
**cooperation** [7] - 8:12, 8:15, 50:10, 101:7, 130:24, 131:8, 131:17
**coordinate** [1] - 143:25
**coordinated** [2] - 28:17, 28:18
**coordinating** [2] - 27:23, 27:25
**copies** [1] - 112:14
**copy** [2] - 4:8, 45:7
**Coronel** [1] - 106:6
**correct** [165] - 4:16, 4:23, 4:25, 5:3, 5:5, 5:25, 6:8, 8:10, 8:13, 8:19, 8:24, 8:25, 9:3, 9:15, 9:18, 9:24, 11:1, 14:21, 15:4, 16:12, 19:3, 19:20, 21:20, 23:6, 24:7, 24:10, 24:13, 24:20, 24:25, 25:5, 26:21, 26:25, 27:4, 27:20, 28:5, 28:11, 29:1, 29:11, 29:12, 35:1, 35:13, 36:17, 37:8, 37:25, 38:5, 38:9, 39:3, 40:21, 41:10, 41:20, 53:17, 53:22, 54:10, 54:18, 55:9, 59:9, 59:12, 60:11, 62:8, 64:4, 67:24, 68:5, 68:23, 69:2, 71:10, 75:12, 75:13, 77:14, 78:4, 78:7, 78:10, 82:1, 82:2, 82:9, 82:20, 85:19, 87:19, 89:22, 90:3, 91:21, 91:25, 92:18,

92:24, 93:3, 93:11, 93:15, 94:20, 95:5, 95:11, 95:25, 96:6, 97:24, 98:8, 98:13, 98:17, 98:21, 99:1, 101:4, 101:7, 101:20, 101:24, 102:3, 103:3, 103:10, 103:22, 104:6, 104:15, 104:18, 105:5, 105:10, 105:14, 105:20, 107:19, 108:10, 111:20, 111:25, 118:20, 119:3, 119:13, 119:14, 119:19, 121:2, 121:5, 121:11, 121:13, 121:14, 121:22, 121:25, 122:7, 122:10, 123:8, 125:6, 128:7, 128:9, 141:13, 148:14, 148:17, 150:15, 150:21, 150:22, 151:1, 151:15, 152:2, 152:9, 152:10, 152:17, 153:4, 154:1, 156:5, 156:18, 156:19, 156:21, 156:22, 158:23, 159:2, 159:10, 159:18, 159:25, 161:10, 161:25, 162:10, 163:4, 163:10, 163:13, 163:14
**correction** [4] - 62:13, 69:20, 141:6, 154:17
**correctly** [1] - 75:9
**corrects** [1] - 162:6
**correlate** [1] - 112:10
**corridos** [1] - 92:7
**corroborate** [1] - 103:23
**corruption** [1] - 108:16
**Coruco** [1] - 146:11
**cost** [3] - 139:9, 140:2, 140:5
**Costa** [3] - 49:14, 138:11, 139:20
**counsel** [5] - 2:5, 17:9, 112:19, 157:15, 168:20
**Counsel** [2] - 62:12, 80:22
**count** [6] - 33:16, 63:10, 63:12, 78:21,

99:6, 99:10
**counted** [1] - 8:21
**counterparty** [1] -
118:12
**countersurveillance**
[3] - 120:1, 120:5,
127:21
**countries** [2] - 128:15,
153:1
**country** [1] - 65:3
**couple** [11] - 13:5,
25:20, 34:19, 34:23,
35:17, 35:21, 36:1,
39:2, 41:24, 159:20,
167:7
**course** [25] - 5:16,
5:19, 42:23, 49:24,
60:19, 79:15, 79:22,
82:14, 82:17,
111:10, 133:10,
135:13, 136:7,
137:14, 138:22,
139:1, 139:5, 139:8,
142:12, 142:25,
144:2, 147:14,
148:3, 155:17,
162:24
**court** [2] - 45:8,
108:18
**COURT** [204] - 1:1,
1:7, 2:10, 2:14, 2:19,
2:24, 3:2, 5:7, 5:13,
5:16, 5:19, 6:16,
6:18, 6:24, 7:2, 7:5,
7:17, 7:19, 8:1, 9:8,
10:7, 11:6, 11:12,
11:17, 11:25, 12:7,
13:19, 13:23, 14:14,
15:4, 15:9, 15:15,
17:1, 17:5, 17:12,
17:15, 17:20, 18:1,
18:5, 18:10, 18:13,
18:15, 18:19, 21:4,
21:16, 21:25, 22:13,
22:17, 25:17, 26:9,
27:5, 29:2, 30:12,
31:1, 31:4, 31:12,
31:20, 32:2, 32:10,
33:15, 34:4, 34:14,
34:16, 36:7, 36:10,
38:18, 42:3, 42:8,
42:12, 42:16, 43:15,
43:20, 44:1, 44:5,
44:15, 44:20, 44:25,
45:5, 45:9, 45:16,
45:24, 46:1, 46:5,
46:9, 47:24, 49:1,
49:17, 49:19, 50:13,
50:25, 51:10, 51:17,
51:24, 52:3, 52:6,

52:10, 52:12, 52:16,
57:22, 59:22, 61:19,
68:24, 69:4, 80:2,
80:7, 83:21, 83:25,
84:7, 89:1, 89:16,
90:1, 90:21, 91:1,
93:25, 94:5, 94:13,
94:24, 95:17, 99:19,
100:6, 100:9,
100:12, 100:18,
102:16, 106:7,
106:14, 106:17,
106:19, 107:1,
107:3, 107:6, 107:8,
110:6, 112:4, 112:9,
112:14, 112:21,
112:25, 113:3,
113:8, 113:24,
114:6, 115:7, 115:9,
115:14, 115:17,
115:20, 119:5,
120:17, 122:17,
122:23, 123:19,
123:23, 124:4,
124:10, 125:16,
125:22, 126:10,
127:6, 128:18,
129:4, 129:6,
129:11, 129:23,
131:24, 132:2,
133:5, 140:1, 146:9,
150:6, 150:10,
151:7, 151:10,
154:10, 154:14,
154:18, 154:22,
155:2, 155:5,
155:11, 157:18,
157:22, 158:6,
158:8, 158:14,
160:21, 161:1,
161:4, 161:15,
161:17, 161:19,
164:11, 164:13,
164:18, 164:23,
165:2, 167:21,
168:2, 168:4, 168:9,
168:13, 168:24,
169:8, 169:13
**Court** [16] - 1:23, 1:24,
2:2, 4:8, 10:2, 36:13,
67:6, 89:12, 107:12,
111:16, 125:20,
155:19, 156:14,
156:17, 160:20,
169:25
**Court's** [4] - 16:25,
106:12, 125:14,
164:17
**court-authorized** [1] -
108:18
**COURTROOM** [1] -

2:2
**courtroom** [7] - 57:10,
57:12, 81:25, 97:4,
128:1, 132:23,
162:16
**cousin** [2] - 67:7,
71:25
**cousins** [6] - 63:20,
65:12, 68:10, 86:23,
91:20, 93:8
**covered** [2] - 49:6,
57:21
**Coyuca** [1] - 133:25
**created** [4] - 153:10,
153:13, 153:14,
153:15
**credit** [1] - 101:7
**Crime** [1] - 109:6
**crime** [3] - 99:5,
108:17, 108:19
**crimes** [1] - 100:25
**Criminal** [2] - 1:2, 2:3
**criminal** [2] - 98:10,
110:11
**CROSS** [4] - 3:7, 87:6,
119:7, 150:11
**cross** [5] - 21:15,
31:5, 31:10, 119:5,
166:22
**CROSS-
EXAMINATION** [4] -
3:7, 87:6, 119:7,
150:11
**cross-examine** [1] -
31:10
**Cruz** [1] - 133:25
**crystal** [1] - 41:1
**Cuarenta** [3] - 77:8,
81:14, 102:1
**Cuellar** [1] - 44:10
**CUELLAR** [1] - 44:12
**Cuini** [12] - 133:12,
133:14, 134:23,
135:19, 136:23,
141:15, 141:16,
141:19, 144:14,
145:19, 145:20
**Cuini's** [1] - 142:5
**Cuinis** [80] - 3:16,
8:18, 19:11, 19:24,
20:16, 21:13, 21:15,
22:6, 22:17, 22:18,
22:20, 22:21, 23:8,
23:10, 23:17, 24:20,
24:23, 24:25, 25:1,
25:4, 25:14, 26:16,
27:1, 27:4, 27:6,
27:7, 27:10, 34:9,
37:20, 40:16, 41:10,
48:4, 48:6, 61:5,

65:6, 67:16, 67:17,
67:19, 67:20, 67:23,
71:19, 73:1, 74:16,
79:25, 82:8, 82:20,
92:3, 92:6, 105:3,
133:13, 133:15,
135:10, 135:11,
135:17, 139:6,
139:16, 139:17,
140:3, 140:13,
140:23, 142:13,
144:19, 145:7,
145:12, 145:15,
145:18, 145:22,
146:5, 146:18,
146:22, 153:11,
153:12, 153:23,
159:9, 160:6, 160:7,
166:13, 166:22,
166:23, 167:16
**Cuinis'** [1] - 21:22
**currency** [1] - 54:16
**current** [1] - 99:11
**custody** [2] - 50:21,
53:3
**custom** [1] - 26:17
**Customs** [3] - 109:14,
109:18, 109:20
**customs** [1] - 109:19
**cutting** [1] - 61:18

# D

**D.C** [1] - 1:5
**DA** [1] - 108:15
**DA's** [1] - 108:12
**dad** [3] - 84:19, 84:22,
84:23
**daily** [3] - 78:24,
102:24, 103:1
**Dakota** [2] - 151:23,
165:6
**Dallas** [1] - 96:25
**date** [14] - 20:6, 23:11,
23:18, 24:24, 36:18,
36:19, 44:6, 62:9,
68:6, 74:19, 103:6,
155:24, 157:22,
162:25
**Dated** [1] - 169:25
**dates** [6] - 16:22,
25:23, 33:5, 36:17,
98:6, 162:21
**dating** [1] - 10:5
**days** [6] - 47:21, 84:4,
97:6, 110:23, 141:5,
142:4
**DC** [2] - 1:12, 1:18
**de** [4] - 37:11, 46:18,
133:25

**DEA** [7] - 3:20, 20:1,
21:8, 34:22, 39:21,
45:13, 152:14
**deal** [1] - 101:10
**dealing** [2] - 35:10,
53:25
**dealings** [1] - 42:23
**dealt** [3] - 82:8,
124:24, 169:9
**death** [16] - 15:18,
36:14, 74:16, 77:6,
77:10, 77:17, 79:23,
80:18, 81:6, 83:19,
84:10, 84:23, 84:25,
85:10, 85:11, 103:20
**debriefed** [1] - 159:23
**debriefing** [3] -
153:17, 161:7, 164:7
**debriefings** [3] - 8:12,
89:24, 102:19
**decade** [1] - 14:15
**decapitated** [1] - 75:3
**December** [2] - 13:1,
44:8
**decided** [1] - 140:6
**decides** [1] - 131:19
**decipher** [2] - 116:15,
117:6
**decision** [1] - 136:4
**decisions** [1] - 66:8
**declare** [2] - 96:2,
96:10
**declared** [1] - 96:8
**defendant** [28] - 7:7,
11:22, 12:1, 21:15,
57:19, 63:5, 64:2,
66:6, 66:24, 67:3,
69:10, 80:14, 81:2,
81:25, 125:11,
126:15, 133:3,
133:7, 133:11,
133:17, 133:21,
134:3, 134:6, 134:9,
134:11, 154:24,
167:17
**Defendant** [1] - 1:5
**DEFENDANT** [1] -
1:14
**Defendant's** [5] -
43:24, 44:8, 44:17,
110:4
**defendant's** [3] - 7:21,
128:22, 158:3
**defendants** [1] - 44:18
**defense** [16] - 16:18,
17:9, 19:1, 21:8,
25:25, 26:1, 50:14,
106:22, 113:4,
126:18, 160:22,
160:25, 168:10,

7

168:20
**Defense** [10] - 44:1, 45:21, 45:25, 107:5, 110:7, 112:5, 112:7, 157:21, 158:7, 158:14
**deferred** [1] - 137:8
**deferring** [1] - 137:2
**definitely** [1] - 36:1
**degree** [1] - 117:24
**del** [1] - 58:16
**delay** [4] - 141:14, 141:19, 142:6, 142:11
**delayed** [2] - 141:11, 141:22
**deliver** [1] - 75:7
**delivered** [3] - 66:10, 66:22, 67:21
**deliveries** [1] - 91:13
**denomination** [1] - 68:2
**department** [1] - 120:25
**Department** [4] - 1:10, 107:21, 108:5, 108:21
**depressed** [1] - 103:1
**depth** [1] - 22:16
**deputies** [1] - 51:12
**DEPUTY** [1] - 2:2
**describe** [5] - 55:1, 58:8, 62:24, 72:8, 74:14
**described** [5] - 28:13, 73:22, 78:25, 80:12, 82:7
**describing** [2] - 59:8, 80:25
**despite** [1] - 140:2
**destination** [1] - 105:1
**detail** [12] - 22:10, 26:22, 28:21, 33:21, 33:22, 47:18, 47:21, 47:25, 96:9, 96:13, 97:23, 128:25
**details** [14] - 12:21, 12:23, 16:4, 22:8, 22:15, 23:3, 23:19, 26:19, 33:11, 33:17, 39:1, 45:10, 61:15, 61:24
**detained** [5] - 19:2, 19:4, 19:5, 19:8, 56:4
**detective** [10] - 108:2, 108:6, 109:2, 114:20, 116:11, 121:5, 121:10, 121:16, 122:1, 122:5

**determine** [3] - 114:19, 114:25, 117:23
**developing** [1] - 20:6
**die** [4] - 73:10, 74:2, 78:14, 150:7
**died** [5] - 30:8, 68:17, 74:24, 149:23, 150:6
**different** [10] - 6:25, 13:24, 46:16, 46:19, 58:5, 66:5, 83:24, 99:21, 153:1, 159:20
**difficulty** [2] - 80:21, 151:9
**direct** [5] - 10:7, 21:15, 45:2, 94:18, 160:20
**DIRECT** [3] - 52:18, 107:10, 129:12
**directly** [16] - 25:6, 25:10, 34:11, 49:23, 64:20, 64:22, 66:10, 66:19, 67:3, 71:9, 77:3, 77:12, 77:16, 82:8, 93:21
**director** [2] - 58:16, 59:24
**disappearances** [1] - 50:20
**disappeared** [1] - 6:11
**disarmed** [1] - 58:25
**disassembled** [1] - 169:21
**disclosures** [1] - 157:14
**discovery** [5] - 125:4, 125:6, 125:23, 126:18, 126:23
**discuss** [5] - 48:2, 83:18, 85:8, 97:11
**discussed** [8] - 48:20, 49:3, 57:12, 114:22, 114:25, 116:6, 117:7, 168:20
**discussing** [2] - 6:7, 118:14
**discussion** [5] - 10:4, 14:12, 36:13, 39:14, 117:24
**discussions** [3] - 32:23, 50:2, 140:9
**dispute** [1] - 4:12
**distant** [1] - 8:3
**distribute** [3] - 130:13, 130:16, 151:14
**distributing** [2] - 55:17, 131:21
**distribution** [2] - 41:9, 132:4
**District** [11] - 53:11,

85:18, 86:3, 98:24, 98:25, 108:6, 150:21, 152:8, 156:5, 165:7
**DISTRICT** [3] - 1:1, 1:1, 1:7
**district** [2] - 109:1, 109:5
**divided** [2] - 37:17, 66:25
**divorced** [1] - 75:22
**docket** [1] - 169:9
**doctor** [1] - 67:9
**document** [1] - 58:17
**documents** [1] - 125:8
**dollars** [6] - 48:17, 60:21, 63:13, 68:2, 68:3, 146:24
**Domingo** [1] - 20:11
**Don** [1] - 130:3
**Dona** [1] - 63:23
**done** [11] - 7:15, 40:5, 69:22, 79:16, 119:21, 121:3, 121:23, 121:24, 127:21, 128:11, 164:24
**door** [2] - 50:15, 83:10
**DOPAZO** [1] - 1:22
**double** [2] - 67:10, 160:25
**double-bottom** [1] - 67:10
**doubt** [2] - 79:18, 110:14
**down** [11] - 5:3, 9:18, 11:16, 61:11, 61:13, 67:2, 68:7, 68:21, 79:19, 95:1, 158:10
**dozens** [3] - 47:6, 47:7
**drafted** [1] - 58:17
**driving** [3] - 93:2, 93:4, 93:6
**drove** [2] - 93:6, 93:8
**drug** [29] - 5:24, 29:13, 41:9, 41:17, 46:24, 47:4, 47:12, 53:20, 54:4, 54:16, 55:8, 59:16, 70:5, 83:16, 88:13, 91:13, 92:8, 98:17, 100:16, 104:19, 116:10, 116:19, 117:2, 134:17, 134:20, 138:1, 142:15, 165:6, 166:2
**Drug** [1] - 109:2
**drug-related** [1] - 5:24
**drugs** [18] - 40:23, 40:25, 41:10, 41:12,

46:13, 46:15, 53:25, 55:13, 55:16, 65:13, 90:17, 94:3, 101:20, 110:20, 120:2, 120:7, 120:8
**drunk** [1] - 103:19
**drunkenness** [1] - 103:16
**during** [20] - 21:1, 47:3, 50:2, 54:15, 56:19, 62:1, 63:4, 64:1, 64:2, 77:24, 78:22, 82:7, 102:14, 139:3, 145:13, 145:16, 154:22, 158:16, 160:8, 166:14
**dynasty** [1] - 105:1

---

**E**

---

**early** [2] - 97:17, 152:15
**earphones** [2] - 61:19, 151:7
**easiest** [2] - 12:24, 17:11
**Eastern** [3] - 53:11, 85:18, 98:24
**easy** [1] - 113:3
**Eduardo** [3] - 18:7, 18:10, 18:17, 23:24, 23:25, 24:5, 48:11
**effect** [4] - 58:15, 103:11, 103:14, 103:15
**effectively** [1] - 45:10
**Efrain** [7] - 28:25, 29:5, 29:8, 32:14, 32:18, 43:25, 71:7
**EFRAIN** [1] - 29:5
**eight** [4] - 12:12, 51:3, 72:17, 84:6
**either** [12] - 25:6, 31:12, 32:4, 38:4, 65:16, 65:19, 76:11, 78:19, 84:14, 92:21, 101:16, 104:5
**el** [21] - 16:8, 16:15, 61:8, 63:20, 65:12, 66:2, 93:5, 106:7, 127:10, 133:12, 133:14, 135:19, 140:12, 146:4, 146:5, 146:21, 153:7, 153:19
**El** [1] - 132:19
**electronic** [1] - 45:8
**electronics** [2] - 138:15, 138:17

