# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

———

**No. 23-3126**                    **September Term, 2024**

FILED ON: APRIL 11, 2025

UNITED STATES OF AMERICA,
               APPELLEE

v.

GERARDO GONZALEZ-VALENCIA, ALSO KNOWN AS LALO, ALSO KNOWN AS FLACO, ALSO KNOWN AS SILVER, ALSO KNOWN AS SILVERIO, ALSO KNOWN AS EDUARDO, ALSO KNOWN AS LALINE,
               APPELLANT

———

Appeal from the United States District Court
for the District of Columbia
(No. 1:16-cr-00065-1)

———

Before: HENDERSON and PAN, *Circuit Judges*, and RANDOLPH, *Senior Circuit Judge*

## J U D G M E N T

This cause came to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

## Per Curiam

               **FOR THE COURT:**
               Clifton B. Cislak, Clerk

BY:   /s/

               Daniel J. Reidy
               Deputy Clerk

Date: April 11, 2025

Opinion for the court filed by Senior Circuit Judge Randolph.