**elicit** [1] - 94:11
**Elizabeth** [2] - 1:23, 169:25
**ELIZABETH** [1] - 169:18
**ELMO** [1] - 161:20
**ELPIDIO** [1] - 129:9
**Elpidio** [3] - 129:15, 150:17, 150:19
**email** [2] - 45:8, 45:19
**Email** [3] - 1:13, 1:13, 1:19
**emotionally** [2] - 75:24, 76:3
**emotions** [1] - 78:17
**employed** [2] - 107:13, 107:14
**EMR** [1] - 160:20
**EMR-100** [1] - 164:8
**EMR-54** [2] - 161:15, 161:16
**encouraging** [1] - 165:17
**end** [7] - 42:15, 56:8, 59:19, 74:11, 77:22, 87:10, 117:17
**ended** [4] - 72:12, 81:14, 82:15, 84:17
**energy** [1] - 103:13
**Enforcement** [1] - 109:3
**enforcement** [5] - 119:12, 119:16, 120:6, 124:23, 127:20
**engage** [1] - 40:16
**engaged** [5] - 3:14, 40:11, 40:20, 110:24, 116:14
**engineer** [1] - 138:12
**English** [3] - 114:15, 116:19, 130:6
**entered** [2] - 45:20, 45:23
**entire** [5] - 62:2, 89:15, 115:11, 125:4, 125:10
**entirety** [5] - 115:1, 115:25, 117:4, 118:24, 125:8
**entries** [1] - 128:14
**ephedra** [1] - 41:5
**equally** [1] - 103:24
**equipment** [3] - 138:9, 138:15, 167:4
**Erik** [1] - 153:19
**erroneously** [1] - 162:13
**error** [1] - 153:21
**Ertzbischoff** [1] - 2:13

**ERTZBISCHOFF** [1] - 1:16
**escape** [17] - 58:12, 58:22, 59:24, 98:20, 99:2, 99:7, 99:10, 99:12, 99:21, 99:25, 100:4, 100:23, 100:25, 151:22, 151:25, 156:18, 165:5
**escaped** [7] - 56:9, 61:13, 83:2, 91:16, 98:12, 100:16, 152:3
**Espinosa** [1] - 65:9
**essentially** [1] - 107:17
**establish** [1] - 85:5
**established** [1] - 70:22
**et** [2] - 44:20, 44:21
**Europe** [12] - 41:17, 41:20, 41:22, 41:25, 42:10, 43:8, 43:17, 111:8, 118:2, 118:19, 118:22, 127:16
**European** [1] - 159:18
**evaluate** [1] - 7:9
**event** [13] - 15:19, 15:22, 36:1, 36:17, 36:18, 37:1, 37:4, 38:8, 38:22, 74:17, 104:23, 111:19, 118:16
**events** [9] - 6:3, 15:17, 15:25, 34:12, 47:9, 80:13, 81:1, 81:5, 165:24
**eventually** [4] - 58:14, 70:13, 70:20, 123:9
**evidence** [24] - 6:25, 9:14, 17:19, 25:16, 26:8, 32:21, 39:22, 39:24, 45:11, 45:18, 45:21, 49:16, 86:4, 89:8, 110:4, 111:23, 113:12, 126:21, 157:13, 157:17, 160:19, 164:6, 169:9
**ex** [1] - 85:5
**ex-wife** [1] - 85:5
**exact** [4] - 26:13, 36:19, 89:9, 90:19
**exactly** [16] - 8:20, 11:3, 13:10, 15:11, 15:23, 23:11, 27:12, 27:15, 27:16, 38:11, 58:6, 60:17, 71:20, 72:8, 89:11, 138:12
**exam** [5] - 122:9,

122:25, 123:5, 123:9, 123:15
**EXAMINATION** [9] - 3:7, 46:11, 52:18, 87:6, 107:10, 119:7, 129:12, 150:11, 165:3
**examine** [1] - 31:10
**example** [4] - 90:18, 121:16, 136:22, 137:1
**exchange** [11] - 12:24, 14:12, 114:13, 115:2, 115:25, 117:4, 117:6, 117:22, 118:24, 126:8, 131:17
**exchanged** [1] - 59:23
**exchanges** [1] - 111:12
**exclusively** [1] - 64:17
**Excuse** [2] - 44:3, 164:18
**excuse** [7] - 23:21, 30:16, 31:18, 32:16, 34:15, 95:17, 139:24
**excused** [3] - 51:11, 106:17, 167:21
**executed** [2] - 68:21, 69:10
**exercise** [1] - 116:14
**exhibit** [15] - 17:8, 17:23, 112:10, 112:11, 112:22, 115:14, 117:9, 125:3, 158:13, 160:22, 160:23, 160:25, 168:24, 168:25, 169:2
**Exhibit** [31] - 4:7, 11:7, 32:24, 44:1, 45:22, 45:25, 49:8, 49:16, 89:8, 110:7, 112:3, 112:4, 112:5, 112:7, 113:18, 114:3, 114:5, 114:8, 115:5, 115:6, 117:10, 125:1, 127:9, 157:21, 158:7, 158:14, 160:19, 161:13, 164:6
**exhibits** [6] - 111:23, 112:15, 115:11, 115:20, 125:1, 169:5
**Exhibits** [5] - 113:1, 113:5, 113:6, 113:25, 115:22
**exist** [1] - 120:9
**expedite** [1] - 8:5

**expenses** [1] - 167:3
**expensive** [2] - 138:16
**experience** [12] - 110:9, 110:20, 114:19, 114:21, 116:11, 123:21, 123:22, 124:6, 124:8, 124:14, 124:19, 128:2
**experiences** [2] - 107:23, 108:24
**expertise** [1] - 159:17
**explain** [14] - 44:25, 60:17, 63:4, 64:23, 80:17, 81:4, 94:10, 136:11, 138:8, 141:14
**explained** [3] - 139:1, 141:20, 141:23
**explaining** [1] - 142:9
**explanation** [1] - 69:8
**explanatory** [1] - 89:11
**explore** [1] - 124:2
**extensive** [1] - 78:5
**extorted** [2] - 75:24, 76:3
**extra** [1] - 103:12
**extracted** [1] - 76:20
**extradited** [7] - 53:8, 53:10, 85:17, 96:20, 97:16, 150:25, 154:12
**extremely** [1] - 94:22

## F

**face** [4] - 57:21, 57:24, 57:25, 154:15
**facing** [1] - 153:4
**fact** [23] - 14:25, 19:22, 20:1, 39:15, 39:22, 69:8, 89:20, 96:13, 101:18, 105:4, 110:24, 114:25, 121:3, 123:23, 135:19, 152:14, 153:25, 154:3, 159:12, 159:20, 161:7, 163:12
**faction** [2] - 166:19, 166:20
**facts** [3] - 20:2, 87:20, 87:21
**fair** [4] - 25:3, 54:2, 77:25, 167:10
**fairly** [1] - 46:2
**familia** [4] - 46:17, 50:1, 92:12, 150:4

**familial** [3] - 7:21, 7:23, 8:2
**familiar** [8] - 71:6, 82:12, 83:3, 98:1, 110:17, 120:18, 138:1, 147:12
**families** [3] - 6:11, 38:6, 105:2
**family** [32] - 36:15, 37:22, 38:3, 38:4, 38:7, 38:9, 39:9, 39:16, 39:23, 40:1, 49:22, 50:3, 50:9, 50:20, 54:5, 57:12, 61:3, 63:21, 64:24, 66:7, 68:14, 68:25, 69:1, 71:3, 75:2, 85:1, 87:14, 95:13, 97:18, 97:21, 98:8, 125:11
**famous** [5] - 92:7, 92:8, 92:9, 92:10, 92:17
**far** [5] - 60:6, 90:5, 103:4, 104:7, 134:13
**fashion** [1] - 85:13
**fast** [1] - 152:7
**fast-forward** [1] - 152:7
**fate** [1] - 74:9
**father** [5] - 75:1, 85:1, 85:10, 86:23, 102:25
**fax** [1] - 124:15
**FCRR** [3] - 1:23, 169:18, 169:25
**February** [8] - 3:19, 4:11, 5:25, 6:8, 98:2, 98:3, 165:10
**federal** [23] - 5:2, 8:12, 16:18, 18:25, 19:10, 19:15, 20:10, 21:20, 22:11, 23:9, 25:19, 25:24, 26:2, 28:10, 28:15, 28:20, 39:13, 96:19, 98:23, 109:14, 109:21, 121:11, 151:22
**federation** [2] - 106:4, 163:18
**Felipe** [1] - 65:9
**fell** [2] - 72:20, 143:5
**few** [5] - 18:20, 40:8, 73:25, 159:21, 164:16
**field** [1] - 79:23
**figure** [4] - 120:13, 148:9, 148:11, 148:13
**finally** [1] - 34:12
**financial** [1] - 119:23

**fine** [7] - 3:17, 5:12, 34:5, 106:23, 107:1, 115:19, 115:23
**finish** [2] - 72:12, 151:20
**firearm** [6] - 66:13, 66:14, 78:19, 101:23, 158:18, 158:20
**firearms** [1] - 101:19
**firm** [2] - 107:16, 107:18
**first** [35] - 3:22, 7:7, 9:9, 9:21, 15:6, 15:7, 24:15, 33:7, 37:24, 38:12, 38:21, 38:25, 57:3, 57:4, 70:19, 71:20, 72:7, 72:8, 85:17, 91:6, 91:15, 93:14, 94:17, 109:12, 113:20, 122:9, 125:19, 132:4, 133:17, 134:2, 138:5, 144:20, 145:14, 159:6, 165:11
**first-hand** [4] - 37:24, 93:14, 94:17
**fit** [1] - 117:15
**five** [5] - 35:5, 43:2, 43:6, 43:10, 78:21
**Flaco** [11] - 16:8, 16:9, 16:11, 16:15, 20:12, 24:4, 64:8, 64:12, 133:12, 133:16
**flag** [1] - 143:14
**fleshed** [1] - 41:7
**Flores** [6] - 75:19, 75:20, 75:21, 75:23, 76:7
**focus** [2] - 35:15, 114:9
**focusing** [1] - 113:23
**follow** [1] - 154:10
**FOR** [3] - 1:1, 1:8, 1:14
**Force** [2] - 109:3, 109:7
**force** [1] - 109:14
**foregoing** [1] - 169:18
**forest** [1] - 79:6
**forgot** [2] - 143:18, 143:20
**form** [4] - 20:19, 21:3, 136:17, 167:2
**formed** [1] - 106:5, 163:18
**forward** [2] - 2:5, 152:7
**four** [4] - 89:25,

123:24, 148:25, 151:17
**fraction** [1] - 43:3
**frame** [2] - 16:19, 70:2
**Francisco** [1] - 44:9
**frequent** [1] - 51:18
**frequently** [2] - 24:11, 105:4
**friend** [1] - 93:17
**friends** [1] - 68:15
**front** [8] - 12:7, 15:13, 31:2, 45:15, 112:14, 112:22, 129:1, 149:14
**frustration** [1] - 86:24
**full** [5] - 23:15, 23:16, 52:22, 56:8, 169:19
**funeral** [1] - 69:12
**future** [3] - 86:11, 86:18, 169:6

## G

**Gallino** [1] - 61:7
**Gallo** [2] - 104:10
**Gamboa** [3] - 58:11, 58:24, 59:2
**Garcia** [1] - 50:6
**Garza** [1] - 130:1
**gathered** [1] - 79:24
**general** [2] - 25:1, 60:2
**generally** [2] - 135:15, 136:21
**Generation** [3] - 153:15, 153:24, 166:21
**gentleman** [3] - 16:7, 28:1, 132:25
**GEOFFREY** [1] - 1:15
**Gerardo** [85] - 2:4, 2:17, 3:15, 5:24, 6:7, 7:22, 8:19, 10:14, 10:25, 13:20, 13:24, 15:19, 16:7, 16:10, 16:11, 16:15, 18:8, 18:9, 18:11, 20:7, 20:11, 20:17, 20:19, 20:23, 21:2, 21:9, 21:23, 22:4, 23:5, 23:21, 24:1, 24:5, 24:9, 24:17, 25:8, 26:14, 26:24, 27:19, 28:13, 33:8, 34:7, 34:10, 39:1, 39:6, 40:19, 41:16, 41:20, 42:24, 47:16, 47:20, 48:6, 48:12, 48:14, 48:17, 48:21, 48:23, 49:23, 50:2, 57:2,

57:5, 64:20, 91:8, 91:10, 126:5, 137:19, 137:24, 144:10, 145:21, 145:25, 147:15, 147:17, 147:18, 148:4, 148:16, 148:18, 149:4, 153:16, 153:23, 154:3, 154:24, 155:6, 155:15, 156:2, 167:17
**GERARDO** [1] - 1:4
**Gerardo's** [3] - 81:17, 136:5, 137:16
**get-together** [1] - 104:23
**get-togethers** [1] - 91:12
**gifted** [2] - 12:14, 13:9
**gifting** [2] - 15:2, 15:9
**Giglio** [2] - 157:13, 158:2
**given** [5] - 12:16, 13:14, 13:15, 111:12, 116:1
**Giyo** [1] - 104:10
**glad** [1] - 30:13
**globally** [1] - 124:24
**Golfo** [1] - 58:16
**Gonzalez** [73] - 2:4, 2:17, 3:16, 5:25, 6:8, 7:22, 8:19, 10:14, 10:25, 13:20, 13:24, 15:19, 16:10, 16:11, 18:7, 20:7, 21:2, 21:9, 21:23, 22:4, 23:21, 23:22, 23:24, 24:9, 24:17, 25:8, 26:15, 26:24, 27:19, 28:13, 33:8, 34:7, 39:1, 40:19, 41:16, 42:24, 47:16, 47:21, 56:25, 57:2, 57:11, 57:14, 63:18, 63:19, 65:22, 66:9, 70:5, 81:16, 89:21, 90:13, 90:15, 91:6, 91:7, 91:8, 94:1, 97:12, 97:18, 97:21, 98:8, 111:18, 126:5, 134:21, 135:9, 144:11, 147:15, 153:16, 154:4, 154:25, 155:6, 155:15, 156:2, 167:17
**GONZALEZ** [1] - 1:4
**Gonzalez's** [1] - 39:1
**goods** [2] - 132:12,

132:14
**government** [97] - 2:6, 4:2, 4:20, 5:23, 6:2, 6:18, 7:3, 9:23, 10:7, 10:24, 12:12, 12:21, 12:25, 13:7, 14:9, 14:24, 14:25, 15:21, 16:9, 17:16, 21:2, 24:6, 25:13, 26:13, 26:19, 27:14, 30:14, 30:18, 33:1, 35:5, 36:2, 36:14, 38:12, 38:14, 38:21, 41:23, 42:20, 42:23, 43:2, 43:10, 43:21, 45:12, 45:18, 47:5, 47:8, 47:11, 49:15, 50:10, 50:18, 52:7, 52:9, 82:25, 86:13, 89:24, 101:4, 101:17, 102:2, 102:5, 102:12, 102:19, 104:21, 106:19, 111:24, 112:11, 112:15, 114:1, 114:5, 115:11, 115:14, 115:20, 130:22, 153:18, 156:7, 156:18, 157:6, 157:8, 157:17, 158:3, 158:22, 158:25, 159:21, 159:23, 160:23, 161:8, 162:1, 162:8, 162:12, 162:18, 163:25, 165:12, 165:13, 165:17, 165:19, 165:23, 166:1, 167:24, 168:1
**GOVERNMENT** [1] - 1:8
**Government** [22] - 3:5, 45:22, 49:8, 49:16, 52:14, 112:4, 113:1, 113:6, 113:18, 114:2, 115:6, 115:22, 117:10, 125:1, 127:9, 129:9, 160:19, 161:3, 161:13, 164:6, 164:12
**Government's** [17] - 4:6, 6:15, 6:17, 11:7, 16:24, 17:21, 26:10, 45:7, 49:20, 89:8, 89:18, 112:7, 113:4, 113:25, 114:8, 115:5, 116:6

**government's** [2] - 112:13, 112:16
**Goya** [2] - 58:12, 58:24, 59:2
**grams** [1] - 116:24
**great** [1] - 17:10
**Gregorio** [1] - 58:11
**grenades** [2] - 74:22, 74:23
**ground** [1] - 72:21
**group** [13] - 20:23, 22:25, 23:8, 27:15, 66:5, 73:1, 75:4, 88:18, 109:15, 135:9, 146:3, 146:4, 146:21
**groups** [3] - 46:19, 92:7, 110:10
**Guadalajapas** [1] - 133:20
**Guadalajara** [7] - 46:19, 130:5, 140:14, 140:23, 141:11, 142:14, 144:7
**guaranteed** [1] - 131:7
**Guatemala** [12] - 60:7, 60:8, 60:20, 62:20, 62:23, 65:2, 67:2, 70:11, 70:22, 71:13, 96:25, 97:20
**Guatemalan** [1] - 60:10
**Guerro** [1] - 61:8
**guess** [1] - 15:14
**guilty** [12] - 54:19, 85:22, 85:23, 86:5, 111:19, 130:19, 130:21, 156:5, 156:7, 158:23, 165:5, 165:6
**Guizar** [29] - 15:17, 16:18, 19:2, 19:11, 19:16, 19:23, 20:20, 23:4, 48:3, 52:9, 52:11, 52:23, 54:1, 55:11, 56:15, 60:23, 69:6, 93:22, 144:15, 144:18, 144:24, 145:4, 146:13, 147:6, 163:1, 163:4, 163:7, 163:25
**GUIZAR** [2] - 52:14
**Guizar's** [1] - 147:8
**Gulf** [2] - 58:10, 59:5
**gun** [5] - 13:24, 14:12, 73:7, 73:22, 158:21
**gunman** [1] - 76:12
**gunman's** [1] - 73:4
**gunmen** [15] - 48:3,

48:8, 58:24, 58:25, 59:5, 59:7, 68:21, 72:25, 73:12, 73:18, 73:21, 74:22, 75:4, 76:13, 146:16
**guns** [7] - 10:25, 11:9, 12:13, 13:19, 15:6, 66:17, 66:21
**Gutierrez** [1] - 75:2
**guy** [3] - 63:24, 72:18, 72:22
**Guzman** [3] - 61:9, 83:2, 83:4
**GX1** [1] - 115:21
**GX9** [1] - 115:10

## H

**H-I-N-O-J-O-S-A** [1] - 31:19
**H-O-L-O-H-A-N** [1] - 107:4
**habit** [2] - 102:21, 103:8
**half** [3] - 56:5, 62:21, 100:16
**halfway** [1] - 158:10
**hallway** [1] - 83:1
**hand** [8] - 37:24, 52:13, 64:17, 65:9, 75:6, 93:14, 94:17, 169:3
**handcuffed** [1] - 78:13
**handcuffing** [1] - 78:11
**handed** [2] - 43:7, 58:24
**handguns** [2] - 66:15, 66:18
**handle** [1] - 168:7
**HANDRICH** [52] - 1:10, 30:23, 31:3, 31:6, 31:8, 31:14, 52:8, 52:11, 52:17, 52:19, 57:18, 57:23, 60:1, 61:22, 62:15, 67:13, 69:7, 69:24, 76:10, 80:5, 80:8, 80:24, 83:23, 84:1, 84:2, 84:9, 87:1, 89:13, 94:21, 102:15, 106:16, 106:21, 112:17, 113:1, 119:6, 119:8, 120:21, 120:23, 122:22, 123:4, 123:22, 124:1, 124:5, 124:18, 126:7, 126:11, 127:7, 127:8,

10

128:11, 128:12, 128:20, 129:2
**Handrich** [2] - 2:8, 30:24
**hands** [5] - 78:19, 85:11, 101:9, 102:9, 163:19
**hanging** [4] - 76:8, 76:17, 76:21, 104:14
**happy** [1] - 149:2
**harm** [1] - 69:22
**harmed** [1] - 59:10
**haste** [1] - 141:23
**head** [2] - 15:8, 153:18
**heads** [1] - 95:13
**healthy** [2] - 122:24
**hear** [9] - 27:5, 31:4, 42:3, 42:5, 42:7, 61:21, 64:9, 136:5, 136:15
**heard** [23] - 29:8, 72:17, 82:5, 93:19, 94:12, 94:18, 95:12, 95:13, 95:19, 95:25, 106:7, 106:9, 110:23, 111:2, 118:4, 118:18, 127:16, 128:1, 136:9, 136:18, 137:8, 137:13, 145:17
**hearing** [8] - 34:16, 72:9, 88:3, 89:14, 111:22, 122:20, 151:6, 169:15
**HEARING** [1] - 1:6
**hearings** [1] - 131:2
**heart** [1] - 5:20
**help** [13] - 75:14, 84:21, 85:1, 100:17, 116:21, 117:6, 133:24, 144:19, 144:21, 145:9, 147:25, 163:13, 164:2
**helpers** [2] - 42:16, 42:17
**helpful** [1] - 114:6
**hereby** [1] - 169:18
**Heriberto** [1] - 77:6
**Heroin** [1] - 110:22
**hid** [1] - 149:13
**hidden** [2] - 49:3, 138:19
**hide** [2] - 149:16, 149:17
**hierarchy** [1] - 30:10
**Hierro** [1] - 55:19
**high** [6] - 82:19, 82:20, 82:24, 139:9,

140:2, 140:5
**high-ranking** [2] - 82:19, 82:20
**high-security** [1] - 82:24
**hijacked** [1] - 70:2
**himself** [5] - 50:2, 61:3, 73:9, 110:24, 148:2
**Hinojosa** [10] - 31:16, 31:20, 31:22, 31:23, 32:6, 32:8, 44:13, 44:15, 44:16, 44:23
**Hinosa** [1] - 44:14, 45:13
**history** [1] - 98:10
**hit** [4] - 105:15, 105:18, 163:15, 163:22
**holding** [1] - 72:14
**holds** [1] - 169:10
**HOLOHAN** [1] - 107:5
**Holohan** [3] - 107:4, 113:12, 121:18
**Holohan's** [1] - 110:5
**honestly** [1] - 32:1
**Honor** [87] - 2:11, 3:4, 7:11, 7:16, 8:9, 11:19, 12:3, 14:20, 15:5, 15:10, 16:5, 17:7, 17:11, 17:23, 18:9, 20:21, 21:11, 25:15, 26:11, 27:17, 28:9, 28:14, 31:7, 32:7, 33:13, 35:1, 36:6, 40:6, 42:1, 42:6, 42:11, 43:13, 43:22, 44:7, 45:3, 45:14, 45:21, 46:4, 47:23, 49:15, 49:18, 50:14, 50:24, 51:9, 51:20, 52:5, 52:8, 52:17, 88:14, 89:7, 89:13, 94:23, 100:4, 106:13, 106:18, 106:23, 107:2, 107:23, 108:13, 108:24, 110:3, 112:20, 113:9, 114:15, 115:4, 119:6, 120:22, 125:18, 128:11, 129:5, 139:25, 157:12, 157:20, 158:1, 158:10, 158:12, 160:18, 164:5, 164:16, 164:20, 164:25, 166:9, 167:20, 167:25, 168:7,

168:15, 169:4
**Honor's** [2] - 18:22, 23:12
**HONORABLE** [1] - 1:6
**hooded** [1] - 103:23
**hope** [2] - 86:11, 86:17
**hopes** [1] - 159:1
**hoping** [1] - 131:16
**horse** [4] - 72:11, 72:12, 85:4, 105:6
**hospital** [1] - 58:18
**Hotel** [1] - 162:19
**hotel** [1] - 162:23
**hour** [5] - 80:3, 80:4, 83:14, 168:6, 168:12
**hours** [2] - 77:22, 83:14
**house** [1] - 107:17
**housekeeping** [1] - 168:8
**houses** [3] - 65:3, 79:5
**housing** [1] - 50:22
**Houston** [7] - 3:20, 4:10, 26:2, 86:5, 96:25, 97:25, 128:4
**HOWELL** [1] - 1:6
**Hugo** [2] - 88:4, 88:12
**Huimaguillo** [11] - 7:25, 19:17, 59:21, 60:16, 61:14, 67:11, 70:15, 90:17, 91:11, 91:17, 94:2
**hum** [1] - 16:8
**humor** [1] - 164:21
**hundred** [1] - 135:3
**hundreds** [2] - 45:1, 47:2
**hurry** [2] - 142:17, 142:18
**hurt** [1] - 74:24
**husband** [2] - 63:22, 75:21

## I

**idea** [2] - 45:16, 60:2
**identification** [3] - 73:7, 73:25, 74:2
**identified** [12] - 57:1, 57:19, 57:24, 65:19, 73:19, 74:17, 74:19, 81:24, 133:3, 161:9, 162:9, 162:13
**identify** [6] - 52:7, 57:16, 58:1, 58:2, 74:11, 114:21
**ill** [1] - 58:18
**illogical** [1] - 143:15

**imagine** [2] - 9:19, 109:17
**immaterial** [1] - 120:19
**immediately** [1] - 73:19
**impeaching** [1] - 11:25
**impeachment** [1] - 11:20
**importance** [1] - 12:20
**important** [7] - 22:8, 22:10, 26:20, 33:12, 33:18, 92:16, 141:20
**importation** [1] - 130:14
**impossible** [2] - 162:3, 162:13
**improper** [1] - 11:20, 11:25
**in-house** [1] - 107:17
**in-person** [1] - 48:2
**inaccurate** [2] - 125:19, 126:6
**inappropriate** [1] - 31:11
**incarcerated** [2] - 51:1, 130:11
**incident** [3] - 54:13, 59:6, 150:7
**incidents** [1] - 78:8
**include** [2] - 130:24, 131:2
**included** [7] - 36:6, 36:8, 79:1, 101:1, 101:18, 105:2
**including** [5] - 5:8, 63:5, 68:22, 69:9, 109:17, 120:6, 126:15
**incorrect** [2] - 100:1, 164:3
**incorrectly** [1] - 162:9
**increased** [1] - 103:6
**independent** [2] - 39:22, 39:24
**independently** [2] - 30:18, 39:15
**indicating** [1] - 57:18
**indicted** [1] - 152:9
**indirectly** [1] - 25:7
**individual** [11] - 30:15, 30:16, 30:21, 32:13, 32:16, 46:23, 105:19, 114:9, 147:12, 153:12, 161:9
**individuals** [9] - 22:23, 23:6, 47:9, 94:12, 105:3,

114:10, 114:12, 114:13, 165:24
**indulgence** [9] - 16:5, 16:25, 27:17, 40:5, 42:11, 42:15, 106:12, 125:14, 164:17
**industry** [1] - 108:19
**inform** [1] - 136:25
**information** [19] - 3:15, 5:23, 14:3, 76:8, 76:12, 76:20, 79:8, 80:18, 81:23, 90:19, 90:20, 93:19, 94:18, 95:4, 104:1, 104:2, 152:20, 158:4
**informed** [2] - 14:6, 121:17
**initial** [2] - 84:3, 101:18
**injured** [1] - 72:21
**inside** [2] - 58:20, 84:5
**instead** [1] - 18:11
**instructed** [1] - 168:16
**intend** [1] - 111:24
**intended** [1] - 111:24
**intent** [1] - 151:14
**interacted** [1] - 24:13
**interactions** [1] - 66:6
**intercept** [1] - 120:20
**intercepted** [1] - 125:24
**intercepts** [1] - 120:24
**interest** [1] - 123:11
**interested** [4] - 78:23, 99:14, 99:16
**international** [1] - 124:23
**interpret** [1] - 124:7
**interpreted** [1] - 124:17
**Interpreter** [1] - 154:17
**INTERPRETER** [14] - 42:6, 51:20, 51:25, 52:5, 62:12, 67:4, 69:20, 75:16, 75:25, 137:20, 141:6, 146:7, 154:17, 162:5
**interpreter** [16] - 42:6, 51:20, 51:21, 51:23, 52:1, 62:12, 67:4, 69:20, 75:16, 75:25, 130:9, 130:10, 137:20, 141:6, 146:7, 162:6
**interpreters** [1] - 51:17
**Interpreters** [1] - 1:22
**interpreting** [1] -

121:22
**interrupt** [1] - 6:19
**interviewed** [1] - 8:17
**interviews** [4] - 9:2, 97:1, 98:4, 98:5
**introduce** [5] - 17:16, 32:20, 56:21, 110:4, 112:2
**introduced** [1] - 169:10
**invested** [2] - 137:19, 137:24
**investigate** [1] - 84:24
**investigation** [4] - 39:18, 109:6, 152:11, 152:25
**Investigations** [1] - 107:15
**investigations** [7] - 40:4, 81:9, 107:16, 108:17, 109:25, 119:15, 119:17
**investigative** [3] - 110:1, 119:12, 121:15
**investigator** [2] - 107:18, 119:19
**investor** [2] - 160:3, 160:4
**investors** [4] - 61:4, 63:5, 69:9
**involve** [1] - 78:11
**involved** [25] - 20:8, 21:3, 21:9, 21:14, 24:24, 25:4, 27:10, 27:14, 41:10, 53:20, 55:8, 69:25, 70:7, 70:8, 77:25, 78:1, 78:5, 102:7, 108:16, 119:11, 132:4, 134:16, 134:19, 137:18, 137:23
**involvement** [4] - 20:20, 21:22, 39:2, 79:9
**involving** [1] - 118:7
**irrespective** [1] - 114:12
**Islands** [5] - 143:15, 143:18, 143:19, 143:21, 143:24
**islands** [1] - 143:24
**isolation** [3] - 51:2, 51:5, 83:15
**issue** [4] - 14:10, 92:13, 102:25, 126:8
**issues** [1] - 94:4
**items** [1] - 127:5

# J

**jail** [15] - 56:17, 56:18, 56:21, 56:23, 57:3, 59:17, 82:24, 83:4, 83:5, 83:22, 84:13, 90:13, 90:15, 157:3
**Jalisco** [6] - 74:19, 130:5, 133:20, 153:15, 153:24, 166:21
**James** [1] - 107:4
**JAMES** [1] - 107:5
**January** [20] - 11:8, 15:22, 16:19, 19:1, 21:7, 21:19, 22:5, 23:10, 24:18, 24:20, 26:14, 33:2, 33:4, 62:10, 62:14, 62:16, 64:1, 68:7, 103:2, 108:1
**Jencks** [4] - 21:12, 21:13, 168:17, 168:19
**JFK** [2] - 109:12, 124:22
**JIMENEZ** [1] - 1:21
**Jimenez** [1] - 2:9
**JMGV3** [1] - 89:9
**JMGV65** [1] - 89:10
**job** [6] - 60:14, 62:3, 147:1
**joined** [3] - 89:5, 99:15, 166:19
**joint** [1] - 109:6
**Jose** [20] - 31:16, 31:17, 31:18, 31:20, 32:6, 32:8, 37:11, 44:18, 49:14, 52:9, 52:11, 52:23, 56:25, 63:19, 65:16, 65:19, 65:22, 134:21, 134:22, 134:23
**JOSE** [1] - 52:14
**Juarez** [1] - 82:23
**judge** [8] - 30:23, 86:12, 86:16, 101:9, 113:1, 131:20, 131:24, 132:1
**JUDGE** [1] - 1:7
**Judge** [3] - 31:8, 94:21, 106:21
**July** [3] - 61:13, 91:16, 98:20
**June** [3] - 98:2, 115:2, 116:4
**jury** [1] - 12:8
**Justice** [1] - 1:10

# K

**Kaitlin** [1] - 2:7
**KAITLIN** [1] - 1:9
**kaitlin.sahni@usdoj. gov** [1] - 1:13
**kamikaze** [1] - 73:18
**KATE** [1] - 1:9
**Kate** [1] - 2:7
**kate.naseef@usdoj. gov** [1] - 1:13
**KATHERINE** [1] - 1:21
**keep** [6] - 46:7, 78:22, 104:21, 114:17, 129:20, 158:8
**keeping** [1] - 132:13
**keeps** [2] - 82:25, 87:4
**kept** [2] - 66:13, 147:6
**khaki** [1] - 132:25
**kidnap** [1] - 76:14
**kidnapped** [2] - 76:11, 78:12
**kill** [11] - 68:9, 74:25, 76:13, 78:18, 78:24, 84:14, 84:15, 85:4, 92:15, 105:16, 148:4
**killed** [39] - 19:16, 22:25, 23:3, 28:1, 30:7, 40:1, 68:19, 69:13, 69:17, 69:23, 70:3, 70:6, 70:17, 71:19, 71:21, 72:21, 73:1, 73:5, 74:15, 76:9, 78:13, 78:21, 81:4, 93:22, 95:6, 95:20, 96:12, 102:25, 103:4, 104:6, 105:10, 145:5, 145:11, 146:13, 147:6, 148:1, 149:13, 163:20
**killing** [15] - 19:2, 19:24, 20:8, 20:13, 20:20, 27:20, 27:23, 27:25, 32:14, 32:18, 78:6, 78:20, 87:14, 145:6, 146:17
**killings** [2] - 48:23, 102:9
**kilo** [3] - 127:17, 139:14, 139:15
**kilogram** [2] - 116:24, 128:6
**kilograms** [1] - 42:25
**kilos** [14] - 43:1, 55:25, 63:2, 63:3, 63:10, 63:12, 63:15, 65:11, 71:13, 78:1, 93:11, 140:24,

143:3, 167:3
**kind** [3] - 101:6, 103:16, 116:9
**Kirk** [2] - 2:7, 30:23
**KIRK** [1] - 1:10
**knowing** [1] - 78:12
**knowledge** [7] - 3:15, 37:25, 70:7, 93:14, 94:11, 94:17, 127:24
**knowledgeable** [2] - 110:10, 110:13
**known** [8] - 18:12, 38:14, 71:7, 92:6, 92:13, 153:12, 153:13, 166:20
**knows** [2] - 89:14, 156:18
**KYLE** [1] - 1:20
**Kyle** [1] - 2:8

# L

**L.A** [1] - 128:4
**label** [1] - 32:24
**labeled** [4] - 67:20, 67:23, 112:6, 126:4
**labels** [1] - 32:24
**labs** [2] - 41:4, 41:13
**lady** [1] - 68:18
**Lalillo** [6] - 64:8, 64:9, 69:11, 70:5, 71:2, 90:10
**Lalito** [1] - 65:6
**Lalo** [61] - 11:9, 11:11, 23:25, 24:4, 48:10, 48:11, 48:13, 56:25, 57:5, 57:14, 61:5, 63:14, 63:18, 64:10, 64:24, 65:8, 65:21, 65:24, 66:9, 68:9, 70:15, 74:25, 75:4, 75:6, 75:18, 75:19, 76:18, 79:16, 82:9, 84:19, 90:15, 91:9, 91:23, 91:24, 92:2, 93:6, 95:4, 97:12, 103:20, 106:6, 133:12, 133:16, 134:14, 135:20, 135:21, 136:2, 136:8, 137:2, 137:8, 140:12, 142:8, 142:10, 144:21, 145:19, 145:21, 145:23, 147:25, 159:13, 159:16
**Lalo's** [6] - 65:18, 76:9, 136:9, 136:18, 136:20, 137:12
**land** [1] - 79:4

**Language** [1] - 1:22
**language** [3] - 116:9, 116:12, 116:15
**Laredo** [1] - 30:1
**largest** [1] - 63:1
**last** [14] - 7:20, 7:21, 18:6, 18:20, 36:13, 39:20, 41:4, 47:21, 85:16, 97:3, 97:24, 147:20, 147:22, 149:25
**late** [2] - 136:23, 136:24
**laundering** [1] - 108:17
**law** [8] - 41:14, 74:21, 107:18, 119:12, 119:16, 120:5, 127:20, 147:16
**lawyer** [2] - 20:1, 20:11
**Lazcano** [7] - 30:8, 77:7, 79:17, 79:19, 102:1
**Lazcano's** [1] - 77:10
**lead** [3] - 108:11, 121:5, 121:10
**leader** [13] - 77:7, 79:19, 92:19, 92:23, 93:22, 125:12, 126:15, 132:20, 135:17, 156:25, 166:12, 166:22, 166:24
**leaders** [7] - 58:11, 77:4, 77:5, 79:24, 83:16, 93:1
**leadership** [5] - 77:9, 91:25, 92:3, 92:18, 92:20
**leading** [2] - 48:25, 156:20
**learn** [2] - 69:8, 79:11
**learned** [5] - 80:17, 81:5, 81:20, 93:21, 138:20
**learning** [1] - 80:15
**least** [4] - 4:2, 8:17, 142:16, 159:12
**leave** [6] - 14:24, 55:4, 74:8, 87:16, 141:18, 142:21
**leaving** [2] - 144:6, 144:7
**led** [5] - 72:7, 74:14, 80:14, 81:2, 146:4
**left** [5] - 3:11, 83:5, 92:14, 154:4, 167:23
**legal** [3] - 99:20, 99:24, 100:1

**less** [8] - 46:3, 62:21, 66:2, 88:23, 89:23, 141:21, 149:24, 168:14
**letter** [7] - 45:7, 157:13, 157:16, 157:20, 157:22, 157:24, 158:2
**level** [1] - 109:15
**lied** [2] - 87:25, 88:2
**lies** [1] - 87:23
**lieutenant** [4] - 108:3, 109:8, 109:10, 109:11
**life** [2] - 87:15, 131:15
**lifestyle** [1] - 104:22
**light** [1] - 102:13
**likely** [2] - 73:15, 78:13
**LILLY** [1] - 1:16
**Lilly** [1] - 2:12
**limitations** [1] - 34:3
**limited** [2] - 4:18, 6:7
**line** [2] - 105:25, 127:9
**lines** [1] - 125:3
**list** [1] - 17:7
**listed** [1] - 23:20
**listening** [1] - 121:20
**literally** [4] - 76:23, 84:15, 85:11, 103:18
**live** [2] - 53:16, 92:14
**living** [6] - 55:13, 71:14, 154:18, 155:6, 155:8, 155:10
**load** [9] - 19:23, 62:19, 62:25, 63:1, 93:10, 139:14, 163:3, 163:7, 163:8
**loads** [3] - 61:4, 62:25, 63:7
**Lobo** [22] - 132:19, 132:20, 133:24, 135:25, 136:1, 138:25, 139:8, 139:19, 140:4, 140:8, 145:25, 146:2, 146:22, 147:18, 153:2, 153:3, 153:6, 158:16, 163:13, 165:16, 167:2
**lobo** [1] - 138:23
**location** [4] - 68:24, 71:18, 80:15, 81:3
**locked** [1] - 6:12
**lone** [1] - 73:17
**look** [8] - 57:10, 58:4, 85:2, 116:22, 117:10, 117:22, 124:25, 127:9

**looked** [2] - 125:3, 140:5
**looking** [13] - 4:6, 42:17, 92:15, 104:21, 114:8, 114:24, 117:4, 120:19, 122:14, 143:19, 143:21, 143:22, 147:7
**looks** [1] - 31:9
**Los** [27] - 3:16, 8:18, 19:11, 19:24, 21:13, 21:15, 21:22, 22:17, 22:20, 22:21, 23:10, 23:17, 24:19, 24:23, 24:25, 25:4, 27:6, 27:10, 40:16, 41:9, 67:23, 97:21, 135:10, 135:17, 145:15, 159:9
**losing** [1] - 141:22
**lost** [3] - 78:21, 96:3, 96:11
**Loth** [2] - 1:23, 169:25
**LOTH** [1] - 169:18
**loudspeaker** [2] - 95:12, 95:14
**low** [2] - 61:20, 104:22
**low-profile** [1] - 104:22
**Lucio** [1] - 55:22
**Luna** [1] - 50:7
**lunch** [3] - 80:3, 80:12, 90:11
**luncheon** [1] - 80:6

## M

**machine** [1] - 1:25
**machines** [1] - 124:15
**Madrid** [2] - 152:18, 159:23
**main** [6] - 14:1, 23:7, 25:2, 27:12, 27:13, 48:7
**majority** [4] - 41:19, 41:21, 41:24, 159:8
**man** [3] - 105:18, 127:11, 142:17
**man's** [1] - 105:15
**manager** [1] - 119:21
**managing** [3] - 107:14, 121:13, 121:19
**Manhattan** [2] - 108:6, 108:12
**manner** [1] - 169:22
**March** [18] - 9:2, 10:6, 14:18, 14:22, 15:3, 25:20, 26:3, 26:25,

33:20, 33:24, 34:8, 34:18, 34:23, 35:21, 42:22, 72:3, 77:17, 157:24
**Maria** [3] - 52:9, 52:11, 52:23
**MARIA** [1] - 52:14
**Maricel** [2] - 80:13, 81:1
**Maricela** [6] - 75:20, 75:21, 75:23, 76:7, 76:17, 85:5
**marijuana** [7] - 40:12, 40:17, 40:21, 53:24, 78:2, 110:22, 110:25
**mark** [1] - 157:21
**marked** [1] - 4:6
**Marshall** [5] - 143:15, 143:18, 143:19, 143:21, 143:24
**marshals** [2] - 46:6, 143:23, 164:21
**Marshals** [1] - 143:22
**Martin** [1] - 146:11
**mask** [8] - 57:17, 57:21, 57:25, 129:20, 129:21, 129:23, 133:7
**massacre** [2] - 156:23, 157:5
**material** [13] - 6:22, 9:9, 10:8, 10:9, 14:15, 14:17, 21:12, 21:13, 42:2, 89:8, 120:19, 168:17, 168:19
**materials** [1] - 14:11
**matter** [7] - 2:2, 67:21, 99:20, 99:24, 100:1, 116:5, 168:8
**matters** [6] - 4:21, 4:22, 5:24, 8:17, 8:22, 120:6
**Maurilio** [1] - 72:1
**max** [1] - 168:6
**maximum** [1] - 134:10
**McAllen** [2] - 54:14, 81:15
**me..** [1] - 161:12
**mean** [15] - 5:16, 11:3, 20:18, 24:3, 33:22, 35:9, 44:15, 69:5, 118:11, 122:18, 123:25, 137:9, 145:20, 145:21
**mean..** [1] - 35:7
**means** [3] - 58:19, 118:1, 119:18
**meant** [1] - 105:17
**measurements** [1] -

116:23
**meat** [1] - 143:11
**meet** [9] - 24:11, 29:16, 46:24, 47:8, 64:2, 97:10, 133:17, 148:19, 165:23
**meeting** [29] - 3:18, 12:6, 12:25, 13:4, 14:12, 21:1, 21:4, 22:23, 25:19, 35:1, 35:5, 35:8, 35:13, 42:19, 47:16, 47:18, 47:20, 48:2, 48:5, 48:9, 64:5, 79:23, 81:13, 130:24, 139:3, 162:18, 162:22, 163:9
**meetings** [22] - 3:23, 4:1, 4:4, 4:14, 4:15, 4:25, 8:21, 8:22, 8:24, 9:12, 9:13, 9:15, 10:1, 11:2, 13:6, 14:13, 16:21, 23:18, 24:22, 25:22, 34:21, 160:8
**member** [7] - 24:23, 29:10, 39:21, 40:19, 63:21, 82:19, 82:20
**members** [27] - 13:4, 23:10, 23:17, 24:12, 24:14, 24:19, 24:25, 25:4, 27:3, 27:5, 27:10, 37:22, 49:25, 50:9, 50:20, 54:5, 57:11, 61:3, 64:24, 66:7, 68:15, 69:1, 75:2, 87:14, 124:7, 124:19, 126:16
**memory** [5] - 15:25, 28:4, 86:22, 103:9, 162:14
**men** [1] - 73:1
**Menchito** [2] - 125:12, 126:16
**Mencho** [21] - 37:20, 74:21, 125:12, 126:15, 148:9, 148:18, 148:23, 149:7, 149:9, 149:10, 149:12, 149:18, 153:19, 153:23, 153:25, 166:22, 166:24, 167:1, 167:12, 167:18
**Mencho's** [1] - 167:19
**Mendoza** [7] - 16:7, 16:16, 20:12, 20:17, 20:23, 23:5, 147:12
**Mendoza's** [1] - 20:20

**mention** [19] - 5:24, 7:8, 9:4, 9:10, 11:11, 15:1, 15:6, 20:7, 20:18, 20:19, 21:1, 21:7, 21:22, 24:21, 26:24, 33:8, 34:7, 35:4, 35:7
**mentioned** [13] - 7:7, 9:1, 9:4, 9:21, 13:13, 39:1, 39:5, 39:6, 68:6, 92:8, 137:15, 150:1, 164:1
**mentioning** [3] - 11:14, 13:11, 22:4
**merchandise** [11] - 133:25, 136:23, 137:4, 139:20, 139:22, 141:17, 141:22, 144:18, 144:22, 145:10, 163:13
**message** [3] - 120:25, 124:13
**messages** [13] - 111:25, 113:16, 113:20, 115:13, 124:7, 124:12, 124:16, 125:11, 126:5, 126:13, 126:17, 126:22, 126:23
**messenger** [4] - 111:11, 120:15, 123:25, 124:14
**met** [33] - 3:19, 4:2, 4:10, 24:6, 24:9, 25:12, 29:18, 34:24, 40:22, 57:3, 59:5, 64:6, 82:3, 89:21, 89:25, 90:7, 90:12, 91:5, 96:18, 96:24, 97:3, 97:13, 133:19, 133:22, 134:2, 144:21, 152:18, 162:19, 162:24, 163:24, 165:11, 165:19
**meters** [1] - 83:11
**meth** [1] - 41:1
**methamphetamine** [1] - 110:22
**methamphetamines** [2] - 41:1, 111:3
**meticulous** [1] - 104:22
**Mexican** [8] - 55:21, 56:2, 58:8, 67:25, 74:1, 82:24, 124:8, 124:19
**Mexico** [42] - 46:13,

46:25, 53:6, 54:17, 55:2, 55:3, 55:5, 55:7, 55:12, 55:15, 55:20, 59:13, 59:18, 60:5, 60:6, 70:14, 78:6, 84:22, 98:15, 99:7, 99:11, 100:5, 100:16, 101:20, 110:18, 110:21, 111:7, 118:19, 118:22, 128:23, 130:5, 152:5, 154:4, 154:11, 154:18, 155:10, 155:13, 155:14, 155:17, 162:20, 162:22

**Michoacan** [15] - 14:4, 22:20, 36:15, 37:7, 38:3, 38:4, 38:7, 39:10, 39:23, 49:22, 92:12, 92:14, 93:13, 147:23, 147:24

**Michoacana** [3] - 46:18, 50:1, 150:4

**microphone** [1] - 125:16

**might** [3] - 51:22, 98:1, 103:25

**Miguel** [4] - 30:4, 30:5, 30:6, 77:8

**Milenio** [35] - 29:15, 40:20, 46:18, 61:6, 71:2, 92:3, 92:16, 92:23, 106:5, 131:23, 132:5, 132:11, 132:20, 132:24, 133:20, 133:21, 134:3, 134:7, 135:8, 135:12, 143:25, 145:12, 147:2, 153:7, 153:10, 155:4, 155:20, 155:23, 156:21, 156:25, 157:1, 157:2, 166:13, 166:16

**Milenio's** [1] - 145:22

**Milenios** [3] - 80:1, 92:5, 145:9

**military** [1] - 55:20

**Millennials** [1] - 29:14

**million** [3] - 69:17, 95:7, 146:23

**millions** [3] - 60:21, 63:13, 67:1

**mind** [2] - 103:9, 123:2

**mine** [5] - 68:10, 68:12, 68:18, 83:11,

84:15

**Mingo** [17] - 20:23, 23:5, 147:12, 147:15, 147:17, 147:20, 147:24, 148:2, 148:4, 148:16, 148:19, 148:21, 149:16, 149:20, 149:22, 150:1, 150:6

**Mingo's** [4] - 147:18, 149:11, 149:12, 149:14

**minimize** [1] - 112:25

**minor** [1] - 99:5

**minute** [3] - 122:9, 129:7, 134:1

**minutes** [6] - 46:3, 51:13, 159:21, 164:16, 164:20, 165:2

**mischaracterization** [1] - 42:2

**mischaracterizing** [1] - 21:12

**missing** [1] - 22:15

**mistaken** [3] - 160:13, 160:16, 162:17

**mixed** [1] - 103:15

**mocking** [1] - 163:19

**Mojarro** [5] - 55:19, 129:15, 150:17, 150:19, 150:20

**MOJARRO** [1] - 129:9

**mom** [1] - 149:14

**moment** [8] - 23:19, 24:1, 25:23, 34:10, 38:1, 56:11, 57:9, 81:20

**money** [23] - 14:3, 59:22, 66:23, 66:25, 67:3, 67:10, 67:14, 67:16, 67:22, 67:25, 108:17, 132:14, 135:16, 146:20, 146:23, 146:25, 147:4, 147:5, 147:7, 147:8, 167:9, 167:13, 167:15

**Monterrey** [1] - 76:3

**month** [4] - 9:23, 15:3, 61:10, 97:24

**monthly** [2] - 24:7, 24:9

**months** [18] - 25:20, 51:3, 62:21, 62:22, 77:22, 84:4, 84:6, 86:2, 99:9, 100:24, 101:12, 101:17, 102:6, 102:11,

122:5, 125:5, 138:13, 151:17

**Morales** [2] - 44:19, 77:8

**Moreno** [1] - 94:1

**Morgenthau's** [2] - 108:9, 108:14

**Morgor** [1] - 146:5

**Mori** [5] - 2:8, 38:14, 39:13, 39:20, 165:11

**MORI** [1] - 1:20

**morning** [17] - 2:10, 2:11, 2:19, 2:21, 2:22, 2:23, 3:9, 3:10, 7:12, 30:23, 52:8, 52:20, 52:21, 167:25, 168:13, 169:3, 169:14

**most** [7] - 73:15, 78:14, 83:3, 89:25, 135:18, 151:4

**mostly** [1] - 79:6

**motivation** [2] - 86:20, 86:22

**motive** [1] - 87:11

**move** [20] - 35:15, 36:10, 39:12, 70:13, 70:18, 87:15, 87:18, 89:7, 100:2, 112:21, 122:14, 122:21, 124:4, 127:6, 140:17, 157:17, 157:19, 164:5, 165:1, 168:17

**moved** [8] - 55:5, 55:12, 59:21, 60:2, 60:9, 70:17, 70:19, 154:4

**moves** [1] - 49:15

**moving** [1] - 55:17

**MR** [198] - 2:11, 2:16, 3:4, 3:8, 4:8, 4:9, 5:12, 5:15, 5:18, 5:21, 6:14, 6:23, 6:25, 7:4, 7:18, 8:4, 9:6, 9:11, 10:2, 10:11, 10:12, 11:4, 11:7, 12:10, 12:11, 14:7, 14:20, 15:13, 15:16, 16:5, 16:6, 16:23, 17:3, 17:6, 17:10, 17:14, 17:18, 17:22, 17:24, 18:4, 18:16, 18:22, 18:24, 21:6, 21:17, 21:18, 22:3, 22:22, 23:12, 23:14, 25:15, 25:18, 26:7, 26:11, 26:12, 27:6, 27:9, 27:17, 27:18, 29:3, 29:4,

30:13, 30:23, 31:3, 31:6, 31:7, 31:8, 31:14, 31:15, 31:21, 32:5, 32:11, 32:12, 32:20, 32:22, 32:24, 32:25, 33:17, 33:19, 34:5, 34:6, 34:15, 34:17, 36:5, 36:9, 36:11, 36:12, 38:20, 40:5, 40:7, 42:11, 42:14, 42:18, 42:20, 43:18, 43:23, 44:3, 44:7, 44:12, 44:16, 44:21, 45:3, 45:6, 45:10, 45:17, 47:22, 48:25, 49:18, 50:11, 52:8, 52:11, 52:17, 52:19, 57:18, 57:23, 60:1, 61:22, 62:15, 67:13, 69:7, 69:24, 76:10, 80:5, 80:8, 80:24, 83:23, 84:1, 84:2, 84:9, 87:1, 89:13, 94:21, 102:15, 106:16, 106:21, 107:2, 107:4, 107:9, 107:11, 110:3, 110:8, 111:14, 111:17, 112:2, 112:6, 112:12, 112:16, 112:17, 112:18, 112:20, 112:24, 113:1, 113:7, 113:9, 113:11, 113:15, 113:19, 114:2, 114:5, 114:7, 115:4, 115:8, 115:12, 115:16, 115:19, 115:23, 115:24, 116:2, 116:3, 119:4, 119:6, 119:8, 120:16, 120:21, 120:23, 122:16, 122:22, 123:4, 123:22, 124:1, 124:5, 124:9, 124:18, 125:14, 125:18, 126:1, 126:7, 126:11, 127:7, 127:8, 128:11, 128:12, 128:16, 128:20, 129:2, 129:5, 168:3, 168:12

**MS** [107] - 2:7, 7:11, 11:19, 12:3, 15:5, 15:10, 17:7, 18:9, 18:12, 18:14, 21:11, 32:7, 33:13, 42:1,

43:13, 43:22, 44:11, 44:13, 45:14, 45:20, 46:3, 46:6, 46:12, 47:23, 48:1, 49:2, 49:8, 49:9, 49:15, 49:21, 50:14, 50:17, 50:24, 51:4, 51:9, 87:7, 88:14, 88:19, 89:2, 89:7, 89:19, 90:2, 90:25, 91:3, 91:4, 94:9, 94:15, 94:16, 94:23, 95:3, 95:21, 96:23, 97:2, 100:3, 100:7, 100:11, 100:14, 100:19, 100:22, 102:18, 106:12, 114:4, 129:13, 129:24, 132:1, 132:3, 133:2, 133:6, 137:22, 139:24, 140:7, 141:9, 146:12, 150:5, 150:12, 151:11, 155:12, 157:12, 157:16, 157:20, 157:24, 158:1, 158:10, 158:12, 158:15, 160:18, 160:24, 161:6, 161:14, 161:16, 161:18, 161:21, 161:22, 162:7, 164:5, 164:16, 164:20, 164:25, 165:4, 166:9, 166:11, 167:20, 167:25, 168:6, 168:15, 169:2, 169:12

**multiple** [1] - 21:14

**murder** [52] - 16:17, 21:3, 21:10, 21:14, 21:23, 22:11, 24:24, 25:5, 26:4, 26:21, 27:11, 28:14, 28:16, 28:24, 28:25, 30:16, 30:21, 33:1, 33:3, 33:6, 33:21, 33:24, 34:8, 35:4, 35:18, 35:21, 36:15, 37:15, 37:18, 37:25, 38:5, 38:13, 38:22, 39:9, 39:15, 43:25, 50:3, 70:11, 72:8, 79:9, 79:13, 79:21, 80:1, 81:21, 85:8, 95:5, 103:21, 156:23, 157:5, 164:1

**murdered** [10] - 38:9, 39:23, 49:22, 68:21,

71:24, 76:25, 78:9,
80:16, 150:8, 150:9
**murders** [2] - 30:16,
48:20
**must** [1] - 153:21

## N

**Nacho** [1] - 106:6
**name** [34] - 7:20, 7:21,
22:5, 22:23, 23:5,
24:15, 24:17, 24:18,
24:23, 26:15, 26:24,
27:2, 29:2, 30:2,
31:23, 34:7, 37:22,
52:22, 57:20, 63:25,
66:3, 67:5, 67:17,
71:5, 75:17, 92:10,
104:11, 106:7,
129:14, 143:18,
143:20, 143:23,
150:17
**named** [4] - 16:7,
23:24, 34:10, 147:12
**names** [11] - 2:5, 2:14,
18:12, 18:13, 27:15,
37:23, 52:10, 53:1,
64:6, 67:19, 129:25
**Naranjo** [1] - 37:11
**narco** [13] - 4:21, 72:5,
82:12, 82:25, 88:10,
88:21, 92:10, 93:12,
102:14, 109:24,
110:17, 111:19,
118:19
**narcotics** [21] - 41:24,
88:7, 108:21, 109:1,
109:5, 109:9,
109:10, 109:11,
110:10, 110:11,
110:15, 111:4,
111:7, 114:19,
114:20, 116:11,
117:25, 119:25,
123:12, 124:24
**Narcotics** [3] - 109:8,
109:13, 124:22
**narrow** [1] - 122:19
**Nasario** [2] - 92:15,
94:1
**Naseef** - 2:7, 7:16
**NASEEF** [60] - 1:9,
7:11, 11:19, 12:3,
15:5, 15:10, 17:7,
18:9, 18:12, 18:14,
21:11, 32:7, 33:13,
42:1, 43:13, 43:22,
44:11, 44:13, 45:14,
45:20, 46:3, 46:6,
46:12, 47:23, 48:1,

49:2, 49:8, 49:9,
49:15, 49:21, 50:14,
50:17, 50:24, 51:4,
51:9, 114:4, 129:13,
129:24, 132:1,
132:3, 133:2, 133:6,
137:22, 139:24,
140:7, 141:9,
146:12, 150:5,
158:1, 158:12,
164:20, 165:4,
166:9, 166:11,
167:20, 167:25,
168:6, 168:15,
169:2, 169:12
**Natasha** [1] - 2:12
**NATASHA** [1] - 1:16
**naturally** [1] - 150:8
**nature** [1] - 90:19
**nausea** [1] - 103:17
**Nava** [5] - 11:8, 11:10,
46:20, 92:24,
110:24, 132:17,
137:15, 150:24,
168:16
**NAVA** [1] - 3:5
**NE** [1] - 1:11
**near** [3] - 60:10,
70:10, 71:22
**necessarily** [1] -
119:20
**necessary** [1] - 93:10
**Neck** [2] - 97:5, 97:8
**need** [7] - 32:24,
42:14, 52:3, 57:25,
124:16, 158:8, 167:9
**needed** [6] - 18:21,
23:1, 41:7, 103:13,
141:17, 141:25
**needs** [1] - 168:19
**negotiations** [1] -
11:15
**neighboring** [1] -
81:18
**neutralized** [1] - 73:1
**never** [31] - 9:1, 11:22,
28:10, 28:15, 39:25,
66:16, 88:2, 90:14,
91:11, 93:4, 93:6,
94:17, 95:4, 99:13,
116:20, 120:11,
121:3, 121:4,
121:10, 121:12,
121:20, 121:23,
124:13, 143:18,
143:20, 143:23,
153:14, 154:13,
156:1, 157:10
**New** [11] - 107:20,
107:24, 108:4,

108:21, 109:6,
110:18, 110:21,
128:5, 153:15,
153:24, 166:21
**next** [10] - 37:16, 52:7,
60:7, 73:11, 82:16,
96:1, 106:24,
117:10, 148:21,
148:22
**Nextel** [3] - 136:10,
136:11
**nickname** [4] - 48:11,
71:5, 133:14, 134:14
**nicknames** [11] -
16:10, 16:11, 24:16,
28:25, 53:1, 64:7,
130:2, 132:18,
133:11, 134:22,
145:2
**Nilo** [1] - 162:20
**normal** [2] - 59:18,
149:2
**normally** [3] - 26:17,
138:18, 142:15
**North** [2] - 13:1, 13:5
**north** [2] - 118:13,
118:22
**Northern** [2] - 97:5,
97:8
**notes** [31] - 4:25, 9:14,
9:18, 11:5, 11:21,
11:22, 11:23, 12:5,
15:1, 15:5, 15:7,
15:11, 15:12, 17:8,
18:17, 21:20, 21:23,
22:1, 31:9, 35:8,
35:13, 35:14,
153:17, 153:21,
160:9, 160:15,
164:3, 164:7, 164:8,
169:19
**nothing** [9] - 41:3,
50:24, 51:8, 51:9,
84:19, 84:21,
106:16, 120:2,
167:20
**November** [3] -
156:24, 156:25,
157:6
**null** [1] - 169:21
**number** [11] - 17:22,
30:25, 44:18, 75:5,
89:11, 112:10,
113:16, 127:1,
158:13, 160:23
**numbered** [1] - 44:4
**numbers** [3] - 112:22,
161:2, 168:21
**numerous** [2] - 90:12,
96:14

**NW** [1] - 1:18
**NYPD** [3] - 107:25,
109:17, 110:9

## O

**oath** [4] - 2:25, 32:6,
32:9, 80:10
**object** [12] - 21:11,
42:20, 45:20, 47:22,
48:25, 50:11,
120:16, 122:16,
124:9, 125:15,
125:18, 128:16
**objection** [20] - 11:20,
22:1, 31:9, 32:7,
33:13, 42:1, 43:13,
45:23, 49:17, 89:13,
94:21, 102:15,
113:4, 122:18,
123:19, 125:25,
126:1, 126:10,
158:1, 168:21
**obligated** [1] - 131:4
**observe** [1] - 73:23
**observed** [1] - 121:18
**obtain** [1] - 13:19
**obviously** [1] - 78:25
**occasion** [5] - 13:21,
120:5, 136:22,
142:4, 142:17
**occasions** [8] - 13:23,
34:2, 65:15, 65:18,
66:10, 91:5, 136:19,
162:24
**occur** [1] - 84:7
**occurred** [9] - 14:18,
37:4, 37:19, 68:8,
68:25, 80:18, 81:1,
81:5, 81:21
**occurrence** [2] -
14:18, 59:15
**occurring** [1] - 111:19
**October** [3] - 153:6,
157:4, 166:12
**OF** [3] - 1:1, 1:2, 1:6
**offense** [1] - 99:11
**offenses** [1] - 102:13
**offer** [3] - 6:14, 26:7,
43:23
**offered** [2] - 140:8,
165:12
**offering** [3] - 16:23,
45:6, 45:17
**offhand** [1] - 13:23
**Office** [2] - 30:19,
108:6
**office** [4] - 108:12,
108:14, 133:20,
133:21

**officer** [13] - 99:10,
107:24, 107:25,
108:2, 108:5, 109:1,
109:12, 109:23,
119:11, 119:14,
120:10, 124:22,
127:19
**officers** [3] - 58:21,
59:4, 121:21
**Official** [1] - 1:24
**official** [1] - 169:25
**officials** [1] - 56:3
**often** [2] - 62:19,
71:14
**old** [3] - 52:24, 88:24,
127:11
**older** [6] - 54:2, 54:5,
58:3, 58:5, 58:6,
63:24
**onboard** [1] - 130:17
**once** [8] - 5:24, 9:1,
17:9, 35:4, 55:15,
66:22, 97:9, 153:6
**one** [75] - 13:20,
14:12, 16:8, 16:11,
16:15, 18:1, 21:1,
21:7, 22:25, 23:20,
28:3, 30:1, 30:25,
35:9, 35:15, 35:19,
35:24, 37:19, 39:24,
48:21, 57:17, 58:10,
59:10, 59:11, 63:12,
63:20, 63:22, 68:25,
73:15, 73:17, 74:8,
77:3, 79:20, 80:4,
83:2, 83:14, 91:6,
93:22, 96:11, 98:24,
100:7, 100:19,
104:13, 105:4,
111:23, 112:9,
121:4, 124:2, 125:1,
126:14, 135:18,
135:19, 136:22,
137:1, 137:11,
140:17, 141:21,
142:24, 144:18,
146:20, 149:25,
159:15, 161:7,
162:25, 164:18,
168:1, 168:2, 168:3,
168:7
**One** [1] - 139:25
**ones** [11] - 3:23,
17:15, 20:15, 23:7,
25:2, 27:12, 27:13,
48:7, 93:2, 93:8,
96:21
**ONV** [1] - 169:4
**ONV-191** [1] - 18:5
**ONV-194** [1] - 23:13

**ONV-196** [2] - 17:23, 18:23
**open** [7] - 38:24, 79:4, 79:6, 84:22, 84:23, 84:25, 85:2
**opened** [1] - 50:14
**operate** [1] - 58:19
**operation** [1] - 60:11
**opinion** [5] - 116:5, 117:23, 118:6, 135:24
**opportunities** [1] - 154:24
**order** [6] - 71:1, 76:4, 87:17, 93:10, 111:15, 163:22
**ordered** [9] - 19:24, 28:3, 50:3, 79:12, 132:15, 145:6, 147:25, 163:15, 163:22
**ordering** [1] - 48:8
**orders** [3] - 48:23, 93:7, 93:9
**ordinary** [1] - 59:15
**organization** [14] - 3:16, 6:10, 13:16, 24:12, 24:14, 27:7, 29:13, 29:14, 40:11, 46:18, 49:25, 60:18, 78:1, 131:22
**organizations** [2] - 46:17, 111:3
**Organized** [1] - 109:6
**organized** [2] - 108:17, 108:19
**originated** [1] - 117:2
**OSCAR** [1] - 35:3
**Oscar** [8] - 11:8, 11:10, 92:23, 110:23, 132:17, 137:15, 150:24, 168:16
**Oseguera** [1] - 74:21
**Osiel** [1] - 29:17
**Ostuacán** [1] - 68:10
**otherwise** [1] - 142:1
**outfit** [1] - 133:4
**outside** [1] - 67:23
**overnight** [1] - 79:2
**overrule** [2] - 122:17, 122:18
**overruled** [8] - 43:15, 47:24, 49:1, 50:13, 124:10, 125:25, 126:10, 128:18
**overseeing** [2] - 144:5, 144:10
**owe** [2] - 117:16, 118:10

**owed** [2] - 66:23, 118:12
**own** [5] - 51:6, 81:8, 93:19, 153:4, 153:17
**owned** [2] - 68:25, 104:17

**P**

**p.m** [1] - 169:15
**packaged** [2] - 67:14, 143:9
**packages** [2] - 67:17, 67:18
**pact** [2] - 58:12, 84:11
**page** [9] - 17:23, 18:5, 26:11, 89:10, 114:9, 117:10, 157:25, 158:11, 164:8
**pagers** [1] - 124:15
**pages** [4] - 45:1, 45:4, 125:9, 126:22
**paid** [4] - 59:23, 59:25, 146:16, 146:22
**pain** [2] - 86:23, 87:13
**palenque** [2] - 74:23, 75:1
**Panama** [1] - 138:11
**Panzón** [1] - 63:24
**paper** [1] - 112:25
**paragraph** [1] - 18:6
**Paralegal** [2] - 1:21, 2:9
**paranoid** [1] - 79:4
**pardon** [1] - 62:12
**Park** [1] - 162:20
**part** [23] - 4:15, 5:5, 13:15, 24:19, 41:22, 55:12, 60:7, 61:6, 86:10, 92:16, 101:21, 102:13, 107:17, 111:22, 126:3, 128:15, 130:21, 132:24, 134:3, 135:12, 147:1, 157:14, 166:13
**participate** [4] - 20:22, 22:24, 103:21, 109:24
**participated** [7] - 20:8, 20:12, 20:14, 22:12, 25:6, 25:10, 79:12
**participation** [2] - 28:14, 41:17
**particular** [7] - 12:2, 66:7, 67:14, 68:6, 70:24, 126:14, 131:22
**parties** [1] - 91:11

**partner** [2] - 14:1, 93:16
**partners** [5] - 61:5, 63:17, 63:18, 69:9, 137:17
**partnerships** [2] - 60:22, 63:8
**parts** [1] - 127:14
**party** [2] - 169:10, 169:22
**passed** [2] - 30:7, 76:8
**passports** [1] - 128:14
**past** [11] - 19:17, 35:3, 87:21, 87:25, 88:2, 98:10, 99:8, 99:16, 110:23, 119:15, 129:25
**patience** [1] - 40:9
**patio** [1] - 83:15
**patrol** [2] - 109:4, 122:7
**pay** [5] - 48:17, 139:9, 139:13, 167:3, 167:4
**payment** [1] - 67:22
**payments** [1] - 132:14
**peace** [4] - 84:12, 84:16, 97:14, 163:17
**pending** [8] - 98:23, 99:2, 101:11, 131:25, 150:20, 151:25, 152:7, 154:9
**penitentiary** [1] - 58:20
**people** [79] - 8:24, 14:3, 20:24, 23:7, 28:3, 28:19, 38:7, 46:14, 46:23, 47:1, 47:2, 48:22, 48:23, 56:24, 57:9, 61:7, 61:8, 64:20, 65:25, 66:4, 68:17, 68:22, 70:16, 72:15, 72:20, 72:21, 73:3, 74:23, 74:24, 74:25, 75:8, 76:9, 78:6, 78:9, 78:11, 78:18, 78:21, 78:22, 78:24, 79:24, 80:14, 81:2, 83:3, 83:5, 83:17, 93:20, 104:8, 104:9, 108:11, 109:16, 119:18, 119:21, 119:23, 119:25, 121:8, 121:13, 121:19, 121:23, 124:12, 126:14, 135:13, 135:15, 139:10, 139:11, 145:10, 146:3, 146:15, 148:25,

149:7, 149:10, 149:18, 156:24, 157:5, 167:4
**people's** [1] - 2:14
**per** [3] - 139:14, 139:15
**percent** [6] - 42:9, 43:7, 43:11, 43:12, 43:17, 139:11
**perception** [1] - 103:9
**perfect** [2] - 169:2, 169:12
**perhaps** [6] - 20:22, 22:14, 96:9, 114:1, 142:2
**period** [17] - 3:19, 4:3, 5:22, 7:6, 53:16, 58:4, 61:25, 64:1, 77:15, 82:7, 83:12, 83:22, 117:17, 153:7, 154:21, 154:22, 156:20
**permission** [1] - 113:7
**person** [35] - 20:25, 48:2, 48:4, 50:23, 56:17, 56:18, 57:1, 57:16, 64:2, 64:5, 64:15, 73:17, 74:6, 74:11, 75:4, 78:15, 78:16, 79:5, 87:13, 94:2, 95:10, 95:20, 96:2, 96:7, 96:10, 105:25, 126:14, 134:6, 134:24, 135:5, 138:22, 138:24, 155:15, 164:1, 167:1
**personal** [5] - 86:22, 87:10, 87:12, 92:13, 94:11
**personally** [4] - 50:21, 137:18, 137:23, 140:17
**persons** [2] - 27:16, 46:16
**pesos** [2] - 67:25, 74:1
**phone** [26] - 45:13, 63:15, 65:5, 69:11, 69:15, 73:7, 73:23, 74:3, 74:4, 74:5, 74:11, 95:6, 95:10, 95:12, 96:7, 104:3, 105:13, 105:14, 105:15, 105:18, 106:10, 134:10, 135:2, 135:4, 136:15
**phones** [1] - 124:15
**photocopied** [1] - 169:21
**photograph** [4] -

49:10, 72:14, 161:8
**photographs** [1] - 82:5
**pick** [9] - 65:20, 65:25, 90:9, 90:16, 91:21, 94:3, 143:4, 143:5
**picked** [3] - 76:14, 76:16, 76:19
**picking** [1] - 93:3
**pickup** [2] - 79:1, 101:25
**picture** [2] - 161:23, 164:13
**piece** [1] - 126:21
**pieces** [2] - 6:25, 79:3
**pile** [1] - 89:16
**Pilo** [3] - 130:3, 150:15
**Pino** [1] - 44:23
**place** [13] - 36:20, 37:2, 37:15, 39:16, 68:10, 71:22, 72:4, 74:20, 76:2, 76:5, 83:6, 83:7, 118:13
**placed** [1] - 91:17
**places** [3] - 105:5, 127:24, 152:18
**plague** [1] - 22:20
**plain** [1] - 116:19
**plan** [2] - 58:14, 85:3
**planes** [4] - 10:4, 62:23, 63:2
**planned** [1] - 142:13
**planning** [1] - 112:15
**played** [1] - 15:19
**plea** [5] - 130:21, 156:14, 158:23
**plead** [4] - 54:19, 85:22, 130:19, 165:5
**pleaded** [1] - 85:23
**pled** [5] - 86:5, 111:19, 156:5, 156:7, 165:6
**plus** [1] - 114:16
**point** [8] - 43:23, 85:9, 108:14, 140:17, 145:2, 153:3, 159:15, 161:7
**pointed** [2] - 11:20, 133:3
**points** [2] - 19:20, 20:3
**Police** [3] - 107:21, 108:5, 108:21
**police** [10] - 55:21, 107:24, 107:25, 108:2, 109:1, 119:11, 119:14, 120:9, 120:25, 127:19
**politician** [1] - 68:19

16

**Poncho** [4] - 63:22, 65:13, 66:2, 91:19
**popular** [1] - 105:1
**port** [2] - 71:22, 159:22
**portion** [1] - 63:6
**Porto** [7] - 49:14, 140:13, 140:20, 140:22, 141:11, 142:23, 143:17
**ports** [2] - 143:16, 143:17
**pose** [1] - 90:22
**position** [2] - 91:25, 92:17
**possible** [2] - 150:23, 159:1
**pounds** [1] - 116:24
**powerful** [2] - 59:16, 71:2
**precise** [2] - 78:23, 84:6
**precisely** [1] - 45:1
**preferred** [1] - 141:21
**preparation** [5] - 9:24, 34:13, 34:18, 35:6, 35:22
**prepare** [1] - 109:25
**prepared** [2] - 5:8, 7:5
**preparing** [1] - 111:10
**PRESENT** [1] - 1:20
**present** [26] - 8:13, 16:19, 19:1, 20:2, 20:11, 21:9, 25:25, 26:1, 27:19, 27:21, 27:22, 27:23, 27:24, 27:25, 49:24, 68:15, 104:5, 111:6, 140:8, 140:9, 140:11, 142:10, 145:13, 145:16, 145:23, 164:1
**presented** [1] - 153:23
**presently** [1] - 107:12
**press** [1] - 49:6
**pressure** [2] - 141:15, 141:16
**presume** [1] - 9:17
**pretty** [6] - 60:6, 66:4, 80:20, 92:6, 102:12, 122:19
**previously** [1] - 19:8
**Previously** [1] - 3:6
**price** [3] - 127:14, 127:24, 128:6
**pricing** [2] - 116:25, 117:1
**principal** [1] - 107:14
**prison** [14] - 56:10, 56:12, 56:17, 58:7,

58:8, 59:5, 59:7, 59:23, 82:4, 82:16, 82:22, 82:24, 131:12, 151:22
**prisoner** [3] - 19:6, 19:9, 81:7
**private** [2] - 107:15, 119:18
**probable** [1] - 110:11
**probation** [13] - 54:22, 54:23, 54:25, 55:4, 98:12, 98:14, 98:16, 99:3, 99:5, 99:10, 99:20, 99:25, 100:10
**problem** [9] - 6:9, 38:6, 69:18, 136:22, 136:24, 141:1, 141:3, 141:24, 142:6
**problems** [1] - 140:25
**proceed** [7] - 3:3, 12:9, 31:5, 52:16, 80:7, 107:8, 151:10
**proceedings** [1] - 169:19
**Proceedings** [1] - 1:25
**proceeds** [1] - 54:16
**process** [1] - 64:24
**produced** [2] - 1:25, 157:13
**proffer** [20] - 3:14, 5:9, 7:1, 9:14, 9:20, 10:21, 11:4, 12:21, 14:11, 14:16, 15:1, 15:11, 17:8, 18:17, 21:7, 21:19, 23:17, 33:3, 164:14, 166:7
**proffers** [4] - 15:2, 15:13, 47:11, 166:1
**profile** [1] - 104:22
**Progreso** [8] - 49:14, 140:14, 140:20, 140:23, 141:11, 142:23, 143:17, 159:22
**promised** [1] - 131:7
**promoted** [5] - 109:2, 109:3, 109:7, 123:7, 123:10
**promotional** [1] - 123:15
**prompted** [1] - 152:25
**properly** [1] - 123:3
**prosecuted** [1] - 53:10
**prosecution** [2] - 86:16, 101:4
**prosecutor** [2] - 96:22, 166:2
**prosecutors** [17] - 3:18, 28:10, 28:15,

47:9, 47:12, 86:11, 96:19, 97:4, 101:9, 130:25, 152:15, 159:15, 160:9, 165:20, 165:24, 166:5, 166:6
**protecting** [1] - 75:11
**protection** [1] - 51:8
**protective** [2] - 50:21, 50:22
**provided** [6] - 12:16, 30:17, 86:12, 126:18, 126:21, 126:22
**psychopath** [1] - 78:17
**public** [1] - 108:16
**publish** [1] - 113:7
**published** [2] - 113:13, 113:18
**publishing** [1] - 49:8
**pulled** [1] - 48:21
**purchased** [6] - 10:25, 11:9, 11:10, 12:13, 13:9, 13:15
**purchasing** [1] - 61:2
**purported** [1] - 28:24
**purportedly** [1] - 8:18
**purposes** [2] - 106:25, 168:18
**put** [10] - 50:21, 58:14, 81:17, 95:12, 98:11, 98:20, 121:16, 121:19, 138:18, 138:19, 141:4, 153:22, 160:18, 160:25, 161:20, 168:24, 169:2
**putting** [2] - 141:15, 141:16

## Q

**quash** [1] - 95:7
**Queens** [4] - 109:1, 109:5, 109:10, 109:11
**QUESTION** [2] - 88:21, 88:24
**questioned** [1] - 164:9
**questions** [19] - 18:3, 18:20, 40:8, 43:18, 85:16, 87:2, 90:23, 93:18, 94:6, 94:11, 94:13, 97:12, 97:15, 119:4, 129:3, 142:15, 150:5, 167:7
**quickly** [2] - 151:8, 168:21
**quinta** [2] - 59:2, 85:6

**quite** [3] - 35:10, 59:18, 62:3
**quote** [1] - 12:5

## R

**race** [1] - 72:11
**racehorse** [2] - 71:23, 76:6
**racehorses** [1] - 104:17
**races** [1] - 105:6
**racetrack** [6] - 30:17, 72:4, 72:9, 74:15, 104:25, 105:4
**RACHEL** [1] - 1:17
**Rachel** [1] - 2:12
**radar** [1] - 104:20
**radio** [5] - 136:10, 136:11, 136:12, 136:14, 136:17
**RAFTOPOULOS** [1] - 1:21
**raise** [1] - 52:12
**RAMIREZ** [1] - 129:9
**Ramirez** [3] - 129:15, 150:17, 150:19
**ran** [1] - 72:11
**ranch** [14] - 19:16, 28:2, 59:2, 59:19, 68:15, 68:25, 69:3, 69:4, 103:21, 103:22, 146:13, 149:11, 149:12, 150:7
**rank** [2] - 109:15, 121:6
**ranking** [2] - 82:19, 82:20
**ranks** [1] - 108:2
**rather** [1] - 141:22
**rays** [2] - 141:7, 141:8
**re** [1] - 62:5
**re-ask** [1] - 62:5
**read** [12] - 5:8, 21:13, 88:20, 114:15, 117:14, 118:5, 118:10, 118:24, 123:24, 168:21, 169:1
**reading** [3] - 11:6, 12:4, 118:6
**real** [2] - 135:19, 135:21
**realize** [2] - 26:22, 72:24
**really** [5] - 10:9, 18:20, 40:14, 63:25, 83:10
**reason** [4] - 4:12, 19:25, 86:10, 86:20,

123:16, 160:11, 160:15, 162:4, 162:8, 164:2
**reasonable** [2] - 110:14, 118:10
**reasons** [2] - 110:1, 123:14
**recalled** [1] - 68:7
**receive** [12] - 50:25, 63:1, 63:13, 65:2, 66:23, 67:10, 74:4, 101:11, 131:12, 131:16, 131:19, 143:1
**received** [9] - 14:18, 50:23, 67:16, 67:22, 99:9, 100:15, 100:24, 102:7, 105:13
**receiving** [4] - 60:19, 63:11, 132:14, 135:16
**recent** [1] - 151:4
**recess** [3] - 51:16, 80:6, 129:8
**recognize** [5] - 49:10, 49:11, 91:23, 132:23, 133:9
**recollection** [2] - 6:3, 31:24
**recommend** [2] - 156:11, 156:14
**recommendation** [2] - 156:13, 156:16
**recommendations** [1] - 156:8
**recommended** [1] - 102:6
**reconnecting** [1] - 59:20
**record** [17] - 2:6, 9:12, 11:4, 14:8, 45:22, 57:18, 57:22, 113:15, 115:5, 117:14, 129:14, 132:2, 133:5, 157:23, 168:18, 168:22
**recorded** [1] - 11:16
**recordings** [1] - 121:21
**records** [5] - 119:22, 119:23, 128:13, 128:14
**recover** [2] - 145:10, 147:10
**redact** [1] - 169:5
**redacted** [1] - 169:6
**redirect** [7] - 43:20, 46:1, 106:15, 129:4,

164:19, 165:2
**REDIRECT** [2] - 46:11, 165:3
**reduce** [1] - 87:12
**reduced** [1] - 159:1
**reduction** [3] - 86:15, 86:17, 131:16
**refer** [8] - 17:13, 26:16, 135:9, 139:21, 144:20, 145:18, 150:15, 160:7
**reference** [4] - 23:12, 126:3, 126:4, 128:25
**referencing** [3] - 4:2, 18:8, 18:9
**referred** [10] - 18:17, 22:6, 24:4, 27:1, 34:9, 64:12, 135:22, 159:9, 160:6
**referring** [14] - 3:23, 25:1, 25:14, 39:8, 42:19, 57:16, 100:10, 137:4, 139:22, 141:7, 142:6, 142:8, 145:16, 145:18
**reflect** [3] - 57:22, 133:2, 133:5
**reflection** [1] - 10:4
**reflective** [1] - 108:15
**refresh** [1] - 31:24
**refusal** [1] - 75:14
**regarding** [13] - 3:15, 4:21, 5:23, 7:1, 19:1, 35:4, 39:6, 93:19, 94:19, 95:4, 97:23, 104:10, 164:9
**region** [2] - 37:8, 37:9
**registered** [1] - 130:17
**regular** [1] - 72:5
**related** [4] - 4:21, 5:24, 147:15, 167:18
**relates** [1] - 120:21
**relating** [2] - 8:18
**relation** [2] - 60:3, 60:5
**relationship** [7] - 7:22, 7:24, 8:2, 29:22, 82:11, 93:23, 97:13
**relative** [1] - 146:5
**relatively** [1] - 110:9
**relayed** [1] - 96:6
**release** [1] - 151:18
**relevant** [5] - 45:19, 124:6, 124:8, 125:24, 128:2
**remain** [3] - 2:24, 166:13, 169:5
**remember** [77] - 2:15,

3:18, 9:4, 10:13, 10:17, 10:20, 11:3, 12:20, 12:23, 12:25, 13:4, 13:7, 13:10, 13:11, 15:10, 15:18, 15:21, 15:23, 16:17, 16:21, 17:25, 18:25, 19:5, 19:7, 19:10, 19:15, 20:4, 20:10, 21:24, 22:4, 22:8, 23:9, 23:11, 23:16, 23:19, 25:19, 25:23, 25:24, 26:6, 26:13, 30:2, 31:23, 32:1, 33:3, 33:5, 33:7, 33:10, 33:11, 33:20, 33:24, 34:19, 34:22, 36:19, 37:23, 38:23, 41:17, 41:23, 43:2, 43:5, 43:6, 49:4, 61:10, 62:9, 63:25, 66:3, 89:4, 90:4, 90:5, 98:6, 103:4, 127:6, 161:11, 161:12, 162:18, 162:21, 162:22
**remembering** [1] - 22:9
**remembers** [1] - 12:4
**remove** [2] - 129:22, 129:23
**rendition** [1] - 160:12
**repair** [1] - 138:11
**repeat** [4] - 43:16, 61:23, 80:23, 146:9
**repeating** [1] - 123:2
**repetition** [4] - 67:5, 75:16, 137:20, 146:8
**rephrased** [1] - 126:6
**replace** [1] - 151:7
**report** [2] - 5:5, 50:18
**reported** [2] - 1:25, 50:19
**Reporter** [3] - 1:23, 1:24, 169:25
**reports** [3] - 5:8, 6:21, 7:6
**represent** [2] - 10:2, 14:10
**request** [2] - 14:8, 14:25
**requested** [3] - 46:6, 51:21, 52:1
**requests** [4] - 75:16, 75:25, 137:20, 146:7
**reserved** [1] - 159:17
**Resistencia** [1] - 153:11
**resistencia** [1] - 153:14

**resisting** [1] - 54:12
**resort** [1] - 72:13
**resources** [1] - 167:2
**respectfully** [2] - 14:8, 14:25
**respond** [1] - 30:24
**responsibility** [3] - 39:9, 86:7, 86:9
**responsible** [5] - 30:15, 30:21, 32:14, 32:18, 60:18
**rest** [6] - 17:17, 42:10, 43:8, 43:17, 97:14, 115:1
**resume** [4] - 80:3, 110:5, 122:6, 167:22
**retired** [2] - 108:1, 108:3
**retrieved** [1] - 124:13
**return** [1] - 131:7
**revenge** [2] - 74:25, 87:10
**review** [8] - 10:3, 14:17, 15:5, 111:11, 113:21, 114:18, 115:1, 128:13
**reviewed** [11] - 11:22, 125:7, 125:8, 125:10, 125:13, 125:23, 126:2, 126:8, 126:12, 126:17, 127:5
**reviewing** [1] - 115:25
**Reyes** [2] - 130:1, 150:18
**Reynosa** [5] - 56:10, 58:12, 58:13, 58:19, 58:25
**Rica** [3] - 49:14, 138:11, 139:20
**rid** [1] - 103:16
**rifles** [2] - 10:15, 10:21
**river** [1] - 37:17
**road** [1] - 141:11
**Robert** [1] - 108:9
**Roberto** [1] - 61:7
**role** [6] - 15:19, 25:9, 82:12, 107:20, 108:20, 132:7
**roles** [2] - 109:23, 132:10
**Roman** [2] - 88:4, 88:12
**root** [1] - 86:24
**Rosales** [4] - 92:10, 92:11, 92:15, 93:17
**Rosario** [1] - 92:11
**route** [10] - 138:2, 138:5, 138:8,

138:20, 138:24, 139:6, 139:16, 139:17, 140:9, 143:12
**routes** [4] - 159:18, 159:20, 159:24, 160:2
**RPR** [3] - 1:23, 169:18, 169:25
**Ruana** [1] - 147:23
**Rudnick** [2] - 1:17, 107:16
**run** [5] - 72:23, 72:24, 73:14, 101:14, 167:9
**running** [1] - 61:20
**ruse** [1] - 98:20

## S

**safe** [1] - 67:11
**Sahni** [7] - 2:7, 6:21, 7:2, 11:12, 11:17, 15:4, 45:7
**SAHNI** [2] - 1:9, 2:7
**Saint** [2] - 1:23, 169:25
**SAINT** [1] - 169:18
**Saint-Loth** [2] - 1:23, 169:25
**SAINT-LOTH** [1] - 169:18
**sale** [1] - 15:2
**Salsa** [1] - 23:4
**Samuel** [1] - 75:20
**San** [2] - 37:11, 49:13
**SANCHEZ** [48] - 1:16, 87:7, 88:14, 88:19, 89:2, 89:7, 89:19, 90:2, 90:25, 91:3, 91:4, 94:9, 94:15, 94:16, 94:23, 95:3, 95:21, 96:23, 97:2, 100:3, 100:7, 100:11, 100:14, 100:19, 100:22, 102:18, 106:12, 150:12, 151:11, 155:12, 157:12, 157:16, 157:20, 157:24, 158:10, 158:15, 160:18, 160:24, 161:6, 161:14, 161:16, 161:18, 161:21, 161:22, 162:7, 164:5, 164:16, 164:25
**Sanchez** [7] - 2:12, 90:21, 93:25, 94:5, 95:17, 99:23, 150:10

**Sandoval** [2] - 20:11, 147:13
**sang** [1] - 92:7
**Sauceda** [2] - 58:11, 59:2
**saw** [20] - 56:18, 64:14, 66:19, 78:18, 90:4, 90:8, 91:10, 91:11, 91:12, 91:13, 91:15, 91:18, 94:1, 94:18, 147:20, 147:22, 148:23, 149:17, 155:3, 155:17
**sbest@
brownrudnick.com** [1] - 1:19
**scandal** [1] - 38:2
**scene** [1] - 38:8
**scheduling** [2] - 106:22, 106:24
**scope** [1] - 128:17
**scratchy** [1] - 80:20
**screen** [1] - 113:13
**seal** [2] - 169:5, 169:7
**search** [1] - 120:1
**seated** [1] - 132:25
**second** [8] - 3:13, 6:20, 11:12, 75:17, 139:25, 143:2, 164:7, 164:18
**secretary** [1] - 147:19
**security** [2] - 59:4, 82:24
**see** [38] - 56:16, 57:11, 57:14, 64:16, 64:18, 66:11, 78:20, 78:23, 97:5, 97:7, 98:5, 104:7, 105:9, 105:10, 105:11, 113:12, 114:9, 114:13, 117:12, 118:24, 119:1, 119:2, 127:13, 128:25, 134:5, 134:24, 135:5, 140:5, 154:24, 155:9, 155:13, 155:14, 155:19, 155:24, 161:23, 163:18, 169:11, 169:13
**seeing** [1] - 72:10
**seized** [4] - 143:6, 143:7, 143:10, 143:13
**seizure** [2] - 49:3, 49:6
**self** [3] - 89:11, 165:9, 165:14
**self-explanatory** [1] -

89:11
**self-surrender** [2] - 165:9, 165:14
**send** [4] - 49:13, 67:10, 148:9, 148:18
**sending** [3] - 28:18, 48:3, 48:15
**sense** [1] - 122:24
**sensitive** [1] - 38:23
**sent** [21] - 20:24, 23:8, 27:15, 28:3, 41:21, 48:8, 48:22, 63:13, 68:9, 73:17, 73:18, 74:22, 74:25, 81:16, 105:15, 105:19, 109:4, 143:5, 144:9, 145:10, 146:3
**sentence** [18] - 54:21, 56:8, 58:9, 86:1, 86:15, 86:17, 100:5, 100:21, 101:3, 102:6, 102:11, 102:12, 131:16, 131:19, 151:20, 156:8, 159:1
**sentenced** [4] - 56:5, 85:24, 131:10, 151:17
**sentencing** [6] - 34:16, 86:12, 88:3, 89:14, 111:22, 156:15
**separate** [2] - 7:1, 30:21
**September** [4] - 108:1, 115:2, 116:4, 117:5
**Sergeant** [1] - 121:18
**sergeant** [5] - 108:2, 109:4, 122:9, 122:25, 123:5
**sergeants'** [1] - 123:9
**series** [7] - 80:13, 80:25, 111:11, 111:25, 112:3, 113:15, 113:20
**serve** [2] - 56:9, 108:5
**served** [1] - 108:1
**Serveo** [1] - 127:10
**serving** [2] - 56:8, 58:9
**session** [5] - 5:9, 21:8, 21:19, 23:17, 33:3
**sessions** [7] - 3:15, 7:1, 9:21, 10:22, 12:22, 14:11, 14:16
**set** [2] - 20:2, 85:16
**settle** [2] - 148:20, 149:3
**settled** [1] - 87:16
**seven** [6] - 64:16,

66:4, 72:17, 89:22, 90:4, 90:7
**several** [6] - 34:1, 57:8, 94:2, 108:23, 109:7, 125:3
**shake** [1] - 163:19
**shall** [1] - 169:21
**shape** [2] - 20:19, 21:3
**share** [1] - 83:8
**shark** [2] - 3:12, 49:4
**shark's** [1] - 143:11
**ship** [2] - 142:2, 143:16
**shipment** [5] - 10:14, 118:7, 141:12, 142:23, 143:4
**shipments** [10] - 8:6, 9:2, 9:10, 9:22, 10:4, 64:17, 64:19, 65:1, 137:18, 137:23
**shipping** [2] - 117:25
**shirt** [1] - 57:17
**shoot** [1] - 73:15
**shooting** [2] - 68:24, 72:19
**shootout** [2] - 59:6, 59:10
**short** [2] - 46:2, 167:6
**shortened** [1] - 64:9
**shorthand** [1] - 1:25
**shortly** [1] - 98:16
**shot** [6] - 58:25, 59:7, 59:11, 68:21, 72:19, 73:4
**shots** [1] - 72:18
**show** [4] - 65:8, 65:12, 161:12, 161:13
**showed** [2] - 66:12, 68:21, 161:8
**showing** [2] - 54:5
**shown** [1] - 63:15
**shows** [1] - 89:11
**siblings** [7] - 75:19, 134:11, 134:12, 134:13, 134:16, 134:19, 144:24
**sic** [22] - 9:1, 23:4, 46:17, 49:14, 55:19, 57:19, 61:8, 65:6, 77:7, 77:8, 80:14, 81:9, 81:14, 90:17, 92:7, 92:15, 102:1, 102:14, 104:11, 133:20, 141:4, 146:5
**sic]** [7] - 44:14, 75:23, 76:6, 91:24, 105:8, 133:25, 146:6
**side** [4] - 66:20, 83:9, 147:8
**signaling** [1] - 66:19

**signatory** [1] - 169:22
**significant** [2] - 102:21, 118:19
**similar** [3] - 9:20, 85:13, 136:14
**simple** [2] - 28:9, 126:9
**simpler** [1] - 112:23
**simply** [4] - 92:17, 126:6, 149:18, 162:12
**Simultaneous** [2] - 5:11, 95:16
**Sinaloa** [6] - 29:15, 46:18, 61:7, 65:7, 67:19, 106:5
**single** [1] - 47:15
**sister** [2] - 149:15, 167:19
**sisters** [1] - 57:6
**sitting** [2] - 119:18, 162:15
**situation** [2] - 39:17, 87:19
**six** [8] - 33:17, 64:16, 66:4, 68:17, 68:22, 90:4, 90:7, 122:5
**sixth** [1] - 33:16
**size** [1] - 62:24
**skipped** [2] - 20:22, 20:24
**sleep** [3] - 79:3, 79:5, 103:12
**sleeping** [1] - 79:1
**slept** [2] - 76:22, 79:6
**slightly** [1] - 58:5
**small** [5] - 37:9, 37:19, 43:3, 70:15, 71:3
**smallest** [1] - 62:25
**Smuggling** [2] - 109:13, 124:23
**so..** [1] - 149:19
**socially** [1] - 91:11
**sold** [2] - 42:24, 48:18
**someone** [6] - 4:24, 59:16, 70:24, 74:7, 81:24, 102:12
**sometime** [1] - 150:24
**sometimes** [6] - 22:16, 35:15, 67:8, 67:9, 119:16, 151:8
**somewhere** [2] - 10:18, 118:2
**son** [8] - 55:2, 74:8, 75:23, 76:11, 76:14, 76:15, 125:12, 126:16
**songs** [1] - 92:8
**soon** [3] - 123:5, 123:7, 141:17

**sooner** [1] - 142:4
**sorry** [19] - 11:7, 28:12, 31:22, 36:9, 61:18, 65:17, 80:22, 87:3, 92:2, 100:3, 100:9, 105:17, 112:18, 122:12, 139:23, 149:5, 154:10, 156:17, 161:5
**sort** [2] - 91:12, 119:12
**sound** [2] - 80:19, 98:1
**sounding** [1] - 80:20
**sounds** [2] - 107:1, 168:13
**source** [2] - 42:15, 60:24
**south** [1] - 60:6
**South** [3] - 138:10, 151:22, 165:5
**Southern** [3] - 53:11, 86:3, 98:24
**Spain** [2] - 154:20, 161:25
**Spanish** [2] - 1:22, 48:11
**speakerphone** [2] - 95:24, 136:15
**speaking** [8] - 3:11, 5:11, 15:21, 16:17, 95:16, 100:3, 100:4, 116:10
**speaks** [2] - 116:19, 124:16
**special** [2] - 160:22, 168:1
**Special** [6] - 1:20, 2:8, 38:14, 39:13, 39:20, 165:11
**specific** [14] - 12:18, 16:22, 23:18, 25:23, 37:5, 39:8, 44:5, 45:4, 47:9, 60:14, 104:2, 114:18, 165:24, 166:7
**specifically** [13] - 21:24, 22:12, 24:19, 24:23, 27:14, 28:21, 36:5, 48:5, 94:24, 96:5, 111:7, 145:15, 160:12
**speed** [1] - 7:18
**spell** [1] - 31:18
**spend** [3] - 35:17, 35:20, 122:1
**spent** [8] - 35:24, 40:14, 71:16, 78:25, 79:7, 79:12, 121:20,

148:7
**split** [2] - 153:9, 166:10
**spot** [1] - 72:5
**spots** [1] - 67:11
**squad** [1] - 108:7
**Square** [1] - 1:11
**stability** [1] - 103:18
**staged** [1] - 59:6
**stamp** [1] - 18:5
**stamped** [1] - 164:8
**stand** [3] - 45:18, 46:20, 52:12
**standard** [1] - 110:14
**standards** [2] - 110:11, 110:13
**start** [8] - 39:7, 71:9, 71:20, 77:12, 87:10, 91:6, 122:7, 152:25
**started** [27] - 6:2, 6:5, 16:3, 24:21, 54:4, 61:11, 72:19, 72:22, 77:6, 77:18, 85:5, 88:6, 88:10, 88:13, 88:16, 88:17, 88:23, 96:20, 99:16, 103:1, 120:14, 132:7, 152:14, 152:20, 152:24, 158:25
**starting** [3] - 2:6, 29:18, 116:1
**State** [1] - 109:6
**state** [7] - 2:5, 11:5, 103:8, 116:5, 117:23, 121:11, 129:14
**statement** [2] - 125:19, 158:3
**statements** [1] - 91:2
**STATES** [3] - 1:1, 1:2, 1:7
**States** [42] - 2:3, 2:8, 3:24, 6:1, 8:10, 41:21, 43:4, 43:8, 43:11, 43:17, 48:15, 51:1, 53:8, 53:16, 53:21, 54:9, 54:16, 54:24, 55:4, 68:4, 78:3, 96:16, 97:16, 98:11, 109:19, 117:25, 118:2, 127:15, 127:25, 128:8, 130:14, 130:17, 143:16, 150:25, 151:3, 151:14, 152:1, 152:12, 153:3, 154:12, 154:15, 154:23
**status** [3] - 99:12,

99:21, 99:25
**stay** [6] - 55:7, 56:12, 70:10, 74:10, 76:4, 104:20
**steal** [1] - 70:9
**stealing** [1] - 70:8
**stenographic** [1] - 169:19
**step** [1] - 3:13
**STEPHEN** [1] - 1:15
**Stephen** [1] - 2:12
**steps** [1] - 75:14
**sticker** [1] - 168:24
**stickers** [1] - 169:2
**still** [8] - 13:11, 56:19, 56:20, 68:13, 80:9, 133:9, 149:20, 151:25
**stipulate** [1] - 7:13
**stole** [1] - 144:18
**stolen** [9] - 19:23, 69:14, 70:5, 133:24, 144:22, 147:10, 163:3, 163:7, 163:8
**stop** [2] - 48:15, 81:19
**stopped** [3] - 61:16, 62:6, 140:4
**store** [4] - 65:3, 67:1, 67:2, 67:11
**storing** [1] - 60:21
**story** [6] - 14:23, 19:19, 26:14, 104:10, 104:13, 167:8
**strange** [1] - 59:15
**street** [1] - 122:15
**Street** [2] - 1:11, 1:18
**strike** [1] - 117:21
**study** [1] - 123:14
**stuff** [4] - 6:6, 11:15, 40:2
**subject** [4] - 22:16, 25:21, 26:5, 116:5
**subjects** [1] - 97:20
**submitting** [1] - 112:15
**subsequently** [1] - 53:8
**sudden** [1] - 72:17
**suitcase** [1] - 55:25
**suitcases** [1] - 55:18
**Suite** [1] - 1:18
**summarize** [1] - 168:16
**summarized** [1] - 168:19
**summary** [3] - 14:9, 14:15, 36:6
**summer** [2] - 127:15, 127:23

**supers** [1] - 66:15
**supervised** [4] - 121:6, 121:23, 124:11, 151:18
**supervising** [1] - 109:16
**supervisor** [4] - 109:15, 121:13, 121:15, 123:12
**supervisors** [1] - 109:17
**supplies** [1] - 14:3
**supply** [1] - 60:25
**support** [5] - 145:22, 145:25, 146:2, 146:3, 150:3
**supported** [1] - 146:10
**suppose** [1] - 158:24
**supposed** [2] - 18:8, 38:13
**supposedly** [1] - 38:9
**surgery** [1] - 58:18
**surprised** [1] - 82:15
**surrender** [2] - 165:9, 165:14
**surrounded** [2] - 72:15, 73:12
**surveillance** [1] - 120:1, 120:4, 121:21, 127:21
**survey** [1] - 6:19
**survive** [4] - 71:1, 73:16, 74:1, 76:4
**survived** [1] - 68:18
**surviving** [1] - 68:20
**sustained** [5] - 22:2, 32:10, 102:16, 120:17, 123:19
**switch** [1] - 61:19
**switched** [1] - 51:22
**swore** [1] - 121:10
**Sworn** [4] - 3:6, 52:15, 107:5, 129:10
**sworn** [2] - 119:14, 121:4
**system** [1] - 120:15

## T

**T-O-R-R-E-S** [1] - 29:6
**Tab** [7] - 114:13, 116:6, 117:11, 117:12, 117:14, 117:17, 117:19
**Tabasco** [24] - 19:3, 19:4, 19:5, 19:17, 28:2, 55:14, 55:19, 59:21, 60:3, 60:6, 60:16, 61:11, 61:14,

65:2, 67:12, 70:2, 70:4, 70:10, 90:17, 91:11, 92:14, 96:3, 96:12, 105:7
**table** [2] - 2:9, 2:15
**Tactical** [1] - 109:8
**tailing** [1] - 119:18
**talks** [1] - 18:6
**Tamaulipas** [3] - 29:18, 55:22, 79:25
**Tampico** [1] - 79:25
**targeted** [1] - 122:19
**Task** [2] - 109:3, 109:7
**task** [1] - 109:14
**team** [2] - 13:4, 121:21
**Team** [1] - 109:9
**tease** [1] - 10:9
**Technology** [1] - 151:9
**technology** [2] - 80:21, 120:18
**telephone** [4] - 56:16, 134:9, 136:12, 136:13
**Televisa** [6] - 8:6, 138:2, 138:24, 139:6, 139:11, 140:2
**Televisio** [3] - 9:1, 9:10, 9:20
**television** [2] - 138:2, 159:22
**ten** [4] - 46:3, 99:7, 126:25, 129:7
**ten-minute** [1] - 129:7
**Teodoro** [2] - 28:25, 29:5
**TEODORO** [1] - 29:5
**term** [2] - 15:7, 116:23
**terms** [2] - 84:3, 112:11
**terraces** [1] - 79:4
**territory** [1] - 37:21
**testified** [13] - 8:7, 20:21, 27:3, 32:6, 32:9, 32:13, 88:3, 94:20, 94:23, 95:9, 155:19, 157:2, 159:4
**testify** [8] - 45:15, 50:6, 86:10, 86:21, 95:15, 95:22, 120:20, 159:7
**testifying** [6] - 10:17, 15:18, 97:23, 120:14, 130:8, 131:2
**testimony** [29] - 7:9, 9:24, 10:13, 31:10, 34:18, 35:6, 35:22, 43:25, 44:10, 44:22, 88:1, 89:3, 89:15, 89:20, 95:1, 97:11,

99:16, 102:8, 110:23, 111:2, 111:6, 111:10, 118:18, 122:19, 123:17, 123:18, 123:25, 127:16, 155:22
**Texas** [17] - 3:20, 26:3, 30:19, 53:11, 53:12, 54:14, 60:4, 81:15, 85:18, 86:3, 86:5, 96:21, 98:24, 100:21, 100:24, 101:11
**text** [10] - 111:25, 113:16, 113:20, 114:18, 115:1, 115:25, 117:4, 117:5, 126:4, 126:8
**texts** [3] - 123:24, 123:25, 125:20
**that..** [1] - 10:1
**THE** [271] - 1:1, 1:6, 1:8, 1:14, 2:2, 2:10, 2:14, 2:19, 2:23, 2:24, 3:1, 3:2, 5:7, 5:10, 5:13, 5:16, 5:19, 6:16, 6:18, 6:24, 7:2, 7:5, 7:17, 7:19, 7:23, 8:1, 8:3, 9:8, 10:7, 11:6, 11:12, 11:14, 11:17, 11:25, 12:7, 13:19, 13:22, 13:23, 14:1, 14:14, 15:4, 15:9, 15:15, 17:1, 17:5, 17:12, 17:15, 17:20, 18:1, 18:5, 18:10, 18:13, 18:15, 18:19, 21:4, 21:16, 21:25, 22:13, 22:14, 22:17, 22:19, 25:17, 26:9, 27:5, 27:7, 29:2, 30:12, 31:1, 31:4, 31:12, 31:20, 32:2, 32:4, 32:10, 33:15, 34:4, 34:14, 34:16, 36:7, 36:10, 38:18, 42:3, 42:6, 42:8, 42:9, 42:12, 42:16, 43:15, 43:16, 43:20, 44:1, 44:5, 44:15, 44:20, 44:25, 45:5, 45:9, 45:16, 45:24, 46:1, 46:5, 46:9, 47:24, 47:25, 49:1, 49:17, 49:19, 50:12, 50:13, 50:16, 50:25, 51:2, 51:10, 51:17, 51:20, 51:24, 51:25,

52:3, 52:5, 52:6, 52:10, 52:12, 52:16, 57:22, 59:22, 59:25, 61:18, 61:19, 61:20, 62:12, 67:4, 67:7, 68:24, 69:2, 69:4, 69:6, 69:20, 69:21, 75:16, 75:18, 75:25, 76:2, 80:2, 80:7, 80:19, 80:22, 83:21, 83:25, 84:7, 84:8, 87:3, 88:15, 89:1, 89:16, 90:1, 90:21, 91:1, 93:25, 94:1, 94:5, 94:13, 94:24, 95:17, 95:19, 96:24, 99:19, 100:6, 100:9, 100:12, 100:18, 102:16, 106:7, 106:9, 106:14, 106:17, 106:18, 106:19, 107:1, 107:3, 107:6, 107:7, 107:8, 110:6, 112:4, 112:9, 112:14, 112:21, 112:25, 113:3, 113:8, 113:24, 114:6, 115:7, 115:9, 115:14, 115:17, 115:20, 119:5, 120:17, 122:17, 122:23, 123:1, 123:19, 123:23, 124:4, 124:10, 124:11, 125:16, 125:22, 126:10, 127:6, 128:18, 128:19, 129:4, 129:6, 129:11, 129:23, 131:24, 132:2, 133:5, 137:20, 140:1, 140:4, 141:6, 141:7, 146:9, 146:10, 150:6, 150:9, 150:10, 151:7, 151:10, 154:10, 154:13, 154:14, 154:17, 154:18, 154:20, 154:22, 155:1, 155:2, 155:3, 155:5, 155:9, 155:11, 157:18, 157:22, 158:6, 158:8, 158:14, 160:21, 161:1, 161:4, 161:15, 161:17, 161:19, 162:5, 164:11, 164:13,

164:18, 164:23, 165:2, 167:21, 168:2, 168:4, 168:9, 168:13, 168:24, 169:8, 169:13
**theirs** [3] - 63:21, 63:24, 74:17
**themselves** [2] - 74:12, 81:10
**theory** [1] - 30:20
**thereafter** [2] - 98:16, 158:16
**therefore** [1] - 115:21
**thinking** [1] - 100:12
**thousand** [2] - 126:2, 143:3
**thousands** [6] - 78:1, 121:20, 125:11, 125:20, 126:4, 126:12
**threatened** [3] - 50:9, 76:11, 76:15
**threats** [7] - 50:18, 50:19, 50:22, 50:23, 50:25, 51:5, 51:7
**three** [16] - 19:23, 78:20, 97:19, 97:22, 98:7, 102:20, 122:2, 134:10, 138:13, 141:5, 145:19, 146:15, 148:25, 149:14, 160:6, 162:2
**threw** [2] - 74:23, 117:15
**throughout** [1] - 101:19
**throw** [1] - 117:16
**Tia** [1] - 63:23
**Tigre** [2] - 153:7, 157:3
**tigre** [1] - 157:1
**Tijuana** [4] - 9:22, 10:5, 142:20, 144:8
**today** [34] - 6:4, 8:13, 8:23, 9:24, 12:13, 16:1, 19:13, 19:19, 20:6, 28:5, 40:15, 46:21, 47:15, 48:21, 52:24, 57:13, 81:25, 86:21, 87:11, 89:21, 94:20, 95:1, 95:22, 97:11, 97:24, 102:8, 111:11, 129:18, 130:8, 131:2, 133:7, 159:4, 162:15, 164:24
**together** [18] - 20:14, 76:22, 76:23, 79:24, 82:22, 90:8, 90:9, 90:10, 98:20,

104:23, 118:5, 118:7, 134:25, 147:17, 148:5, 150:3, 160:5
**togethers** [1] - 91:12
**tomorrow** [6] - 148:9, 164:22, 167:22, 167:25, 169:3, 169:13
**ton** [4] - 69:14, 96:3, 96:11, 104:8
**Tonio** [7] - 55:11, 65:4, 65:10, 68:9, 71:12, 93:22, 97:14
**tons** [3] - 19:23, 60:20, 90:9
**took** [26] - 4:24, 9:14, 30:9, 36:20, 37:2, 39:15, 58:20, 59:4, 62:22, 73:6, 74:2, 77:9, 105:12, 105:18, 122:9, 122:25, 123:5, 123:9, 138:22, 141:2, 141:4, 141:21, 143:13, 147:9, 153:7, 153:19
**top** [2] - 15:8, 93:1
**topic** [4] - 35:9, 35:12, 35:25, 39:8
**topics** [10] - 12:17, 16:2, 20:5, 22:16, 35:10, 35:19, 38:24, 40:4, 41:7, 162:25
**Toro** [1] - 2:13
**Torres** [21] - 28:25, 29:5, 29:7, 29:16, 30:17, 30:22, 32:14, 32:18, 33:1, 33:25, 35:5, 35:18, 35:21, 43:25, 63:22, 65:13, 66:3, 71:7, 91:19
**Torruco** [6] - 75:20, 75:21, 75:23, 76:7
**torturous** [1] - 10:11
**total** [1] - 127:5
**totally** [2] - 30:20, 120:18
**touch** [1] - 78:16
**touched** [2] - 22:15, 143:16
**touching** [1] - 16:2
**towards** [1] - 133:3
**town** [1] - 37:15
**towns** [3] - 37:9, 37:16, 37:19
**track** [3] - 71:23, 85:4, 158:8
**traffic** [2] - 46:15, 60:9
**trafficant** [1] - 102:14

**trafficked** [3] - 46:13, 110:20, 111:3
**trafficker** [3] - 47:12, 116:19, 166:2
**traffickers** [7] - 47:4, 59:16, 72:5, 82:25, 93:13, 104:20, 124:24
**trafficking** [41] - 4:22, 40:12, 40:16, 40:21, 40:22, 41:17, 46:24, 53:20, 53:25, 54:4, 54:17, 55:8, 55:13, 56:19, 56:22, 69:25, 70:21, 70:25, 82:12, 83:16, 85:20, 88:7, 88:11, 88:13, 88:22, 92:8, 92:10, 98:17, 100:16, 101:20, 109:24, 110:18, 110:25, 111:7, 111:19, 118:16, 118:19, 134:17, 134:20, 138:1, 142:16
**trailer** [1] - 70:4
**trailers** [1] - 67:10
**transaction** [2] - 118:25, 119:2
**transactions** [3] - 13:17, 13:24, 14:5
**transcript** [7] - 1:25, 12:6, 44:8, 44:18, 169:19, 169:19, 169:21
**TRANSCRIPT** [1] - 1:6
**transcription** [1] - 1:25
**transcripts** [2] - 44:6, 45:12
**transfer** [1] - 10:15
**transport** [1] - 54:15, 138:3, 138:14, 138:15, 139:7, 139:18, 140:13, 140:22, 142:22, 144:1, 164:22
**transportation** [10] - 138:2, 140:25, 141:18, 141:25, 142:3, 142:20, 159:24, 160:2
**transported** [4] - 78:2, 132:9, 132:12, 140:16
**transporting** [3] - 55:25, 56:4, 139:10
**travel** [3] - 128:13, 128:23, 138:13
**traveled** [1] - 66:5

**Travino** [5] - 30:4, 30:5, 30:6, 44:19, 77:8
**treasurer** [3] - 132:13, 147:1, 147:19
**trial** [11] - 13:4, 31:10, 34:13, 34:14, 34:22, 43:24, 44:6, 44:9, 44:17, 44:23, 50:6
**tried** [2] - 104:21, 148:5
**trigger** [1] - 48:21
**trips** [1] - 62:22
**trove** [1] - 125:4
**truce** [7] - 36:22, 36:24, 37:3, 37:6, 84:15, 163:17
**truck** [9] - 8:6, 9:10, 70:1, 70:8, 79:2, 93:2, 93:4, 93:6, 101:25
**trucks** [14] - 66:5, 66:16, 72:25, 93:6, 93:8, 138:2, 138:9, 140:3, 141:8, 143:5, 148:25, 149:6, 149:10, 159:22
**true** [8] - 8:14, 16:13, 19:7, 38:25, 150:17, 165:25, 169:18, 169:19
**trusted** [1] - 84:20
**trusting** [1] - 84:17
**truth** [4] - 87:20, 87:22, 87:24, 131:5
**truthful** [1] - 90:19
**try** [6] - 7:18, 83:23, 104:20, 118:5, 120:13, 145:10
**trying** [11] - 45:1, 54:15, 94:10, 99:22, 116:14, 124:2, 147:6, 148:4, 148:7, 148:11, 148:13
**Tulare** [1] - 53:15
**tunnel** [2] - 83:5, 83:6
**turn** [7] - 8:5, 8:6, 15:17, 28:24, 58:23, 63:16, 117:9
**turned** [2] - 6:22, 125:4, 146:20
**turning** [1] - 64:19
**TV** [1] - 138:11
**Twelve** [1] - 8:16
**twice** [1] - 88:9
**two** [33] - 3:19, 4:3, 5:22, 19:23, 20:3, 30:14, 30:20, 37:9, 37:19, 46:7, 47:21, 54:22, 54:23, 62:21,

66:5, 68:17, 82:8, 83:11, 90:8, 97:22, 98:12, 98:23, 99:21, 110:23, 114:10, 114:13, 134:10, 139:3, 149:24, 150:6, 159:24, 165:2
**Two** [2] - 1:11, 164:20
**two-week** [3] - 3:19, 4:3, 5:22
**type** [5] - 53:23, 55:16, 66:13, 67:25, 97:15
**types** [1] - 110:15

## U

**U.S** [13] - 1:10, 4:20, 6:2, 6:13, 30:19, 42:10, 44:9, 44:18, 48:17, 88:11, 109:13, 109:20, 143:22
**ultimately** [7] - 41:3, 50:6, 80:15, 81:2, 81:23, 83:5, 131:19
**um-hum** [1] - 16:8
**unaware** [1] - 51:21
**uncharged** [1] - 87:4
**uncle** [20] - 54:1, 63:24, 66:3, 69:15, 69:19, 69:21, 71:25, 72:23, 74:15, 74:17, 74:19, 74:22, 75:6, 75:8, 75:10, 75:12, 95:12, 96:1, 96:5, 96:6
**uncles** [6] - 68:12, 68:18, 68:20, 86:23, 91:19, 103:24
**under** [10] - 2:25, 32:6, 32:9, 80:9, 108:11, 119:21, 131:4, 141:8, 169:5, 169:6
**undercover** [1] - 120:2
**underneath** [1] - 121:8
**uniform** [1] - 133:1
**Unit** [2] - 109:13, 124:23
**unit** [2] - 108:9, 124:23
**UNITED** [3] - 1:1, 1:2, 1:7
**United** [42] - 2:3, 2:8, 3:24, 6:1, 8:10, 41:21, 43:4, 43:8, 43:11, 43:17, 48:15, 51:1, 53:8, 53:16, 53:21, 54:9, 54:16, 54:24, 55:4, 68:4,

21

78:3, 96:16, 97:16, 98:11, 109:19, 117:25, 118:2, 127:15, 127:25, 128:8, 130:14, 130:17, 143:16, 150:25, 151:3, 151:14, 152:1, 152:12, 153:3, 154:12, 154:15, 154:23

**units** [3] - 108:22, 114:20, 116:23

**up** [67] - 6:12, 7:18, 10:5, 14:9, 18:16, 26:7, 34:21, 36:4, 38:24, 39:20, 41:7, 51:14, 56:8, 58:17, 59:5, 59:7, 59:20, 63:15, 65:8, 65:12, 65:20, 65:25, 66:12, 67:22, 68:21, 72:7, 72:12, 73:14, 74:14, 75:12, 76:4, 76:5, 76:12, 76:14, 76:16, 76:17, 76:19, 81:14, 82:15, 84:17, 86:15, 90:9, 90:16, 91:21, 93:3, 93:10, 94:3, 97:24, 116:2, 117:20, 118:1, 118:11, 122:14, 143:4, 143:5, 151:12, 154:10, 155:3, 155:4, 155:23, 157:2, 160:25, 164:14, 164:24, 166:10, 169:3

**urgently** [1] - 141:25

**Uriel** [6] - 63:20, 65:12, 66:2, 67:7, 93:5

**Uruguay** [1] - 128:23

**username** [1] - 127:10

**uses** [1] - 18:10

## V

**vaccinated** [1] - 129:16

**Valencia** [107] - 2:4, 2:17, 2:22, 3:16, 5:7, 5:25, 6:8, 7:20, 7:21, 7:22, 8:19, 10:14, 10:25, 11:9, 11:10, 13:19, 13:20, 13:25, 15:18, 15:19, 16:10, 16:11, 16:18, 18:7, 19:2, 19:11, 19:16,

19:23, 20:7, 20:21, 21:2, 21:9, 21:24, 22:4, 22:13, 23:21, 23:22, 23:24, 24:9, 24:18, 25:8, 26:15, 26:24, 27:19, 33:9, 40:19, 42:24, 46:20, 47:16, 47:21, 48:3, 51:14, 52:9, 52:11, 52:23, 56:25, 57:2, 57:11, 57:14, 61:5, 63:19, 63:20, 63:23, 65:9, 65:12, 65:23, 66:2, 67:7, 81:17, 84:20, 89:22, 90:14, 90:16, 91:6, 91:7, 91:8, 92:24, 93:5, 97:18, 97:22, 98:8, 106:6, 110:24, 111:18, 126:5, 132:17, 134:21, 135:9, 137:15, 144:11, 144:15, 144:24, 147:15, 150:24, 153:15, 153:16, 154:4, 154:25, 155:6, 155:16, 156:2, 167:17, 168:16

**VALENCIA** [3] - 1:4, 3:5, 52:14

**Valencia's** [4] - 28:13, 34:7, 39:2, 41:16

**Valencias** [1] - 7:25

**valley** [1] - 54:14

**Vanessa** [1] - 2:13

**various** [19] - 41:10, 56:24, 60:22, 63:8, 63:17, 65:3, 67:11, 110:1, 110:9, 111:2, 114:20, 116:21, 120:6, 126:16, 127:14, 127:24, 128:8, 128:13, 128:14

**vast** [2] - 110:9, 127:23

**vehicle** [1] - 59:4

**vengeance** [2] - 87:12, 87:18

**Veracruz** [8] - 70:19, 71:15, 71:18, 71:23, 74:8, 75:5, 85:4, 97:20

**verbatim** [2] - 11:21, 12:5

**verified** [1] - 39:25

**verify** [1] - 39:15

**version** [2] - 64:9, 169:6

**versus** [4] - 2:3, 15:9, 44:9, 44:18

**vessel** [1] - 143:14

**Vet** [1] - 67:8

**veterinarian** [1] - 67:9

**via** [1] - 10:4

**VICTORIA** [1] - 1:22

**Viejo** [1] - 37:13

**VIEJO** [1] - 37:13

**Villarreal** [1] - 71:22

**violation** [3] - 99:20, 99:25, 100:10

**violence** [2] - 78:5, 99:8

**violent** [3] - 20:12, 78:15, 78:16

**visit** [2] - 90:13, 90:15

**visited** [1] - 56:23

**voice** [1] - 106:11

**void** [1] - 169:21

**vs** [1] - 1:3

## W

**waistband** [1] - 66:20

**wait** [1] - 142:2

**waiting** [1] - 148:22

**wake** [3] - 69:16, 95:8, 96:8

**walk** [3] - 108:24, 137:7, 137:10

**wall** [1] - 83:8

**wallet** [4] - 73:6, 73:22, 73:24, 105:13

**wants** [3] - 17:16, 127:11, 169:11

**war** [6] - 6:9, 14:4, 74:16, 96:2, 96:8, 96:10

**warden** [1] - 98:19

**warrants** [1] - 120:2

**washed** [1] - 85:11

**Washington** [4] - 1:5, 1:12, 1:18, 86:4

**waste** [3] - 5:13, 5:19, 33:15

**wave** [1] - 52:4

**weapon** [1] - 78:19

**weapons** [5] - 12:15, 13:8, 14:2, 15:6, 85:21

**wear** [1] - 151:8

**wearing** [3] - 57:20, 57:24, 133:7

**week** [3] - 3:19, 4:3, 5:22

**weekly** [1] - 78:20

**weeks** [12] - 34:19, 34:23, 35:6, 35:17, 35:21, 36:2, 39:2,

41:24, 43:2, 43:6, 43:10, 77:22

**weight** [1] - 116:23

**weird** [1] - 149:1

**white** [1] - 57:21

**white-covered** [1] - 57:21

**whole** [7] - 5:4, 38:2, 115:14, 115:17, 126:8, 148:22, 167:8

**wife** [4] - 68:18, 84:14, 85:5, 167:19

**Wilkinson** [1] - 2:12

**WILKINSON** [1] - 1:17

**willing** [1] - 87:23

**wing** [1] - 83:4

**wire** [1] - 125:10

**wiretap** [6] - 121:4, 121:5, 121:11, 121:12, 121:17, 121:22

**wiretapped** [2] - 120:11, 124:14

**wiretaps** [3] - 108:18, 121:6, 124:11

**witness** [22] - 2:20, 31:2, 31:10, 42:3, 42:5, 45:15, 52:7, 67:5, 90:22, 95:18, 106:20, 106:23, 106:24, 107:3, 111:16, 129:11, 133:3, 161:18, 164:9, 168:2, 168:5, 168:10

**WITNESS** [51] - 2:23, 3:1, 5:10, 7:23, 8:3, 11:14, 13:22, 14:1, 22:14, 22:19, 27:7, 32:4, 42:9, 43:16, 47:25, 50:12, 50:16, 51:2, 59:25, 61:18, 61:20, 67:7, 69:2, 69:6, 69:21, 75:18, 76:2, 80:19, 80:22, 84:8, 87:3, 88:15, 94:1, 95:19, 96:24, 106:9, 106:18, 107:7, 123:1, 124:11, 128:19, 140:4, 141:7, 146:10, 150:9, 154:13, 154:16, 154:20, 155:1, 155:3, 155:9

**Witness** [4] - 3:5, 52:14, 107:5, 129:9

**witness's** [2] - 7:9, 146:8

**witnesses** [3] - 46:7,

106:21, 167:23

**wives** [2] - 84:12

**won** [1] - 72:13

**wondering** [1] - 46:9

**word** [1] - 18:10

**words** [2] - 15:11, 15:12

**workers** [3] - 140:18, 140:19, 149:14

**works** [2] - 106:2, 127:11

**worried** [1] - 104:24

**worse** [1] - 103:1

**worth** [1] - 14:14

**wrapped** [2] - 67:22, 164:24

**write** [1] - 164:14

**write-up** [1] - 164:14

**writing** [2] - 5:3, 14:9

**written** [1] - 11:16

**wrote** [1] - 160:12

**Wucho** [1] - 146:5

## X

**x-rays** [2] - 141:7, 141:8

**Xalapa** [1] - 70:19

## Y

**year** [19] - 9:3, 10:6, 36:20, 37:5, 53:18, 55:3, 55:6, 56:6, 56:7, 56:8, 59:13, 77:20, 84:4, 84:7, 88:16, 89:5, 120:12, 132:6, 151:3

**years** [36] - 8:15, 8:16, 9:2, 12:12, 13:5, 14:5, 15:2, 24:7, 24:10, 38:15, 46:14, 46:15, 46:25, 47:3, 54:22, 54:23, 56:5, 68:7, 78:22, 96:15, 99:4, 99:7, 100:16, 101:2, 101:13, 109:7, 119:13, 119:15, 122:2, 125:6, 127:20, 131:15, 149:22, 149:24, 150:6, 151:17

**years'** [1] - 98:12

**yelling** [2] - 72:19, 72:22

**yest** [1] - 18:2

**yesterday** [26] - 4:24, 7:3, 8:7, 9:23, 10:13, 12:20, 13:2, 13:3,

16:10, 17:2, 19:18,
19:22, 20:7, 20:17,
20:21, 20:24, 27:3,
36:14, 40:11, 40:15,
41:19, 46:13, 47:15,
48:20, 49:3, 127:16
**Yiyo** [19] - 75:22,
75:23, 76:2, 76:5,
76:6, 76:12, 76:14,
76:19, 76:21, 80:13,
81:1, 81:7, 81:9,
81:13, 81:20, 84:18,
85:3, 104:12, 104:13
**Yiyo's** [2] - 76:11,
76:14
**York** [8] - 107:20,
107:24, 108:4,
108:21, 109:6,
110:18, 110:21,
128:5
**you-all** [2] - 52:3, 74:4
**young** [2] - 73:1,
88:13
**yourself** [8] - 73:4,
73:15, 77:25,
101:23, 109:25,
121:23, 153:18,
158:17
**Yucatan** [1] - 49:14

### Z

**Z14** [2] - 30:8, 30:10
**Z40** [13] - 29:23,
29:24, 29:25, 30:4,
30:6, 30:10, 32:13,
77:18, 78:8, 78:15,
79:20, 102:9
**Zapopan** [1] - 74:18
**Zeta** [14] - 29:8, 29:10,
30:1, 53:2, 71:7,
75:5, 77:8, 77:9,
77:13, 77:18, 89:14,
145:3
**Zetas** [29] - 14:4,
29:11, 29:13, 30:6,
30:12, 31:25, 32:3,
46:17, 70:23, 71:4,
77:1, 77:4, 77:7,
77:25, 78:5, 79:18,
79:24, 81:10, 81:20,
82:19, 88:16, 88:18,
89:5, 89:15, 97:21,
99:15, 101:21,
105:2, 157:10
**zone** [2] - 37:20, 38:10